# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◇   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

September 7, 2010

Via fax to chambers – (718)613-2518 – and ECF
Hon. David G. Trager, Senior Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *United States v. Damion Hardy (Isa Ibn Jibril) and Aaron Granton*,
          04-cr-00706(S-6)(DGT)

Dear Judge Trager:

    We are writing, respectfully, and with the Government's consent, to request an additional 30-day extension of the date for filing the defense reply to the Government's memorandum on the issue of forcibly medicating Mr. Hardy in an effort to restore him to competency. If Your Honor approves, the defense submission would be due on or before October 12, 2010. Defense counsel do not anticipate the necessity of additional extensions.

    Assuming the court grants the request, we would appreciate a so-ordered copy of this submission via fax to 973-746-1490.

    The Court's attention to this matter is appreciated.

                      Respectfully yours,

                      Francisco E. Celedonio
                      David A. Ruhnke

                      /s/ David A. Ruhnke
                      David A. Ruhnke
                      Co-counsel to Isa Ibn Jibril

C:\Case Files\Hardy\Judge Trager 09-07-2010 (extension re Sell reply).wpd

cc:    All parties via ECF