# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

Eastern District of New York

USA v.

Damion Hardy, et al

Docket Number: 04 Cr. 706 (FB)

Block (District Court Judge)

Notice is hereby given that Defendant Damion Hardy appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ ]; order [X]; other [ ]; _____ (specify)

entered in this action on 7/19/2012 (date).

Offense occurred after November 1, 1987    Yes [X]    No [ ]

The appeal concerns:   conviction only [ ] ;   sentence only [ ] ;   conviction and sentence [ ].

Date: 7/23/12

FILED CLERK 2012 JUL 23 PM 12:32 U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Francisco Celedonio (Counsel for Appellant)

Address: 401 Broadway, 310
New York, NY 10013

Telephone Number: 212-219-7533

ADD ADDITIONAL PAGE IF NECESSARY

---

| (TO BE COMPLETED BY ATTORNEY) | | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). | |
| [ ] I am ordering a transcript<br>[X] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[ ] Sentence<br>[ ] Post-trial proceedings | Dates | |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment [ ] Funds  [ ] CJA Form 24

ATTORNEY'S signature: _[signature]_     DATE: 7/23/2012

---

▶ COURT REPORTER ACKNOWLEDGEMENT — To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
|  |  |  |

Date _____   Signature _____ (Court Reporter)

COPY 1 – ORIGINAL

*U.S. GPO: 2001-611-552/60002