2109

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK
2

3

4    UNITED STATES OF AMERICA,      )
                    Plaintiff,      )   04CR00706 (FB)
5                                   )
     V.                             )
6                                   )   United States Courthouse
                                    )   Brooklyn, New York
7    DAMION HARDY AND ARRON         )   MONDAY, APRIL 20, 2015
     GRANTON,                       )   10:00 a.m.
8                    Defendants.    )
     _____)
9

10

11              TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
                 BEFORE THE HONORABLE FREDERIC BLOCK
12               UNITED STATES SENIOR DISTRICT JUDGE

13   APPEARANCES:
     FOR THE GOVERNMENT:        LORETTA LYNCH
14                              United States Attorney
                                Eastern District of New York
15                              BY:  SOUMYA DAYANANDA
                                BY:  MATTHEW S. AMATRUDA
16                              BY:  RENA PAUL
                                Assistant United States Attorneys
17                              271 Cadman Plaza East
                                Brooklyn, New York 11201
18

19
     FOR DEFENDANT HARDY:       RUHNKE & BARRETT
20                              BY:  JEAN D. BARRETT, ESQ.
                                BY:  DAVID A. RUHNKE, ESQ.
21                              47 Park Street
                                Montclair, New Jersey 07042
22

23
     FOR DEFENDANT GRANTON:     LAW OFFICE OF ROBERT M. BEECHER
24                              BY:  ROBERT M. BEECHER, ESQ.
                                67 Wall Street, Suite 2211
25                              New York, New York 10005

2110

1    (APPEARANCES CONTINUED)

2
                         LAW OFFICE OF CARL JORDAN HERMAN
3                        BY:  CARL JORDAN HERMAN, ESQ.
                         443 Northfield Avenue
4                        West Orange, New Jersey 07052

5

6                        LAW OFFICE OF KENDRA PANNITTI
                         BY:  KENDRA PANNITTI, ESQ.
7                        251 Tenth Street, Number 4A
                         Hoboken, New Jersey 07030

8

9

10   THE COURT REPORTER:     NICOLE CANALES, RPR, CSR
                             225 Cadman Plaza East
11                           Brooklyn, New York 11201
                             cnlsnic@aol.com

12
     Proceedings recorded by mechanical stenography, transcript
13   produced by Computer-Assisted Transcript.

14

15

16

17

18

19

20

21

22

23

24

25

2111

1        THE CLERK:  Criminal cause on trial, United States
2    America versus Damion Hardy and Aaron Granton, with all
3    parties and counsel present.
4        THE COURT:  Good morning, everybody.  I was about to
5    say I hope you enjoyed the time off, but I suspect you did
6    not.
7            And Mr. Beecher where are you?
8        MR. BEECHER:  We're here.
9        THE COURT:  Did the folks you were looking for
10   arrive, by any chance?
11       MR. BEECHER:  I spent too much of the last 72 hours
12   back and forth with e-mails.  They shall not be coming.
13       THE COURT:  So you're satisfied?
14       MR. BEECHER:  Yes.
15       THE COURT:  Very good.
16           Mr. Ruhnke, you're standing to stretch or to speak
17   with the judge?
18       MR. RUHNKE:  To speak with the judge, if I may.
19       THE COURT:  Very briefly, because these jurors are
20   so good I'm going to give them an award for being the best
21   jurors I've ever had.
22           I assume they're bringing lunch in.
23       THE CLERK:  Yes.
24       MR. RUHNKE:  Your Honor, I just wanted to say one
25   thing, and I was hoping to speak to your law clerk so he's not

2112

1    doing unnecessary work.  Last night we filed a motion in part

2    to strike the evidence recovered from Mary Hardy's apartment.

3    I realized after the fact that I consented to those documents

4    coming into evidence, and I stand by my consent, and so I'm

5    withdrawing that --

6                THE COURT:  Thank you very much.  But, you know,

7    we'll have ample time.  It's a rainy day today.  We're going

8    to hopefully go a long way towards completing the government's

9    case.  We've got the draft charge and things we're going to

10   talk about, but at least we're pretty much on schedule.

11               MR. RUHNKE:  We're advises the government will rest

12   its case tomorrow, at some point, and it might even spill over

13   into Wednesday.

14               THE COURT:  Well, let's see how much we can

15   accomplish today, and at the end of the day we can talk a

16   little bit about some of the nuances on the charge.  It's just

17   devastating for the jurors to have to be subjected to this.

18               MR. RUHNKE:  Agreed, your Honor.

19               THE COURT:  And I'm going to make a real Herculean

20   effort to cut it down and eliminate things, which we'll talk

21   about, so that these poor folks don't have to be subject to

22   abject torture, but we'll talk about that later.

23               Are we ready to bring the jurors in and our next

24   witness?

25               MR. AMATRUDA:  Yes.

2113

1            THE COURT:  And who is the next witness going to be?

2            MR. AMATRUDA:  Yes, your Honor.  We're going to call

3    Dale Simon first.

4            THE COURT:  All right.  Your last cooperator is

5    going to be coming some time at the end of the morning or

6    beginning of the afternoon?

7            MR. AMATRUDA:  Yes, probably the afternoon some

8    time, Judge.  We have quite a number of quick witnesses to get

9    through, but we're making every effort --

10           THE COURT:  You've done a good job in organizing

11   your work here, so I'm not going to question you more about

12   it.

13           MR. AMATRUDA:  Thanks, your Honor.

14           THE COURT:  We'll see where we are at the end of the

15   day.

16           I'd like the record to reflect once more that I've

17   never had a case in twenty years, especially one of sixteen

18   jurors, where they've been on time every single day for about

19   three weeks.  It's remarkable and speaks well for these folks,

20   and I'm going to congratulate them.

21                   (In the presence of the jury.)

22           THE COURT:  Good morning, everybody.  We have our

23   next witness.  And let's hear who this person is.

24           MS. DAYANANDA:  Dale Simon.

25           THE COURT:  Is there a number that corresponds to

NICOLE CANALES, CSR, RPR

2114

1  his name?

2        MS. DAYANANDA:  He's on the supplement.

3        THE COURT:  We don't have enough on your regular

4  list, so we have to supplement, right?  This is Witness Number

5  174?

6        MS. DAYANANDA:  I think it's Witness 30.

7        THE COURT:  Witness 30.

8        MS. DAYANANDA:  I mean, no, not on the list, but in

9  the grand scheme of things.

10        THE CLERK:  Good morning, Mr. Simon.  Ask you to

11  please stand and raise your right hand.

12        THE COURT:  Just one second.

13        THE CLERK:  Do you affirm to tell the truth?

14        THE WITNESS:  Yes, I do.

15        THE CLERK:  You do?

16        THE WITNESS:  I do.

17        THE COURT:  All right.  Thank you.  Please have a

18  seat.  Please state and spell your name.

19        THE WITNESS:  Dale Simon, D-a-l-e; last name,

20  S-i-m-o-n.

21  DALE SIMON,

22  called as a witness by the government, having been first duly

23  sworn, was examined and testified as follows:

24        THE COURT:  Your witness.

25        MS. DAYANANDA:  Thank you, your Honor.

Simon - Direct - Dayananda                    2115

1   DIRECT EXAMINATION

2   BY MS. DAYANANDA:

3   Q    Good morning, Mr. Simon.  Could you tell the jury how old

4   you are?

5   A    I am 38 years old.

6   Q    Are you working?

7   A    Yes, I am.

8   Q    What type of work do you do, generally?

9   A    I'm in the music and music film industry.

10  Q    Mr. Simon, can you draw your attention to -- I think the

11  mike --

12          THE CLERK:  I'm working on it.

13          THE COURT:  Since you're in the music industry, you

14  know about microphones, right?

15          THE WITNESS:  Yes.

16          THE COURT:  Play around with it until your voice is

17  perfect.

18          THE CLERK:  I'm working on it.

19  Q    Directing your attention to August 9th of 2000, did you

20  go out that evening in Manhattan?

21  A    Yes.

22  Q    Where did you go?

23  A    I went to a club called NV, a nightclub on Spring Street

24  and Varick.

25  Q    And do you remember what time you got to the club that

NICOLE CANALES, CSR, RPR

Simon - Direct - Dayananda                    2116

1   evening?

2   A    About 12:30 at night, 12:30 a.m.

3   Q    And did you end up leaving, I guess it would be, the

4   morning of the 10th in August of 2000?

5   A    Yes.

6   Q    What time did you leave the club?

7   A    About 3:30.

8   Q    Did you see anyone you recognize when you left?

9   A    One friend -- one friend of mine called Peanut.

10  Q    Do you know his real name?

11  A    At that time, no, we didn't.  We just, you know,

12  basically saw each other at the clubs and knew each other from

13  the music and a couple of videos.  We didn't really have a

14  name-to-name basis.  We just knew him by his nickname.

15  Q    I'm going to show you what's already been entered into

16  evidence as Government Exhibit Number 808.  Do you recognize

17  either of those people?

18  A    Just one person, the guy to the right, which is Peanut.

19  Q    And you said you knew him from the music industry; is

20  that right?

21  A    Yes.

22  Q    And from videos?

23  A    Yeah.

24  Q    Why is that?

25  A    I think at the time he was dating Lil' Kim, and she

1    was -- basically had him in two or three videos at that time,

2    and he was basically moving around as her boyfriend, so we

3    kind of assumed that he was in the music industry, due to the

4    fact that he was so frequent with her.

5    Q    Did you talk to Peanut that evening?

6    A    Yes, I did.

7    Q    And where did that take place?

8    A    That happened, actually, outside of the club, right

9    before he was shot.

10   Q    Now, when you spoke to him, was he -- was he outside?

11   Can you just describe where that conversation took place?

12   A    I happened to leave the club.  I was waiting for two of

13   my friends that were still inside of the club, and I parked on

14   Spring Street, waiting for him to come out.  At that time, I

15   noticed that Peanut, at that time, was driving the same car

16   that I had.  He had a Range Rover, a green Range Rover.  So he

17   pulled up in front of me, and, you know, he nodded me like

18   "I'm here."  I said I hadn't seen him in a long time, so he

19   kind of, like, pulled up in front of me, in this little space

20   that was in front of another car, kind of like a -- it wasn't

21   a real space, it was more of like a slot where you could just,

22   like, put your nose in but not really park.

23          So he pulled up in front of me, and I got out of my

24   car to have a conversation.  He was still sitting in the car,

25   and I was talking to him through the driver's side window on

Simon - Direct - Dayananda                    2118

1   the sidewalk.

2   Q    What happened then?

3   A    Then three shots -- I heard three shots, and I kind of

4   ducked to the left side of the wall where the club was and

5   hopped in my truck, and that's when he pulled off.  And

6   halfway down the block I noticed that his car had flipped

7   over.

8   Q    Mr. Simon, I'm going to show you what's been entered

9   already into evidence as 801I.  Do you recognize this photo?

10  A    Yes.

11  Q    Can you tell us what this is a photo of?

12  A    This is actually the block of the club.  The club is on

13  the left-hand side, and I believe that's actually Spring

14  Street that I'm looking down.

15  Q    Okay.  And if you touch the screen --

16  A    Okay.

17  Q    -- you can actually show us, if you think -- if you could

18  show us about where your car was parked, where you saw Peanut

19  on the morning of August 10th, 2000?

20  A    Okay.  My car is parked on the left -- right here

21  (indicating).  That's where my car is.  And then his car was

22  parked -- pulled up in front of that car, so in that space

23  right there (indicating.)

24  Q    Is there a reason why your car was parked there, at that

25  time?

NICOLE CANALES, CSR, RPR

1    A     Yes, because there's a door to the club that the VIPs

2    leave through, that door that's in front of those cars.

3    Q     You can mark the door.

4    A     So the door is right here (indicating.)  That's the VIP

5    door.

6    Q     Is there a separate entrance to the club as well?

7    A     Yes, there's another entrance on this far side, more to

8    the left.

9    Q     And would that be Hudson?

10   A     Yes, that would be Hudson.  There's a door on Hudson

11   also.

12   Q     From what we're seeing, you said this is Spring Street;

13   is that right?

14   A     Yes, that is.

15   Q     When you said you were talking to Peanut, you said you

16   were in the driver's side window?

17   A     Yes.

18   Q     Was anyone else inside the car?

19   A     No, he was by himself.

20   Q     Were you facing him through the front or to the side?

21   A     I was --

22   Q     You can demonstrate.

23   A     Well, I was actually in the window with my side facing

24   down Spring, so my back is to Hudson.

25   Q     Okay.  So to be clear, your back is to that corner that

1    we see here?

2    A    Yes.

3    Q    Now, when you heard the, you said, three gunshots, where

4    were they coming from?

5    A    From the back of me.

6    Q    That would be Hudson?

7    A    Yes.

8    Q    And at the time you heard the gunshots, what did you do?

9    A    I actually moved over into that corner that's right here.

10   There's like a little crevice.  There's crevices in those

11   corners that you can actually stand, so I kind of moved over

12   to that left until I could get to my car.

13   Q    What did you see Peanut do?

14   A    By that time, he had already pulled off from the -- he

15   screeched off from the sidewalk.

16   Q    When you said screeched off, what do you mean?

17   A    Like, he pulled off very fast, very, very, very, fast.

18   Q    And once you saw him pull off, then did you go to your

19   car?

20   A    Yes, I did.

21   Q    And what did you see then?  What did you do then?

22   A    Everybody was kind of in a -- you know, in a scurry for

23   the shots, so I was kind of -- at the time, my friends were

24   still waiting -- were in the club, but they came out at that

25   time, like when they heard the shots.  We all hopped in the

Simon - Direct - Dayananda                    2121

1    car, and then we tried to get off the block, but by that time,

2    you know, the accident had already happened, so we couldn't go

3    too much further.  And I also stopped to make sure he was

4    okay, at that time.

5    Q    He, meaning who?

6    A    Peanut.

7    Q    Okay.  And did you see the car flip, at that point?

8    A    Yes, I did.

9    Q    Now, using that photo, generally, can you tell us where

10   that happened?

11   A    Yes, I'm still in my car here, and he flips here.

12   Q    And do you remember what street corner that was?

13   A    I want to believe -- that's actually better I can, corner

14   of Varick.

15   Q    And what happened once you got to that location?

16   A    He was hanging out the window, and there were people

17   trying to rob him, at that time.

18   Q    Did you -- rob him of what?

19   A    He had his jewelry, his watches, you know.  He had a lot

20   of expensive things on that night, so as he's halfway out the

21   window, people are trying to take his watch and jewelry off.

22   Q    Now, at that time -- what time would you estimate this

23   incident occurred?  I know it's been a long time, but at the

24   end of the club night?

25   A    I want to say around 4:00 --

Simon - Direct - Dayananda                    2122

1    Q    A.m.?

2    A    A.m., in the morning.

3    Q    The corner of Spring Street and Hudson, was it crowded at

4    that time?

5    A    Yes.

6    Q    From the clubgoers?

7    A    Yes, from the clubgoers.

8    Q    And at that corner, where you saw the car had ultimately

9    crashed, was it crowded there as well?

10   A    Yes, it had -- it wasn't crowded at first, but by the

11   time I got in my car and drove to the scene, it was extremely

12   crowded.

13   Q    Let me show you Government Exhibit 801A.  Do you

14   recognize that photo?

15   A    Yes.

16   Q    And what's that a photo of?

17   A    That's a photo of -- actually the corner of 6th Avenue

18   and Spring, but it's from -- it's from the actual -- it's

19   from -- it's actually the picture but closer, now that it's

20   closer now.

21   Q    And is that where the crash happened that you saw?

22   A    Yeah, close to -- maybe a little higher.  Maybe a little

23   closer.  Maybe in the middle of the block.  Not so much right

24   there.  Maybe closer, in the middle of Spring, because this is

25   the actual corner of -- closer to 6th.

NICOLE CANALES, CSR, RPR

Simon - Direct - Dayananda                    2123

1    Q    And just getting back to when the actual shots were

2    fired, Mr. Simon, were you able -- you said you were still in

3    the window talking to Peanut; is that correct?

4    A    Yes.

5    Q    And did you see at that time whether he was shot?

6    A    No.

7    Q    When did you realize he was shot?

8    A    After he flipped his car over, I realized he was shot.

9    Q    Can you explain why?

10   A    It was just -- the gunshots were so fast that, you know,

11   there's really no time to think, and from the gunshots to the

12   time that he pulled offer, could have been less than a minute.

13   Like, it was instant.  From the time he got -- from the time

14   you heard the shots, to the time that he pulled off from the

15   corner, it seemed like no time elapsed.  It was at the same

16   time.  Just heard the shots.  Automatically ducked and got to

17   my car.  And as I'm more focused on getting to my car, he's

18   pulling off.

19   Q    When you were standing in the driver's side window, were

20   there other people around the car, at that time?

21   A    No, but because of the type of cars that we were driving,

22   of course, there would be people looking at us.  We had two

23   Range Rovers, at that time, that were brand-new.

24   Q    Meaning your --

25   A    And his Range Rover.  There were two Range Rovers.

Simon - Direct - Dayananda                    2124

1       MR. BEECHER:  I didn't hear that.  There were two

2  Range Rovers?  Can you read the answer to that?

3       THE COURT:  Wait.  This is unorthodox.  What is it

4  that you're questioning now?  You have an objection?

5       MR. BEECHER:  No, I just didn't hear what he said.

6       THE COURT:  He didn't hear what you said.

7  A    I said that our cars were very, very popular, because

8  they were two brand-new Range Rovers.  I had the same color

9  that he had that year; that's what made us stop and talk to

10  each other outside the club.

11  Q    Just to clarify again, when -- you were talking to Peanut

12  facing east, I guess, on Spring; is that correct?

13  A    Uh-huh.

14  Q    Where did you believe the shots were fired from?

15  A    They had to be fired from here, from the corner.  They

16  had to be fired from the corner.

17  Q    Why do you say that?

18  A    Because I'm still alive.  Because where he got shot and

19  where I'm speaking to him, there's nobody in front of us.  He

20  was shot from the back while I'm talking to him, because

21  nobody approached us.  The shots came from the back of me; I

22  know that for a fact.

23  Q    And no one was near the car immediately at the Range

24  Rover you were talking to; is that right?

25  A    No.

NICOLE CANALES, CSR, RPR

Simon - Direct - Dayananda                    2125

1              MS. DAYANANDA:  Thank you so much.

2              THE COURT:  What club is this again?

3              THE WITNESS:  Club NV.

4              THE COURT:  NV?

5              THE WITNESS:  Yes, NV.

6              THE COURT:  Where is that located?

7              THE WITNESS:  That's in Manhattan, Spring and

8    Varick.

9              THE COURT:  On the corner of Spring and Varick?

10             THE WITNESS:  Varick Street, yes.

11             THE COURT:  Your witness.

12             MR. RUHNKE:  Thank you.

13   CROSS-EXAMINATION

14   BY MR. RUHNKE:

15   Q    Mr. Simon, good morning.

16   A    Good morning.

17   Q    NV is the letters "NV," correct?

18   A    Yes.

19   Q    Not the word "envy"?

20   A    No.

21   Q    Just a couple of questions.  You described "Peanut,"

22   Mr. Davis, parking his Range Rover like nose in, but not quite

23   into a parking space?

24   A    Yes.

25   Q    Was there a car in front of his?

Simon - Cross - Ruhnke                    2126

1   A     Not really.

2   Q     Could he have pulled his whole Range Rover into the

3   space?

4   A     Yes.

5   Q     Okay.  So he just sort of nosed in.  After he was shot,

6   did you see him back up?  Go forward?  What did you see

7   regarding the car?

8   A     The car just went forward; he went down the block.

9   Q     And you said a few minutes ago that you were driving a

10  Range Rover; he was driving a Range Rover.  Big, fancy cars,

11  right?

12  A     Yes.

13  Q     Attracted a lot of attention to people, just because of

14  the nature of the car?

15  A     Yes.

16  Q     Yours was green, wasn't it?

17  A     Yes, it was.

18  Q     Okay.  And his was black?

19  A     I would like to say it was green, too.  I don't remember,

20  actually, the color.

21  Q     In any event, you were driving a green Range Rover, at

22  that time?

23  A     Yes.

24          MR. RUHNKE:  I have nothing further.  Thank you.

25          THE COURT:  Any further questions?

Simon - Cross - Beecher                    2127

1        MR. HERMAN:  Yes, your Honor.  Briefly.

2    CROSS-EXAMINATION

3    BY MR. BEECHER:

4    Q    Good morning, Mr. Simon.

5    A    Good morning.

6    Q    My name is Robert Beecher, and I represent Mr. Granton.

7    I just have a couple of questions for you.  You told us a

8    little bit earlier that you saw Peanut with Lil' Kim?

9    A    Yes.

10   Q    And that because you saw him with Lil' Kim you assumed

11   that he was in the music industry?

12   A    Yes.

13   Q    Because Lil' Kim is in the music industry?

14   A    Yes.

15   Q    Could you have been mistaken about that?  Could you have

16   been?

17   A    No.

18        MS. DAYANANDA:  Objection, your Honor.

19        THE COURT:  Overruled.

20   Q    Might you have been mistaken about having seen him with

21   Lil' Kim?

22   A    No.

23   Q    Now, you left the club, NV, about 3:30 in the morning?

24   A    Yes.

25   Q    And you left with two other friends, didn't you?

Simon - Cross - Beecher                          2128

1   A    Yes.

2   Q    Would that have been Mr. Ashby?

3   A    Yes.

4   Q    And would that have been Gerald?

5   A    Yes.

6   Q    What is Gerald's last name, if you know?

7   A    Christie.

8   Q    What is it?

9   A    Christie.

10  Q    How do you spell that?

11  A    C-h-r-i-s-t-i-e.

12  Q    So you, and Jamel, and Gerald left the club together?

13  A    Yes.

14  Q    And you were talking to Mr. Davis, correct?

15  A    Yes.

16  Q    And where was Davis -- I mean, excuse me.  Where was

17  Mr. Ashby, and where was Gerald?

18  A    They were actually at the corner store.

19  Q    At the corner --

20  A    -- store.  There's a corner store that's on Varick Street

21  that's 24 hours.  That's where they were.

22  Q    When the three of you left together, they had gone to the

23  corner store, and you had been speaking to Mr. Davis about

24  your car?

25  A    Right.

Simon - Cross - Beecher                    2129

1    Q    Now, when you got over to where the Range Rover was

2    flipped over, you mentioned that there were some people,

3    basically, robbing Mr. Davis as he hung out of the window?

4    A    Yes.

5    Q    That's what you saw?

6    A    Yes.

7    Q    Did you tell the police about that?

8    A    Yes.

9    Q    Does the name Puerto Rican Mike mean anything to you,

10   anything at all?

11   A    No.

12   Q    And you saw them taking his watch off, and he was wearing

13   other jewelry?

14   A    Yes.

15   Q    Did you see them run up to him, or were they just there

16   when you got there?

17   A    They were actually leaving when I got there.

18   Q    They were leaving?

19   A    They were, like, scattering when I got there.

20            MR. HERMAN:  I don't have any further questions.

21            THE COURT:  Anything further from the government?

22            MS. DAYANANDA:  Yes, two things, your Honor.

23   REDIRECT EXAMINATION

24   BY MS. DAYANANDA:

25   Q    Mr. Simon, you were asked about what you thought Peanut's

Simon - Redirect - Dayananda                2130

1  relationship was with Lil' Kim.  Where had you seen them

2  together?

3  A    I had seen them in Brooklyn together, and, plus, I had

4  seen them in videos.  He's a primary, I want to say, aspect

5  of -- in her first video coming out with Biggie Smalls, so --

6  Q    What video was that?

7  A    I want to say "Get Money."

8  Q    And when you say a primary person, he's featured in that

9  music video?

10 A    He's featured in the music video.

11 Q    Back in August 2000, did you speak to the police that

12 day?

13 A    Yes, I did.

14          MS. DAYANANDA:  Thank you.

15          THE COURT:  All right.  Next witness.

16          MS. PAUL:  Next witness will be Edward St. John.

17          THE CLERK:  Good morning.

18          THE WITNESS:  Good morning.

19          THE CLERK:  Ask you to remain standing, and if you

20 could raise your right hand.  Do affirm to tell the truth?

21          THE WITNESS:  I do.

22          THE CLERK:  Thank you.  Please have a seat.  Please

23 state and spell your name.

24          THE WITNESS:  Edward St. John.

25

NICOLE CANALES, CSR, RPR

1    EDWARD ST. JOHN,

2    called as a witness by the government, having been first duly

3    sworn, was examined and testified as follows:

4              THE COURT:  Your witness.

5              MS. PAUL:  Thank you.

6    DIRECT EXAMINATION

7    BY MS. PAUL:

8    Q    Good morning.

9    A    Good morning.

10   Q    Are you employed?

11   A    Yes, I am.

12   Q    Where?

13   A    North Carolina, for a contract security company.

14   Q    Where did you work before that?

15   A    New York City Police Department.

16   Q    How long were you a police officer with the NYPD?

17   A    Ten years a police officer, ten years a detective, for a

18   total of 20.

19   Q    All right.  And what grade detective were you when you

20   retired?

21   A    Third grade.

22   Q    When did you retire?

23   A    June of 2008.

24   Q    In September of 1999, what precinct were you working in?

25   A    79 Precinct in Brooklyn.

St. John - Direct - Paul                    2132

1  Q    The 79th Precinct?

2  A    Yes, ma'am.

3  Q    I'm going to direct your attention to September 8th of

4  '95.  Were you working that day?

5  A    Yes, I was.

6  Q    Were you working alone or with somebody else?

7  A    I was working with my partner, Police Officer Dillon.

8  Q    What was your job that day?

9  A    We were assigned to patrol in a marked up police car.

10 Q    At about -- what tour were you working?

11 A    It was a midnight shift.  It was 23:15 hours by 07:50 in

12 the morning.

13 Q    Okay.  So that's 11 --

14 A    11:15 p.m. to 7:50 a.m.

15 Q    Military time?

16 A    Sorry.

17 Q    So at about 1 o'clock, 1:50 in the morning, what

18 happened?

19 A    We received a call for a person shot at 534 Marcy Avenue.

20 Q    What happened after you got that call?

21 A    My partner and I responded to the sixth floor hallway at

22 that location.

23 Q    And that location, is that within the Marcy Housing

24 Projects?

25 A    Yes, it is.

St. John - Direct - Paul                    2133

1  Q    So when you got to the sixth floor stairwell, what did

2  you see?

3  A    I observed a male black, probably about 17, 18 years old,

4  and had a numerous gunshot wounds.

5  Q    Did you later learn his name?

6  A    Yes, I did.

7  Q    What was his name?

8  A    Damion Hardy -- I'm sorry.  Marcel Kennedy.  I'm sorry.

9  Q    Did you speak to him?

10  A    Yes, I did.

11  Q    How long was your conversation with him?

12  A    I might have been up there for maybe a minute.

13  Q    And did he say anything to you during that minute that

14  caused you to do something else?

15         MR. RUHNKE:  Your Honor, I'm going to object to

16  that.

17         THE COURT:  Sustained.  Rephrase the question.

18  Q    What did he say to you?

19         MR. RUHNKE:  Objection.

20         THE COURT:  What was the question again?

21         MS. PAUL:  I'm asking if he said anything --

22         THE COURT:  If who?  Who said?

23         MS. PAUL:  Marcel Kennedy said anything to the

24  detective that caused him to do something else, your Honor.

25         THE COURT:  What's the nature of your objection?

1       MR. RUHNKE:  The nature of the objection is that
2   this is obvious -- hearsay.
3       THE COURT:  Well, all right.  So my apologies.  I'm
4   preparing for another trial, so I wasn't paying as much
5   attention as I should have.  So this is another situation
6   where at the very least the question is being asked of the
7   witness not necessarily for the truth, but to see whether as a
8   result of getting that information he then took some action.
9   So, once again, it's another example of that type of
10  situation.  He can testify as to what was said to him.
11      And if, in fact, you needed that information to do
12  something else, right?
13      THE WITNESS:  Yes.
14      THE COURT:  We're allowing it for that purpose.  My
15  apologies for not paying attention.
16      Go ahead.
17  Q   What was that that he told you that caused you to do
18  something else?
19  A   He told me -- he said "World" did it.
20  Q   And at the time you were working at the 79th Precinct,
21  were you familiar with a person by the name of "World"?
22  A   Yes.
23  Q   Did you know his real name?
24  A   Yes, I did.
25  Q   What was his real name?

St. John - Direct - Paul                    2135

1   A    Damion Hardy.

2   Q    And as a result of what Mr. Kennedy said to you, what did

3   you do next?

4   A    We knew that Damion resided -- or we assumed he resided

5   in Lafayette Gardens, so we proceeded towards that location.

6   Q    While you were proceeding to that location, did you get

7   additional information that caused you to look for anything in

8   particular?

9   A    We had a description of a vehicle that might have been

10  used in connection with a grey station wagon.

11  Q    What happened next?

12  A    We were driving towards Lafayette Gardens.  I don't

13  remember what street we were on.  I think it was Myrtle

14  Avenue.  We observed the grey station wagon pull away from the

15  side of the curb, occupied by two male blacks.

16  Q    What happened next?

17  A    We followed the vehicle for several blocks, and we

18  finally stopped it on, I believe Nostrand Avenue, just off on

19  of the Willoughby Avenue.

20  Q    When you stopped the car, what kind of car was it?

21  A    It was grey, I believe, Chevy station wagon.

22  Q    You said there were two people in the car.  Did you later

23  learn who they are?

24  A    Yes.

25  Q    Who were they?

St. John - Direct - Paul                    2136

1  A    The driver was Damion Hardy; the passenger was James

2  Sessoms.

3  Q    All right.  So after you stopped the car, what happened

4  next?

5  A    I'm sorry.

6  Q    After you stopped the car, what happened next?

7  A    We removed both people from the car.

8  Q    Okay.  I'm going to show you Government Exhibit 302.

9          MS. PAUL:  Which is not yet in evidence, your Honor.

10 It's 302, and it may not be on your list, your Honor.

11         THE COURT:  Trying to find it.  Go ahead.  What's

12 your question?

13 Q    I'm going to show it to you.  Do you recognize it?  You

14 can't see it very well.  I can walk it up to you.

15 A    I can see it.  It's the vehicle voucher for the '91 Chevy

16 Caprice station wagon that I vouchered for the scene.

17         MS. PAUL:  I'm going to offer it, at this time.

18         THE COURT:  Any objection?

19         MR. RUHNKE:  No objection.

20         THE COURT:  The voucher is in evidence.

21         (Government's Exhibit 302  was received in

22 evidence.)

23         MS. PAUL:  Thank you.

24 Q    I'm sorry.  You said it was a '91 Chevy Caprice.  And did

25 you indicate a license plate number?  I don't know if you can

NICOLE CANALES, CSR, RPR

St. John - Direct - Paul                    2137

1    read that on your copy.  It's a grainy copy of the voucher.

2    A    It looks like K2M2599.  I can't really see it on this

3    copy.

4    Q    All right.  So after you stopped Mr. Hardy and Mr.

5    Sessoms, what happened next?

6    A    I asked them their names, and the driver told me he was

7    Damion Hardy; the passenger told me James Sessoms.  At the

8    time, we transported both of them to Elmhurst Hospital.

9    Q    What happened there?

10   A    We did a show-up with the victim?

11   Q    What's a show-up, for the jury?

12   A    He was shot numerous times.  We weren't sure if he was

13   going to live or not, so we brought both people to --

14   basically to the hospital, and asked them -- Mr. Kennedy if he

15   can ID them.

16   Q    What was Mr. Kennedy's -- apart from being in the

17   hospital and shot up, do you know where he was in the hospital

18   when that happened?

19   A    I believe the emergency room; he was on the stretcher.

20   Q    All right.  Were you the arresting officer on this case?

21   A    Yes.

22   Q    What does that mean?

23   A    I placed both subjects into custody.

24   Q    Apart from that, do you also fill out paperwork as the

25   arresting officer?

St. John - Direct - Paul                    2138

1   A     Yes, I did.

2   Q     Did you do so related to your stop of Mr. Hardy and Mr.

3   Sessoms?

4   A     Yes.

5   Q     And the shooting of Marcel Kennedy, was part of that --

6   as part of that, did you collect information about the arrest?

7   A     Yes, I did.

8   Q     Were you giving a voucher for ballistics recovered at the

9   scene of the shooting?

10  A     Yes, ma'am.

11  Q     And do you remember the voucher number as you sit here?

12  A     No, I do not.

13            MS. PAUL:  If I can just for the witness --

14            THE COURT:  Is this in evidence, by the way?

15            MS. PAUL:  It's not.  I'm showing 3500ES4, which is

16  just for -- not to be offered.  Just to refresh his memory.

17            THE COURT:  This is not going to be put in evidence.

18  It's just to refresh your memory.  Take your time to see

19  whether it jogs your recollection now.

20            THE WITNESS:  It's good like that.  Yes, that was

21  vouchered by, I believe, a housing officer, in regards to the

22  shooting.

23  Q     Okay.  Is your memory refreshed about the number?

24  A     That's the voucher connection with the case, yes.

25  Q     Well, I'm showing you -- let me bring it up to you so

St. John - Direct - Paul                    2139

1    that you can see it.

2              THE COURT:  What are you trying to adduce here?

3              MS. PAUL:  The voucher number, your Honor.

4              THE COURT:  You need the voucher number?

5              MS. PAUL:  Yes.

6              THE COURT:  Is that voucher in evidence?

7              MS. PAUL:  No.

8              THE COURT:  So why do you need the number, then?

9              MS. PAUL:  Your Honor, it's regarding ballistics.

10             THE WITNESS:  Okay.

11   Q    Okay.  I see you also have your memo book there.  If it's

12   easier for you to refresh your memory with your memo book --

13   A    You need me to read the voucher number?

14   Q    Yes.

15   A    It's G044950.

16   Q    And you said that you arrested Mr. Hardy and Mr. Sessoms.

17   After that, do you know what happened to the case?

18   A    No, I do not.  I believe it was deferred.

19   Q    What does that mean, "deferred"?

20   A    That the D.A.'s Office didn't want to prosecute, at that

21   time.

22             MS. PAUL:  No further questions.

23             THE COURT:  Any cross-examination?

24             MR. RUHNKE:  Yes, your Honor.

25

NICOLE CANALES, CSR, RPR

St. John - Cross - Ruhnke                2140

1    CROSS-EXAMINATION

2    BY MR. RUHNKE:

3    Q    Good morning.

4    A    Good morning.

5    Q    This shooting, as you told us, occurred on the sixth

6    floor of the projects?

7    A    I believe so.

8    Q    And, as you say, the case was not prosecuted against

9    Damion Hardy, correct?

10   A    That's correct.

11   Q    And the case was prosecuted, though, against a guy named

12   Robert Footman; is that correct?

13   A    I do not know.

14   Q    Okay.  And you testified that Mr. Kennedy, Marcel

15   Kennedy, was 17 years old at the time he was shot?

16   A    Approximately.

17   Q    Do you know how many times he was shot?

18   A    In my memo book I wrote eight to ten times.

19   Q    Eight to ten times?

20   A    I do not know exactly.

21   Q    It's refreshed by your book?

22   A    Yes.

23   Q    This is 20 years ago, right?

24   A    Yes.

25        MR. RUHNKE:  Nothing further.

St. John - Cross - Ruhnke                    2141

1           THE WITNESS:  Thank you.

2           THE COURT:  Anyone else wish to question?

3           MR. HERMAN:  Judge, I'm just seeking a limine

4    instruction.  This is a racketeering act and not charged --

5           THE COURT:  This has nothing do with Granton, right?

6           MR. HERMAN:  Thank you, Judge.

7           THE COURT:  This is another example where evidence

8    is being offered against one of the two defendants.  In this

9    situation, it's being offered against the defendant Hardy.

10   Nothing to do with Granton.  Okay.

11          You may step down.  Thank you very much.

12          Next witness.

13          MR. AMATRUDA:  Your Honor, the government calls

14   Francis Tegano, who is Number 73.

15          THE CLERK:  Good morning.  You can remain standing,

16   and raise your right hand.  Do you affirm to tell the truth?

17          THE WITNESS:  Yes.

18          THE CLERK:  Thank you.  Please have a seat.  Please

19   state and spell your name.

20          THE WITNESS:  My name is Francis Tegano,

21   T-e-g-a-n-o.

22   FRANCIS TEGANO,

23   called as a witness by the government, having been first duly

24   sworn, was examined and testified as follows:

25          MR. AMATRUDA:  My I, your Honor?

NICOLE CANALES, CSR, RPR

Tegano - Direct - Amatruda                2142

1          THE COURT:  You may inquire.

2          MR. AMATRUDA:  Thank you.

3    DIRECT EXAMINATION

4    BY MR. AMATRUDA:

5    Q    Mr. Tegano, are you retired from the New York City Police

6    Department?

7    A    Yes, I am.

8    Q    What year did you retire?

9    A    I retired in 2004.

10   Q    How many years did you spend with the police department?

11   A    Twenty years.

12   Q    Were you part of the -- did you work in the Crime Scene

13   Unit at some point?

14   A    Yes, I worked in the Crime Scene Unit for 12 years.

15   Q    What years, if you recall?

16   A    From '93, up until I retired in 2004.

17   Q    So you were with the Crime Scene Unit on June 10th of

18   2000; is that correct?

19   A    Yes.

20   Q    On that day, did you process a crime scene at Marcy

21   Avenue and Quincy Street in Brooklyn, New York?

22   A    Yes, I did.

23   Q    And have you looked at some of the paperwork that was

24   generated from that crime scene?

25   A    Yes, I did.

1   Q    And is it safe to say that you hadn't had any independent

2   recollection, as you're sitting here, of what the crime scene

3   was back in 2000?

4   A    No, I did not.

5   Q    Have you looked at the documents -- do you know what your

6   role was at that crime scene?

7   A    My role was to assist Detective Abraham Rochester, who

8   was the catching detective for this case.

9   Q    What are, briefly, some of the things you do as the

10  assisting detective?

11  A    I take notes for him.  I may get him more equipment.

12  I'll help him search for evidence.

13  Q    All right.  Based on the documents in your review of the

14  crime scene photos -- I'm going to show you what's been marked

15  as Government Exhibit 600A through 600F, as in Frank.  And are

16  these crime scene photos from that crime scene?

17  A    Yes, they are.

18  Q    And we reviewed these yesterday at my office?

19  A    Correct.

20        MR. AMATRUDA:  I would move 601A through F into

21  evidence.

22        THE COURT:  Hearing no objections, in evidence.

23        MS. BARRETT:  I'm sorry, your Honor.

24        THE COURT:  601A through -- A through D is already

25  in evidence.

```
              Tegano - Direct - Amatruda            2144

1              MR. AMATRUDA:  Okay.  Your Honor, I have --
2              THE COURT:  What are you talking about now?
3              MR. AMATRUDA:  E and F, I wanted to add.
4              THE COURT:  You want E and F as well?
5              MR. AMATRUDA:  Yes, your Honor.
6              THE COURT:  A and D is not sufficient for your
7     purposes?
8              MR. AMATRUDA:  No, your Honor.  It's because there's
9     one that shows a car that has ballistic damage to it.
10             THE COURT:  601E and F?
11             MR. AMATRUDA:  Yes.
12             THE COURT:  All right.
13             MS. BARRETT:  Your Honor, I'm trying to locate
14    those.
15             MR. AMATRUDA:  Here.  I'll show them to counsel.
16             MS. BARRETT:  We just got these this morning, that's
17    why, your Honor.
18             THE COURT:  You need E and F in?
19             MR. AMATRUDA:  Yes.
20             THE COURT:  All right.
21             (Government's Exhibits 601E and F  were received in
22    evidence.)
23             MR. AMATRUDA:  Thank you.
24    Q    And at that crime scene, was there ballistics evidence
25    recovered?
```

NICOLE CANALES, CSR, RPR

Tegano - Direct - Amatruda                    2145

1   A    Yes, there was.

2   Q    Specifically what?

3   A    There were four discharged shell casings.

4   Q    What caliber were those shell casings?

5   A    They were .380.

6   Q    And, lastly, I'm going to show you what's been marked for

7   identification as Exhibit 600A.  What is that?

8   A    That is a sketch of the corner of Marcy and Quincy

9   Street.  That was drawn by Detective Rochester.

10  Q    Does that sketch fairly and accurately show the placement

11  of the different items that were placed at the crime scene?

12  A    Yes.

13        MR. AMATRUDA:  Move 600A into evidence.

14        THE COURT:  Any objection.

15        MS. BARRETT:  No objection, your Honor.

16        THE COURT:  600A in evidence, at this time.

17        (Government's Exhibit 600A  was received in

18  evidence.)

19  Q    So all I wanted you to point out, and that will be it,

20  are there -- there are four dots that are labeled AR1 through

21  4.  Can you explain to the jury what those represent?

22  A    Those represent the four discharged shell casings, and

23  they're initialed A.R. for Abraham Rochester, and they're 1

24  through 4 in numeric order.

25  Q    Lastly, there was an amount of blood on the pavement, as

Tegano - Direct - Amatruda                    2146

1   well as the shell casings?

2   A    Yes, that's correct.

3           MR. AMATRUDA:  I have nothing further.  Thank you.

4           MS. BARRETT:  No questions.

5           THE COURT:  Any questions?  All right.  You may step

6   down.  Thank you very much.

7           Next witness.

8           MS. DAYANANDA:  The government calls Dr. Yvonne

9   Milewski, 55 on your list, your Honor.

10          THE CLERK:  Good morning, Doctor.  Take the witness

11  stand, please.

12          THE WITNESS:  Good morning.

13          THE CLERK:  I ask if you can remain standing, and

14  raise your right hand.  Do you affirm to tell the truth?

15          THE WITNESS:  I do.

16          THE CLERK:  Thank you.  Please have a seat.

17          THE WITNESS:  Thank you.

18          THE CLERK:  Please state and spell your name.

19          THE WITNESS:  My first name is Yvonne, Y-v-o-n-n-e.

20  My last name is Milewski, M-i-l-e-w-s-k-i.

21          THE CLERK:  Thank you.

22  YVONNE MILEWSKI,

23  called as a witness by the government, having been first duly

24  sworn, was examined and testified as follows:

25          THE COURT:  Your witness.

NICOLE CANALES, CSR, RPR

Milewski - Direct - Dayananda                2147

1          MS. DAYANANDA:   Thank you, your Honor.

2    DIRECT EXAMINATION

3    BY MS. DAYANANDA:

4    Q    Good morning, Dr. Milewski.

5    A    Good morning.

6    Q    Can you tell the jury where you work?

7    A    I work for the Kings County facility of the Office of

8    Chief Medical Examiner for New York City.

9    Q    What's your title there?

10   A    I'm deputy chief medical examiner in charge of Kings

11   County operations.

12   Q    What does that mean?

13   A    Basically means I'm the onsite supervisor for the

14   Brooklyn office for Medical Examiner's Office.

15   Q    Can you describe your educational background for the

16   jury?

17   A    I attended Northwestern University, where I received my

18   Bachelor's of Science and my M.D. degree.  I next completed

19   year of research at Temple University.  Then I completed a

20   medical internship at Lankenau, L-a-n-k-e-n-a-u, Hospital.

21   The next stage in my training was three years of anatomic

22   pathology training, two years at the University of California

23   San Francisco, and one year at NYU.

24          I next completed year of fellowship in the

25   subspecialty area of forensic pathology at the Medical

Milewski - Direct - Dayananda                2148

1   Examiner's Office in New York City.  I remained on staff for
2   11 years and advanced to becoming the deputy chief in charge
3   of Bronx Operations.  Prior to taking an academic sabbatical,
4   I went to Columbia University for two years and did a research
5   fellowship in the area of neuropathology.  I next went to
6   Texas, where I served as deputy chief medical examiner in
7   Galveston.
8              THE COURT:  There's not going to be any exception to
9   her qualifications.  She's here to testify.
10             Would you like to impress the jurors a little bit
11  more on this rainy day?
12             THE WITNESS:  I'm pretty old, so I've done a lot of
13  things.
14             THE COURT:  Take another two or three hours to tell
15  us all the things you've done, whatever time you want.  Go
16  ahead.
17             THE WITNESS:  I was describing my background and
18  training.
19             THE COURT:  It's very impressive.
20             MS. DAYANANDA:  Your Honor, obviously we're going to
21  move to qualify Dr. Milewski as an expert.  I can apply
22  further foundation if the Court --
23             THE COURT:  I suspect that there's not going to be
24  any objections.
25             MR. RUHNKE:  There's no objection.

NICOLE CANALES, CSR, RPR

Milewski - Direct - Dayananda                    2149

1           MR. HERMAN:  No objection.

2   Q    Dr. Milewski, have you testified in court before?

3   A    Yes.

4   Q    About how many times?

5   A    Hundreds of times.  I don't know how many hundreds.

6   Q    And I'm sure I'll get a similar answer, but about how

7   many autopsies have you performed?

8   A    Thousands of autopsies.

9   Q    You're Board Certified?

10          THE COURT:  Let's get to it.  Go ahead.

11  Q    Can you tell the jury what pathology is?

12  A    Pathology is a subspecialty area of medicine.  It deals

13  with the origin of disease.

14          THE COURT:  Tell us about the autopsy.  Come on.

15  Let's go.  You can direct your questions right to what you

16  want her to talk about.

17  Q    Okay.  There's going to be -- as a result of a subpoena

18  given to you, Dr. Milewski, did you review eight autopsies in

19  relation to this case?

20  A    Yes.

21  Q    I'm going to go through the names.  Michael Colon, James

22  Hamilton, Darryl Baum, Tyrone Baum, Ivery Davis, Johan Camitz,

23  Troy Singleton, and Lamel Lawson?

24  A    Yes.

25  Q    Now, as part of your review, did you review the original

Milewski - Direct - Dayananda                    2150

1    reports for each of these autopsies?

2    A    Yes.

3    Q    Did you review the original medical examiner's notes that

4    go along with that report?

5    A    Yes.

6    Q    And did you also review photographs?

7    A    Yes.

8    Q    And can you just describe to the jury generally what --

9    how many photographs accompanied --

10              THE COURT:  One second.  Doctor, we can get to the

11   heart of this thing.  You probably prepared yourself, having

12   testified thousands of times before, to testify in this

13   particular proceeding by looking at all of the relevant

14   documents, correct?

15              THE WITNESS:  Yes.

16              THE COURT:  You can go right to it.

17              MS. DAYANANDA:  Sure.  The government moves to

18   admit Government's Exhibit 80 through 86.

19              THE COURT:  Those are the autopsy reports?

20              MS. DAYANANDA:  They are not the reports,

21   your Honor.  Just the body diagrams and photographs.

22              THE COURT:  We need all of this?

23              MS. DAYANANDA:  There's eight victims.  Yes, Judge.

24              THE COURT:  What do you want?  80A through what?

25              MS. DAYANANDA:  Number 80 through 86.

Milewski - Direct - Dayananda                    2151

1           THE COURT:  Eighty through eighty-six?

2           MS. DAYANANDA:  Correct.

3           THE COURT:  I don't have that on my list.

4           MS. DAYANANDA:  Your Honor, I think there's a

5    supplemental exhibit list.

6           THE COURT:  I'm going off of the original one.  Do

7    you really need all these things?

8           MS. DAYANANDA:  Yes.

9           THE COURT:  I'm not so sure you do.  Let's see how

10   it goes.  Continue with your questions.

11          MS. DAYANANDA:  Mr. Herman took the exhibits, so we

12   have to pause here for a second.

13          THE COURT:  We have so many exhibits already.  Maybe

14   we can do with less.

15          MR. HERMAN:  These aren't body photographs.

16          THE COURT:  Objection sustained.  Next question.

17   Q    Turning to the autopsy of Michael Colon, when was that

18   autopsy performed?

19   A    April 15th, 1998.

20   Q    What was the cause of death?

21   A    It was a gunshot wound to the torso that perforated the

22   heart and aorta.

23   Q    How many gunshot wounds were there?

24   A    There was one gunshot wound.

25          MS. DAYANANDA:  These were all provided to you,

NICOLE CANALES, CSR, RPR

Milewski - Direct - Dayananda                2152

1   Counsel, so can I get them back now?

2           THE COURT:  Ms. Dayananda, just have her testify

3   about the cause of death for all of these folks.  That's what

4   I want to question her about.  I don't think there's going to

5   be any -- listen to me.  If there's any significant

6   cross-examination about this, I'll reconsider the offer in

7   evidence.  Right now we don't need it.  Next question.

8           MS. DAYANANDA:  Your Honor, I understand --

9           THE COURT:  You're finished with number one.  Go on

10  with the next one.

11          MS. DAYANANDA:  Your Honor, I understand the cause

12  of death is not at issue here, but the method and the location

13  of the gunshot wounds corroborate the government's witnesses.

14          THE COURT:  You can ask her those questions.

15  Q    Turning to Michael Colon, Dr. Milewski, can you tell the

16  jury where specifically he was shot?

17  A    Entrance wound was the front of the chest.

18  Q    What do you mean by entrance wound?

19  A    That's where the bullet entered the body, and the

20  breastplate in front of the chest.

21  Q    Were there any other gunshot wounds?

22  A    A bullet exited out the left back.  There were no other

23  entry wounds.

24  Q    Was there anything that you can determine, in terms of

25  the range of the shot?

Milewski - Direct - Dayananda                     2153

1    A    There was no evidence of close-range fire.

2    Q    And do you know if Mr. Colon was brought to the scene or

3    from the hospital?

4    A    He was brought from the hospital.

5    Q    Do you know the age of the victim?

6    A    Age is given at 28 years.

7    Q    Did you also review the autopsy of James Hamilton?

8    A    Yes.

9    Q    When was that autopsy performed?

10   A    August 12th in the year 2000.

11   Q    And the autopsy was August 12th.  Do you know the date of

12   the actual incident?

13   A    August 1st, 2000.

14   Q    What was the cause of death?

15   A    The cause of death was gunshot wounds to the torso and

16   arm that injured the intestine and blood vessels, with

17   complications.

18            MS. DAYANANDA:  Your Honor, I'm going to move

19   Government Exhibit 81 into evidence.  It's the body diagram.

20            THE COURT:  I'm not going to allow it in now.  If

21   there's any cross-examination where that becomes relevant,

22   I'll allow you to do it on redirect.  Let's just get out

23   from -- the testimony of the cause of death from all those

24   folks and whatever you want to adduce.  I doubt that anyone's

25   going to question her credibility here.  She's been on

Milewski - Direct - Dayananda                    2154

1    hundreds and hundreds of autopsies.  She's here as an expert.

2    I want to go directly to her testimony.  We've had enough

3    exhibits in this case already.  We don't need any more unless

4    it's absolutely necessary.  I don't see where it's absolutely

5    necessary now.  Next question.

6            MS. DAYANANDA:  Your Honor, this is absolutely

7    necessary.

8            THE COURT:  I don't agree.  Next question.  We'll

9    see what kind of questions are elicited, if any, on

10   cross-examination, and then I'll reconsider your concerns.

11   Q    How many gunshot wounds were there to James Hamilton?

12   A    A total of three gunshot wounds to the body.

13   Q    Can you tell us where those gunshot wounds were?

14   A    Two were to the left back, and one is to the back of the

15   right arm.

16   Q    And can you demonstrate or show us, in terms of the body,

17   in terms of where it was on the back, or would an exhibit help

18   you, Dr. Milewski?

19   A    I could show you on the diagram where those wounds are.

20           MS. DAYANANDA:  The government moves to admit

21   Government Exhibit 81, at this time.

22           THE COURT:  I'll let 81 in.

23           (Government's Exhibit 81  was received in evidence.)

24           THE COURT:  Go ahead.

25           That's going to help you testify?

Milewski - Direct - Dayananda                    2155

1            THE WITNESS:  Yes.

2    Q    Showing you Government Exhibit 81, is this the body

3    diagram that was done related to the death of James Hamilton?

4    A    Yes.

5    Q    Can you show -- using this exhibit, can you show the jury

6    where those gunshot wounds were?

7    A    I'm not able to point, but there are three circles on the

8    left back.

9    Q    If you touch the screen, actually?

10   A    Okay.  These two of this closer three are entry wounds,

11   and that is an entry wound in the back of the right arm.

12   Q    Just to be clear, looking at the diagram, they're all

13   entry wounds to the back; is that correct?

14   A    Yes.

15   Q    And you said three in total?

16   A    Yes.

17   Q    And were any of those gunshot wounds immediately

18   incapacitating?

19   A    No.

20   Q    What does that mean?

21   A    That means that the individual died from internal

22   hemorrhage.  It takes time to hemorrhage from wounds.  This

23   individual would have had some time to move about until he

24   lost a significant blood volume.

25   Q    Were any bullets recovered as part of this autopsy?

Milewski - Direct - Dayananda                    2156

1    A    No, all bullets exited out of the body.

2    Q    Do you know the age of this victim?

3    A    Thirty-seven years.

4    Q    Moving on to the autopsy of Darryl Baum, when was that

5    autopsy done?

6    A    June 11th in the year 2000.

7    Q    What was the immediate cause of death?

8    A    Immediate cause of death is a single gunshot wound to the

9    head.

10   Q    And do you know how many gunshot wounds in total?

11   A    There were two total ones to the head.  One produced only

12   superficial injures.  One went on to enter the head and cause

13   damage to the brain.

14   Q    Do you know which side the immediately incapacitating

15   gunshot wound was?

16   A    That entry wound was in the right temple.

17   Q    I'm sorry.  How many in total?

18   A    Two.

19   Q    Were you able to tell anything from the range of the

20   shot?

21   A    There's no evidence of close-range fire.

22   Q    And were any bullets recovered for this particular

23   autopsy?

24   A    Yes.

25   Q    Can you describe to the jury what happens when the

Milewski - Direct - Dayananda                    2157

1  Medical Examiner's Office recovered a bullet?

2  A    When a bullet is recovered from the body, we document

3  where we recovered the bullet from.  We might inscribe or

4  engrave a symbol that we'll recognize, potentially, at a

5  future time, that bullet.  And we'll secure it in an evidence

6  envelope, and it eventually becomes transport to law

7  enforcement.

8  Q    And you said it's transferred to law enforcement; is that

9  right?

10  A    Yes.

11  Q    Do you know where it goes from there?

12  A    It usually goes to the ballistic laboratory, and they

13  have their procedures.

14  Q    Just in terms of the gunshot wound to the head, did you

15  say it was on the right side?  I'm sorry.

16  A    Yes.

17  Q    Do you know the age of this victim?

18  A    Thirty-four years.

19  Q    Okay.  Turning to the autopsy of Ivery Davis, can you

20  tell us when that autopsy was performed?

21  A    August 10th, in the year 2000.

22  Q    What was the cause of death?

23  A    Cause of death are gunshot wounds to the torso that

24  injured the heart, lung and diaphragm.

25  Q    Was there more than one gunshot wound to Mr. Davis?

Milewski - Direct - Dayananda                    2158

1   A    Yes.  There are three entry wounds to the left back.

2   Q    And can you describe where those are?  Would a diagram

3   help you?

4        THE COURT:  Why don't you save that for redirect, if

5   necessary.  Okay.  I'm not going to preclude you.  I'm moving

6   you along now.  Let her describe where the wounds were.  She

7   knows where they are.  If there's any question about that, you

8   can put the diagram in on redirect.  Okay.  Next question.

9   Q    Dr. Milewski, can you tell the jury where the gunshot

10  wounds were?

11  A    Yeah.  The three entry wounds are close to the left

12  shoulder blade.

13  Q    And those were the entrance wounds; is that right?

14  A    There are three entry wounds, yeah.

15  Q    Were any of the bullets recovered?

16  A    Three bullets from those three wounds were recovered.

17  There were two additional bullets from older gunshot wounds

18  that have nothing to do with this shooting.

19  Q    Were any bullets recovered?

20  A    Yes, three from the three entry wounds to the back and

21  two older wounds.

22  Q    Okay.  In addition to the bullet injury, did you observe

23  any other injury to Mr. Davis?

24  A    Yes.  There are injuries to the soft tissue of the body

25  of the face, the back and the head, and to the legs, in the

NICOLE CANALES, CSR, RPR

Milewski - Direct - Dayananda                    2159

1    form of abrasions to the face; an impact site to the back of

2    the head, a laceration over the left knee, and a fractured

3    right ankle.

4    Q    I'm going to show you Government Exhibit 84B.

5              MS. Dayananda:  Your Honor, this is necessary.

6    Q    Do you recognize this photo?

7    A    Yes.

8    Q    And does that depict the ankle injury that you described?

9    A    Yes.

10             MS. DAYANANDA:  Your Honor, the government moves to

11   admit 84B.

12             THE COURT:  Any objection?

13             MR. RUHNKE:  Yes.

14             MS. BARRETT:  Yes.

15             THE COURT:  There's an objection?

16             MR. RUHNKE:  Yes.

17             MS. BARRETT:  Yes.

18             THE COURT:  Basis of the objection.

19             MR. RUHNKE:  Objection is it's particularly

20   gruesome.  It depicts an injury that occurred during the car

21   accident and nothing to do with homicide, and object to it.

22             THE COURT:  Objection sustained.  Next question.

23   Q    Dr. Milewski, can you describe a little bit more about

24   how an ankle injury could occur in such a manner?

25   A    This individual was operating a motor vehicle at the time

Milewski - Direct - Dayananda                 2160

1    of the shooting, and this kind of fracture, the distal part of

2    the leg or right ankle, is most likely due to a very violent

3    impact to the bottom of that foot, such as can be sustained by

4    applying the leg in a very rapid fashion to the brake pedal.

5    Q    And in terms of that impact, can you describe how --

6    what it would take for an ankle to break in the manner that

7    you saw that on Mr. Davis?

8    A    Reflects a certain amount of blunt force was transferred

9    to the right foot on impact.

10   Q    And how old was Mr. Davis at the time?

11   A    How old was he?  I'm sorry.  Twenty-seven years.

12   Q    At the same time, was there an autopsy performed of Johan

13   Camitz?

14   A    Yes.

15   Q    And can you describe his injury to the jury?

16   A    So this case demonstrated widespread blunt force trauma

17   injuries to the body.  By that I mean that the body sustained

18   its injury in application of severe degrees of blunt force.

19   There is an impact to the back of the head.  There is a

20   fracture of the cervical, the next spine, with an injury of

21   the spinal cord.  There are impact sites to the lower legs, a

22   fracture on the right side, and many abrasions, which are

23   scrapes and bruises, to both legs.  By legs I mean below the

24   level of the knee.  So this constellation of injury are

25   typical for what one sees when there's a pedestrian that's

Milewski - Direct - Dayananda          2161

1   impacted by a motor vehicle.  The first impact is to the lower

2   extremities, with the individual standing.  If enough force is

3   transmitted to the body, with that impact, the body will go up

4   into the air, for lack of a better way of saying it, and

5   strike the head on descent, and that's exactly what we see in

6   this body.

7           THE COURT:  That's consistent with somebody being

8   hit by a car, right?

9           THE WITNESS:  Right.

10          THE COURT:  Next question.

11  Q    What was the cause of death?

12  A    The cause of death is blunt force trauma to the neck,

13  which resulted in a fracture of the cervical column and

14  complete transection of the spinal cord.

15  Q    Just to clarify, for Mr. Davis, as well as Mr. Camitz,

16  was there an investigator sent out to the scene by the Medical

17  Examiner's Office?

18  A    Yes.

19  Q    What's the purpose of that?

20  A    If there -- if an individual dies outside of a hospital

21  or healthcare setting, whether it's a public area or in their

22  homes, we send an investigator to the scene to examine the

23  body in place, and to get information about the scene so we

24  can have a good correlation with the injuries, if we see them,

25  and understand how they were sustained.

Milewski - Direct - Dayananda                    2162

1      THE COURT:  You like to see the body as soon as
2   possible, I guess, is what your practice is, right?
3      THE WITNESS:  Well, we'd see the body sooner if we
4   didn't send the investigator out, yeah, that's true.  Somebody
5   in our facility would respond to the scene faster than the
6   body would come in eventually.
7      THE COURT:  Next question.
8   Q    Was Mr. Camitz brought to the office from the scene or
9   from the hospital?
10  A    He was brought from the hospital.
11  Q    And Mr. Davis was brought from the scene; is that
12  correct?
13     THE COURT:  Does this really matter?  Next question.
14     THE WITNESS:  The scene.
15     THE COURT:  You answered the question.  Next
16  question.
17  Q    Moving on to Troy Singleton, Dr. Milewski, when was that
18  autopsy performed?
19  A    That was performed October 29th, 2001.
20  Q    Could you tell us the cause of death for Mr. Singleton?
21  A    Single gunshot wound to the head that injured the brain
22  and fractured the skull.
23  Q    Were there other gunshot wounds?
24  A    Yes.
25  Q    How many?

Milewski - Direct - Dayananda                2163

1  A    There were seven other gunshot wounds; four to the torso

2  and three to the lower extremities.

3  Q    By lower extremities, what do you mean?

4  A    The legs, below the level of the head.

5  Q    Okay.  You said there was one to the head; is that

6  correct?

7  A    Yes.

8  Q    Seven others?

9  A    Yes, four to the torso, and three between both lower

10  extremities.

11  Q    Were any of those gunshot wounds immediately

12  incapacitating?

13  A    The gunshot wound to the head was.

14  Q    Now, could you describe where specifically those other

15  gunshot wounds were, other than to the head?  I'm sure a

16  diagram would help, but do your best.

17  A    There's -- the fatal wound is to the back of the head.

18  There are two -- there are four total wounds to the back side

19  of the body, for the back; one on each upper back, so one on

20  the left upper back, one on the right upper back, one just

21  below the left buttock, and one just below the right buttock.

22          THE COURT:  Which one of those caused him to die?

23          THE WITNESS:  The one to the head.

24          THE COURT:  He was shot in the head, right?

25          THE WITNESS:  Yes.

Milewski - Direct - Dayananda                2164

1          THE COURT:  And that's what killed him, right?

2          THE WITNESS:  Yes.

3          THE COURT:  What's your next question?

4   Q    The position of the gunshot wounds from the rest of the

5   body, apart from the head, what did that indicate to you?

6   A    For the bullet to enter the back of the body, the end of

7   the barrel of the gun has to be facing the back of the

8   individual.

9   Q    And the age of this victim, Mr. Singleton?

10  A    Thirty-three years.

11  Q    I'm sorry.  I don't think I brought out the age of

12  Mr. Camitz.

13  A    Just a second, please.  Thirty-eight years.

14  Q    Moving on to Mr. Tyrone Baum, can you tell us when this

15  autopsy was performed?

16  A    July 26th, 2003.

17  Q    What was the cause of death?

18  A    Gunshot wounds to the head and torso that injured the

19  brain and intestines.

20  Q    How many gunshot wounds in total?

21  A    Three gunshot wounds.

22  Q    Can you tell us where?

23  A    All three are to the back of the body.  One to the head

24  is the back of the body.  There's another one at the base of

25  the neck in the back, and another wound at the waistline in

Milewski - Direct - Dayananda                    2165

1   the back.

2   Q    Were any of those immediately incapacitating?

3   A    Yes.

4   Q    Which one?

5   A    The one to the head.

6   Q    And the two other ones, did they indicate anything to

7   you, as far as the position of the other victim?

8   A    The back of the victim had to be facing the end of the

9   barrel of the gun for the bullets to injure the back of the

10  victim.

11  Q    What was the age of this victim?

12  A    Forty-one years.

13  Q    I'm sorry.  Which one was the entrance wound?  Where did

14  it enter?

15  A    There are three; one to the back of the head, one at the

16  base of the neck in the back, and one at the waistline on the

17  back.

18  Q    Meaning, it entered from the back, correct?

19  A    Correct.

20  Q    Moving to Mr. Lamel Lawson, can you tell the jury when

21  that autopsy was performed?

22  A    October 23rd, 1999.

23  Q    What was the cause of death?

24  A    Gunshot wounds to the trunk and extremity that injured

25  heart, lungs, esophagus, and muscles.

Milewski - Direct - Dayananda                    2166

1   Q    And how many gunshot wounds in total?

2   A    Total of three gunshot wounds.

3   Q    And were any bullets recovered?

4   A    There was one bullet recovered.

5   Q    What was done with that bullet?

6   A    Bullet was submitted into evidence.

7   Q    And was that provided to law enforcement?

8   A    Yes, it's transferred to the Ballistics Unit.

9   Q    Was there a particular number that was attached to

10  voucher to the bullet that was recovered?

11  A    Yes.

12  Q    What was that?

13  A    K994883.

14  Q    I'm sorry.  How many bullets was it?

15  A    Just one bullet.

16            MS. DAYANANDA:  I have nothing further.  Thank you.

17            THE WITNESS:  Thank you.

18            THE COURT:  Any cross-examination?

19            MR. RUHNKE:  No, sir.

20            THE COURT:  Mr. Beecher?

21            MR. BEECHER:  No.

22            THE COURT:  So members the jury, I'm not being

23  critical of Ms. Dayananda; they're very, very complete with

24  trying to get before you all sorts of things.  You've had lots

25  of exhibits.  You've been here for many days.  And it comes

Milewski - Direct - Dayananda                    2167

1   towards the end of the trial, where I push the lawyers a
2   little bit to move the case along.  If we don't need it, then
3   I'm not going to allow it into evidence.  If it's necessary,
4   then we'll allow it into evidence.  But here's a situation
5   where this expert testified about the cause of death.  There's
6   no cross-examination.  We didn't need to burden the record
7   further with a whole bunch of diagrams and extend questioning
8   that wouldn't be relevant.  Okay.  So that's why I did that,
9   and I'm probably going to do more of that between now and the
10  end of the trial.  And counsel knows Judge Block's style.
11  Okay.
12           Thank you very much.  We appreciate your testifying
13  for what, the 345th time?
14           THE WITNESS:  Something like that, yes.
15           THE COURT:  Okay.  Next witness.
16           MR. AMATRUDA:  Your Honor, the government calls
17  Patrick Murphy.
18           THE COURT:  Okay.  What number is that?
19           MR. AMATRUDA:  Number 7, your Honor.
20           THE CLERK:  Good morning, Mr. Murphy.
21           THE WITNESS:  Good morning.
22           THE CLERK:  I ask if you can remain standing and if
23  you can raise your right hand.  Do you affirm to tell the
24  truth?
25           THE WITNESS:  Yes.

Murphy - Direct - Amatruda                    2168

1          THE CLERK:  Thank you.  Please have a seat, and
2    please state and spell your name.
3          THE WITNESS:  Patrick Murphy, M-u-r-p-h-y.
4    PATRICK MURPHY,
5    called as a witness on behalf of the government, having been
6    first duly sworn, was examined and testified as follows:
7          THE COURT:  You didn't march in the Irish parade
8    this year?
9          THE WITNESS:  No, I did not, sir, not this year.
10          MR. AMATRUDA:  Thank you, your Honor.
11   DIRECT EXAMINATION
12   BY MR. AMATRUDA:
13   Q    Mr. Murphy, you're retired from the New York City Police
14   Department, correct?
15   A    Yes.
16   Q    What year did you retire?
17   A    2001.
18   Q    How long did you serve with the police department?
19   A    A little over 20 years.
20   Q    At one point you were assigned to the Crime Scene Unit,
21   correct?
22   A    That's correct.
23   Q    What time frame were you working at the Crime Scene Unit?
24   A    From, probably, 1991 until May 30th, 2001.
25   Q    Okay.  So on December 22nd of 2000, you were with the

Murphy - Direct - Amatruda                2169

1   Crime Scene Unit, correct?

2   A    That's correct.

3   Q    And did you process a crime scene in front of -- or near

4   463 DeKalb Avenue in Brooklyn?

5   A    Yes, I did.

6   Q    Do you know the name of the victim involved in that crime

7   scene?

8   A    Became known to me as Troy Davis.

9   Q    That was a homicide, correct?

10  A    That's correct.

11  Q    Looking at Government Exhibits 401B, D, and E --

12          MR. AMATRUDA:  Just three, your Honor.

13          THE COURT:  B, C, and D, did you say?

14          MR. AMATRUDA:  B, as in boy, D, as in David, E, as

15  in Earnest.

16          THE COURT:  Those are crime scene photos?

17          MR. AMATRUDA:  They are.

18          THE COURT:  No objection to that, I suspect.  In

19  evidence, at this time.  Go ahead.

20          (Government's Exhibit 401B, D and E  were received

21  in evidence.)

22  Q    If you can just explain the -- I'm just going to show you

23  very briefly Government Exhibit 401D, as in David.  And

24  showing you that, is -- there's a phone booth that's there; is

25  that correct, Mr. Murphy?

Murphy - Direct - Amatruda                    2170

1    A    It's a phone stand.  It's not the old fashioned booth.

2    Q    Okay.  And near that phone stand, I'm going to point

3    under where the actual telephone is.  There appears to be some

4    red there.  Do you know what that is?

5    A    Yes, that was blood.

6    Q    Okay.  And I'm going to show you what's been marked as

7    401B, as in boy.  Could you just tell us what that shows?

8    A    That shows an apartment building across the street --

9    Q    Okay.

10   A    -- from the scene.

11   Q    Is that 456 DeKalb Avenue?

12   A    Yes, it is.

13   Q    Did you make a crime scene diagram?

14   A    Yes, I did.

15   Q    All right.  I'm showing you 400 for identification.  Is

16   that your crime scene diagram for that particular crime scene?

17   A    Yes, it is.

18              THE COURT:  That's in evidence, at this time.

19              MR. AMATRUDA:  Thank you, your Honor.  No further

20   questions.

21              THE COURT:  Any cross-examination of this witness?

22              MR. RUHNKE:  Not from us, your Honor.

23              MR. HERMAN:  Again, this is not a charged homicide,

24   this is an enterprise act.

25              THE COURT:  This is enterprise act.  This is

Murphy - Direct - Amatruda                    2171

1   considered to have you assess whether or not there is an

2   enterprise here.  And when I explain the charge to you, which

3   is going to be lengthy, all of that will become clear to you.

4          Thank you.  You may step down.  Make sure you march

5   in the parade the next year.

6          THE WITNESS:  I certainly will.

7          THE COURT:  With a name like that.

8          THE WITNESS:  Unfortunately I had to work.

9          MS. PAUL:  The government calls Mr. Duane White.

10  That's Number 49.

11         THE CLERK:  Good morning, Mr. White.  Take the

12  witness stand.  Ask if you can remain standing and is you

13  could raise your right hand.  You affirm to tell the truth?

14         THE WITNESS:  I do.

15         THE CLERK:  Thank you.  Please have a seat.  Please

16  state and spell your name.

17         THE WITNESS:  My name is PO Officer Duane White,

18  Dash Number 2154.

19  DUANE WHITE,

20  called as a witness by the government, having been first duly

21  sworn, was examined and testified as follows:

22         THE COURT:  You're still a police officer, and you

23  remember your badge number?

24         THE WITNESS:  Yes.

25         THE COURT:  Your witness.

NICOLE CANALES, CSR, RPR

1    DIRECT EXAMINATION

2    BY MS. PAUL:

3    Q    Where do you work?

4    A    Philadelphia PD.

5    Q    How long have you worked there?

6    A    Seventeen years.

7    Q    So in August of 2003, were you working in the

8    Philadelphia Police Department?

9    A    That's correct.

10   Q    And I'm going to direct your attention to

11   August 22nd, 2003.  Did you respond to a report of a

12   suspicious vehicle?

13   A    That's correct.

14   Q    Where were you working when that happened?

15   A    I was working in 196 car, patrol vehicle, in full

16   uniform, marked vehicle.

17   Q    That means you were in a marked vehicle?  That's the

18   number of the vehicle you just said?

19   A    That's correct.

20   Q    Were you working by yourself?

21   A    Yes, I was working solo.

22   Q    So what happened?

23   A    On that date and time, I was doing a routine patrolling

24   in the area, when I was flagged down by an officer named Craig

25   Jones, Badge Number 2096, in reference to a vehicle that's

White - Direct - Paul                    2173

1  been sitting in front of his property for the last three

2  weeks.  So I investigate by running the tags through NCIC,

3  PCIC.  Information came back it was wanted for leaving the

4  scene of a homicide in New York.

5  Q    Okay.  And you just said NCIC and PCIC.  Are those

6  databases that you use?

7  A    That's correct.  Also radioed, and also we have an MDT

8  inside our vehicle that we use, too.

9  Q    All right.  So those -- that's where you learned of the

10 alert that this car was related to a homicide in New York?

11 A    That's correct.

12 Q    And you said that off-duty Officer Jones saw the car

13 sitting on his property.  That's his home?

14 A    In front of his property.

15 Q    I'm going to show you one exhibit that is not yet in

16 evidence 1,006B.  Do you recognize that?

17 A    Yes, that's the tag.

18 Q    That's the tag of the vehicle that you found on

19 August 23rd, 2003?

20 A    Yes, that is.

21        MS. PAUL:  I'll offer it, at this time.

22        THE COURT:  All right.  In evidence.

23        (Government's Exhibit 1006B  was received in

24 evidence.)

25 Q    I'm going to show you 1,006A and B, together on the

Proceedings                                              2174

1   screen there.  Can you tell us what that is?

2   A    Yes, the top picture is the vehicle, the minivan

3   investigated, and also the tag that was on top on the vehicle.

4   Q    All right.  So after you saw the vehicle, did you observe

5   the outside of the vehicle?

6   A    Yes, I looked on the exterior of the vehicle, and then I

7   notified the detective relative to the information I received

8   over the police radio, and also on my computer inside the

9   vehicle, in reference to the information I received.

10  Q    And from the outside of the vehicle, was there anything

11  to you that indicated that it had been broken into, in any

12  way?

13  A    No.

14          MS. PAUL:  Nothing further.

15          THE COURT:  Any questions of this witness?

16          MS. BARRETT:  No, your Honor.

17          MR. HERMAN:  No, your Honor.

18          THE COURT:  You may step down.  I think we can take

19  our mid-morning break, about 15 minutes now, and then when you

20  return, we'll have more witnesses.  Don't talk about the case.

21          THE CLERK:  All rise.

22               (Recess in proceedings.)

23          (Outside the presence of the jury.)

24          THE COURT:  Let's bring the jurors back.  Do we have

25  a witness ready to come into the court?

NICOLE CANALES, CSR, RPR

1          MR. AMATRUDA:  Yes.

2          THE COURT:  Let's bring that person in, in the

3    meantime.

4          MS. DAYANANDA:  Yes, one second.

5          MR. AMATRUDA:  I just wanted to raise with you, we

6    are -- our next witness is -- and then after that we were

7    going to call Dwayne Myers.  Mr. Myers is -- they have him in

8    the car, but the last I'd heard he was stuck in the gate.  The

9    gate was broken at the MDC, so I was going to propose that

10   we -- after this witness, that we break early for lunch.

11         THE COURT:  How long will this witness be?

12         MS. DAYANANDA:  Twenty minutes or so.  Half an hour.

13         THE COURT:  You could consider introducing those

14   diagrams and use up some of the time that way.

15         MS. DAYANANDA:  That's really funny, Judge.  Thank

16   you.

17         MS. BARRETT:  Objection.

18         THE COURT:  Let's see how it goes.  Do you have

19   anybody else outside other than Mr. Myers lined up?

20         MR. AMATRUDA:  That's what we have.  And then this

21   afternoon, we had lined up our ballistics person, who is just

22   coming in this afternoon, and we have two very quick witnesses

23   that --

24         THE COURT:  So you expect Mr. Myers will consume the

25   whole afternoon?

Proceedings                                      2176

1              MR. AMATRUDA:  I think so, Judge.

2              THE COURT:  And that's your last cooperator?

3              MR. AMATRUDA:  Yes, Judge.  And then after that I

4    have a phone chart witness, and we have just maybe a couple

5    quick ones that will be, like, this morning.

6              THE COURT:  So we have a sense of it.  Your case

7    will wrap up, in all likelihood, tomorrow morning.

8              MR. AMATRUDA:  I think so, Judge.

9              THE COURT:  Defense counsel is aware of all this,

10   and you talk about what you plan to do, if anything, as a

11   result of all this.  Let's get the witness in.

12                  (In the presence of the jury.)

13             THE COURT:  Folks, let me give you a heads-up of how

14   our schedule is proceeding.  Towards the end of a trial, you

15   have scheduling issues that are more prevalent than, perhaps,

16   at the beginning of the trial.  Everybody's working very well

17   to accommodate Judge Block to move the trial along in a nice

18   ordinarily fashion, and I am grateful for all of their

19   efforts.

20             We have this witness, who I am told will take them

21   at 20 minutes or so, and then we have in route from the MDC

22   the last cooperator, Mr. Myers, I guess.  And then there's

23   been a glitch there, in terms of getting him transported here,

24   so I think we're going to break for an early lynch after this

25   witness, and, hopefully, we'll have Mr. Myers here, who will

Proceedings                                        2177

1    be testifying, perhaps, most of the afternoon, if not all of

2    the afternoon.  And then there will be a few more witnesses,

3    probably, maybe tomorrow morning, so I think the way we're

4    proceeding is that the government probably will rest, as the

5    saying goes, in other words, will have presented all of the

6    evidence it wishes you to consider sometime tomorrow morning.

7    And be patient if we have to deal with these types of issues

8    that do crop up from time to time.

9            In the meantime, we're ordering lunch for you today.

10   Its a rainy day.  And, Mr. Innelli, I guess you were pretty

11   good at coordinating things, so lunch will be here at 12:30.

12   And you can relax and not go out into this terrible weather

13   today.  Let's see who we have now.

14           MS. DAYANANDA:  Ashabudeen Sakoor, Number 17 on your

15   list.

16           THE CLERK:  Good afternoon, Mr. Sakoor.  Ask you to

17   please stand, and raise your right hand.  Do you affirm to

18   tell the truth?

19           THE WITNESS:  Yes.

20           THE CLERK:  Please state and spell your name.

21           THE WITNESS:  Ashabudeen Sakoor,

22   A-s-h-a-b-u-d-e-e-n; last name is S-a-k-o-o-r.

23   ASHABUDEEN SAKOOR,

24   called as a witness by the government, having been first duly

25   sworn, was examined and testified as follows:

NICOLE CANALES, CSR, RPR

Sakoor - Direct - Dayananda                    2178

1           THE COURT:  Your witness.

2           MS. DAYANANDA:  Thank you, your Honor.

3    DIRECT EXAMINATION

4    BY MS. DAYANANDA:

5    Q     Good morning, Mr. Sakoor.  Can you tell the jury how old

6    you are?

7    A     I'm 41 years old.

8    Q     Are you working right now?

9    A     Yes.

10   Q     What type of work do you do, generally?

11   A     I'm a cell phone repair technician.

12   Q     How long have you been doing that for?

13   A     Five years.

14   Q     Have you ever been convicted of a crime?

15   A     Yes.

16   Q     What type of crime?

17   A     Assault, criminal sale of controlled substance, and

18   attempted sale of controlled substance.

19   Q     Let me start with conviction.  Back in 2007, and that was

20   for criminal sale of controlled substance; is that right?

21   A     Yes.

22   Q     Can you tell the jury briefly what led up to that.  Were

23   you selling drugs, at the time.

24   A     Yes.

25   Q     What types of drugs?

Sakoor - Direct - Dayananda                    2179

1   A    Cocaine.

2   Q    And where were you selling drugs?

3   A    In Queens.

4   Q    How long did you sell drugs for, at that time?

5   A    About four, five years.

6   Q    And you also have --

7            MS. BARRETT:  Could we have a beginning and end?

8            THE COURT:  For or five years.  Just give us some

9   time when you did this, some time frame.

10           THE WITNESS:  Like from '94 to about '98.

11  Q    Can you just briefly describe how you got involved in

12  selling drugs?

13  A    In the neighborhood where I used to hang out.  I used to

14  go hang out on the street corner, and that's where I picked it

15  up from.

16  Q    What neighborhood is that?

17  A    Flushing.

18  Q    You also mentioned an attempted criminal sale of

19  controlled substance; is that from 1998?

20  A    Yes.

21  Q    Did you serve any jail time for that?

22  A    Yeah, I think they put all that together as one.

23  Q    You mean both felonies as one?

24  A    Yes.

25  Q    How much jail time did you serve?

Sakoor - Direct - Dayananda                    2180

1   A    Two and a half to five.

2   Q    Were you selling cocaine again for that conviction?

3   A    Yes.

4   Q    You also mentioned an assault conviction.  Can you

5   briefly describe to the jury what led to that conviction?

6   A    It was at a club, and some gentleman tried to rob me for

7   my chain and my watch.

8   Q    What did you do?

9   A    Defending myself, I cut one of them, and I ran a few over

10  with my car.

11  Q    Do you know if any were injured?

12  A    They got stitches.

13  Q    And you pled guilty to assault in the second degree?

14  A    Yes.

15  Q    Is that a felony?

16  A    Yes.

17  Q    Did you serve time for that?

18  A    Yes.

19  Q    Okay.  And how much time?

20  A    That was part of a two and a half to five.

21  Q    So that was two felonies for the one time in jail; is

22  that right?

23  A    Yes.

24  Q    Where did you serve that time?

25  A    Orleans Correctional Facility.

Sakoor - Direct - Dayananda                 2181

1   Q      Where is that?

2   A      Albion, New York.

3   Q      Showing you what's already been entered into evidence as

4   Government Exhibit Number 38.  Do you recognize that

5   individual?

6   A      Yes.

7   Q      Who is that?

8   A      That was Shawn.

9   Q      How do you know that person?

10  A      I was incarcerated with him.

11  Q      At Orleans; is that right?

12  A      Yes, at Orleans.

13  Q      And did you talk to him during that time?

14  A      Yes.

15  Q      Would you say you became friendly with him?

16  A      Yes.

17  Q      While in jail, did you commit any crimes?

18  A      May have sold a couple of joints of marijuana.

19  Q      You say you might have.  You did?

20  A      Yes.

21  Q      And was Shawn involved in that as well?

22  A      Yes.

23  Q      And during your time in jail, did you talk about your

24  drug business?

25  A      Yes.

Sakoor - Direct - Dayananda                    2182

1    Q    Just briefly, can you just tell us what you talked about

2    with Shawn concerning your drug business?

3    A    What I used to do to make money in the streets before I

4    got arrested.

5    Q    Which was what?

6    A    We had a service that delivered crack.

7    Q    And by service, what do you mean?

8    A    You paged us, and we delivered it to your house.

9    Q    Was it pretty successful?

10   A    Yes.

11   Q    Did you also -- were you also involved in heroin selling

12   as well?

13   A    No, not before I went to prison.

14   Q    Okay.  When did you get out of prison?

15   A    December 2nd, 2001.

16   Q    And did there come a time when you saw Shawn again?

17   A    Yes.

18   Q    Can you tell the jury what led up to that?

19   A    He was coming around, asking my sister when I was getting

20   out, and then when I got out, I contacted him.  And he came

21   around, and we started hanging out.

22   Q    Where were you hanging out?

23   A    He would come to my house.

24   Q    Where was your house, at the time?

25   A    College Point Queens.

Sakoor - Direct - Dayananda                    2183

1    Q    Did there come a time when you and Shawn entered a drug

2    transaction?

3    A    Yes.

4    Q    Can you tell the jury what led to that?

5    A    He asked me if I could help him get some heroin for a

6    friend of his, and I got him ten grams of heroin.

7    Q    Were you involved in drug selling, at that point?

8    A    Yes.

9    Q    And this would be in early 2002; is that right?

10   A    Yes.

11   Q    Did you meet anyone else with Shawn?

12   A    The guy that bought the drugs, but I don't remember his

13   name.

14   Q    And were you paid for that, those ten grams of heroin?

15   A    Yeah.

16   Q    Do you remember where you provided that to him?

17   A    Excuse me?

18   Q    Do you remember where you gave that to Shawn?

19   A    I think it was in College Point, by my house.

20   Q    He had been to your house; is that right?

21   A    Yes.

22   Q    Now, at that time, this is early 2002, were you involved

23   in heroin and cocaine or just selling heroin?

24   A    A little bit of both.  A little bit of both.

25   Q    And did you mention that to Shawn?

Sakoor - Direct - Dayananda                    2184

1    A    Yes.

2    Q    Going to direct your attention to July 11th of 2002.

3    What happened to you that day, Mr. Sakoor?

4    A    I was kidnapped.

5    Q    Can you tell the jury, first of all, where that occurred?

6    A    That occurred at a topless bar called Good Vibrations in

7    College Point.

8    Q    What time did you get to the bar that evening?

9    A    Around 12:00, 12:30.

10   Q    That would be 12:30 a.m.?

11   A    12:30 a.m., yes.

12   Q    Before you got to the club, where were you?

13   A    Home.

14   Q    Home, College Point?

15   A    Yes.

16   Q    Do you remember how you got to the club that day?

17   A    I think a friend of mine's gave me a ride.

18   Q    When you got to that club, did you speak to anyone

19   inside?

20   A    When I was inside, yeah, I spoke to a couple -- an

21   individual.

22   Q    Did you know that person?

23   A    No.

24   Q    Do you remember what you talked about while you were

25   inside?

Sakoor - Direct - Dayananda                    2185

1   A    We were just talking, just basically about the girls on

2   stage, and I think shoes, and that's about it.

3   Q    Did there come a point when you left the club?

4   A    Yes.

5   Q    Can you tell the jury what happened?

6   A    I borrowed a bouncer's phone and went outside to call a

7   cab, and go home, and two gentlemen approached me on both

8   sides with guns out, and they put it to my back and told me to

9   go across the street.

10  Q    This is standing outside the club; is that right?

11  A    Yes.

12  Q    You said two gentlemen.  Had you seen those two

13  individuals before?

14  A    No.

15  Q    Did they each have a gun?

16  A    Yes.

17  Q    Did you see the guns?

18  A    Yes.

19  Q    Can you describe either of them?

20  A    Just both of them were black.

21  Q    Were they large guns or smaller?

22  A    They was like handguns, about this big (indicating).

23  Q    What did you do when they approached?

24  A    I walked across the street.

25  Q    What did you do?

1  A    We walked across the street, and then the van door

2  opened, and there was another gentleman with a machine gun in

3  the backseat, and they pushed me in the van.  I tried to fight

4  them off, and I couldn't.  And they grabbed me and duct-taped

5  my hands and feet, and threw me in the van.

6  Q    Now, you said there were two individuals who first

7  approached you, right?

8  A    Yes.

9  Q    And was there another person with the gun?

10  A    It was a driver, and then I think there was one in the

11  back.

12  Q    So how many people in total were in that van?

13  A    Four.  And then the guy from inside came out later.

14  Q    The guy from inside?

15  A    That I was speaking to, yes.

16  Q    He also entered the van?

17  A    Yes.

18  Q    And you said there was a guy holding a machine gun; is

19  that right?

20  A    Yes.

21  Q    Could you describe that gun?

22  A    It was like this big, black, with a -- with wood on it,

23  wood grip.

24          THE COURT:  About two feet?

25          THE WITNESS:  Yeah, it was like an AK-47.

Sakoor - Direct - Dayananda                     2187

1    Q    And for the record, you had -- about two feet up, is

2    that -- was that the length of it, you said?

3    A    Yeah, about this big.

4    Q    Once you were in the van, you said you started fighting a

5    little bit?

6    A    Before I got into the van, yes.

7    Q    Then what happened?

8    A    They all wrestled me into the van.

9    Q    What happened inside the van?

10   A    They duct-taped me and put me on the floor.

11   Q    When they duct-taped you, what did they duct tape?

12   A    Excuse me?

13   Q    What part of your body did they duct tape?

14   A    My hands, and my feet, and then they later duct-taped my

15   eyes up.

16   Q    Were your hands in front of you or behind you?

17   A    I think they were in front of me.

18   Q    Now, once you were in the van and you were duct-taped, is

19   that when they put the duct tape on your eyes, you said?

20   A    Yeah, they put me in supine, and then was asking me

21   questions, and then they duct-taped my eyes.

22   Q    What types of questions were they asking you?

23   A    That they wanted $250,000, and I had to take them to

24   where the money was at.

25   Q    Did you notice any other vehicles in the area, at the

Sakoor - Direct - Dayananda                          2188

1    time?

2    A    Not at the time, but later, yes.

3    Q    Where is that?

4    A    We stopped somewhere, and another car pulled up, and

5    somebody jumped into the van.  And the person that jumped in

6    the van was on the phone talking to someone, and they were

7    saying, listen, we know you got the money, we know you got the

8    money.  And then they decided to take me to my sister's house.

9    When he got out the van, went back into the other car, and

10   drove me to my sister's house, then I informed them my sister

11   worked for the police.  And that's when they got angry, put me

12   back in the van, took me to Brooklyn.  I don't know it was

13   Brooklyn until later, though.

14   Q    Let me stop you there.  You said another person entered

15   the van and was on the phone; is that right?

16   A    Yes.

17   Q    Did you hear what, if anything, that person was saying on

18   the phone?

19   A    He was talking to somebody on the phone, saying, listen,

20   we got him, and he's saying he doesn't have the money.  And I

21   guess the other person was telling him that he has the money,

22   he has the money.

23   Q    And at that point, you were still in the van, right?

24   A    Yes.

25   Q    Now, from the club, you said you went to your sister's

Sakoor - Direct - Dayananda                    2189

1   neighborhood?

2   A     Yes.

3   Q     Where is that?

4   A     Flushing, Queens.

5   Q     Was that nearby?

6   A     Yeah, about 10, 15 minutes.

7   Q     What kind of neighborhood is Flushing?

8   A     It's a nice neighborhood.

9   Q     Why did you end up at your sister's place?

10  A     Because they though the money was there.

11  Q     Did you direct them to your sister's place?

12  A     I think they knew where it was, and I might have told

13  them it was in Flushing.

14  Q     Did you tell them then that your sister works for the

15  police department?

16  A     Yes.

17  Q     What happened then?

18  A     They got angry and threw me back in the van.

19  Q     Then what happened?

20  A     We drove for awhile, and then we stopped.  We stopped

21  somewhere.  It was by a highway, because I know I heard the

22  cars, and they let me use the bathroom.  And then we proceeded

23  somewhere, and then they took me out and carried me into a

24  building.

25  Q     Did you know where you were, at that point?

Sakoor - Direct - Dayananda                2190

1   A   No, not yet.

2   Q   How many people were with you, at that point?

3   A   I don't know.

4   Q   Where did you go once you got --

5   A   I was blindfolded still.

6   Q   Where did you go once you got to that building?

7   A   We went upstairs, some stairs, and then into an

8   apartment, and they threw me in a room on a bed.

9   Q   At that point, how many people were there?

10  A   I'm not sure.  I just heard maybe, like, three, four

11  people talking.

12  Q   Then what happened?  About what time do you think this

13  was?

14  A   I don't know, like, two, three hours, after they got me

15  in front of the club.

16  Q   You said they threw you on a bed?

17  A   Yes.

18  Q   And were you still tied up, at that point?

19  A   Yes, I was duct-taped.

20  Q   What happened next?

21  A   It got quiet, and then as the night -- as the night went

22  on, the duct tape stopped sticking on my hands, and when I got

23  one of my hands free, I lifted up the one that was over my

24  eyes, and I seen the guy sitting in the doorway with the gun

25  on his lap.  So I seen the scissors on the floor, and I picked

Sakoor - Direct - Dayananda                2191

1  up the scissors and cut myself free, and I tried to leave the

2  apartment.  When I tried to leave the apartment, he had a fan

3  blowing on him, and I bumped into a wire, and he jumped up and

4  pulled the gun up on me.  And when he pulled the gun up on me,

5  I put it under my armpit, and me and him wrestled for the gun

6  for about half an hour to an hour threw this apartment.  When

7  I dragged him to the door, and I got the door open, and I seen

8  a neighbor, and told the neighbor if they could call the cops

9  for me.

10  Q    What happened then?

11  A    His associate came, and they wrestled me back down and

12  hogtied me in the bedroom.  And then, like, ten minutes later

13  the cops kicked the door in and rescued me.

14  Q    So Mr. Sakoor, I just want to clarify here, Government

15  Exhibit 38, Shawn, did you see him at all the night you were

16  kidnapped?

17  A    No.

18  Q    Showing you Government Exhibit 33, do you recognize this

19  person this has been entered into evidence?

20  A    He looks familiar, but not off the top of my head right

21  now.

22  Q    I'm going to show you what's also been entered into

23  evidence as Government Exhibit 900G.  Do you recognize that

24  photo?

25  A    Yeah, that's the apartment.

Sakoor - Direct - Dayananda                    2192

1   Q     Is that the bed that you said that they threw you on?

2   A     Yes.

3   Q     So to back up, you said at some point the duct tape

4   wasn't sticking anymore?

5   A     Yeah, it was hot in this apartment.

6   Q     Do you remember when?

7   A     July 11th.

8   Q     At that point, when you were able to see who was left in

9   the apartment, was there more than one person?

10  A     I couldn't see behind him, I could just see him in the

11  doorway.

12  Q     And you said there was a gun on his lap; is that right?

13  A     Yes.

14  Q     I'm going to show you what's been entered as Government

15  Exhibit 903A, which has not been entered as of yet.  I'm going

16  to show you Government Exhibit 903A.  Do you recognize this

17  photo?

18  A     Yeah, that's the machine gun.

19        MS DAYANANDA:  The government moves to admit 903A

20  into evidence, at this time.

21        THE COURT:  All right.  No objection.  In evidence.

22        (Government's Exhibit 903A  was received in

23  evidence.)

24  Q     Now that the jury can see it, can you tell us what that

25  is?

NICOLE CANALES, CSR, RPR

Sakoor - Direct - Dayananda                    2193

1   A    That's the gun that the guy had in the backseat, and he

2   also had it in the lap -- in his lap, when I got free.

3   Q    You say you started wrestling him; is that right?

4   A    Yes.

5   Q    At some point was it him by himself or someone else was

6   able to --

7   A    No, first it was just me and him.  And I took him in

8   every direction in the apartment, until I found the door.

9   Q    Then what happened?

10  A    I opened the door, and one of the neighbors was coming

11  up --

12          THE COURT:  He already said that.  He already said

13  that.  What else you want to ask?

14  Q    Tell us what happened after the police officers arrived.

15  A    They cut me free, and they took me to the precinct.

16  Q    And did you tell the police at that time what had

17  happened?

18  A    Yes.

19  Q    Did you tell the police that you were involved in selling

20  drugs, at that time?

21  A    No.

22  Q    Did you learn where you were being held that day, on

23  July 11th, 2002?

24  A    Yeah.  When they came out, yeah.

25  Q    Where were you?

1    A     In Brooklyn.

2    Q     And as part of talking with the police, did you view

3    photo arrays?

4    A     Yes.

5    Q     I'm going to show you what hasn't been entered yet.  This

6    will be Government Exhibit 904.  Do you view more than one

7    photo array, Mr. Sakoor?

8    A     Yes.

9    Q     I'm going to show you this.  Do you see that on your

10   screen?

11   A     Yes.

12   Q     Do you recognize this?

13   A     Not really.

14   Q     Do you recognize your signature there?

15   A     Yes, I recognize my signature.

16   Q     Is this one of the photo arrays that you were shown on

17   July 21st of 2002?

18   A     Yes.

19            THE COURT:  Did you pick out anybody at these arrays

20   at all?  Did you identify anybody?

21            THE WITNESS:  Yes.

22            THE COURT:  So who did you identify?  Go ahead.

23            MS. DAYANANDA:  Your Honor, the government moves to

24   admit Government Exhibit 904.

25            THE COURT:  904 in evidence.

Sakoor - Direct - Dayananda                    2195

1          (Government's Exhibit 904  was received in
2    evidence.)
3    Q    And just to -- now that the jury can see, can you tell us
4    who you identified in this photo array, which number?
5    A    Number 6.
6    Q    That's this gentleman; is that right?
7    A    Yes.
8    Q    Is that right, Mr. Sakoor?
9    A    Yes.
10          THE COURT:  You identify him as one of the people
11   whom you saw that night?
12          THE WITNESS:  In the van, yes.
13          THE COURT:  In the van, one of the people in the
14   van?
15          THE WITNESS:  Yes.
16   Q    And you mentioned that there was the van and another car
17   did.  You see any females?
18   A    There was a female voice in the other car, yeah.  I never
19   got to see her.
20   Q    Did you see Shawn after this incident at all?
21   A    One time, at parole.
22          MS. DAYANANDA:  I have nothing further.  Thank you.
23          THE COURT:  Any cross-examination, Mr. Barrett.
24          MS. BARRETT:  Yes, your Honor.  Just briefly,
25   your Honor, once the witness is done testifying, we would like

NICOLE CANALES, CSR, RPR

Sakoor - Direct - Dayananda                2196

1   to raise something about Exhibit 904, because I think there's

2   something based on testimony that needs to be redacted.

3           THE COURT:  I'm sure counsel will agree something on

4   that will be redacted, I suspect.  Go ahead.

5           MS. BARRETT:  Thank you, your Honor.

6           THE COURT:  Something redacted from the photo array?

7           MS. BARRETT:  No, your Honor.  There's writing on

8   the bottom of it.

9           THE COURT:  Writing on the bottom of the photo away,

10  there's no problem with the government redacting that.  It

11  will be redacted.  Go ahead.

12          MS. BARRETT:  Thank you, your Honor.

13  CROSS-EXAMINATION

14  BY MS. BARRETT:

15  Q    Good morning, sir.

16  A    How are you doing?

17  Q    Okay.  And you?

18  A    I'm all right.

19  Q    Good.  You testified on direct examination that you

20  identified an individual in a particular photo array; is that

21  correct?

22  A    Yes.

23  Q    You identified more than one person in connection with

24  this case; is that right?

25  A    Yes.  I think so, yeah.

Sakoor - Cross - Barrett                    2197

1   Q    And do you remember the name Shawn Gill as being someone

2   that you actually identified in connection with this?

3   A    Yeah, I think so.

4   Q    And Charles Cummings, is that a name that sounds familiar

5   to you?

6   A    Not really.

7   Q    But there were multiple people that you identified; is

8   that right?

9   A    Yes.

10  Q    And you mentioned on direct examination as well that you

11  met Mr. Campbell at Orleans; is that right?

12  A    Yes.

13  Q    And you both were there serving time, right?

14  A    Yes.

15  Q    And you testified about what got you there.  In the

16  assault case, was there also in connection with that a

17  firearm?

18  A    No.

19  Q    No?  The weapon was a knife, is that --

20  A    The weapon -- they charged the weapon as my car.

21  Q    Okay.  And did you say you also cut the person?

22  A    Yeah, once somebody got cut.

23  Q    Okay.  Do you know what that weapon was there?

24  A    It was a razor.

25  Q    Okay.  And while you were in prison, you testified that

Sakoor - Cross - Barrett                    2198

1   on a couple of occasions you might have distributed marijuana,

2   weed; is that right?

3   A    Yes.

4   Q    How were you able to get that weed into prison?

5   A    People sold it in there.

6   Q    People sold it?

7   A    People sold it.

8   Q    Including you, right?

9   A    Yeah, well, I sold joints.  People sold the bags.

10  Q    Okay.  So you bought bags of marijuana from other

11  prisoners, and then sold joints, making a profit out of that;

12  is that right?

13  A    Yes.

14  Q    Okay.  You did not bring -- introduce drugs from the

15  outside into prison, ever?

16  A    No.

17  Q    You had no source from the outside; is that right?

18  A    No, no, no.

19  Q    And if Mr. Campbell testified to that effect, he would

20  have been wrong?

21          MS. DAYANANDA:  Objection.

22          THE COURT:  Sustained.  It's an improper question.

23  Next question.

24  Q    Did you distribute narcotics in prison on a large scale?

25  A    No.

NICOLE CANALES, CSR, RPR

1    Q    You would not describe it as an everyday event for

2    yourself?

3    A    No, the only time narcotics came into the prison was on

4    weekends.

5    Q    Okay.  What do you mean by that?  Explain that to me.

6    A    Because, I guess -- it comes through the visiting room,

7    so it would only come on the weekends.  It's only visits on

8    the weekends.  There would only be drugs on the compound on

9    weekends.

10   Q    And when -- did Shawn Campbell act as muscle for you

11   while you were in prison together?

12   A    No, no.

13   Q    He never assaulted anyone on your behalf?

14   A    No, no.

15   Q    While you were in prison together?

16   A    No, no.

17   Q    And once you got on parole, you were still, obviously,

18   dealing drugs, and you testified to that on direct

19   examination?

20   A    Yes.

21   Q    All the way up until 2007, right?

22   A    Yes.

23   Q    At least?

24   A    Yes.

25   Q    Did you continue dealing drugs after your arrest in 2007?

Sakoor - Cross - Barrett                    2200

1    A    No.

2    Q    Gave it up, then?

3    A    Gave it up.

4    Q    You also testified that you were dropped off -- by the

5    way, was the name of the bar Foreplay?

6    A    Foreplay.  It really was called Good Vibrations.  Before

7    it was called Foreplay, it was originally Good Vibrations.

8    Q    Okay.  It's hard to forget that name, when you read it on

9    a document.  So you were dropped off at the bar by your friend

10   who owed you money; is that right?

11   A    Yes.

12   Q    And this friend picked you up in a taxi and then dropped

13   you off at this place Foreplay?

14   A    Yes.

15   Q    Was -- the $600 that was stolen from you, was that the

16   money that he owed you?

17   A    Yes.

18   Q    Okay.  And what did he owe you money for?

19   A    Some weed.

20         MS. BARRETT:  Thank you very much, sir.

21         THE COURT:  Any other questions?

22         MR. HERMAN:  Judge, seek in limine instruction.

23   This incident is not charged against Mr. Granton.

24         THE COURT:  The same type of instruction here, this

25   is not anything being charged, just offered, I take it, as

NICOLE CANALES, CSR, RPR

Sakoor - Redirect - Dayananda                    2201

1    background information.

2              MS. DAYANANDA:  This charge is not for Mr. Granton.

3              THE COURT:  This doesn't apply to Mr. Granton.

4              MR. HERMAN:  Thank you, Judge.

5    REDIRECT EXAMINATION

6    BY MS. DAYANANDA:

7    Q    Mr. Sakoor, were you provided a subpoena to testify here

8    today?

9    A    No.

10   Q    Did you have any agreement with the government concerning

11   your testimony?

12   A    No.

13             MS. BARRETT:  There's nothing brought up on cross on

14   that.

15             THE COURT:  Well, it's all right.  Go ahead.

16   Anything else?

17             MS. DAYANANDA:  That's it.

18             THE COURT:  Okay.  You can step down.

19             So I take it that that takes care of the morning's

20   witnesses, so we'll have an early break.

21             The food's going to be here about 12:30, Mike?

22             THE CLERK:  Yes.

23             THE COURT:  All right.  So just relax, and let's

24   reconvene at 1:30, let's say.  And at that time hopefully

25   Mr. Myers will be here.

Proceedings                                    2202

1              Juror Number 5, I want to talk to you about a

2     scheduling issue.  Come on up here.  Everybody else can leave.

3     And let's chat a little bit about your concern.

4              THE CLERK:  All rise.

5                  (Outside the presence of the jury.)

6              THE COURT:  You stay behind.  Number 5, right?

7              THE JUROR:  Sixty.

8              THE COURT:  Are you the one that has the scheduling

9     problem?

10             THE JUROR:  I have something going on this week,

11    yes.

12             THE COURT:  Just stay there.  We're going to talk

13    about it.  Try to help you out.  Please be seated.  This

14    gentleman has an interview scheduled this week for a job?

15             THE JUROR:  Correct.  Well, I met with them on

16    Monday and Friday of last week, so --

17             THE COURT:  Don't be nervous.  You can sit down.

18             THE JUROR:  I'm trying to indicate that it's an

19    advanced stage, so it's a little bit more important.

20             THE COURT:  When is it scheduled?

21             THE JUROR:  They gave me three options.  I told them

22    my times.

23             THE COURT:  Maybe we can help you get the job.

24             THE JUROR:  I'd appreciate that.  They gave me

25    three -- knowing that I would have to ask you for whatever

NICOLE CANALES, CSR, RPR

Proceedings                                          2203

1   slot, they told me Tuesday -- they gave me, like, a middle of

2   the daytime, same thing on Thursday, and then on Wednesday

3   they said anything after about 11:30.

4              THE COURT:  This coming Wednesday?

5              THE JUROR:  Yes.

6              THE COURT:  Here's what I'd like to do, with your

7   permission, give Mr. Innelli the name of the people you have

8   the interview.  Unless you have any serious objection, I'm

9   going to call them and tell them you've been an outstanding

10  juror and they should hire you, and see if I can get you

11  scheduled for maybe next week sometime.  I can talk to them

12  about it, and see what their concerns are, and try to help you

13  out.

14             THE JUROR:  Yeah, I guess.

15             THE COURT:  What kind of job is it?

16             THE JUROR:  Real estate.

17             THE COURT:  Real estate.  Give the information to

18  Mr. Innelli.  Give me the contact person, and I will call

19  personally and explain we need you here, you've been an

20  excellent juror, and they would be smart if they hired you.

21             THE JUROR:  Thank you.

22             THE CLERK:  All rise.

23                (Outside the presence of the juror.)

24             THE COURT:  So do you think Mr. Myers will be here

25  by 1:30?

NICOLE CANALES, CSR, RPR

Proceedings                                    2204

1          MR. AMATRUDA:  Yes, your Honor.

2          THE COURT:  It's raining; do the best you can.  See

3    you guys at 1:30.

4          MR. RUHNKE:  Your Honor, could I speak to the Court

5    about a couple things?

6          THE COURT:  Sure.

7          Everyone else can leave, if you want.

8          MR. RUHNKE:  There are two things, your Honor.  Your

9    clerk very efficiently entered a document this morning saying

10   we've withdrawn the motion to strike evidence.  We've

11   withdrawn A and B.  We had not withdrawn C in that letter

12   motion.

13         THE COURT:  What was C?

14         MR. RUHNKE:  C was to strike the testimony about the

15   drugs being thrown out the window because the officer had no

16   personal knowledge of it.  In fact, I should strike the

17   invoices.  The invoices -- the testimony was actually -- you

18   sustained the objection, but we moved to strike the invoices,

19   because there's no way the officer --

20         THE COURT:  We sustained the objection, but the

21   invoice is in evidence; is that what happened?

22         MR. RUHNKE:  Yes.  I also understand the government

23   may try to cure this tomorrow.

24         MS. DAYANANDA:  As I mentioned to Mr. Ruhnke this

25   morning, the officer who observed the items being thrown out

NICOLE CANALES, CSR, RPR

Proceedings                              2205

1   of the window will be testifying tomorrow morning.  I can

2   still redact the vouchers, if that's the issue, but the

3   testimony will be clear where the items will be.

4           THE COURT:  The testimony will be forthcoming

5   tomorrow.  See where we're at.

6           MR. RUHNKE:  Fine, your Honor.  One other matter, on

7   the direct of Mr. St. John, the retired New York Police

8   Department, over objection, your Honor permitted Ms. Paul to

9   elicit what Marcel Kennedy said to the officer.  He said World

10  did it.

11          THE COURT:  Yes, I know that.

12          MR. RUHNKE:  And I can't think of any way the jury

13  is going to be able to limit that to an explanation as to why

14  he took certain action, and I move to strike that,

15  your Honor --

16          THE COURT:  You made a record.  Explain it to them,

17  I think, succinctly, and I think they understand that it's an

18  example of what they saw before.  I'll talk to them again.

19          MR. RUHNKE:  Thank you, your Honor.

20          THE COURT:  I guess 1:30 we'll reconvene.

21                    (Recess in proceedings.)

22             (Proceedings continued on the following page.)

23

24

25

2206

1              A F T E R N O O N   S E S S I O N

2           (The following takes place out of the presence of

3    the jury.)

4           THE COURT:  Who is this distinguished gentleman

5    sitting here?

6           MS. PAUL:  This is Detective DiCostanzo of the

7    ballistics lab.

8           THE COURT:  He didn't look like Mr. Myers.

9           You are not Mr. Myers, are you?

10          THE JUROR:  No.

11          THE COURT:  Mr. Myers will follow this witness.

12          MR. AMATRUDA:  We have a very quick witness and then

13   Mr. Myers.  After him we have a very quick one who came in

14   from out of town.

15          THE COURT:  That's all right, we are in good shape.

16          (Pause in the proceedings.)

17          (Defendants enter courtroom.)

18          (Jury enters courtroom.)

19          THE COURT:  All right.  Sit down, folks.

20          So, I spoke to Juror Number Five about scheduling,

21   nothing about the case.  Mr. Innelli tells me a couple of

22   folks have some need to leave a little bit early, maybe 4:30

23   or 4:00.  We'll work it out.  I have to sort of fit the pieces

24   together but we'll probably work it out so we can leave a

25   little earlier tomorrow and I will know more specifics this

1    afternoon later on.  We'll see what we can do, okay.

2            Let's have the next witness sworn now.

3            MS. PAUL:  Your Honor, we are calling Detective

4    Gregory DiCostanzo.

5            THE CLERK:  Number 31.

6            (Witness sworn by the clerk.)

7    G R E G O R Y   D I  C O S T A N Z O, having been first

8    duly sworn was examined and testified as follows:

9            THE CLERK:  Please state and spell your name.

10           THE JUROR:  Detective Gregory DiCostanzo, D I,

11   capital C O S T A N Z O.

12           MS. PAUL:  This is number 31, Your Honor.

13           THE COURT:  Your witness.

14           MS. PAUL:  Thank you.

15   DIRECT EXAMINATION

16   BY MS. PAUL:

17   Q    Good afternoon.

18   A    Good afternoon.

19   Q    Are you employed?

20   A    I am.

21   Q    Where do you work?

22   A    I work with the New York City Police Department in the

23   Forensics Investigation Division in the Firearms Analysis

24   Section.

25   Q    Can you just briefly tell us what you do in that section?

DiCostanzo - direct - Paul                                    2208

1   A    I test firearms and ammunition for operability and

2   identification as well as do microscopic examinations of

3   ballistic evidence.

4           MS. PAUL:  All right, Your Honor, I'm going to be

5   seeking to qualify Detective DiCostanzo as an expert, so I can

6   go through the questions.

7           THE COURT:  What is defense counsel's preference, do

8   you want to hear his qualifications or are you willing to

9   agree that he's qualified?

10          MR. RUHNKE:  I've seen his resume, I'm willing to

11  agree.

12          THE COURT:  What says you, Mr. Herman, Mr. Beecher?

13          MR. HERMAN:  We will agree he's qualified.

14          THE COURT:  If you want to give him a brief

15  opportunity to explain.

16  Q    All right.  Let's explain --

17          THE COURT:  We don't have to go through it

18  extensively.  He's not going to be questioned as far as his

19  qualifications to testify as an expert.  Let him explain a

20  little bit of what he does.

21  Q    Okay.  How long have you been working as a firearms

22  examiner?

23  A    Since April of 2004.

24  Q    How long have you been a microscopist?

25  A    Since March of 2008.

DiCostanzo - direct - Paul                    2209

1   Q    Can you tell us what that is?

2   A    The microscopy part?

3   Q    Yes.

4   A    I compare bullets, pieces of bullets to each other,

5   cartridge casings to cartridge casings to each other, unfired

6   cartridge casings to fired cartridge casings and test fired

7   bullets cartridges from known firearms to evidence.

8   Q    All right.  And you use a microscope --

9   A    Yes.

10  Q    -- to do that work?

11  A    I use what's called a comparison microscope which is

12  basically two microscopes bridged together that allow me to

13  look at evidence side-by-side in various magnifications

14  through one set of eye pieces.

15           THE COURT:  You can get to the heart of his

16  testimony now, go ahead.

17  Q    All right.  First, I want to talk a little bit about

18  just the basics of guns to educate the jury if they don't

19  know.

20           What is a revolver and what is a semi-automatic?

21  A    The basic difference between a revolver and a

22  semi-automatic is how the ammunition is placed into the

23  firearm and how the spent ammunition or the cartridge casings

24  are ejected from the firearm.  With the revolver it's loaded

25  by hand, you open the cylinder, you load each cylinder, you

*DiCostanzo - direct - Paul*                                    2210

1    close it, you pull the trigger, the cylinder revolves, that's

2    why they call it a revolver, places one cartridge of

3    ammunition, line up the barrel, the trigger drops, the gun

4    fires, pull the trigger again, the cylinder revolves, the

5    hammer drops, the gun fires.

6            With a semi-automatic you put a magazine into it

7    which is your ammunition for your device, you pull the top

8    half of that firearm to the rear and as it goes forward on the

9    Spring tension it puts one cartridge of ammunition into the

10   firearm, you pull the trigger, it fires.  The recoil from the

11   bullet traveling down the barrel of the firearm pushes that

12   slide or that top half of that firearm to the rear.  As it

13   goes rearward, it extracts and ejects the cartridge casing.

14           So, basically with a revolver you have to manually

15   open it up, load it and when you are done you have to open it

16   up again and manually unload it.  With a semi-automatic

17   firearm once you load it, it will extract and eject those

18   cartridge casings on its own.

19   Q    All right.  And what about a round of ammunition?

20   A    A round of ammunition or a cartridge of ammunition

21   consists of a cartridge casings itself, at the base of that

22   cartridge casing you have the primer and within the cartridge

23   casing itself you have the propellant or the gun powder and

24   that's all topped off with the bullet or the projectile.

25   Q    An what is caliber?

1    A    Caliber mostly means the bullet based diameter; for

2    instance, a .45 bullet is .45 of an inch, a .40 caliber bullet

3    is .4 of an inch and so on.

4    Q    When you receive ballistics evidence into your lab, just

5    generally how do you receive it?

6    A    When it is vouchered by whoever the vouchering officer

7    is, it is brought down to our evidence control room.  There

8    it's logged in and given a case number and then once it is

9    logged into the room, then an examiner can sign it out.

10   Q    And begin the tests that are performed in the lab?

11   A    Yes.

12   Q    All right.  And you told us about what you can compare;

13   are you able to compare bullets found at a scene to casings,

14   for example?

15   A    No.

16   Q    Why not?

17   A    There's no scientific way right now to compare a bullet

18   to a casing.

19   Q    And if you have a gun, are you able to compare casings or

20   bullets to see whether or not it came from the gun that you

21   have in your hand?

22   A    Yes.

23   Q    What if you don't have a gun, are you able to tell us

24   what gun was certain casings or bullets fired from?

25   A    Some cartridge casings and some bullets will have very

*DiCostanzo - direct - Paul*                                    2212

1   unique characteristics that will narrow it down to one,

2   possibly two different firearms but outside of that, only we

3   can compare them to each other, that's it.

4   Q    And that's in terms of types but the specific gun you

5   wouldn't be able to tell unless you had the gun, is that

6   right?

7   A    Correct.

8   Q    All right.  I'm showing you what is in front of you as

9   Government Exhibit 7000 through 7009.

10          MS. PAUL:  I'm showing them, Your Honor, to make

11  this go quicker to aid in his testimony, they have been

12  previously turned over to counsel and they are one page each.

13          THE COURT:  You need all of these in evidence?

14          MS. PAUL:  Yes, it is one page per crime scene.

15          THE COURT:  One page per crime scene, all right,

16  7000 to 7009.  Let's go.

17          (Government's Exhibits 7000-7009 so marked in

18  evidence.)

19  Q    All right.  In connection with this case, were you asked

20  to review ballistics evidence?

21  A    I was.

22  Q    And did the reports that we just talked about, did they

23  span between 1995 and 2003?

24  A    Yes.

25  Q    Did you originally test all of this evidence?

1   A    I did not.

2   Q    Okay.  And in preparation for trial here today did you

3   then test all of the evidence?

4   A    I did.

5   Q    And you're going to testify about your conclusions?

6   A    Yes.

7   Q    All right.  I want to start with Government Exhibit 7000.

8   Did you test ballistics related to a person named Marcel

9   Kennedy?

10  A    I did.

11  Q    What was the date of the incident?

12  A    9/8 of '95.

13  Q    What did the lab receive?

14  A    12 9mm Luger cartridge casings and 37 9mm bullets.

15  Q    Was there a voucher number associated with that evidence?

16  A    Yes, G as in George --

17           THE COURT:  Let's do this, all right, because the

18  government, as always, is very meticulous which is certainly

19  what it's entitled to do, the judge has a different function,

20  you can give us a conclusion; you drew certain conclusions

21  from looking at this information, right?

22           THE JUROR:  Yes.

23           THE COURT:  In respect to each of these situations,

24  tell the jurors what you concluded.  If there's any need for

25  any follow-up questions because of cross-examination, we can

*DiCostanzo - direct - Paul*                                    2214

1    get back to it, okay.  So, let's get your opinion out and your

2    conclusions first.  Go through each one of them.

3    Q    Okay.  Did you test the evidence in connection with this

4    case?

5    A    I did.

6    Q    And what were your results?

7    A    That the cartridge casings were fired from one gun or the

8    same gun as well as the bullets were fired from the same gun.

9    Q    And what type of gun was it?

10   A    A 9mm Luger caliber firearm.

11   Q    All right.  I'm going to now ask you to look at

12   Government Exhibit 7001.  Is that evidence in connection with

13   a homicide of Michael Colon?

14   A    Yes.

15            THE COURT:  You can do the same thing now, just give

16   your conclusions.

17   A    Two bullets --

18   Q    Can I ask you first what did the lab receive from this

19   crime?

20   A    Two bullets.

21   Q    And were they from the scene or the morgue?

22   A    I don't know.  I believe they were from the scene.

23   Q    Okay.  And you said they were two bullets, did you test

24   them?

25   A    They were from the scene, yes, and I did test them, yes.

*DiCostanzo - direct - Paul*                                              2215

1    Q     What were your results?

2    A     That both bullets were fired from the same firearm.

3    Q     Can you tell us what type of firearm?

4    A     It most likely was a .38 or a .357 Magnum.

5    Q     Why can't you tell the difference?

6    A     The bullets are identical in size, they can both be fired

7    out of -- a .38 and .357 can be fired from the same firearm

8    but they're much heavier than 9mm-s.

9    Q     All right.  I'm going to ask you to look now at

10   Government Exhibit 7002.

11          THE COURT:  All right, same questions, you can tell

12   us where they came from and you know what the drill is now.

13   Q     Are those in connection with the homicide of Lamale

14   Lawson?

15   A     Yes.

16   Q     That occurred on October 28, 1999?

17   A     Yes.

18   Q     And what did the lab receive?

19   A     We have three .40 caliber cartridge casings, two .380

20   caliber cartridge casings, four .40 caliber bullets, and two

21   pieces of unsuitable lead.

22   Q     Did you test that evidence?

23   A     I did.

24   Q     What were your results?

25   A     That the three .40 caliber cartridge casings were from

1   one gun, that the .380 calendar cartridge casings were from

2   the same gun, the three .40 caliber bullets -- excuse me, the

3   four .40 caliber bullets were fired from the same gun.

4   Q    And in your comparison of those .40 caliber bullets, was

5   one of those recovered from the body and others from the

6   scene -- from the morgue, I'm sorry, and others from the

7   scene?

8   A    Yes, a bullet and a piece of lead was recovered from the

9   morgue, everything else was from the scene.

10  Q    All right.  I'll ask you now to go to 7003.  Are those in

11  connection with a shooting at 415 Lafayette on May 11, 2000?

12  A    Yes.

13  Q    What did the lab receive?

14  A    Nine .40 caliber cartridge casings and a piece of copper

15  jacketing.

16  Q    Did you test that evidence?

17  A    I did.

18  Q    What why your conclusion?

19  A    That all nine cartridge casings were fired from the same

20  firearm.

21  Q    And that's a .40 caliber?

22  A    Yes.

23  Q    All right.  Let's move on to Government Exhibit 7004 and

24  7005.  Are those --

25              MS. BARRETT:  Excuse me, Ms. Paul, if it is more

DiCostanzo - direct - Paul                    2217

1    than one page, could you let us know; are these one page

2    documents?

3              MS. PAUL:  Yes, 7004 and 7005.

4              MS. BARRETT:  Okay, because I have lots of extra

5    pages.

6    Q    All right.  So, are both of those exhibits related to the

7    homicide of Ivery Davis?

8    A    Yes.

9    Q    Okay.  And there are two exhibits, is one of them from

10   the morgue and one from the scene?

11   A    Yes.

12   Q    What did the laboratory receive from the morgue and

13   scene?

14   A    7004 being the morgue evidence, you have five bullets,

15   three one caliber and two others of different calibers.

16   Q    Starting with the ones of the same caliber?

17   A    We have .40 caliber brass bullets, three of them, two of

18   them .40 class and one piece of a bullet and all three of

19   those matched each other.  Then we have one .22 caliber bullet

20   and one 9mm size .38 caliber bullet.

21   Q    Okay.  Is there a marking that distinguishes them from

22   the Medical Examiner, the .40 caliber ones being what they

23   call new bullets and the 9mm and .22 being old?

24   A    On the -- yes.

25   Q    From the Medical Examiner?

*DiCostanzo - direct - Paul*                                      2218

1  A    Yes, on the packaging.

2  Q    Okay.  That's the evidence that you received from the

3  morgue.

4            Let's talk about the scene.

5  A    We have four .40 caliber cartridge casings that were

6  fired from the same gun, a piece of a bullet and another 9mm

7  bullet which could not be compared to each other because one

8  of them was unsuitable.

9  Q    What does that mean just to be unsuitable?

10 A    Unsuitable being there's not enough or no individual

11 markings that could be used for a comparison.

12 Q    All right.  So, you found .40 caliber casings on the

13 scene and .40 caliber bullets from the morgue, were you able

14 to compare those?

15 A    No; the casings to the bullets, no.

16 Q    For the reasons that you said earlier?

17 A    Correct.

18 Q    Okay.  Did you do comparisons though between the .40

19 caliber casings and bullets that were recovered from the

20 scenes and the morgue at the Ivery Davis murder, the Lamale

21 Lawson murder and the car shooting on May 11, 2000?

22 A    Yes.

23 Q    What were your results?

24 A    That the cartridge casings from all three scenes were

25 fired from the same gun, the bullets from all three scenes

*DiCostanzo - direct - Paul*                              2219

1  were fired from the same gun.

2  Q    All right.  Let's move on to 7006.  Is that the evidence

3  from a homicide at Quincy and Marcy on June 10, 2000?

4  A    Yes.

5  Q    What did the laboratory receive?

6  A    One bullet and a firearm.

7  Q    And within the firearm were there additional bullets?

8  A    Yes, there was a magazine that was loaded with 15

9  cartridge casings -- cartridges, unfired cartridges.

10 Q    What type of gun?

11 A    It was a 9mm Ruger.

12 Q    And you said there was a bullet, is that a discharged

13 bullet?

14 A    Yes.

15 Q    What type of bullet?

16 A    It's a 9mm caliber class bullet but the weight on it is

17 more of a .380.

18 Q    Did you test this evidence?

19 A    I did.

20 Q    And did you conclude anything?

21 A    The bullet on its own was inconclusive to the firearm

22 submitted.

23 Q    Okay.  Government Exhibit 7007, is this related to James

24 Hamilton on August 2nd, 2000?

25 A    Yes.

DiCostanzo - direct - Paul                              2220

1    Q     All right.  What did the lab receive from this crime

2    scene?

3    A     Five cartridge casings, four of which were able to be

4    matched; five unfired cartridges, and two pieces of bullet.

5    Q     And can you tell whether they were from the scene or from

6    the morgue?

7    A     They were from the scene.

8    Q     And did you test this evidence?

9    A     I did.

10   Q     What were your results?

11   A     Again, four of the five 9mm cartridge casings were

12   matched.  One of them I couldn't match because the primer was

13   blown up.

14   Q     And just what's the primer again?

15   A     The primer is the spot on the bottom of the cartridge

16   where the firing connection strikes.  If it strikes too hard

17   or the cartridge itself is more powerful than the others, it

18   blows a hole in the bottom of the firearm ruining anything we

19   could look at.

20   Q     You said there were five unfired cartridges?

21   A     Yes.

22             MS. PAUL:  Can I approach for a moment?

23             (Pause.)

24   Q     I've shown you 7007-A and B?

25   A     Yes.

*DiCostanzo - direct - Paul*                              2221

1  Q    And what are those?

2  A    Those are the two evidence envelopes in regards to this

3  case.

4  Q    So, that's the evidence you tested from the James

5  Hamilton scene?

6  A    Yes.

7        MS. PAUL:  We're going to offer that, Your Honor.

8        THE COURT:  7000?

9        MS. PAUL:  7007-A and B.

10       THE COURT:  So, we have 7007 and now you want A and

11 B, right?

12       MS. PAUL:  Yes.

13       THE COURT:  All right, in evidence.

14       (Government's Exhibits 7007-A and B so marked in

15 evidence.)

16 Q    Okay.  And you talked about unfired cartridge casings or

17 unfired cartridges, I'm sorry; what can you tell us about

18 finding unfired cartridges at a place where there has been a

19 shooting?

20 A    Typically it means either the person wanted to show who

21 they were pointing a gun at that the gun was loaded so they'll

22 eject a round to show, look, it's loaded, or there was some

23 sort of malfunction where they had to continually work the

24 action of the firearm to get it to clear.

25 Q    All right.  You're making a motion with your hand.  Can

1   you just describe how you would do that from a firearm?

2   A    On the type of firearm that is consistent with the

3   evidence that I looked at you have a bolt on the top and you

4   have to keep pulling it to the rear in order to clear any

5   jammed or unfired cartridges out of the firearm and

6   also sometimes when you pull a magazine out, if it is jammed

7   up, the rounds can pop out of that as well.

8   Q    I'm going to just show you -- this is from 70007-B; when

9   you say it is unfired, is this what we're looking at?

10  A    Yes.

11  Q    Are you able to tell us anything about comparing the

12  cartridge casings that were on the scene to the unfired

13  cartridges?

14  A    There are what we call extractor and ejector marks which

15  are two separate pieces on a firearm, on a semi-automatic

16  firearm that help extract that cartridge casing and then the

17  ejector actually ejects it out of the firearm.  Sometimes we

18  can compare extractor and ejector marks to each other but in

19  this case they were all in the same place but there wasn't

20  enough of those individual markings to say that that was the

21  same gun.  There was enough there to say it was from the same

22  type of gun, if not that gun.

23  Q    And do you have an opinion about what type of gun that

24  was?

25  A    From the firing pin compressions I would say it's a

*DiCostanzo - direct - Paul*                                    2223

1    Cobray M11 or a copy of.

2    Q    Okay.  And what type of gun is that?

3    A    It's an assault pistol, it is just a chunky gun that's

4    made to just put as many rounds out of it as possible.

5    Q    And that kind of gun if it would jam, would it do it the

6    same way you've just describe?

7    A    Yeah, there is a bolt on the top you would have to cycle

8    each time.

9    Q    I'm just going to show another, just because we have it,

10   I'm going to show just another piece, an exhibit from this;

11   can you tell the jury what that is?

12   A    That's a bullet core, a lead core.  Each bullet has a

13   harder outer coating, copper, cupronickel or brass over a lead

14   core.  The lead core is very soft.  So, the semi-automatic

15   ammo usually doesn't have unjacketed bullets so what happens

16   if we get a core and the core to us is not useful during an

17   examination because there's a jacketing on the outside that

18   picks up those unique and individual markings, whereas once

19   the core separates from, the core never touched the inside of

20   the firearm so there's no value to it at all.

21   Q    All right.  But this you can tell has been fired now?

22   A    Yes.

23   Q    As opposed to the other ones?

24   A    Yes.

25   Q    Okay.  Let's move on to Government Exhibit 7008.  Is this

DiCostanzo - direct - Paul                    2224

1    evidence -- I'll let you get it.

2          Is this evidence from the murder of Troy Singleton?

3    A    Yes.

4    Q    What did the lab receive?

5    A    We had seven .45 auto caliber cartridge casings.

6    Q    I'm sorry to interrupt you for a moment.  Is there

7    evidence from the scene and evidence from the morgue?

8    A    There is.

9    Q    Can you start with the scene?

10   A    Sure.  The scene is the seven .45 caliber cartridge

11   casings which were all fired from one gun.  We also have

12   three and tow -- well, five total 9mm Luger cartridge casings

13   that were fired from one gun, and we have one deformed

14   aluminum jacket bullet from the scene.  And then from the

15   morgue we received four pieces of aluminum jacketing, two 9mm

16   bullets, two more pieces of aluminum jacketing, fired lead

17   fragments, two more pieces of aluminum jacketing, one lead

18   core and another lead core.  Those are all from the morgue.

19   Q    Did you test this evidence?

20   A    I did.

21   Q    What were your results?

22   A    The .45 is one gun.

23   Q    I'm sorry to interrupt you.  Those are from the scene?

24   A    The scene.

25   Q    Okay.

*DiCostanzo - direct - Paul*                                    2225

1    A    The .45 caliber casings from the scene were from one gun,

2    the fired 9mm Luger cartridge casings were from one gun.  Then

3    we have the aluminum jacketed bullet, two pieces of aluminum

4    jacketing.  So, the one bullet from the scene and two pieces

5    of jacketing from the morgue were fired from one gun.  We have

6    two 9mm bullets from the morgue fired from one gun, different

7    from the first one that fired the other three pieces, and the

8    rest of it was unsuitable for comparison.

9    Q    Are you able to tell from your examination how many guns

10   were at this scene?

11   A    At the scene there was two or better.

12   Q    What do you mean "two or better"?

13   A    At least two, there could have been other ones that

14   weren't recovered but we have evidence of two.

15   Q    Okay.  And, for example, you said that there were 9mm

16   cartridge casings that matched and then there were 9mm

17   bullets that matched but you can't compare those two things,

18   right?

19   A    Correct.

20   Q    Okay.  Let's go to the final exhibit which is 7009.  Is

21   this the evidence in connection with the murder of Tyrone Baum

22   on July 25, 2003?

23   A    Yes.

24   Q    Did your lab receive evidence from both the scene and the

25   morgue?

*DiCostanzo - direct - Paul*                                    2226

1   A    I only have scene evidence here.

2   Q    What did you receive?

3   A    I received three 9mm Luger cartridge casings and one 9mm

4   class bullet.

5   Q    All right.  And can you tell us what your results were

6   from testing that evidence?

7   A    The three cartridge casings from the scene were fired

8   from the same firearm.

9   Q    And you said there was a bullet, are you able to give any

10  testimony about the bullet?

11  A    Only that it was a 9mm caliber class bullet.

12  Q    All right.

13           (Pause.)

14           MS. PAUL:  If I may approach for one moment?

15  Q    You spoke about from the scene of James Hamilton that you

16  believed there was a Cobray M-11?

17  A    Yes.

18  Q    Are you familiar with a Tec-9?

19  A    Yes.

20  Q    What is a Tec-9?

21  A    A Tec-9 is also a hand-held machine pistol which can be

22  semi-automatic or fully automatic in nine millimeter.

23  Q    All right.  And in terms of the way that they appear,

24  could you describe if they're different or similar?

25  A    They're similar in the fact that they're small, they have

1  large magazines that stick out the base.  The difference

2  between the two is that the Cobray M-11 has the magazine in

3  the handle, whereas the Tec-9 has it forward of the trigger.

4          MS. PAUL:  I have no further questions.

5          THE COURT:  Is there any cross-examination?

6          MR. RUHNKE:  Quickly, Your Honor.

7          THE COURT:  Go ahead, Mr. Ruhnke.

8  CROSS-EXAMINATION

9  BY MR. RUHNKE:

10  Q    Good afternoon, Detective.

11  A    Good afternoon.

12  Q    You testified that there are times when you are able to

13  test fire a pistol or a weapon, a firearm, and compare it

14  against firearms evidence that are recovered at a crime scene

15  or from a body at the morgue, correct?

16  A    Yes.

17  Q    And what you can do is if you have say a lead cartridge

18  that has certain markings on it, you could then test fire a

19  weapon, compare the markings on that piece of lead to the land

20  and groove impressions they're called and determine whether or

21  not they seem to be from the same weapon, correct?

22  A    Correct.

23  Q    When it comes to shell casings, you can have a shell

24  casing, say a .40 caliber shell casing recovered from the

25  scene and then a .40 caliber pistol that's been -- or

DiCostanzo - cross - Ruhnke                    2228

1  semi-automatic pistol that's been recovered from a person or a
2  location and then again test fire the recovered weapon,
3  correct?
4  A    Yes.
5  Q    And you can compare the shell casings, you look at firing
6  pin impressions, right?
7  A    Yes.
8  Q    You look at breech face impression, right?
9  A    Yes.
10 Q    When the bullet is fired, it gets pushed, the shell
11 casing is pushed back against the back of the gun and leaves a
12 mark that is unique to each weapon, right?
13 A    Correct.
14 Q    Okay.  And sometimes you can compare extractor and
15 ejector marks, correct?
16 A    Correct.
17 Q    In this case, if I understand your testimony correctly,
18 you associated several types of ballistic evidence with two or
19 three different crime scenes, correct?
20 A    Three I believe.
21 Q    Three, okay.  So, you are able to say within your field
22 of expertise that the same weapon was used three times, right,
23 at these three crime scenes?
24 A    Correct.
25 Q    Okay.  But you were never given a weapon that had been

1  seized from somebody or was associated with somebody in any

2  way so that you could then test fire a weapon and compare it

3  against the recovered ballistic, correct?

4  A    Correct.

5            MR. RUHNKE:  Okay.  Thank you.

6            Nothing further.

7            THE COURT:  Anything further, Ms. Paul?

8            MS. PAUL:  No, Your Honor.

9            THE COURT:  All right.  Thank you.  You may step

10  down.

11            THE JUROR:  Thank you, Your Honor.

12            THE COURT:  All right.  Are we ready for Mr. Myers

13  now, Mr. Amatruda?

14            MR. AMATRUDA:  I have one very quick witness, Judge,

15  then we'll have Mr. Myers.  THE JUROR is Joseph Trawicki, he's

16  from Sprint.

17            (Witness takes the stand and is sworn by the clerk.)

18            THE CLERK:  Please have a seat.  Please state and

19  spell your name.

20            THE JUROR:  Joseph Trawicki, J O S E P H,          T

21  R A W I C K I.

22            THE CLERK:  Thank you.

23            THE COURT:  Your witness.

24            Go ahead.

25            MR. AMATRUDA:  Thank you, Your Honor.

*Trawicki - direct - Amatruda*                                    2230

1    J O S E P H    T R A W I C K I, having been first duly

2    sworn was examined and testified as follows:

3    DIRECT EXAMINATION

4    BY MR. AMATRUDA:

5    Q    Mr. Trawicki, where do you work?

6    A    Sprint.

7    Q    And what do you do for Sprint?

8    A    I am one of the records custodians.

9    Q    And as a records custodian, do you regularly testify

10   about Sprint records?

11   A    Yes, I do.

12   Q    And so, you're familiar with what Sprint records look

13   like and what they reflect?

14   A    Yes, sir.

15   Q    Okay.  I just want to show you for identification page 43

16   from Government Exhibit 8000 which is not in evidence yet.

17            THE COURT:  Do you want that in evidence?

18            MR. AMATRUDA:  I can offer it subject to connection,

19   Your Honor.

20            THE COURT:  Any objections from defense counsel?

21            MR. RUHNKE:  No, Your Honor.

22            THE COURT:  So, let's have that in evidence.

23            (Government's Exhibit 8000, page 43, so marked in

24   evidence.)

25            THE COURT:  These are records.

*Trawicki - direct - Amatruda*                          2231

1          MR. AMATRUDA:  Okay.

2          MR. RUHNKE:  Subject to connection.

3          MR. AMATRUDA:  Yes.

4   Q    Looking at this, this is what's called a bill reprint,

5   correct?

6   A    That is correct.

7   Q    And the bill reprint generally speaking shows what?

8   A    Minutes of usage on a cellular phone.

9   Q    Okay.  And so it will show, for instance, I'm pointing to

10  July 29th, 11:30 a.m., it will show that this particular

11  account had minutes of usage with the phone number that I'm

12  pointing to?

13  A    That is correct.

14  Q    Okay.  And the telephone number that is associated with

15  this account is what?

16  A    The telephone number (917) 406 -- I believe that's 5776.

17  Q    Okay.  And looking at another page of what I can just

18  offer subject to connection of Government Exhibit 8000 which

19  isn't in this version here --

20          THE COURT:  Which page?

21          MR. AMATRUDA:  Page 2 of 85.

22          (Government's Exhibit 8000, page 2, so marked in

23  evidence.)

24  Q    It is from a different month from the same account,

25  correct?

*Trawicki - direct - Amatruda*                          2232

1   A    That is correct.

2   Q    Okay.  And one of the prior numbers associated with this

3   account was (917) 723-4900, correct?

4   A    That is correct.

5   Q    So, just going back to Government Exhibit 9000, you see

6   that on page 43 of that exhibit --

7             MR. HERMAN:  Is it 8000?

8             MR. AMATRUDA:  I'm sorry, 8000.

9   Q    That telephone number (917) 723-4900 appears regularly;

10  is that correct?

11  A    Yes, sir.

12  Q    And then if you look later in the billing cycle, number

13  (917) 406-5776 appears regularly; is that correct?

14  A    Yes, sir.

15  Q    Okay.  Just so the record is clear, a billing cycle is

16  generally a 30 day period; is that correct?

17  A    Yes, sir.

18  Q    Okay.  And if somebody -- a Sprint customer were to

19  change their telephone number halfway into a billing cycle,

20  the number that's reflected at the top of the bill would be

21  what?

22  A    The final number, the number that was actually in use at

23  the time the billing cycle ended.

24  Q    Okay.  So, the bill reprint would not show that at the

25  beginning of the month at the top the first number and then

1   switch over, it will just show the second number the whole

2   time?

3   A    That is correct.

4            MR. AMATRUDA:  Okay.  I have nothing further.

5            THE COURT:  Anybody wish to examine?

6            MS. BARRETT:  Yes, just a little curiosity.

7            THE COURT:  Go ahead.

8   CROSS-EXAMINATION

9   BY MS. BARRETT:

10  Q    I have trouble understanding my own phone bill, and this

11  one is not very familiar to me, so I'm just going to ask you a

12  couple of questions and I'm going to put it down here and hope

13  that I can do this.

14           Now, those numbers --

15           THE COURT:  Are you referring to page 43?

16           MS. BARRETT:  No, this is page two.

17           THE COURT:  Page two, all right.

18  Q    I don't know how to focus this thing but, anyway, those

19  numbers on the far left-hand side, those three telephone

20  numbers, can you tell me what those numbers are?

21  A    Those are all what we call individual subscriptions on

22  one account.  A subscription is a number on an account; for

23  example, my wife and I are both on my account, two different

24  subscriptions.

25  Q    Right.

Trawicki - cross - Barrett                    2234

1   A    But it appears as one bill.

2   Q    Okay.  So, if you have kids at home, that is what that is

3   all about, their phone numbers would show up on that account

4   in that location?

5   A    If you have it set up that way, yes.

6         THE COURT:  You get the bill for all your kids,

7   right?

8         THE JUROR:  Fortunately my kids are not old enough

9   for that yet.

10  Q    Just you wait.

11        So, then I'm just going to turn over to the next

12  page and at the top -- I believe you were asked on direct

13  examination about that number at the top.  Now, is that one of

14  the numbers that appears on the previous page as well?

15  A    The 0242?

16  Q    (646) 621-0242, yes?

17  A    If you flip it back over, I can tell you the answer.

18  Q    Okay.  So, this is the first number there, right?

19  A    Yes, ma'am.

20  Q    Okay.  I believe you were asked, if I go to page 43; at

21  the top of page 43 there's a (917) number, right?

22  A    Yes, ma'am.

23  Q    Is your testimony that at some point during this billing

24  period that number changed or what number changed?

25  A    I believe it's the 49 -- this is a different billing

1  period I believe than page two.

2  Q    Okay.  So, what's the relationship between the number

3  that appears on the top there -- if you touch this screen

4  what's going to happen is it will put up a green dot, so if

5  you want to put up a green dot there.

6  A    So, if you look on the previous bill period, this number

7  showed up ending in 4900.

8  Q    Okay.  That number shows up.  Now, those numbers in that

9  list, those are numbers that are called -- or that's the

10  number that's making the call?

11  A    In the case of an inbound call you'll just see incoming.

12  Q    Okay.

13  A    In an outbound call this is the number dialed.

14  Q    Okay.

15  A    Under the old system, and this is from 12 years ago,

16  that's how you called your voicemail was by dialling your own

17  phone number.

18  Q    Okay.

19  A    So, you see that this handset is dialling its own

20  voicemail, 4900, but you see sometime during this billing

21  cycle, July 17th through August 16th, there was what we call a

22  MIN (ph) change or a number change, the actual telephone

23  number changed to a number ending in 5776 and if you go down

24  the list, you'll see calls, voicemail calls starting to go to

25  the 5776 number.

1   Q    Okay.  At that point that's when you would be able to

2   tell the number that was being used?

3   A    The number had changed from the number ending in 4900 to

4   the number 5776 I believe sometime around July 29th.

5            MS. BARRETT:  Okay.  Thank you for the

6   clarification.

7            THE COURT:  Anything further by anybody?

8            MR. AMATRUDA:  No, thank you, Judge.

9            THE COURT:  Okay.  You may step down.  Thank you

10  very much.

11           THE JUROR:  Thank you, sir.

12           (Witness steps down.)

13           THE COURT:  All right.

14           Mr. Amatruda, are we ready for Mr. Myers?

15           MS. DAYANANDA:  There's one short witness, Your

16  Honor.

17           THE COURT:  Another short witness.

18           MS. DAYANANDA:  If we could have two minutes?

19           THE COURT:  It sounds the way things are going that

20  Mr. Myers might be your last witness, right?

21           MS. DAYANANDA:  Possibly.

22           The government calls Dexlene Maxwell.

23           (Witness takes the stand and is sworn by the clerk.)

24  D E X L E N E   M A X W E L L, having been first duly

25  sworn was examined and testified as follows:

*Maxwell - direct - Dayananda*                                    2237

1       THE CLERK:  Please have a seat.  I ask you to please
2  state and spell your name.
3       THE JUROR:  Dexlene Maxwell,  D E X L E N E,      M
4  A X W E L L.
5       THE COURT:  Your witness.
6       MS. DAYANANDA:  Thank you, Your Honor.
7  DIRECT EXAMINATION
8  BY MS. DAYANANDA:
9  Q    Good afternoon, Ms. Maxwell.
10 A    Good afternoon.
11 Q    Can you tell the jury where you grew up?
12 A    Brooklyn, New York.
13 Q    Did you work at a Sprint store at some point?
14 A    Yes.
15 Q    What years did you work at a Sprint store?
16 A    1999 to 2007.
17 Q    And did you meet someone by the name of Kenny while --
18 A    Yes.
19 Q    Did you begin to date that person?
20 A    Yes.
21 Q    And what year was that?
22 A    I don't recall the year.
23 Q    At some point did he ask you to activate a telephone for
24 him?
25 A    Yes.

Maxwell - direct - Dayananda                    2238

1    Q    And did you do so?

2    A    Yes.

3    Q    And did you put that in your name or somebody else's?

4    A    Someone else's name.

5    Q    Do you remember the name of that person?

6    A    Latoya Sang.

7    Q    I'm going to show you what's entered into evidence as

8    Government Exhibit 13.  Do you know that person?

9    A    Yes.

10   Q    Who is that?

11   A    Kenny.

12   Q    And you said you opened a number in Latoya Sang's name,

13   is that right?

14   A    Correct.

15   Q    Do you remember what that number was?

16   A    No.

17   Q    I'm going to show you -- did you at some point know what

18   that number was back in 2008?

19   A    I'm sure then, yeah.

20   Q    Okay.  I'm going to show you something that perhaps will

21   refresh your recollection concerning that number.  Do you want

22   to take a look at your screen, Ms. Maxwell.

23            THE CLERK:  Just for THE JUROR, correct?

24            MS. DAYANANDA:  Yes.

25            THE COURT:  It is a long time now, we'll give you

*Maxwell - direct - Dayananda*                                2239

1    the opportunity to tell us the answer to that question.

2              THE JUROR:  Repeat that please.

3              THE COURT:  The question is the number --

4              THE JUROR:  If I know the number?

5              THE COURT:  Yes.

6              THE JUROR:  I don't recall.

7              THE COURT:  Look at this.  Now, does that help you?

8    Not really?

9              THE JUROR:  No, not really.

10             THE COURT:  Okay.  Next question.

11   Q    Did you meet any of Kenny's friends?

12   A    Yes.

13   Q    And do you remember any of the names of them?

14   A    No, not really.

15   Q    Do you know a person by the name of World?

16   A    Yes.

17             MS. BARRETT:  Objection, Your Honor.

18             THE COURT:  Sustained.  Disregard it.  That's a

19   leading question.

20   Q    Did you open any other phones for Kenny?

21   A    Yes.

22   Q    For who?

23   A    Under Aldene Maxwell.

24   Q    Sorry?

25   A    Under Aldene Maxwell for Kenny.

*Maxwell - direct - Dayananda*                                   2240

1    Q    And Aldene Maxwell --

2    A    Correct.

3    Q    -- who is that?

4    A    My grandfather.

5    Q    And why did you do it in your grandfather's name?

6    A    Because I guess I just didn't do it in my name because I

7    worked for the company, I didn't have a phone in my name.

8    Q    Okay.  I'm going to show you -- and that was Aldene

9    Maxwell, is that right?

10   A    Yes.

11   Q    I'm going to show you what's been marked as Government

12   Exhibit 201.

13            MS. DAYANANDA:   It is subject to connection, Your

14   Honor, that I'm going to show this.

15            THE COURT:  201?

16            MS. DAYANANDA:  Yes.

17            THE COURT:  It this photos?

18            MS. DAYANANDA:  It is 8000, I'm sorry.

19            No, it is a record, Your Honor.

20            THE COURT:  Tell me the number again.

21            MS. DAYANANDA:  8000.

22            THE CLERK:  It's already in evidence.

23            THE COURT:  So 8000 --

24            MS. BARRETT:  Subject to connection.

25            THE COURT:  We have page 43 and then page 2 in

1   evidence.

2           MS. DAYANANDA:  Okay.

3   Q   Ms. Maxwell, do you see the record here?

4   A   Correct.

5   Q   This is the -- for the record, it's for Latoya Sang?

6   A   Yes.

7   Q   Okay.  I'm just going to have you --

8   A   Is that her number you're asking?

9   Q   Is this the record associated --

10          MS. BARRETT:  Objection, Your Honor.

11          THE COURT:  I'm not so clear exactly what's

12  happening.  We have part of 8000 is in evidence, pages 43 and

13  some reference to page 2.  Is this something else you're

14  showing her now?

15          MS. DAYANANDA:  Yes, Your Honor.

16          THE COURT:  What exactly are you showing her here?

17          MS. DAYANANDA:  This is the record that's already

18  been admitted subject to connection.

19          THE COURT:  This is page 43 or page 2 or what?

20          MS. DAYANANDA:  I believe it's page 43.

21          MS. BARRETT:  This is not Latoya Sang.

22          THE COURT:  Just one second.  Let's just try to back

23  up and get this down clear, all right.

24          We have page 43 of the Exhibit 8000, that's the

25  telephone records, that's in evidence.  Are you showing the

*Maxwell - direct - Dayananda*                    2242

1    same document or something else?

2              MS. DAYANANDA:  It's the same document, Your Honor,

3    but the document is 4,000 pages, so this is one page of that

4    exhibit.

5              MS. BARRETT:  We don't --

6              THE COURT:  Excuse me.  What page of which, Exhibit

7    8000?

8              MS. DAYANANDA:  Correct.

9              THE COURT:  That's not in evidence yet.

10             MS. DAYANANDA:  It is in evidence subject to

11   connection but it has been shown to the prior witness.

12             THE COURT:  This is not page 43, it is not page 2,

13   it is something else, right?

14             MS. DAYANANDA:  Yes.

15             THE COURT:  Page one now, is that what you're

16   saying, just so we're clear?

17             MS. DAYANANDA:  We can call it 8000-A if you'd like.

18             THE COURT:  What is 8000-A?

19             MS. DAYANANDA:  What's being shown to THE JUROR

20   right now.  It is an excerpt of Government Exhibit 8000.

21             THE COURT:  It's part of phone records, right?

22             MS. DAYANANDA:  Correct.

23             THE COURT:  That's what's being shown to her?

24             MS. DAYANANDA:  Yes.

25             THE COURT:  So, what's the question you want to ask

Maxwell - direct - Dayananda                2243

1    of her?

2           MS. DAYANANDA:  If these are the records of Latoya

3    Sang, I believe she answered that already.

4           THE COURT:  You can identify this as her records?

5           THE JUROR:  I identified it as the name that that

6    account was in.

7           THE COURT:  That's the name on the account?

8           THE JUROR:  Yes.

9           THE COURT:  What is your next question?

10   Q    I'm showing THE JUROR Government Exhibit 8000-A that

11   we'll call it.

12          Now, Ms. Maxwell, are these continued records from

13   Latoya Sang?

14          MS. BARRETT:  Your Honor, I object.  She said she

15   recognized the name and that's it, not the records.

16          THE COURT:  She recognizes the name but you want the

17   records actually in evidence; is she the foundation witness

18   that you need to have for that to happen?  I'm a little

19   confused.

20          MS. DAYANANDA:  It is fine, Your Honor, we'll leave

21   it as she recognized the name.

22          THE COURT:  That's all.  If you want the documents

23   in evidence, if there's going to be an objection to it, I

24   guess you have to lay some sort of foundation but I suspect

25   they are the records of the company but, anyway, suffice it

Maxwell - direct - Dayananda                              2244

1    for present purposes she recognizes the name on this document.

2    The document right now is not in evidence I guess subject to

3    connection, right?

4              MS. DAYANANDA:  Correct, I believe so.

5              THE COURT:  Go ahead, next question.

6    Q    When you activated that phone, Ms. Maxwell, for Kenny,

7    did you give it to him?

8    A    Yes.

9    Q    And was there more than one phone that you activated for

10   him?  You mentioned one in the name of Latoya Sang, correct?

11   A    Uh-huh.

12   Q    And one in the name of your grandfather, is that right?

13   A    Right.

14   Q    And at any point did he ask you to change the phone

15   number for that phone?

16   A    I believe so.

17   Q    And who paid the bills of that phone?

18   A    I think I did.

19   Q    And who gave you money for that?

20   A    Sometimes I think I paid it most myself.

21   Q    At some point were you interviewed by the New York Police

22   Department concerning opening the cell phone accounts?

23   A    Yes.

24   Q    And as part of that did you view a photo array?

25   A    Yes.

*Maxwell - direct - Dayananda*                                      2245

1   Q    I'm going to show you what's been marked for

2   identification as Government Exhibit 135.

3           MS. BARRETT:  Your Honor, I'm going to object to

4   this.

5           THE COURT:  I don't know what the basis is, she's

6   just showing her an exhibit right now.

7           MS. BARRETT:  Your Honor, I believe that she said

8   that she didn't remember any other individual other than

9   Kenny.

10          THE COURT:  That's not the basis of an objection.

11  She's showing her a photo array now.

12          What's the question?

13          She's just looking at a photo array which what

14  exhibit is it?

15          MS. DAYANANDA:  135, Your Honor.

16          THE COURT:  You're looking at 135.  What's the

17  question?

18          MS. DAYANANDA:  She can view it?

19          THE COURT:  You can look at it.  It is not in

20  evidence.

21  Q    Okay.  Do you recognize who's in this photo array?  Do

22  you see your signature there?

23  A    Yes, I do see my signature.

24  Q    Okay.  Did you recognize who it was at the time?

25  A    I guess, yeah.

1           THE COURT:  The question is -- let me back up.  Were
2    you shown this photo array at some point, yes or no, if you
3    recall?
4           THE JUROR:  Yes.
5           THE COURT:  Were you asked to see whether you could
6    identify somebody in that array?
7           THE JUROR:  Honestly I don't recall but my signature
8    is there so obviously I did.
9           THE COURT:  Your signature is there.  I'm asking you
10   whether you recall whether somebody asked you to identify
11   somebody from that array, yes or no?  If you don't recall, you
12   don't recall.
13          THE JUROR:  I don't recall.
14          THE COURT:  Next question.
15   Q    Ms. Maxwell, directing your attention to September 22nd
16   of 2006, did you view a photo array that you're looking at
17   right now?
18          MS. BARRETT:  Objection, Your Honor, asked and
19   answered.
20          THE COURT:  Just --
21   A    Yes.
22          THE COURT:  -- one second.  Overruled.
23          Let's see if we can clarify this.  The question is
24   it's been a long time ago, so you're looking at something now,
25   do you see anything on that document which would jog your

*Maxwell - direct - Dayananda*                                2247

1   recollection that you actually saw a photo array, yes or no?

2          THE JUROR:  Yes, my signature.

3          THE COURT:  So, does that make you recall that you

4   saw that?

5          THE JUROR:  That I looked at it and I signed it.

6          THE COURT:  Okay, that's the answer.

7          What is your next question?

8   Q   You recognize that photo as World, correct?

9          MS. BARRETT:  Your Honor, I object to the leading

10  nature of the question.

11         THE COURT:  It is a leading question.

12  Q   Who is the person you identified?

13         THE COURT:  Just one second, just stop.  Stop, stop.

14         Members of the jury, there comes a time when we have

15  to say you can't have a leading question asked on direct

16  examination.  There are some exceptions to that but this is

17  not one of those exceptions so disregard that.  I mean she has

18  to be asked whether or not you had a photo array, you were

19  asked to identify someone and based upon that did you identify

20  somebody, yes or no.  I think that is question.  Can you

21  answer that or not?

22         THE JUROR:  Yes, I did.

23         THE COURT:  And who did you identify?

24         THE JUROR:  I identified the person World.

25         THE COURT:  Which one?

*Maxwell - direct - Dayananda*                              2248

1          THE JUROR:  The person World.

2          THE COURT:  What number was that on the photo array?

3          THE JUROR:  The third one.

4          THE COURT:  You identified that person as someone

5    you knew?

6          THE JUROR:  Yeah.

7          THE COURT:  That's her answer.

8          MS. DAYANANDA:  She said, Judge --

9          THE COURT:  What?  Do you want that in evidence now?

10         (Pause.)

11         MS. DAYANANDA:  One second, Your Honor.

12         THE COURT:  While counsel is thinking about this,

13   see, the idea of not allowing leading questions is basically

14   because you don't want to put words into a witness' mouth, you

15   see, so that's not a proper question.  Sometimes we allow it

16   but this is not an occasion when we ought to allow that.  So,

17   you know, you heard, it all happened in the real world, you

18   saw how it all came out and the important thing is that a

19   leading question is not permitted.  Then I asked her some

20   follow-up questions just for clarification purposes, you saw

21   how that process unfolded.

22   Q    Okay.  I'm showing you --

23         MS. DAYANANDA:  This has been admitted subject to

24   connection.

25         THE COURT:  I want to know whether or not you're

Maxwell - direct - Dayananda                          2249

1  offering 135 into evidence or not.

2          MS. DAYANANDA:  I wanted to, yes.  She identified

3  it.

4          THE COURT:  I'll allow that in evidence.

5          MS. DAYANANDA:  Thank you, Your Honor.

6          MS. BARRETT:  Your Honor, I object.

7          THE COURT:  Your objection is noted.

8          (Government's Exhibit 135 so marked in evidence.)

9          THE COURT:  135 is a photo array.  You said that was

10  a photo array, that's your signature and you identified it

11  when you were asked -- you identified that person in that

12  photo array, right?

13          THE JUROR:  Yes.

14          THE COURT:  For that purpose I'm allowing it in

15  evidence.  Your objection is noted.

16          MS. DAYANANDA:  Your Honor, this is going to be part

17  of the 8000 series, I'm going to call this 8000-B as in boy, C

18  as in cat and D as in dog.  These are already in evidence.

19          MS. BARRETT:  Page numbers?

20          THE COURT:  Just one second.  Now we're getting back

21  to the records now of the phone company?

22          MS. DAYANANDA:  Yes, Your Honor.

23          THE COURT:  All right.  So, we have part of 8000 in

24  evidence and these are which further parts of 8000 now that

25  you wish to offer?

Maxwell - direct - Dayananda                    2250

1              MS. DAYANANDA:  B, C and D.

2              MS. BARRETT:  Your Honor, we don't have those.

3              MS. DAYANANDA:  You do.

4              THE COURT:  Just one second.  What do you want to

5     offer into evidence, pages of the phone record?

6              MS. DAYANANDA:  Yes, Your Honor.

7              THE COURT:  Which page numbers?  I think we have

8     8000, I think we're on the right page hopefully.  You

9     mentioned 43 and page 2 are in evidence.  What numbers are

10    these?

11             MS. DAYANANDA:  Your Honor, this is the subscriber

12    information.  It does not have --

13             THE COURT:  This is subscriber information?

14             MS. DAYANANDA:  Correct.

15             THE COURT:  Do you have somebody who can identify

16    these records here, is there any issue about that?

17             MS. DAYANANDA:  I think they're already -- they

18    stipulated to these records, Your Honor.

19             THE COURT:  We have a stipulation that these records

20    are official records?

21             MR. RUHNKE:  There's a stipulation in progress, Your

22    Honor.

23             THE COURT:  So, members of the jury, it's okay,

24    these things happen during the course of a trial, we'll square

25    it all away.  Many times when you have records from phone

1   companies, lawyers enter into stipulations that these are

2   legitimate records so you don't have to call somebody from the

3   phone company to identify them and apparently we have a little

4   glitch here because they haven't worked out a stipulation yet.

5           Do you need a little bit of time to do that?

6           MS. DAYANANDA:  Your Honor, I'm sorry, what do

7   you --

8           THE COURT:  Do you need a little bit of time to work

9   out your stipulation that these are official records?  Are we

10  fussing over nothing here?

11          MS. DAYANANDA:  No.

12          THE COURT:  What is the nature of your objection,

13  Ms. Barrett?

14          MR. RUHNKE:  I think the confusion is I have a

15  document called Government Exhibit 8000 in my hand but these

16  records apparently aren't in the same Government Exhibit 8000

17  I'm holding, that's the confusion.

18          THE COURT:  Apparently Government Exhibit 8000 is

19  not this but consists of 4,000 pages, that's the confusion.

20          Would you like to put Mr. Myers on THE JUROR stand

21  and you can recall this witness tomorrow?

22          MS. DAYANANDA:  No, Your Honor, we're going to wrap

23  it up in the next two minutes.

24          THE COURT:  Now there's an objection here for some

25  reason.  What is the nature of the objection?

*Maxwell - direct - Dayananda*                                    2252

1          MS. BARRETT:  The nature of the objection, Your

2    Honor, is that we have nothing in front of us, we're talking

3    about thousands and thousands of pages of telephone records.

4          THE COURT:  So you really don't know what pages.

5          MS. BARRETT:  I don't know what is being offered

6    here or what is being discussed.  If we had the excerpts that

7    THE JUROR was going to be questioned about, that would be

8    fine.

9          THE COURT:  Objection sustained.

10          Next question.

11          MS. DAYANANDA:  Your Honor, I'm showing Ms. Barrett

12    three pages.

13          THE COURT:  Just one second.  You've done fine up to

14    this point but no one is perfect.  We're wasting a lot of time

15    here.

16          MS. DAYANANDA:  I'm showing Ms. Barrett.

17          THE COURT:  You didn't do it before.

18          MS. DAYANANDA:  She had them.

19          THE COURT:  You gave them 8,000 pieces of paper.

20          MS. DAYANANDA:  They're in the 3500 for this

21    witness.

22          THE COURT:  You gave them 8,000 pieces of paper.

23    That doesn't sound like the government is treating them

24    fairly.  You want to be fair to everybody, don't we.

25          MR. AMATRUDA:  Your Honor --

*Maxwell - direct - Dayananda*                    2253

 1          THE COURT:  Do you need an adjournment?

 2          MR. AMATRUDA:  Can I just clarify, Judge?

 3          THE COURT:  Not in front of the jury.

 4          MR. AMATRUDA:  Okay.

 5          THE COURT:  This is unfortunate.

 6          MR. AMATRUDA:  You've said we are unfair.  This

 7  witness --

 8          THE COURT:  I'm telling you that unfortunately you

 9  gave lots of pieces of paper and Ms. Barrett is having a hard

10  time finding exactly what you're talking about.

11          MR. AMATRUDA:  I'm offering to --

12          THE COURT:  Stop it.

13          MR. AMATRUDA:  -- to point it out.

14          THE COURT:  Members of the jury, retire to the jury

15  room for a few minutes, we'll take care of this.

16          THE CLERK:  All rise.

17          (Jury leaves courtroom.)

18          THE COURT:  All right.  The jury is not here.  Sit

19  down.  We've done fine so far.

20          Now, Ms. Barrett, you make a record as to why you

21  think the government is not treating you fairly.  I've told

22  the jury that I don't think the government is fair based on

23  your representation.  If I have to tell them something else,

24  I'll do that.  You tell me what your problem is.

25          MS. BARRETT:  Your Honor, my problem is that I don't

*Proceedings*                                                    2254

1   have the documents with which THE JUROR is being questioned

2   specifically.  We have been told and we have allegedly

3   thousands and thousands of pages --

4          THE COURT:  Thousands of pages, you've got all this

5   material.

6          MS. BARRETT:  And when we were handed 8000 earlier,

7   we were handed 8000 with the pages identified that THE JUROR

8   was going to be talking about.  It's my understanding, I

9   haven't had a chance because we're on the fly here, to compare

10  to see if this is actually in the paperwork that I was handed

11  a half an hour ago but I'm told that it is not.

12         So, my simple point here is, one, it is not in the

13  3500 material for this witness and, two, if a witness is going

14  to be asked about particular documents, particularly dense

15  documents like telephone records, it seems to me that we need

16  an advance opportunity to look at it.  I feel very

17  uncomfortable about dealing with a person and making

18  objections and doing all this kind of stuff and I don't want

19  to slow things down here, Judge.

20         THE COURT:  I'm not being critical here.  I have the

21  jury outside to deal with this.  It sounded to me that we had

22  to talk this thing through and, Mr. Amatruda, apparently there

23  has not been effective communication, unless Ms. Barrett is

24  lying to me, between your office and defense counsel and it is

25  creating this problem.

*Proceedings*                                                    2255

1          MR. AMATRUDA:  Can we just have THE JUROR leave for

2     a minute, Judge, because I'm going to talk about something

3     specifically related to her?

4          THE COURT:  All right.  You can step down.

5          (Witness steps down.)

6          THE COURT:  Let her wait outside.

7          MR. AMATRUDA:  I'm sorry to do this, Judge.

8          (Pause.)

9          MR. AMATRUDA:  Judge, this witness has testified to

10    the exact same information at two prior federal trials for

11    which her testimony was turned over.  The records to which

12    defense counsel is referring are not being -- we're just

13    trying to show it to refresh her recollection.  They were

14    provided as government's exhibits a long time ago and, in

15    addition to all that, I sent an e-mail to counsel this morning

16    specifically explaining this witness' testimony and explaining

17    that what we wanted her to testify to was that defendant

18    Damion Hardy through her changed his phone number from the

19    number ending in 4900 to the number ending in 5776.  Really it

20    doesn't seem that complicated.

21         THE COURT:  But Ms. Barrett is having a difficult

22    time and she explained to you why.  Now, let's just back up,

23    we're not children here, all right.  We have a point here in

24    the trial where this is obviously important testimony because

25    the government obviously wants to link Mr. Hardy to all of

*Proceedings*                                                    2256

1   this, I understand that.  All I'm trying to do is to make sure

2   that defense counsel is properly on board.

3          If she said she doesn't have these papers, I just

4   want to make sure that she has the papers you're referring to.

5   That's all I'm trying to accomplish.

6          Ms. Barrett, what do you say now?

7          MS. BARRETT:  Your Honor, we have thousands and

8   thousands of pages.

9          THE COURT:  You said that before.

10         MS. BARRETT:  All I'm concerned about is having the

11  documents that are being shown to THE JUROR.

12         THE COURT:  Do you have them now?

13         MS. BARRETT:  There's only one copy and these belong

14  to the government.  But I want to clarify something here.

15         THE COURT:  Do you have the papers now?

16         MS. BARRETT:  I do.

17         THE COURT:  Stop it.  I just want to make sure you

18  have the papers.

19         MS. BARRETT:  I have the government's copy which I'm

20  now looking at.

21         THE COURT:  Very good.  Now, what else?

22         MS. BARRETT:  I want to point out, Your Honor, that

23  the difference here is that this witness when she testified in

24  the past remembered the numbers.  These documents are being

25  used now to refresh her recollection about these numbers, the

*Proceedings*                                                    2257

1    testimony is not identical.

2              THE COURT:  You can cross-examine her all you want.

3    I just want to do one simple thing, please listen to me.  I'm

4    trying to run an orderly trial and have a clear record.  I

5    want to make sure you have ample opportunity to see what the

6    document is that the government is referring to.  If you have

7    any problems with authenticity, that's a different issue.  I

8    want to make sure that of the thousands of pages which you

9    claim you were given, you now know exactly which pages the

10   government is questioning this witness about.  Give me the

11   answer to that question.

12             MS. BARRETT:  I have the pages in front of me and

13   I'm attempting to look at them.

14             THE COURT:  Okay.  Do you need some time to review

15   it?

16             MS. BARRETT:  Five minutes would be fine.

17             THE COURT:  All right.  And then at that point this

18   document will be allowed in evidence since you're not

19   questioning the authenticity of it I take it.

20             MS. BARRETT:  I'm not questioning the authenticity.

21             THE COURT:  All right.  So, the document will be in

22   evidence and then you can question her about it, you can

23   cross-examine her.  We're clear now about what will be in

24   evidence, okay.  So, take five minutes or so --

25             MS. BARRETT:  Yes, Your Honor.

*Proceedings*                                                          2258

1          THE COURT:  -- to review the documents now and then

2    we'll reconvene.

3          MS. BARRETT:  Thank you.

4          MR. AMATRUDA:  Judge, I would just make a motion

5    then that you instruct the jury that the defense has not been

6    treated unfairly.  I think that was extremely prejudicial.  It

7    was also unfair given that --

8          THE COURT:  I'll tell the jury a few things, okay.

9          MR. AMATRUDA:  All right.

10         THE COURT:  But you know, to some extent it could be

11   argued that what Ms. Barrett said is not off the wall just

12   now, I mean she's been given thousands of papers and she is

13   confused about what exactly you are talking about now.

14         MR. AMATRUDA:  Your Honor, THE JUROR' testimony

15   previously was exactly the same.

16         THE COURT:  It just doesn't matter, Ms. Barrett is

17   not clear about that.  I wanted to make sure she has the

18   documents that you're referring to.

19         What are the exhibit numbers going to be, 8000-A?

20         MS. BARRETT:  Looks like it's B, C and D.

21         THE COURT:  Just tell me what they are.

22         MS. DAYANANDA:  She has my exhibits.

23         THE COURT:  Just give me a number for my records.

24         MS. BARRETT:  8000-B, 8000-C and 8000-D.

25         THE COURT:  B, C and D of 8000.  These are excerpts

*Proceedings*                                                2259

1    from the telephone company records.  The authenticity is not

2    challenged.  They will be allowed in evidence and we'll take

3    it from there.

4              (Government's Exhibits 8000-B, 8000-C and 8000-D so

5    marked in evidence.)

6              THE COURT:  Take a look at that now and familiarize

7    yourself with this.  You said you need this time to do that.

8              We'll be back in five minutes and we'll proceed.

9              MS. BARRETT:  Thank you, Your Honor.

10             (Recess taken.)

11             (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                2260

1           (Outside the presence of the jury.).

2           THE CLERK:  Ms. Barrett, are you prepared to proceed

3    now?

4           MS. BARRETT:  Yes, sir.

5           THE COURT:  You can call the jurors back in, and

6    I'll talk to them a little bit before.  Let's bring THE JUROR

7    back in.

8           (In the presence of the jury.)

9           THE CLERK:  You can all be seated.

10          THE COURT:  Members of the jury, let me tell you a

11   few things.  First of all -- I'll just shut this off.  That's

12   number one.  So the case is one which involves lots of papers,

13   and you've seen that already, and now we have lots of

14   telephone records.  The government has responsibility under

15   the law to lay bear its evidence in the case.  It's a very

16   significant, substantial responsibility.  So all of the

17   material that's turned over before trial starts we call 3500

18   material.  All right.  So you've heard references to that from

19   time to time.

20          And the government has discharged its obligations

21   admirably throughout this entire trial, no question about it.

22   Sometimes there's such a thing as too much of a good thing is

23   a bad thing, and you have thousands of pieces of paper, and

24   I'm talking about telephone records in particular, and

25   sometimes defense counsel has a hard time following exactly

NICOLE CANALES, CSR, RPR

Proceedings                                    2261

1    the bouncing ball.  I think that was this type of situation

2    here.  The government acted absolutely correctly and is acting

3    in good faith.  But, apparently, I didn't realize -- I

4    realized we have to stop and make sure we get a clearer

5    record.  That's my responsibility -- that there was some

6    possible confusion as to which papers we're talking about, so

7    we stopped the action to give Ms. Barrett the opportunity to

8    look exactly at the pieces of paper that the government wants

9    to have in evidence here, so we did that.  So I'm perfectly

10   satisfied that the government has acted in good faith.

11   There's no question about it.

12           It's just one of these types of human things that

13   come up from time to time when dealing with a case with lots

14   of papers.  It's good we took a few minutes to take sure we

15   had a clear record here, which is very important.  And I think

16   we're ready to proceed, at this time.  So everyone has agreed

17   that Government's Exhibit 8000B, C, and D, which are,

18   apparently, three pages of multiple telephone records, will

19   now be in evidence.

20       (Government Exhibits 8000B, C and D were received in

21                        evidence.)

22           THE COURT:  The only thing I want to mention to you

23   is that we're going to adjourn tomorrow at 3:00, and timing

24   wise, we're doing just fine, and we have a couple of jurors

25   who expressed a need to leave a little earlier, and I'm happy

Maxwell - Direct - Dayananda                    2262

1    to tell Juror Number 5 that we're told that your appointment

2    tomorrow is at 4:00 o'clock, and they also expressed interest

3    in talking to the judge, and taking him up on his offer to

4    provide recommendations.  So they may be calling me to follow

5    up, so I hope you're going to get your job.  I just want you

6    to feel at ease and not anxious about it.  The way things are

7    breaking, I think we can convene tomorrow at 3:00 o'clock,

8    probably, and then pick up the next day with summations,

9    perhaps, and then we'll be able to go through without anybody

10   being under stress or pressure.

11           With that, Ms. Dayananda, let's continue with your

12   questions.

13           MS. DAYANANDA:  Thank you, your Honor.

14   Q    Before the short break, Ms. Maxwell, I just wanted to get

15   a couple things straight.  You met a person by the name of

16   Kenny while you were working at the Sprint store, right?

17   A    Yes.

18   Q    At his request, did you open up a phone number?

19   A    Yes.

20   Q    You mentioned one was in your grandfather's name,

21   correct?

22   A    Yes.

23   Q    What's your grandfather's name?

24   A    Alden Maxwell.

25   Q    I'm going to show you Government Exhibit -- no objection

NICOLE CANALES, CSR, RPR

```
                Maxwell - Direct - Dayananda              2263
```

1  now to Government Exhibit D.

2          THE COURT:  D, did you say?

3          MS. DAYANANDA:  D, as in David.

4          THE COURT:  8,000D, correct?

5          MS. DAYANANDA:  Correct, and C.

6          THE COURT:  8,000C, 8,000D.

7  Q    8,000D and C, do these relate to the phone number of

8  the -- in the account of your grandfather, Alden Maxwell?

9  A    Yes, there were three lines.

10 Q    Now, those three lines, is one of those -- did you open

11 up one of those lines for Kenny?

12 A    Yes.

13 Q    Okay.  And do you remember which one you opened up for

14 Kenny?

15 A    No.

16 Q    Okay.  I'm going to show you to refresh your

17 recollection --

18          MS. DAYANANDA:  This is for THE JUROR.  Thank you.

19 Q    Starting at line 8, if you want to read that silently.

20 A    Okay.

21 Q    Does that refresh your recollection on the number?  Is

22 that -- 917-723-4900, is the number you opened up for Kenny?

23 A    Yes.

24 Q    And looking at this record, 917-723-4900, is that for the

25 time period of April to May of 2003?

Maxwell - Cross - Barrett                    2264

1    A    Yes.

2    Q    At some point did Kenny ask you to change the number?

3    A    Yes.

4    Q    I'm showing Government Exhibit 8,000C.  Is this for the

5    time period that follows; this is December through January

6    2004?  Is that right, Ms. Maxwell?

7    A    Yes.

8    Q    And showing you the numbers now, do you remember which

9    number was the second number you opened up?

10   A    The number that changed.

11   Q    And would that be -- let's just compare it to the first

12   one and second one.  Would that be the 917-406-576 (sic)

13   number as the new number from those two sets of documents that

14   we see there?

15   A    Yes.

16   Q    You did that because Kenny asked you to?

17   A    Yes.

18   Q    Now, you identified in that photo array a person by the

19   name of World; is that right?

20   A    Yes.

21   Q    And did you see Kenny with World?

22   A    When I first met him.

23   Q    Did they come into your Sprint store?

24   A    Yeah.

25   Q    And apart from that, had you ever seen World?

Myers - Direct - Amatruda                    2265

1   A    Not really.

2              MS. DAYANANDA:  I have nothing further.  Thank you.

3              THE COURT:  Any cross-examination, Ms. Barrett?

4              MS. BARRETT:  Yes, briefly.  I can ask from right

5   there.

6   CROSS-EXAMINATION

7   BY MS. BARRETT:

8   Q    Can you see me?

9   A    Uh-huh.

10  Q    Do you have an independent recollection in your mind of

11  those telephone numbers?

12  A    No.

13  Q    As you sit here today, does the fact that you were shown

14  those telephone numbers on a piece of paper bring back to your

15  mind a memory of those numbers, at the time?

16  A    No.

17             MS. BARRETT:  Thank you.  I have nothing further.

18             THE COURT:  Anything further?

19             MS. DAYANANDA:  No, your Honor.

20             THE COURT:  You may step down, please.

21             Are you ready for Mr. Myers now?

22             MR. AMATRUDA:  Yes, your Honor.

23             THE COURT:  Is this going to be your last witness?

24  Do you have somebody else?

25             MR. AMATRUDA:  Your Honor, I know we have one or

Myers - Direct - Amatruda                    2266

1   two, I think, tomorrow, two maybe three, that should be very

2   short.

3          THE COURT:  All right.  I wanted to get a sense of

4   things.

5          MR. AMATRUDA:  Yeah.

6          THE CLERK:  Mr. Myers is taking the stand.  Good

7   afternoon, Mr. Myers.  If you can remain standing, and raise

8   your right hand.  Do you affirm to tell the truth?

9          THE JUROR:  Yes, I do.

10          THE CLERK:  Thank you.  Please have a seat.  Please

11   state and spell your name.

12          THE JUROR:  Dwayne Myers, D-w-a-y-n-e, M-y-e-r-s.

13   DWAYNE MYERS,

14   called as a witness by the government, having been first duly

15   sworn, was examined and testified as follows:

16          THE CLERK:  Thank you.

17          THE COURT:  Your voice is loud and clear.  You don't

18   have to get that close to the mike.  Just press it out so we

19   don't have to be too loud or too soft.  Okay?

20          Your witness.

21          MR. AMATRUDA:  Thank you, your Honor.

22   DIRECT EXAMINATION

23   BY MR. AMATRUDA:

24   Q    Mr. Myers, do you have a nickname?

25   A    Yes, sir.

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2267

1    Q     What is that?

2    A     Thor.

3    Q     What year were you born?

4    A     1969.

5    Q     So how old does that make you now?

6    A     Forty-five.

7    Q     Did you at one point live in Lafayette Gardens?

8    A     Yes.

9    Q     Were you a part of a gang there?

10   A     Yes, sir.

11   Q     What are some of the crimes -- did you commit crimes as

12   part of the gang?

13   A     Yes, I did.  I committed murder, robberies, burglaries,

14   drug-dealing.

15   Q     And did that gang have one or more leaders?

16   A     Yes, sir.

17   Q     Who is that?

18   A     World and Wise.

19   Q     What did it mean to you as a member of the gang that

20   World was a leader?

21   A     That these were the individuals that we would answer to

22   and take orders from.

23   Q     Did the same thing apply to Wise?

24   A     Yes, sir.

25   Q     Do you see World today in court?

Myers - Direct - Amatruda                    2268

1   A    Yes, sir.

2   Q    Can you point out something that he's -- point him out

3   and describe something he's wearing?

4   A    He's wearing a buttoned up shirt.

5        MR. RUHNKE:  He's identified --

6        THE COURT:  The record will so reflect.

7   Q    Do you see anyone else in court that's a part of the gang

8   that you were in?

9   A    Yes, sir.

10  Q    Who is that?

11  A    Ebay.

12  Q    Can you point him out and describe something he's

13  wearing?

14  A    Sitting over in the blue shirt.

15       MR. HERMAN:  Identified for the record.

16       THE COURT:  The record will so reflect.

17  Q    So you're in jail now.  Have you -- you are in jail now,

18  correct?

19  A    Yes, sir.

20  Q    Have you pled guilty to crimes?

21  A    Yes, sir.

22  Q    Do you recall what crimes?

23  A    Murder, racketeering, robbery.

24  Q    Okay.  As far as racketeering goes, have you pled guilty

25  to certain acts as part of your racketeering crime?

Myers - Direct - Amatruda                    2269

1    A    Yes, sir.

2    Q    Do you recall which ones, what acts?

3    A    The murder and the drugs.

4    Q    Did you plead guilty to anything related to Ivery Davis?

5    A    Yes, sir.

6    Q    What was that?

7    A    Murder.

8    Q    And how about Tyrone Baum?

9    A    Yes, sir.

10   Q    And how about someone named Michael Colon?

11   A    Yes, sir.

12   Q    And how about drug-dealing, as part of your racketeering?

13   A    Yes.

14   Q    Now, you also pled guilty to murder; is that correct?

15   A    Yes.

16   Q    Who did you murder?

17   A    A guy by the name of Kojack.

18   Q    And was that murder in the aid of racketeering that you

19   pled guilty to?

20   A    Yes.

21   Q    You also pled guilty to an attempted robbery; is that

22   correct?

23   A    Yes, sir.

24   Q    Who was it that you attempted to rob?

25   A    The individual that -- I don't recall his name.

1   Q    To whom did you do that with?

2   A    Puff.

3   Q    Okay.  And was anybody else involved?

4   A    His brother was present.

5   Q    And what were you trying to rob from this man?

6   A    At the time he had -- we had spoken with him.  He had

7   merchandises (sic) that we were interested in taking from him,

8   minks, Play Stations, computers and stuff like that.

9   Q    Okay.  And with respect to the murder of Michael Colon,

10  where did that murder take place?

11  A    Empire Skating Rink.

12  Q    Did you also plead guilty to possessing a firearm?

13  A    Yes, sir.

14  Q    Do you know what sentence you're facing under the

15  racketeering charge that you pled to?

16  A    Yes, sir.

17  Q    What's that?

18  A    The mandatory minimum is zero to life.

19  Q    How about for the murder of Kojack?

20  A    The mandatory minimum is life.

21  Q    And in connection with the murder of Kojack, at one point

22  were you facing the death penalty for that offense?

23  A    Yes, sir.

24  Q    Are you facing that any longer?

25  A    No.

Myers - Direct - Amatruda                2271

1    Q    Do you know how that decision gets made, about whether or
2    not the death penalty is sought?
3    A    My understanding is that the case went to the attorney
4    general, and he decided whether he wanted to pursue the death
5    penalty.
6    Q    Okay.  Now, you have an agreement with the government in
7    connection with your plea?
8    A    Yes.
9    Q    What type of agreement?
10   A    Cooperation agreement.
11   Q    What do you have to do as part of that?
12   A    Give a description of my criminal history, be truthful,
13   and just give a testimony about my criminal history.
14   Q    Okay.  And do you have to also testify about other
15   people's crimes that you know about?
16   A    Yes, sir.
17   Q    What does the government agree to do for you if you
18   comply with your part of the agreement?
19   A    To submit a letter on my behalf.
20   Q    What is your understanding of the effect of that letter?
21   A    This letter allows the judge to sentence me below the
22   mandatory minimum.
23   Q    Do you know what goes into the letter?
24   A    Everything that I've done, as far as my cooperation, the
25   things that I told him, the good, the bad.

                    Myers - Direct - Amatruda                2272

1   Q    And has anybody told you what your sentence is going to
2   be?
3   A    No, sir.
4   Q    Anybody promised you what your sentence is going to be?
5   A    No.
6   Q    Do you know who decides what your sentence is at the end
7   of the day?
8   A    No, sir.
9   Q    Who is that?
10  A    The judge.
11  Q    If you lie here today, what happens?
12  A    I don't get the cooperation agreement.
13  Q    And you'll do life?
14  A    Yes, sir.
15  Q    Does whether or not you get a letter depend on the
16  outcome of this trial?
17  A    No.
18  Q    I'm going to show you what's been marked as Government
19  Exhibit 73 for identification.
20         THE COURT:  That's his cooperation agreement.  I
21  assume there's not going to be any objection to it in
22  evidence?
23         MR. RUHNKE:  There is not.
24         THE COURT:  In evidence at this time.
25         (Government's Exhibit 73  was received in evidence.)

                        NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2273

1   Q    When you were born, where was your family living?

2   A    Brownsville, Brooklyn.

3   Q    Did you grow up in Brownsville?

4   A    Yes, sir.

5   Q    At some point, did you move from Brownsville?

6   A    Yes.

7   Q    Where did you move to?

8   A    457 DeKalb Avenue.

9   Q    How old were you when you moved?

10  A    Approximately 15, 14 years old.

11  Q    And was that address within a public housing development?

12  A    Yes.

13  Q    Which one?

14  A    Lafayette Gardens.

15  Q    I'm going to show you Government Exhibit 101, which is in

16  evidence, which is the map of Lafayette Gardens.  And if you

17  can touch the screen, you'll make a mark on, and if you can do

18  it which building you grew up in?

19  A    (Indicating).

20  Q    That was 456 DeKalb Avenue?

21  A    Yes, sir.

22  Q    Who was in your household when you grew up?

23  A    Two sister's, nephews, my mother and father.

24  Q    What did you do -- what did you like to do when you were

25  younger?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2274

1    A    Well, when I first moved to the projects, I was a normal

2    kid, skating a lot.  I was very much into sports.  When we

3    moved to the projects, I realized that those activities

4    weren't available to a lot of children in the projects.  They

5    were doing a lot of different things, so I started following

6    suit.

7    Q    How far did you go in school?

8    A    Tenth grade.

9    Q    What happened when you stopped going to school?

10   A    I went to prison.

11   Q    What did you do to go to prison?

12   A    Robbery.

13   Q    When was the first time you were arrested?

14   A    Probably within the first year that I moved to Lafayette

15   Gardens.

16   Q    What were you arrested for?

17   A    The first charge that I ever caught was trespassing.

18   Q    Where did you trespass?

19   A    There's a college on the corner of DeKalb and Clausen

20   Avenue, and me and some of the kids from the projects used to

21   go to that particular college, and run around, and basically

22   trespass.  But one time we got the idea that if we would break

23   into the lockers, we could probably find some valuable things,

24   and we did that and ultimately got caught.

25   Q    What happened?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2275

1    A    It was a long time ago.  If I recall correctly, they

2    called my parents, and my father came and picked me up.

3    Q    Did you start committing more serious crimes, eventually?

4    A    Yes, I did.

5    Q    What were the more serious crimes did you start

6    committing when you were in your teenage years?

7    A    Eventually, I started hearing about a lot of kids in the

8    neighborhood making money, as far as snatching pocketbooks and

9    snatching jewelry, and things like that, and I went the route

10   of snatching jewelry.

11   Q    Okay.  Did you know someone named Wise?  You said you did

12   know him?

13   A    Yes, sir.

14   Q    I'm going to show you Government Exhibit 23 in evidence.

15   Who is that?

16   A    It's Wise.

17   Q    What was your relationship with Wise?

18   A    He was a very good friend of mine.

19   Q    Can you compare your ages?

20   A    I think he was, like, a year or two younger than me.

21   Q    How'd you meet him?

22   A    When I first moved to the projects, there was some guys

23   in my building that let it be known that they had a rivalry

24   going on with some of the guys from the other buildings.  And

25   they basically described Wise to me, who at the time was

1  calling him Myree (phonetic), saying that when it came down to

2  it, they would match me up to him, because we were close in

3  stature.

4  Q    Match you up with him to do what?

5  A    As far as fighting and things like that.

6  Q    Did you get to know Wise after that?

7  A    Yes.

8  Q    Did he live in Lafayette Gardens?

9  A    Yes.

10  Q    Which building?

11  A    325.

12  Q    So, again, just showing you 101 in evidence, which one's

13  325?

14  A    I think it's this one (indicating).

15  Q    Okay.  Did you know when you met Wise whether he was

16  involved in any criminal activity?

17  A    Not at the time when I met him.

18  Q    Okay.  Did you eventually find out whether he was?

19  A    Yes.

20  Q    What type of criminal activity was he involved in?

21  A    Early on, the younger guys used to do what was called

22  digging pockets.  They used to go to midtown, and it was a

23  form of jostling, pick-pocketing.

24  Q    Did you know any of the other people who were involved in

25  that, if there were any?

Myers - Direct - Amatruda                2277

1    A    It was actually two individuals, named "Un," Sambo, other

2    guys.

3    Q    In March of 1987, were you arrested?

4    A    Yes, sir.

5    Q    What was that for?

6    A    Robbery.

7    Q    Okay.  And did you plead guilty to that crime?

8    A    Yes.

9    Q    What did you do to be guilty of robbery?

10   A    I approached an individual with a file.

11   Q    Before that, were you arrested for chain-snatching ever?

12   A    Yes.

13   Q    When was that, about?

14   A    Well, actually, I was arrested for the chain-snatching

15   before the armed robbery.  I had been arrested for the

16   chain-snatching.  I had did time for that.  I did six months,

17   five years probation.  Then I went home, and eventually I was

18   arrested again for armed robbery.

19   Q    The chain-snatching sentence, did you serve that in an

20   adult or juvenile facility?

21   A    Juvenile.

22   Q    Was chain-snatching something that you did often?

23   A    Yes, sir.

24   Q    Do you know how many times you snatched chains?

25   A    No.

Myers - Direct - Amatruda                    2278

1   Q    Was it -- can you just -- was it a little?  A lot?

2   A    A lot.

3   Q    Around that time, and I'm talking about 1987, did you

4   start using drugs?

5   A    Yes, sir.

6   Q    What drugs did you start using?

7   A    Crack cocaine.

8   Q    How did you start using it?

9   A    Well, I was using marijuana.  You had individuals in my

10  neighborhood that was a little older, and they had introduced

11  me to this new drug that had came out.  And they had explained

12  that you take it, and you crush it, and you put it in the

13  marijuana, and it heightens the effect of the marijuana.  And

14  I tried it and became addicted.

15  Q    Okay.  Did you use crack with anybody?

16  A    Yes.

17  Q    Who?

18  A    Manny, Wise, Un.

19  Q    How long did you use crack for; do you recall?

20  A    Approximately from '86 to the end of '87, probably.

21  Q    Did you also -- aside from marijuana and crack, have you

22  used other drugs?

23  A    Just alcohol.

24  Q    In March of 1988, did you get arrested again?

25  A    Yes, sir.

Myers - Direct - Amatruda                    2279

1   Q    Is that the armed robbery you were talking about?

2   A    Yes.

3   Q    Can you explain what happened?

4   A    One particular day I went to the junior high school

5   that's located across the street.  I had a firearm that I had

6   found in a construction site that I used to work on.  I took

7   the firearm with me to the school, with the intention of

8   robbing somebody.  I saw an individual who had on a piece of

9   jewelry.  I robbed him for it.

10  Q    Were you high on crack when you did the robbery?

11  A    I wasn't high at the time, but I was looking to get high.

12  Q    So you wanted money for drugs?

13  A    Yes, sir.

14  Q    Did you plead guilty to that robbery?

15  A    Yes.

16  Q    Do you remember what your sentence was?

17  A    My sentence -- I was on probation at the time, so they

18  gave me a year for the case, and a year for the probation, and

19  they ran the sentence concurrent.

20  Q    How much time did you serve on that?

21  A    Eight months.

22  Q    Where did you serve it?

23  A    On Riker's Island.

24  Q    In January 15th of 1989, were you arrested for a drug

25  offense?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2280

1   A    Yes, sir.

2   Q    So you had been released from your year?

3   A    Yes.

4   Q    About how soon after you were released did you get

5   arrested for the drug crime?

6   A    It was days.

7   Q    Can you explain what -- were you guilty of that drug

8   crime?

9   A    Yes, I was.

10  Q    Can you explain what you did?

11  A    The point coming home, I connected with an individual

12  that I was doing that particular year with, and he explained

13  to me that another guy that we had been friends with during

14  the time we were serving our time was in Queens, and he had an

15  area where he was pedaling drugs.  We went to Queens to get

16  with him, with this plan to take over the neighborhood, and

17  when I got there, this individual was on the corner speaking

18  with a young lady.  I became impatient, realizing that not

19  only did I have to wait for him to finish selling the drugs

20  that he had on him, but I had to wait until he finished

21  speaking to the girl.  So I told him to give me the drugs

22  while he's speaking with the girl, and he gave me the drugs.

23  I made a sale to an undercover officer and got arrested.

24  Q    So you got arrested making your drug sale to an

25  undercover officer?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                2281

1   A    Yes, sir.

2   Q    What were you selling?

3   A    Crack cocaine.

4   Q    Okay.  Do you remember how much?

5   A    I think she bout a dime, $10 worth.

6   Q    Just $10 worth?

7   A    Yes.

8   Q    And when you were arrested for that charge, were you held

9   in jail, or were you released on bail?

10  A    I was released on bail.

11  Q    And just as in connection with a lot of your arrest, did

12  you always give the police your real name?

13  A    No, sir.

14  Q    You used a fake name?

15  A    Yes.

16  Q    And what caused you to do that?

17  A    Looking to avoid being prosecuted, hoping that, you know,

18  when the police came looking for me, they would not know who I

19  was.

20  Q    So also in around 1989, you were around 19 years old, did

21  you get your nickname Thor?

22  A    Yes.

23  Q    How did you get that nickname?

24  A    Me and a couple guys around the neighborhood became bored

25  one night and decided to have what's known today as the

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2282

1   knockout game.

2   Q    So what did you actually do?

3   A    Well, they would punch somebody out, and if it was your

4   turn, you had to render this person unconscious.

5   Q    So they would point somebody out who was just a random

6   person?

7   A    Yes.

8   Q    And you would assault them?

9   A    Yes.

10  Q    And you would knock them out?

11  A    Yes, sir.

12  Q    And you were good at that?

13  A    Yes.

14  Q    Okay.  And that's how they named you Thor?

15  A    Exactly.

16  Q    Did you know someone named Bush?

17  A    Yes.

18  Q    Who was that?

19  A    An individual that I met in Lafayette Gardens.

20  Q    He was someone in Lafayette Gardens?

21  A    Yes.

22  Q    Do you know what his last name was?

23  A    Hamilton.

24  Q    Did he have any brothers?

25  A    A brother named Ulysses.

Myers - Direct - Amatruda                    2283

1    Q    What, if any, role did Bush have in Lafayette Gardens, in
2    1989 to 1990 time frame?
3    A    When I met him, he was just coming home from prison.
4    There was a lot of talk about him coming home.  His reputation
5    was for being this guy that everybody knew.  He came home from
6    prison, and everyone in the projects was talking about him
7    being home.  Eventually I heard that he was letting everyone
8    know, everyone in the projects know that he was home.  And
9    when -- you know, all of these individuals that were doing
10   crime, whether it be drugs, or robberies, anything like that,
11   he wanted to speak with everybody.
12   Q    So he summoned everybody who was a criminal together?
13   A    This was my understanding, yes.
14   Q    What did you do?
15   A    Well, they said they was going to be meeting in the lobby
16   of 433.
17   Q    And 443 is in Lafayette Gardens?
18   A    Yes, sir.
19   Q    Which building is 433, if you can look at the map?
20   A    (Indicating).
21   Q    Did you go to 433?
22   A    Yes, sir.
23   Q    Who was there?
24   A    A bunch of people.
25   Q    Can you think of anybody, specifically?

Myers - Direct - Amatruda                    2284

1   A    Well, Bush was there, of course, Top, T-Rock, Money

2   Wheel, Black-O Mack-O.

3   Q    The T-Rock that was there, is that the individual named

4   Tyrone Baum?

5   A    Yes, sir.

6   Q    Is that the individual the same T-Rock, Tyrone Baum, that

7   you pled guilty to conspiring to kill in 2003?

8   A    Yes, sir.

9   Q    So this is 1990.  I'm going to show you what I don't

10  believe is yet in evidence as Government Exhibit 22.  Do you

11  recognize who that is?

12  A    Yes, sir.

13  Q    Who is that?

14  A    Black-O Mack-O.

15       MR. AMATRUDA:  I'll move Government Exhibit 22 into

16  evidence.

17       MR. RUHNKE:  Without objection.

18       THE COURT:  In evidence, at this time.

19       (Government's Exhibit 22  was received in evidence.)

20  Q    What was the relationship between T-Rock, Top, Black-O

21  Mack-O, and Bush?

22  A    Well, these individuals were guys that weren't from the

23  projects.  They were more so guys from Nostrand Avenue side,

24  who he was affiliated with that he called to the projects.  No

25  one from around our way really knew them.  We just knew of

Myers - Direct - Amatruda                2285

1   their reputation.

2   Q    What was their reputation?

3   A    For being gangsters.

4   Q    What happened inside of 433 when you went there?

5   A    When I walked inside the lobby, they had guns drawn.

6   Q    What happened after that?

7   A    It was a basically a community robbing, and it was being

8   explained that things were going to be different.  It wasn't

9   going to be every man for himself.

10  Q    How were things going to be different?

11  A    Well, I guess from that point on, it was understood that

12  if you were going to be doing something in these particular

13  projects, you had to answer to these individuals.

14  Q    Did you ever use the term PC, as in the letter P, Paul,

15  and C, as in Charlie?

16  A    Yes, sir.

17  Q    What did you use that to mean?

18  A    It's like a tax that someone who is paying protection

19  pays.

20  Q    Did that ever come up with respect to Bush?

21  A    I can't say that -- I can't say that I particularly heard

22  him say to the individuals you have to pay me PC.  I just

23  heard him explain to dudes that the ramped drug-dealing, and

24  robberies, and things like that was going to have to come to

25  an end.

Myers - Direct - Amatruda                    2286

1    Q    Was he doing like community service?  He wanted people to

2    stop committing crimes?

3    A    Not necessarily stop committing crimes, because it was

4    just -- how can I say -- I don't know how to put it.  If

5    people were committing crimes in the projects, I get the

6    impression, like, he was saying that if he wasn't getting a

7    part of it, then it wasn't supposed to go down.

8    Q    Did you start committing crimes with Bush?

9    A    Yes.

10   Q    What type of crimes?

11   A    Well, there was times when I was go with T-Rock, and Top,

12   and Mark Adams, went up to different places, where they would

13   put pressure on these different individuals.

14   Q    What do you mean by that?

15   A    They would speak with people and let them know that they

16   had to pay the PC, protective custody, like kind of a tax.

17   Q    Did you ever become involved in criminal activity in New

18   London, Connecticut?

19   A    Yes, sir.

20   Q    How did you get involved in that?

21   A    Around that time, they had drugs in New London,

22   Connecticut.

23   Q    Generally, who is they?

24   A    It was T-Rock, Top, Mark, Bush.

25   Q    And did they ask you to do something in connection with

Myers - Direct - Amatruda                    2287

1   those drugs?

2   A    Yes.   There was a kid by the name of Shawn, at the time,

3   that was hustling out there.   And they had got a call from a

4   young lady whose house they were using at that particular

5   time, who informed them that some individuals from that

6   neighborhood had started frequenting her apartment and selling

7   drugs there.

8   Q    Did they ask you to go up and essentially be muscle in

9   that situation?

10  A    Yes.

11  Q    And did you go?

12  A    Yes, I did.

13  Q    Were you arrested when you were there?

14  A    Yes.

15  Q    Were the -- did the police end up getting called to the

16  house that Shawn was at?

17  A    Yes.

18  Q    And you were arrested for what crime?

19  A    They arrested me for trespassing.

20  Q    And, in fact, though, what else were you in possession

21  of, at the time, or right before the police arrested you?

22  A    I was in possession of a firearm and drugs.

23  Q    And that would be crack cocaine; is that right?

24  A    Yes.

25  Q    But you didn't get caught for that, right?

Myers - Direct - Amatruda                    2288

1   A    No.

2   Q    Did you maintain your status on bail that you had from

3   your -- this case that we had talked about, the drug case,

4   1989?

5   A    Yes.

6   Q    Okay.  And later on that year, in June of 1989, were you

7   arrested again?

8   A    Yes.

9   Q    For a crime involving a police officer?

10  A    Yes.

11  Q    What was that?

12  A    After I came from New London, Connecticut, being that the

13  drugs and the money had got caught, I came back and I

14  explained to the guys that -- I showed them the pink slip from

15  when I went through the system, so I explained to them that I

16  didn't have the money, I didn't have the drugs.  They said it

17  was all right.  We would work something out.  And that we were

18  going to have to do something to replace those funds to get

19  the work back.

20  Q    Okay.  When you showed them the pink slip, what was the

21  purpose of doing that?

22  A    To let them know that I actually got arrested.  I didn't

23  know if they believed me or not.  It wasn't like they were

24  pressing me.  I wanted to show it to them.

25  Q    Instead of stealing the drugs?

Myers - Direct - Amatruda                    2289

1   A    Yes.

2   Q    So what did you end up trying to do to get this money

3   back?

4   A    Well, while we were standing there, trying to hatch a

5   plan to come up with some money, because when I got caught in

6   New London, Connecticut, it basically depleted all the funds

7   that we had at that particular time, and I remember we were

8   standing there, and some guys walked past --

9   Q    Sorry to interrupt you, but you were standing where?

10  A    On the side of 433.

11  Q    In Lafayette Gardens?

12  A    Yes, sir.

13  Q    And what happened?

14  A    And about three guys walked past, and they had on some

15  jewelry, and we decided that that would be a start.

16  Q    And so did you try and -- were you going to rob those

17  people?

18  A    Yes, sir.

19  Q    And what happened when you were going to rob them?

20  A    I followed them up the block from Lafayette and Franklin.

21  By the time we got to Lafayette and Clausen, I think they

22  realized that I was going to attempt to rob them.  So what

23  they did was when they got to the corner of Lafayette and

24  Clausen, they started running.

25  Q    Just for -- I'm just going to put the map back on for the

Myers - Direct - Amatruda                     2290

1    jury's reference.   Lafayette and Clausen?

2    A    Yes.

3    Q    So go ahead.

4    A    So they started running.  And I realized that I had been

5    duped, basically, so I turned back around and started walking

6    standard 433 again.

7    Q    What did you mean by being duped?

8    A    I realized they knew I was going to rob them, and they

9    were biding their time to get further enough away from me, so

10   that when they started running, I wouldn't be able to catch up

11   with them.

12   Q    And when you were -- when you turned around, did you walk

13   back towards 433?

14   A    Yes, sir.

15   Q    And what did you see when you did that?

16   A    Well, I was walking, and then I was talking to a young

17   kid by the name of Kimmy.  He was on the side of me with a

18   bike, and it was because of him I noticed there was a car in

19   the street trailing me.  So I'm looking at the car.  The car

20   was looking at me.  And I realized that it was officers inside

21   the car, so I started running.

22   Q    And you didn't realize it right away.  Why?  Were they

23   uniformed officers in a police car?

24   A    No, they were plain clothes.

25   Q    So you started running.  And what happened when you ran?

Myers - Direct - Amatruda                    2291

1   A     I started running.  And as I'm running towards 433, the

2   individuals that I had been with saw me running and assumed

3   that the guys who I went to rob was chasing me and started

4   firing.

5   Q     At the police officers?

6   A     Yes.

7   Q     And you were eventually arrested for that; is that

8   correct?

9   A     Yes.

10  Q     And charged with attempted murder of the police officers?

11  A     Yes, sir.

12  Q     So you had two cases pending in Brooklyn state court, at

13  that point; is that right?

14  A     Yes.

15  Q     You had the drug charge and attempted murder, and what

16  ended up happening?

17  A     The attempted murder was -- excuse me.  The attempted

18  murder was dismissed.  But the robbery I pled guilty to.

19  Q     Okay.  And what was the robbery?

20  A     At a clothing store, a known style clothing store.

21  Q     So you were arrested again; is that right?

22  A     Yes.

23  Q     And what were you doing during that occasion?

24  A     I was with some females who were boosting around that

25  time, and they used to pay me to come with them to stores

Myers - Direct - Amatruda                    2292

1   while they boost.  My job was basically if they were to get

2   caught, and a security guard would try to detain them, I would

3   stop the security guard.

4   Q    So you were to fight with the security guard?

5   A    Yes.

6   Q    And you were arrested on one occasion while that was

7   happening?

8   A    Yes.

9   Q    So what did you actually plead guilty to?

10  A    Robbery.

11  Q    What sentence did you get?

12  A    Two to four.

13  Q    And do you recall -- that was in 1989, correct?

14  A    No, that was when I pled guilty to the drugs.  When I

15  pled guilty to the robbery, it was in '93.

16  Q    All right.  So let's start with you pled guilty to the

17  drugs, and did you do some time in jail?

18  A    Yes.

19  Q    And did you get out towards the end of 1991?

20  A    Yes, sir.

21  Q    When you came home, did you see Wise?

22  A    Yes.

23  Q    Do you remember what he was doing, at that time?

24  A    The normal thing that he had been doing, selling drugs.

25  Q    And during this time, did you see World at all?

Myers - Direct - Amatruda                    2293

1   A    Yes.

2   Q    Can you explain -- can you explain the context that you

3   saw World?

4   A    When I came home, I was hearing a lot about these

5   different factions that were being established in the

6   projects.  It was -- when I went to prison, it was more so

7   like guys who had the money to purchase cocaine and turn it

8   into cocaine crack or basically just selling crack.  Now, when

9   I came home, it was more so of crews.

10  Q    So what were some of the crews that you saw in Lafayette

11  Gardens, at that time?

12  A    It was a few.  It was CMB, Cock and Squeeze.  It was some

13  guys who used to call themselves the Deuces.

14  Q    And you said CMB.  Who was -- who were some of the people

15  associated with CMB, at that time?

16  A    Wise, World, Popsie, Ebay, Trugg, Boo, Hastings.

17  Q    I'm going to show you what's been marked as Government

18  Exhibit -- well, first, let me ask you, CMB, do you know what

19  that stands for?

20  A    Cash Money Brothers.

21  Q    Do you know where that name came from?

22  A    I was in prison when they adopted that name, but I got

23  the knowledge that it came from a movie.

24  Q    First I'm going to show you Government Exhibit 5 in

25  evidence.  Ask you if you recognize that person?

Myers - Direct - Amatruda                    2294

1    A    Yes, sir.

2    Q    Who is that?

3    A    That's Boo.

4    Q    And do you recall what Boo's relationship was with World

5    during that time?

6    A    I knew World and Boo was being real close friends.

7    Q    Okay.  Next, I'm going to show you Government Exhibit 2,

8    which I know you've already identified, but --

9    A    Ebay.

10   Q    And how did you meet Ebay?

11   A    1989, it was a girl by the name of Katrice.  She was well

12   known in the projects.  She got into an argument with a

13   female, and she wanted to have a fight with this particular

14   girl.  But someone was stopping her from having the fight with

15   this girl, so she came and she got us.  When we went to --

16   Q    Us who is us?

17   A    It was me, Wise -- I just remember -- I just remember

18   Wise being present.  Other people, their names are not coming

19   to me, at this point.

20   Q    So what happened?

21   A    We went to the apartment, and the apartment had been the

22   apartment where Robert Footman lives.  And when we knocked on

23   the door, Ebay and Trugg answered the door, so we told them

24   what was going on, and they explained that the girl had been

25   there with them.  And they basically stood up and said that

Myers - Direct - Amatruda                2295

1    they wasn't going to throw the girl out to the wolves.

2    Q    So that's how you met Ebay?

3    A    Yes.

4    Q    Now, do you know if there were any other people that you

5    said -- you mentioned Popsie; is that correct?

6    A    Yes, sir.

7    Q    And first I'm going to show you what's been marked

8    Government Exhibit 8.  It's in evidence.  Who is that?

9    A    That's Trugg.

10   Q    And how about Government Exhibit 24?

11   A    Stack.

12   Q    Seven?

13   A    Popsie.

14   Q    Thirty-five?

15   A    Dezo (phonetic).

16   Q    Were you -- were those people you mentioned as spending

17   time with World, at that time?

18   A    Yes, sir.

19   Q    I'm just going to show you one more, 56.  Who is that?

20   A    Porto.

21   Q    Who did he hang out with?

22   A    World.

23   Q    Were there some people who hung out more with Wise, as

24   opposed to the people I just mentioned to you about World?

25   A    Well, most of those individuals were close in age to

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2296

1    World.  Wise knew all of those individuals, but all of those

2    guys were more or so of the people that World hung out with,

3    basically.

4    Q    Who hung out with Wise, then?  Who were the older guys?

5    A    Un.  Another guy named Shy.

6    Q    Can you describe what the situation was with respect to

7    drug-dealing, at that time, in Lafayette Gardens?

8    A    Which time?

9    Q    Around 1991, when you came home from your drug charge?

10   A    When I came home, it was a lot of different individuals,

11   like I said, selling drugs.  You even had guys coming from as

12   far as Grand and Clifton.

13   Q    Who was the guy that came -- who came from Grand and

14   Clifton that you remember?

15   A    I remember Rab, and Slink, and those guys coming to the

16   projects a lot.

17   Q    Okay.  Now, on February 21st of 1992, were you arrested?

18   A    Yes.

19   Q    That was the robbery, then?

20   A    Yes.

21   Q    With the boost thing; is that right?

22   A    Yes.

23   Q    Did you end up pleading guilty in that case?

24   A    Yes, sir.

25   Q    What was your sentence?

Myers - Direct - Amatruda                    2297

1   A    Two to four.

2   Q    Now, did you go into jail immediately in February of

3   1992?

4   A    No.

5   Q    Do you remember when you pled guilty?

6   A    Closer towards the end of the year.

7   Q    All right.  So I want to take you to between February of

8   '92 and when you went into jail the next time.  What were you

9   doing?

10  A    Around that time, I think I was doing robberies.

11  Q    Okay.  And, in fact, you were on bail, correct, for your

12  robbery case, so you weren't supposed to be committing crimes,

13  correct?

14  A    Yes.

15  Q    Do you remember what your situation was with drug-dealing

16  in the project, then, after your arrest?

17  A    I remember it being kind of a situation where you had

18  basically dudes from different buildings who would govern

19  their building.

20  Q    Okay.  So as a friend of Wise, did you ever get involved

21  in anything that World was doing?

22  A    At that time?

23  Q    Yeah.

24  A    Little things, but not like --

25  Q    What kind of little things?

Myers - Direct - Amatruda                    2298

1   A    I mean, there were, you know, times we would go different

2   places and get into altercations with people, but it wasn't as

3   if I was one of the workers.

4   Q    Did you know someone named Crazy Troy?

5   A    Yes, sir.

6   Q    Who was that?

7   A    It was a guy from the neighborhood who I met probably --

8   probably the first two or three years I moved around there.

9   Had a serious reputation for using Angel Dust.

10  Q    Okay.  At some point towards the end of 1992, do you

11  recall what he was doing?

12  A    Yes.

13  Q    What was that?

14  A    He was selling heroin.

15  Q    Do you know if he was affiliated with anybody?

16  A    I don't know who he was affiliated with, as far as his

17  business dealings, but I knew that he was close friends with

18  JR.

19  Q    JR who?

20  A    Hamilton.

21  Q    Did anything happen to Crazy Troy at the end of 2002?

22  A    Yes, sir.

23  Q    What happened?

24  A    He was murdered.

25  Q    Can you explain -- were you nearby when he was murdered?

Myers - Direct - Amatruda                    2299

1    A    Yes, sir.

2    Q    Did you actually see him being murdered?

3    A    Yes.

4    Q    Earlier that day, can you explain what you were doing?

5    A    I came outside.  All that week I had -- there's a small

6    park in the back of the apartments.  I used to go out in the

7    park and workout.

8    Q    I'm just going to show you 101.  Can you show the jury

9    where you used to go workout?

10   A    This park right here (indicating).

11   Q    Okay.  And continue, then.  And you said he used to; is

12   that Troy?

13   A    Yes, sir.

14   Q    He used to what?

15   A    He used to be in that small park right there selling

16   heroin.

17   Q    And so go ahead.

18   A    So I met up with him a couple times, and we struck up

19   conversations.  And being that I had knew him prior to that,

20   he didn't speak with a lot of people because of the reputation

21   he had from being a little off.  So me and him was having a

22   lot of conversations, and he was, you know, telling me that he

23   was basically getting his life together, and he was finally

24   off the drugs, and he was trying to, you know, just get some

25   money.  While I was standing there talking to him, an

NICOLE CANALES, CSR, RPR

1   individual by the name of Eric Walters approached and called

2   me over, and asked me what was I doing with him.  And I told

3   him -- I said we just talking.  We just chilling.  Why?

4   What's up?  And he said you need to stay away from him because

5   he got a hit on him.  And asked him who.  And he told me about

6   World and Wise.

7   Q    So what happened after that?

8   A    Well, being that I was friends with Wise, I told Eric to

9   go speak with them and let them know that I knew the dude, and

10  I didn't think that he was going to be a problem, and I was

11  going to try to find out what was going on.

12  Q    Okay.  What happened after that?

13  A    Eric had explained to me that --

14       MR. RUHNKE:  Your Honor, could we have foundation

15  for who Eric is?

16       MR. AMATRUDA:  Sure.

17       THE COURT:  Ask him further questions.

18  Q    How did you know Eric?

19  A    He lived in the building, on the sixth floor.

20  Q    Did you know what his relationship was with Wise?

21  A    He was one of the individuals in the projects that was

22  basically trying to be a part of the drug-dealing.

23  Q    Okay.  What do you mean by that, trying to be a part of

24  the drug-dealing?

25  A    He was a school kid, a basketball player, looking to make

Myers - Direct - Amatruda                    2301

1    extra money, and he was just dabbling in selling drugs.

2    Q    So he was selling drugs; is that right?

3    A    Yes.

4    Q    Who was he selling for, if you know?

5    A    Wise.

6    Q    So what, if anything, did he tell you?

7    A    I asked him what did it have to do with -- why was he

8    being targeted?  What happened?  And he explained that it had

9    something to do with him and his affiliation with JR.

10   Q    Okay.  So what did you do after that?

11   A    Well, I told Eric -- I said I talked to dude all the

12   time.  I don't know if he fuck with them like that.  He just

13   knew him.  Everybody knew him.  Let me speak to the dude and

14   find out what's going on.

15   Q    Okay.  And so what happened?

16   A    So Eric was -- he basically told me that he was going to

17   go let World and them know that I said the guy was good money.

18   When I say good money, I mean he was cool.  Excuse me.  And we

19   walked off and being -- I'm thinking that I'm having the

20   situation under control.  I'm telling Troy -- I said, listen,

21   I don't know what's going on, but your name is being mixed up

22   in something, but I'm going to try to get it straight.

23   Q    So were you -- were you ever with Troy, then, later that

24   day?

25   A    Yes, sir.

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2302

1   Q    Where were you?

2   A    We walked from the projects to his apartment on Bedford

3   Avenue.

4   Q    What did you see there?

5   A    When we got there?

6   Q    Yeah, what did you see happen?

7   A    When we got to the apartment, he was asking me a lot of

8   questions about who was it that he may be in danger with.  I

9   didn't really want to say any names, because I wasn't totally

10  sure what was going on.  And, like I said, I thought I had the

11  situation under control, because these were guys that I knew

12  well.  And me putting my name to it, I figured I was going to

13  quell any kind of violence that would occur.  But at that

14  particular time, he was just saying that he was going to make

15  sure that he was safe, and I didn't actually see him, but it

16  was my impression that he --

17  Q    Let me stop there.  Did you stay in the apartment with

18  him, or did you leave?

19  A    We left together.

20  Q    You left together.  And do you know where Troy went?

21  A    We started walking back up the block towards the

22  projects.

23  Q    Okay.  And did you see anybody that you knew, at that

24  time?

25  A    It was a lot of people standing on the corner.

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2303

1   Q    Let me ask you this, did you ever talk to World about

2   Crazy Troy?

3   A    Yes, I did.

4   Q    Can you describe that -- is this on the day Troy died?

5   A    This was minutes before it happened.

6   Q    And what was the conversation you had?

7   A    I'm coming up the block with Troy, and on the corner of

8   DeKalb and Kent Avenue, there's a phone booth.

9   Q    Do you see that on the map here?

10  A    It's probably like right here, in this area (indicating).

11  Q    So the corner of --

12  A    A little over right here, on the corner of Kent.

13  Q    Kent, which is a small street?

14  A    Yes.

15  Q    Okay.  And there was a -- what was near the phone booth?

16  Was there any kind of business establishment?

17  A    There's a store directly on the corner, but there's also

18  a house that we used to frequent, the steps in front of this

19  phone booth.

20  Q    So where did you see World?

21  A    I didn't actually see him.

22  Q    Okay.  What happened?

23  A    There was a couple guys standing out there, and we walked

24  up, and they was like, yo, World want to holler at you.

25  Q    What happened after that?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2304

1   A     I got on the telephone with him.

2   Q     Who did you recognize the person on the other end of the

3   line to be?

4   A     World.

5   Q     And what happened?

6   A     He asked me what was I doing with Troy?

7   Q     What did you say?

8   A     I explained to him that I was just talking to him.  I

9   heard about what was going on, but I didn't think that he had

10  anything to do with what he was assuming.  He said to me

11  dude's a live wire.  He's a little bugged out, and that if I

12  was putting my name on this, if something was to happen to

13  somebody, I would be held responsible.

14  Q     And did anything else happen in that conversation?

15  A     We agreed that everything was cool.  I told him that I

16  knew for a fact that Troy wasn't trying to get involved in any

17  existing beef that was going on, and he said okay.  At that

18  time, he asked me to go with an individual by the name of Phil

19  to bag up some drugs.

20  Q     Okay.  And that's Phil, P-h-i-l?

21  A     Yes, sir.

22  Q     And did you know who he was talking about when he said

23  Phil?

24  A     Yes.

25  Q     And what did you know about Phil and his role as far as

Myers - Direct - Amatruda                    2305

1    drug-dealing with World?

2    A    He was a young kid in the projects that would make money

3    by performing the tedious task of putting the crack cocaine

4    into the vials.

5    Q    Okay.  And I'm going to show you what's been marked as

6    Government Exhibit 40 for -- it's in evidence.  Sorry.  Do you

7    know who that is?

8    A    Yes, sir.

9    Q    Who is that?

10   A    That's Phil.

11   Q    And you said Phil would package for World; is that right?

12   A    Yes, sir.

13   Q    And World you said asked you to watch Phil?

14   A    Yes.

15   Q    Did he say why he wanted you to do that?

16   A    Well, it was known at the time that some of these

17   individuals who would be delegated to package the crack

18   cocaine would sometimes stash, so I --

19   Q    What do you mean by stash?

20   A    Well, take some of the crack cocaine and hide it, and

21   keep it to themselves.

22   Q    Steal it?

23   A    Yes, sir.

24   Q    So what was your understanding about Phil, then?

25   A    That he needs to be watched.

Myers - Direct - Amatruda                    2306

1  Q    And so what did you do?

2  A    I told him all right.  We waited for a few minutes.  Phil

3  came you walking through the middle of the projects.  He told

4  me he had what he needed.  We proceeded -- well, I said bye to

5  everybody there, shook everybody hands, or whatever.

6  Q    I'm sorry.  When you say there, where?

7  A    At the phone booth.

8  Q    At the phone booth?

9  A    Yes.

10 Q    Okay.

11 A    And we proceeded across the street, walked into 456.

12 Q    All right.  So, again, this is where you identified as

13 456; is that right?

14 A    Yes, sir.

15 Q    What happened when you went into 456?

16 A    We went into the building.  We were there for a short

17 duration of time or waiting for the elevator.  When it came,

18 we got on the elevator.  As the doors were closing, I heard

19 gunfire.

20 Q    And what did you do when you heard the gunfire?

21 A    Immediately I thought that Troy had probably decided to

22 make a move, and I'm thinking to myself, you know, I've done

23 something wrong, because I put my word on it that this guy was

24 not trying to get involved with anybody else's conflict.  And

25 I pressed the door open, and walked out of the elevator, and

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2307

1    started to go towards the door.  As I'm getting towards the

2    door, in the lobby of 456, the front is basically glass, so I

3    get to the glass, and I can see across the street.

4    Q    Okay.  What did you see across the street?

5    A    I see Troy on the floor and Ebay over him, firing a

6    weapon.

7    Q    Firing a gun?

8    A    Yes, sir.

9    Q    And where was Troy across the street?

10   A    Next to the phone booth.

11   Q    What did you do when you saw that?

12   A    Basically turned around, and walked back, and got on the

13   elevator, and went up to the apartment that I was supposed to

14   be going to, and went to establish my alibi.

15   Q    When you say went to establish your alibi, what do you

16   mean by that?

17   A    I wanted -- if anybody -- I didn't want to be -- it to be

18   known that I was present or even on the scene.

19   Q    Were you eventually arrested for murdering Troy?

20   A    Yes.

21   Q    And were you taken to jail?

22   A    Yes, sir.

23   Q    Did you sit in what's called a lineup?

24   A    Yes.

25   Q    And how long did you stay in jail for?

Myers - Direct - Amatruda                 2308

1    A    For about a week and a half.

2    Q    What happened to the case?

3    A    It was dismissed.

4    Q    Now, during that time before the dismissal of that case,

5    did you talk to anybody, in terms of helping out your case?

6    A    Yes.

7    Q    Who did you talk to?

8    A    The young lady whose house we was at when me and Phil

9    went to bag up the drugs.

10   Q    Was this a woman whose apartment was used for this

11   purpose just once or other times?

12   A    That was probably, like, the third time we used her

13   apartment.

14   Q    And what did you ask this woman to do, if anything, for

15   you?

16   A    We explained to her what happened.  She heard the shots,

17   and I had basically told her that if anybody asked when the

18   shots were fired, and we heard the shots being fired, I was

19   there at her house.  We was all in the house.

20   Q    Now -- and eventually you were released; is that right?

21   A    Yes.

22   Q    Do you know if you were ever indicted for that?

23   A    No, I wasn't.

24   Q    You were not indicted?

25   A    No.

Myers - Direct - Amatruda                2309

1    Q    In terms of your being arrested for this murder, how, if

2    at all, did it effect your relationship with Ebay?

3    A    Our relationship at the time was strained, because me and

4    him didn't have a very strong rapport with one another.  He

5    didn't really know me, and his -- his thing, he was very

6    aggressive towards some individuals in my family.

7    Q    So did you eventually reconcile with Ebay?

8    A    Yes.

9    Q    Do you remember approximately what year that was?

10   A    It was '98.

11   Q    Okay.  So at some point did you have a conversation with

12   World about the murder of Crazy Troy, not necessarily right

13   then, but --

14   A    After I was released from prison.

15   Q    Okay.  And what was that conversation?

16   A    I had -- it was being avoided for obvious reasons.  Like

17   I said, the relationship between me and Ebay, at the time, was

18   strained, because he had stated to someone in my family that I

19   better not mention his name.  So when I came home, it was, you

20   know, if -- they was related to me, so -- I hadn't seen them,

21   so it was, like, avoidance.  When I finally did get to speak

22   with him, I remember him saying to me --

23              MR. HERMAN:  Objection.  Who is him?

24              THE COURT:  Please explain who you're talking about

25   now.

NICOLE CANALES, CSR, RPR

1       THE JUROR:  World.  When I finally saw him, I

2   remember him explaining to me that Troy had to go.  He was

3   describing how he was mentally off, and how dude was going to

4   try to use him to basically assault someone in the team.

5   Q    And did you have an understanding based on your

6   participation in the drug-dealing from CMB and other

7   activities as to what, if any, effect killing somebody who

8   have on your status within the group?

9   A    It would definitely make -- lift the individual's status

10  up in that organization.

11  Q    In fact, did you observe anything about Ebay's status

12  after the murder of Crazy Troy?

13  A    Yes.

14  Q    What was that?

15  A    I mean, he was more revered as an individual who would

16  get the job done.

17  Q    When World said to you that Troy had to go, what did you

18  understand that to mean, based on your --

19  A    That he had to die.

20  Q    You went -- now, so that was in December of 1992.

21  Eventually you went to state prison; is that correct?

22  A    Yes.

23  Q    And that was on the charges -- I guess, it was the

24  robbery charge; is that right?  You've been on bail for that?

25  A    Yes.

Myers - Direct - Amatruda                    2311

1    Q    And how long were you sentenced to, at that point?

2    A    Two to four.

3    Q    Okay.  So do you remember what year you got out in from

4    that?

5    A    '95.

6    Q    And where did you go when you got out?

7    A    To Lafayette Gardens.

8    Q    Do you remember where you lived at that time when you

9    were released?

10   A    Yes, sir, 456.

11   Q    At some point did you move to Queens?

12   A    Come again?

13   Q    At some point did you move to Queens?

14   A    Yes, sir.

15   Q    When was that?

16   A    Probably a year after I was home.

17   Q    Okay.  And when you came home, where was Wise?

18   A    When I first came home, Wise was hustling upstate

19   New York.

20   Q    And was -- who was selling, if anybody, in Lafayette

21   Gardens hustling?

22   A    There was a slew of individuals, but I knew that World

23   was the one controlling.

24   Q    And when you say control, what does that mean to you, as

25   far as drug deals goes?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2312

1   A    I came home from prison, and I remember seeing him, and

2   he was basically -- he didn't explain to me verbatim that he

3   was controlling the projects.  But through casual

4   conversation, when we were just talking, and at the time he

5   had on a lot of jewelry, and nice clothes, and I recall asking

6   him to give me some money.  And he laughed, and he said to me

7   you don't fuck with me like that.  Excuse my language.  And I

8   was shocked, you know.  Because, I mean, I've known him for a

9   long time.  I didn't expect that reaction from him, but it

10  wasn't out of any type of malice, because what he did was he

11  took his phone out, and he said hold on a second.  And he

12  started dialing the number, and I'm standing there bewildered,

13  wondering what is he doing.  What does that have to do with me

14  asking you for a couple of dollars and you're telling me no?

15  And he gets on the phone, and he goes, yeah, talk to your boy,

16  and he passes me the phone.  And I say who is this?  And it

17  was Wise.

18  Q    And what happened with Wise that day?

19  A    Oh, he was very excited about the fact that I had came

20  home and told me to stay where I was at.  He was coming to

21  pick me up.  I didn't realize that he was in way upstate

22  New York at the time, so I was standing in front of the

23  projects for three to four hours.

24  Q    So what happened?

25  A    He came.  He picked me up, and immediately we jumped on

Myers - Direct - Amatruda                2313

1    the road.  We're talking, and reminiscing, and the next thing

2    I know I'm seeing the highway, and I'm, like, what are you

3    doing?  He's like I'm taking you to where I hustle at.  I said

4    I'm on parole.  I got to report to parole.  He was telling me

5    it's Friday, man; you ain't got to report until Monday.  So he

6    basically took me upstate with him.

7    Q    Okay.  Did you go back to Lafayette Gardens, then?

8    A    Yes.

9    Q    Okay.  And what did you do when you went back to

10   Lafayette Gardens for money?

11   A    From time to time, I would get up with Wise.  At that

12   time, I was doing my own thing, as far as robberies, and

13   burglaries, and things like that, so I wasn't -- I didn't have

14   any connection with Wise on the hustling side, at that time.

15   Q    Did you see people selling drugs in Lafayette Gardens?

16   A    Yes.

17   Q    Who was that?

18   A    There were younger guys in the projects, at that time.

19   It wasn't the same old regimen of dudes, like Popsie, or Ebay,

20   or Boo and those buys.  It was the next generation of guys

21   coming up that were actually selling drugs.

22   Q    Did you know what, if any, role World had in that

23   drug-dealing?

24   A    Everybody was --

25              MR. RUHNKE:  Your Honor, I'm going to object,

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2314

1    because he's not a part of it.
2         THE COURT:  I think it's too general a question.
3         MR. AMATRUDA:  Okay.
4    Q    Well, during that time, did you spend time with the drug
5    dealers in Lafayette Gardens?
6    A    Yes, I did.
7    Q    Did you see what they were doing?
8    A    Yes.
9    Q    And did you also speak to World during that time?
10   A    I spoke with him generally.
11   Q    And based on -- did you get involved in the drug-dealing
12   at Lafayette Gardens?
13   A    No.  When I got involved with the drug-dealing myself,
14   like I said, me and Wise were very close friends, and there
15   was a time when World actually got locked up.
16   Q    What, if any, role did you take on when World got locked
17   up?
18   A    Well, once World got locked up, it was obvious to
19   everyone that Wise would be the one to take over in his steed.
20   Q    Is that something that had happened before?
21   A    Yes.
22   Q    Was there any pattern to the change in leadership?
23   A    Faintly, because, like I said, a lot of these guys were
24   World's peers.  For Wise, they were more so younger guys.
25   Q    What was the interaction between when -- if World wasn't

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2315

1   there, what would happen?

2   A    Well, the same guys would answer to Wise.

3   Q    How about when Wise wasn't there?

4   A    Vice versa.

5   Q    So you said that at some point World got locked up.  Who

6   took charge of the drug-dealing?

7   A    Wise.

8        MR. RUHNKE:  I don't mean to interrupt, but could we

9   have a year?

10       THE COURT:  Wait a second.  It's an objection.

11  Overruled.  If you know, who took over?

12       MR. AMATRUDA:  Okay.

13  Q    Okay.  And do you remember about when this was?

14  A    Not exactly.

15  Q    You were involved in the conspiracy to kill Michael

16  Colon, correct?

17  A    Yes.

18  Q    That was at the roller-skating rink?

19  A    Yes.

20  Q    Was this before, or after, or during the period that you

21  were involved in that conspiracy?

22  A    This was, like, in the beginning more so.

23  Q    You mean it was before?

24  A    Yes.

25  Q    All right.  And during that time, can you explain what,

1    if any, role you took on in the drug-dealing?

2    A    Around that time, my job -- Wise, he would pay

3    individuals to travel with him to see the connect.  That's the

4    supplier for the cocaine.  Once there, the individual that he

5    take (sic) with him would catch a cab and transport the drugs

6    back to Lafayette Gardens.  I used to be with him every day

7    when he came to the projects, and it got to the point where he

8    just said, you know what, instead of me paying somebody else

9    to do it, why don't you just do it?  So I decided to do it.

10   Q    And Wise would pay you to do that for him?

11   A    Yes, sir.

12   Q    And during that time, did you take on any other role in

13   the drug-dealing?

14   A    It wasn't like I took on a new role.  I mean, all

15   throughout our friendship, Wise was an individual who I was

16   able to call on if I needed him.  So in turn, whenever he

17   needed me, I was there for him.  If he ever had a situation

18   dealing with any type of confrontation with different

19   individuals, I would be the guy that he would come to.

20   Q    Okay.  And how about did you ever assist, if at all --

21   well, did you ever know any of the workers for Wise to have

22   problems during their drug-dealing?

23   A    I remember a time where -- excuse me.  Repeat that

24   question again.

25   Q    Sure.  The workers for Wise, were you ever asked to get

1   involved with them, if at all?

2   A    Yes.  Yes.

3   Q    How so?

4   A    Wise had given out -- the business was so rampant at the

5   time that he had to break it up in shifts, so -- but some

6   shifts were better than others, and you had some guys who

7   would take a shift, but being that they wouldn't make as much

8   moneys as the next individual on an earlier shift, wouldn't be

9   out there as much as they were supposed to.  And Wise's thing

10  was to call me and have me go and check to see where the

11  individual was at, and make sure that they were where they

12  were supposed to be, and on their shift.

13  Q    Okay.  Do you know what the phrase "messing up the money"

14  is?

15  A    Yes.

16  Q    What does that mean to you?

17  A    When someone doesn't bring back all of the money that

18  they're supposed to.

19  Q    From that?

20  A    What the crock cocaine sale.

21  Q    Did you ever get involved in any situations concerning

22  people messing up money?

23  A    Not particularly money.  There was a time where Wise was

24  approached by a young kid one day.  We were standing in the

25  park, and the kid walked up and said to Wise -- he wanted to

1    speak to him about DJ, so they engaged in a conversation, and

2    the kid explained that DJ had been stealing crack from Wise,

3    so Wise was -- he didn't understand what the kid was saying.

4    Like what do you mean he's stealing from me?  He said when you

5    pay him to bag up, he's taking some of the crack and putting

6    it to the side, and then he is making me sell it.  And the kid

7    was about 14, 15 years old, and he said he didn't really know

8    what he was doing when DJ approached him, so ultimately he

9    wound up losing the drugs, and DJ was pressing him about the

10   drugs, about how he wanted his money back.  So the kid,

11   realized in order for him to get out of the situation, the

12   best thing to do was to let Wise know that DJ had been

13   stealing from him.

14   Q    And did you -- now, this is later, correct?  This is

15   around the time that Wise was killed?

16   A    No, no, no, this is probably a year or two before.

17   Q    Okay.  And so what did you do to DJ?

18   A    Well, Wise basically told me the alternative was him

19   seriously, seriously getting hurt, or me beating him up, so I

20   elected to beat him up.

21   Q    And you did beat him up?

22   A    Yes, sir.

23   Q    I'm going to show you just a few pictures.  First is

24   Government Exhibit 9 in evidence.  Who is that?

25   A    Sambo.

Myers - Direct - Amatruda                    2319

1    Q    And did you know who -- Sambo during the time period

2    around 1998, when Michael Colon was killed, what Sambo was

3    doing, if anything, with drugs?

4    A    I can't recall, exactly.

5    Q    Okay.  Did you know Sambo to be -- were there some people

6    closer to World and some people closer to Wise?

7    A    Yes.  Sambo was an individual who grew up closer to

8    Wise's age.  They were more peers than how Sambo and -- Sambo

9    was more of a peer to Wise than he was to World.  He was older

10   than World.

11   Q    How about that individual?  Who is that?  That's

12   Government Exhibit 10?

13   A    Jimbo.

14   Q    Jimbo?

15   A    Yes.

16   Q    How about Jimbo, who was his relationship with, if there

17   was a difference between World and Wise?

18   A    His -- initially, Jimbo was real close to World -- to

19   Wise, I mean, but him and World had a very good relationship.

20   Q    And how about Government Exhibit 11, who is that?

21   A    Tion.

22   Q    All right.  And what about him, as between World and

23   Wise?

24   A    From my perception, he was just a younger guy that used

25   to be around his younger -- speaking of Wise, he was a guy

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2320

1   that used to be around his younger brother.  When I came home

2   from prison, is when I met Tion.  I didn't know Tion until I

3   came home from state prison the first time.

4   Q    Did you know anything about whether or not he was part of

5   CMB?

6   A    Yes, sir.

7   Q    Do you know he was or not?

8   A    Yes, he was.

9   Q    Okay.  And what, if any, role did he play in CMB?  What

10  did he do?

11  A    I remember him selling drugs.  I remember him carrying

12  firearms, and shooting, things like that.

13  Q    Okay.  How about Jimbo?  Was he part of CMB?

14  A    Yes, sir.

15  Q    What, if any, role what did he do as part of CMB?

16  A    His role was primarily that of like an accountant.  Wise

17  and World entrusted him with their money, because he was an

18  individual who was straightforward.  You didn't have to worry

19  about whether he was going to play games with your money.  A

20  very quiet, reserved individual, someone they both depended

21  on.

22  Q    And how about Sambo, what, if anything, did he do?

23  A    There was a time when Sambo himself was an individual who

24  had a very wild reputation in the projects.  Once while I was

25  in prison, a situation transpired where a young man was

Myers - Direct - Amatruda                    2321

1   murdered, and the word was that Sambo had snitched on some

2   individuals, so his standing in the projects wasn't as solid

3   as it was when I had previously known him.

4   Q    Specifically within CMB, what would it do to your

5   reputation if someone was considered to be a snitch?

6   A    Alienated.  I mean, I've heard talk of what should have

7   been done to him.

8           MR. RUHNKE:  Your Honor, it's getting a little vague

9   here.

10           THE COURT:  Yes, when you say I heard talk, you have

11   to focus him on being more specific than that.

12   Q    So was this -- and just if you answer yes or no, so I can

13   establish the basis.  Did you -- were these CMB members who

14   were talking about Sambo?

15   A    Yes.

16   Q    Do you remember any of the people with specifics that you

17   were talking to about Sambo?

18   A    No, I just remember conversations in the summertime, when

19   everybody was talking about the fact that he had snitched, and

20   he couldn't be trusted, and shouldn't be allowed to be walking

21   around the projects.

22   Q    Okay.  Government Exhibit 14, which is in evidence, who

23   is that?

24   A    DJ.

25   Q    That's the individual that you assaulted?

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2322

1   A    Yes, sir.

2   Q    You assaulted him for Wise?

3   A    Yes, sir.

4   Q    What did DJ do, if anything, as far as criminal activity

5   with CMB?

6   A    At that particular time, he was bagging, and he was

7   selling.

8   Q    I'm going to show you Government Exhibit 12, which is in

9   evidence.  Who is that?

10  A    Carl.

11  Q    And was he a part of CMB?

12  A    Yes.  And he grew up with guys in the projects.  He was

13  more close to my age.  I didn't really see him hanging out

14  with these guys, but I knew he was closely affiliated.

15  Q    And what, if any, criminal activity was he involved in?

16  A    I knew of a particular time where -- we called him "C".

17  He had came home from prison, and I was the one controlling

18  the drugs in the area for World, and World called me and

19  explained to me that he wanted to -- wanted "C" to be the one

20  to take over from that particular point.

21  Q    Okay.  And what did you do?

22  A    I let him do what he had to do.

23  Q    Do you remember when that was, approximately?  Can you

24  relate it to any of the events that you experienced with CMB?

25  A    This was probably around the time when World came home

Myers - Direct - Amatruda                    2323

1    from prison.

2    Q    Meaning before or after Wise was killed?

3    A    After.

4    Q    All right.  I'm going to focus back now on 1998, during

5    the time, again, around the time that the roller rink murder

6    happened?

7    A    Yes, sir.

8    Q    Can you explain what was going on in terms of the drug

9    activity at LG?

10   A    You had younger guys, like I said, who were basically --

11   at the time, it wasn't the shift dynamic.  It was more so of

12   guys would get what was called a bomb, at the time.  And it

13   was just every man for himself, but not in the sense that

14   these individuals selling drugs for themselves.  These drugs

15   came from one particular source, and that source was --

16   Q    Go ahead.

17   A    -- was World.

18   Q    Could somebody who wasn't associated with World at that

19   time sell drugs in LG?

20   A    No.

21   Q    Did you ever witness anybody try?

22   A    I've seen instances where guys who didn't know the area

23   and may have heard about how much drugs could be sold in that

24   area try to come in the area, but immediately realize that

25   there was an organization there that wasn't allowing that to

NICOLE CANALES, CSR, RPR

Myers - Direct - Amatruda                    2324

1   happen.

2   Q    Did you ever get involved in informing anybody that they

3   couldn't sell?

4   A    I never had to.

5   Q    What do you mean by that?

6   A    Like I said, you had individuals that used to come from

7   different neighborhoods, looking to get rid of their drugs in

8   a quick fashion.  But when they would get to the projects,

9   they would realize that it was no room for anyone outside of

10  the CMB organization.

11  Q    And they would leave?

12  A    Yes.

13  Q    In 1998, did you become a Blood?

14  A    Yes, sir.

15  Q    Can you -- do you remember the day that you decided to

16  become Blood?

17  A    I remember the day.  I couldn't tell you the date, but I

18  remember the day.

19  Q    That's fine.  Did you have a conversation with anybody

20  about that on the day you made that decision?

21  A    Yes, sir.

22  Q    Who is that?

23  A    World.

24  Q    And where did you talk to World about that?

25  A    We were standing on the corner of Lafayette and Clausen,

1   in front of the rent building attached to Lafayette Gardens.

2   Q     Looking at the map, where was that?  Lafayette and

3   Clausen?  Okay.  So you were standing there.  What was the --

4   was anybody else talking with you, or was it just you and

5   World?

6   A     There was other people around, but I just remember me and

7   him speaking.

8   Q     Okay.  And what was the conversation -- what do you

9   remember about the conversation?

10  A     He brought up to me the fact that there were a lot of

11  young guys who were under the impression that he was what the

12  Bloods call a big homie.  He had did a stint on Riker's

13  Island, so some guys who had been on Riker's Island during the

14  time that he was there, seem to have been under the impression

15  that he was a high-ranking member of the Blood organization.

16  And that word started fluctuating around, and he didn't deny

17  it.  He would laugh about it.  And that particular day, we

18  were standing there.  We were talking, and I remember him

19  expressing to me that these young dudes is willing to do

20  anything to be part of this organization.

21  Q     Okay.  And did World express anything about that, then?

22  A     Yes, he explained his plan to me about -- because

23  initially I told him -- I said, listen, I don't want to be

24  part of no gang.  That's corny.  And he was, like, well,

25  you're not going to be a part of gang.  You know, we just

Myers - Direct - Amatruda                    2326

1    going to act like we -- they want to put me in that position

2    saying I'm the big homie, saying that -- the phrase was what's

3    called 101.  So it's 101, 102, to 103, 101 being the highest

4    ranging, 102 being second in command.  He said to me they

5    think I'm the big homie, so I'm going to make you my 102, and

6    what's going to happen is these dudes is going to fall in

7    line, and blindly just be obeying commands.

8    Q    And what was -- what did you say in response to that?

9    A    I thought it was a hell of a plan.  I agreed to it.

10            (Proceedings continued on the following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   DIRECT EXAMINATION (CONT'D.)

2   BY MR. AMATRUDA:

3   Q    And did you and World decide whether or not you would

4   have to do anything to be a Blood?

5   A    Yeah, at that time it was well known that --

6              MR. RUHNKE:  I object to what was well known.

7              THE COURT:  Yes, objection sustained.

8   Q    Okay.  Let me ask you this, generally speaking, what was

9   your understanding that someone had to do at that time to

10  become part of the Bloods?

11             MR. RUHNKE:  I think it is the same question.

12             THE COURT:  Well, I think he can answer that.

13             Was there a general understanding that you had at

14  that time as to what somebody needed to do to become a member

15  of this gang?

16             THE JUROR:  At that time --

17             THE COURT:  This is of your own knowledge, what you

18  understood.

19             THE JUROR:  At that time it was known that to be

20  initiated into the Bloods organization, if you were a man you

21  had to commit some act of violence, whether it was a robbery,

22  assault, a cutting, something like that.

23  Q    Now, did you decide, you and World decide for yourself

24  that you would have to do some act of violence to now become a

25  Blood leader?

*Meyers - direct - Amatruda*                                    2328

1   A    Yes, one of the things, one of the other things was it's

2   called being jumped in where they take a group of individuals

3   and pit them against one person.

4   Q    So, they get a group of people who fight someone who

5   wants to be a member of the Bloods?

6   A    Yes, for 31 seconds.

7   Q    All right.  And could you find anybody that wanted to

8   fight you?

9   A    Well, that was the thing about it, when the younger guys

10  that was around, I had said, well, let them jump me in and the

11  younger kids, they didn't want to try that.

12  Q    Can you explain just physically what you were like back

13  then, your size?

14  A    250.

15  Q    And you used to box, is that right?

16  A    Yes, sir.

17  Q    And you were an experienced fighter, correct?

18  A    Yes, sir.

19  Q    All right.  What did you end up doing, if anything?

20  A    World decided -- we laughed about it and there was a guy

21  that walked past and he was like, you know what, just knock

22  him out.

23  Q    Was that somebody that you knew?

24  A    It was just an individual I had never saw before.

25  Q    Somebody walking down the street?

*Meyers - direct - Amatruda*                                    2329

1   A    Yes.

2   Q    What did you do?

3   A    I knocked them out.

4            MR. RUHNKE:  Can we have a time frame?

5            THE COURT:  I didn't hear you.  What is the

6   objection?

7            MR. RUHNKE:  We just need to know when this was.

8            THE COURT:  So, the time frame, it is a reasonable

9   request so we know what we're talking about.

10           MR. AMATRUDA:  That's fine, Your Honor.

11  Q    Michael Colon, you pled guilty to that murder, correct?

12  A    Yes, sir.

13  Q    And that was in 1998, right?

14  A    Yes.

15  Q    And was this before the murder of Michael Colon that this

16  happened?

17  A    Yes, sir.

18  Q    Did anything else happen as far as the plan to become

19  Blood as that went forward?

20  A    I went through with, you know, assaulting the individual.

21  From that point he elected a younger kid by the name of

22  Buddha --

23  Q    "He" being World?

24  A    Yes.

25  Q    Okay.

1   A    As another high ranking official within the organization,

2   he had actually already been Blood but he did what's called --

3   he switched sets at that time.

4   Q    You're talking about Buddha?

5   A    Yes.

6   Q    When you say a set, that's what?

7   A    There's different factions within the Blood organization.

8   Q    Okay.  Was there a particular set that you and World

9   decided that you would say you were part of?

10  A    Yes.

11  Q    What set was that?

12  A    Sex Money Murder.

13  Q    Were there any other people who joined your set?

14  A    Yes, Popsie, Tion, I knew that Big Jim was Blood but when

15  he came home from prison he was already Blood so I didn't know

16  whether he was part of the Sex Money Murder or not.

17  Q    How about younger people, did you know if any of those

18  people joined under you?

19  A    A lot of the younger guys did.

20  Q    Okay.  And when you say "younger guys," how old are you

21  talking about?

22  A    They were around the age of my nephew who is

23  approximately 36 at this time so.

24  Q    What, if anything, did you witness World have the young

25  people do anything like you said or like he had said before?

*Meyers - direct - Amatruda*                          2331

1  A    I mean a lot of the times they were reporting to him
2  pertaining to Blood activity and I wasn't being present
3  because I didn't really pick up the lingo.
4  Q    Okay.  I'm going to now talk about April 15th of 1998
5  which was the day Michael Colon was killed.  That evening what
6  were you doing?
7  A    That evening in front of 456 when I heard of the incident
8  pertaining to World --
9  Q    What was the incident that you learned of?
10 A    We heard that he had been 86-ed out of Empire Skating
11 Rink.
12 Q    What does 86-ed mean?
13 A    To be aggressively ejected from the club.
14 Q    And based on your understanding at that point, what, if
15 anything, did that do to World's reputation?
16 A    It was -- at that point it didn't do anything to his
17 reputation because it happened.  The consequence to his
18 reputation would have been if he hadn't have done anything in
19 retaliation.
20 Q    And what would have been the consequence?
21 A    I mean he wouldn't have been looked at as this individual
22 who is known for being a violent individual who controls these
23 projects, who controls these --
24 Q    Based on your experience in the drug trade, what might
25 happen to somebody's drug territory if their reputation slips

1   in that way?

2   A    Guys from different areas who didn't have the courage to

3   migrate into the projects looking to take over would

4   basically, you know, sense some type of weakness in him and

5   want to move in on the projects.

6   Q    So, that evening did you actually see World?

7   A    I went upstairs to my apartment, I don't know how long

8   afterwards after I heard about it but I had went upstairs to

9   my apartment and it wasn't very long after that my sister

10  informed me that World was at the door.

11  Q    What did you do?

12  A    I went to the door to find out what he wanted and when I

13  got there, I recall him having some abrasions to the face and

14  his shirt was in disarray.

15  Q    What did World say to you, if anything, at that point?

16  A    I looked at him, I remember looking at him and smiling

17  and he had another individual with him who thought the whole

18  situation was funny and World he said to me, he said, yo, you

19  heard what happened, you heard what happened.  So, I said,

20  yeah, you got kicked out the club.  He said yes.  So, I went

21  to ask him about what happened and he basically didn't want to

22  talk about why he was getting kicked out the club, he was just

23  like, yo, we going back up there.

24  Q    And what, if anything, did he ask you to do?

25  A    At that particular point he didn't ask me to do anything.

1    Him coming to get me, I knew he wanted to go and get violent

2    but when we standing there and I'm telling him to give me some

3    information about what was happening and the other individual

4    who was standing there laughing, he was telling the guy, he

5    was like, you think it's funny, he was like, watch when we get

6    there, watch my son beat the shit out this dude, excuse my

7    language.

8    Q    Okay.  And at that point what did you do?

9    A    I got myself ready and said, let's go.

10   Q    And what, if anything at all, did World's role in CMB

11   have to do with that decision, if anything?

12   A    It had a lot to do with it, it had a lot to do with it

13   and more so, not even just the fact that he was the head of

14   CMB, I know him, he's my friend, you know, and this is my best

15   friend's little brother.

16   Q    So, what happened next?

17   A    I remember we got on the elevator, I don't remember the

18   conversation that we were having, it wasn't too serious, we

19   were laughing and giggling about it because we were -- me and

20   him were very confident about what we were going to do once we

21   got back to this place.  When I got downstairs, when we got

22   off the elevator --

23   Q    And this is where, which building?

24   A    In the building 456.

25   Q    When you got downstairs, is that in the lobby?

1    A    Yes.

2    Q    What happened?

3    A    There were other individuals standing downstairs who had

4    witnessed him coming to the building that knew that he was

5    coming to get me so they were waiting on him to come

6    downstairs.  Whether their intention was to get involved or

7    not or just be nosy, I don't know, but I remember there was a

8    young kid there at the time who was a member of the Blood

9    organization.

10   Q    Do you know what set -- who is this person, what did you

11   call him?

12   A    His name was Tookie.

13   Q    Do you know what set Tookie was a part of?

14   A    He was part of Sex Money Murder.

15   Q    That's your set, is that right?

16   A    Yes.

17   Q    What, if anything, did you see happen with Tookie then?

18   A    Him and World went off to the side and had a brief

19   conversation and then Tookie went towards the elevator and

20   World came back over to me and the individual that he had came

21   to my apartment with and explained that Tookie was going to

22   get what's called a hammer which is a firearm.

23   Q    And what was your understanding at that point that World

24   told you about the gun?

25   A    At that particular time he was like he's going to get the

*Meyers - direct - Amatruda*                                    2335

1   firearm to just hold me down in case, you know, things got out

2   of hand but I realized at that point that it was chances that

3   it was going to be more than just a fight.

4   Q    Okay.  So, what did you do -- did Tookie come back

5   downstairs?

6   A    Yeah, in approximately 10 to 15 minutes he came back

7   down.

8   Q    And what happened?

9   A    We left the building, the individual that World was with

10  had a vehicle at the time, an early model Buick I think it

11  was.

12  Q    When you say "early model," you mean old or new?

13  A    Old car.

14  Q    Old car, okay.

15  A    Yes.

16  Q    So, go ahead.

17  A    And we got in the vehicle, I don't remember any much of

18  the conversation.

19  Q    Do you remember where everybody were sitting?

20  A    I was -- World was in the passenger seat.

21  Q    The front passenger seat?

22  A    Yes.

23  Q    Okay.

24  A    I was behind him, his friend was driving and Tookie was

25  behind him.

Meyers - direct - Amatruda                    2336

1    Q    To your left?

2    A    Yes.

3    Q    All right.  So, what happened on the way to the -- well,

4    did you know -- you knew where you were going at that point?

5    A    Yes, I did.

6    Q    What happened on your way there?

7    A    I don't really recall what happened on the way there, I

8    just recall when we pulled up on Empire.

9    Q    What, if anything, do you remember during the drive

10   talking about on the way there?

11   A    Well, when we pulled up, we started trying to get an

12   understanding as to what exactly we were going to do and I was

13   saying that I was going to get out of the vehicle and World

14   was giving a description of the guy that who had initiated the

15   assault on him.

16   Q    Okay.  And did you hear World say anything else at that

17   point?

18   A    Yes, he got into a conversation with Tookie and he

19   started explaining to Tookie exactly where he wanted him to

20   shoot the individual.

21   Q    What did he say?

22   A    I remember him telling him that he didn't want him to

23   kill him.  He said, he's like, yo, remember, don't kill him,

24   just shoot him around in here (indicating.)

25   Q    By "here" you're gesturing to the center of your chest?

1    A    Yes.

2    Q    Okay.  And did you have a reaction to that?

3    A    Yeah, me and the guy that was driving, we looked at each

4    other and he was looking at me giving me a look like.

5    Q    I need to know what was going on in your mind at that

6    point as opposed to the other guy?

7    A    If he didn't want to kill the guy, he could have picked a

8    different place for him to get shot in because in the sternum

9    area seemed like a very vital place to shoot someone if you're

10   not gonna kill them.

11   Q    What did you do at that point?

12   A    I said, let me get out the vehicle and go down here and

13   look and see if I see the dude, if I see the dude, I'm just

14   gonna pop on him which is assault him.

15   Q    How did you know who you were looking for?

16   A    He had gave a general description.

17   Q    Who is "he"?

18   A    World.

19   Q    And what did you do at that point?

20   A    I got out the vehicle, I remember walking past the place

21   and there was still people fluctuating in the vestibule of the

22   establishment.

23   Q    Can you just briefly describe what the place you were

24   walking by just looked like, what would you see if you were

25   walking by it?

*Meyers - direct - Amatruda*                                    2338

1  A    When I got there it was like the police saw horses out in

2  the --

3  Q    So, there were doors and then the police saw horses, you

4  were making like a V motion?

5  A    Exactly, pointing towards the doorway.

6  Q    Okay.

7  A    And when I walked past the doorway there wasn't too many

8  people standing outside but there was one door, then there's

9  an area and then there was magnometers (sic) that you have

10 to --

11 Q    As you're walking in, there's an outer door, a vestibule

12 you described and then an inner door?

13 A    Yes.

14 Q    All right.  So, go ahead.

15 A    So, when I walked past I seen a lot of people standing in

16 between where the front door was and the magnometer (sic) was

17 so I couldn't distinguish the individual that he had described

18 to me.

19 Q    What did you do at that point?

20 A    So, I went back to the vehicle and I had told him that I

21 didn't see the person.

22 Q    When you went back to the vehicle, who was in the car?

23 A    The same individuals.

24 Q    So, three people in the car?

25 A    Yes.

*Meyers - direct - Amatruda*                                    2339

1    Q    Okay.  So, World, Tookie and the driver?

2    A    Yes.

3    Q    All right.  And when you went back to the car, did you

4    get in the car or did you -- what did you do?

5    A    I went to the vehicle and I leaned in the window.

6    Q    All right.  What did you say?

7    A    When I got to the window they was deep in conversation

8    and I said I didn't see the dude.  I can't remember exactly

9    what he said but --

10   Q    When you say "he," who are you talking about?

11   A    World.

12   Q    Okay.  So, what was the substance of what he told you?

13   A    I had walked up on the conversation that these three

14   individuals was having, I didn't really grasp everything that

15   they were saying, I came in the middle of the conversation.  I

16   basically said, yo, I don't see the person you describing.

17   Some more words was exchanged, I don't recall, but I do

18   remember me deciding that I was going to go back one more time

19   and look to -- and take a better look.

20   Q    Okay.  And what was your intent if you saw this person

21   that World described?

22   A    I was going to beat him up.

23   Q    Okay.  So, what happened then, did you go back again?

24   A    Yes, I did.

25   Q    And what did you do?

*Meyers - direct - Amatruda*                          2340

1    A    I went past.  When I came back past the second time, I

2    didn't just walk past it, I think I went across and around so

3    now I'm coming -- because I didn't want to keep walking back

4    and forth just looking inside the place so I figured I would

5    come from the other side and walk towards the car.  As I'm

6    walking towards the direction of the vehicle --

7    Q    Do you remember what side the roller rink was on based on

8    where you were walking?

9    A    It was on my left-hand side.

10   Q    Okay.  And you were walking towards where the car had

11   been?

12   A    Yes, which is parked on the left-hand side as well.

13   Q    All right.  And as you were walking, what did you see?

14   A    As I am getting closer to the front of the establishment,

15   I see Tookie and he's a couple of feet ahead of me so he

16   actually gets to the entrance of the door before I does.

17   Q    Can I ask you was Tookie walking in the same direction as

18   you or towards you?

19   A    He was walking towards me.

20   Q    All right.  From the direction that the car was?

21   A    Yes.

22   Q    All right.  And then what happened?

23   A    As I spotted him, recognition is dawning on me and I

24   realize that it is him and that's when I see him point the

25   firearm in towards the doorway of the establishment.

Meyers - direct - Amatruda                    2341

1   Q     What did you see next?

2   A     He fired a weapon.

3   Q     How far away do you recall Tookie being from the doorway

4   when he shot?

5   A     He wasn't close, he was probably --

6   Q     Well, let me ask you this, was Tookie -- there was the

7   roller rink, the sidewalk and the road, correct?

8   A     Yes.

9   Q     Was he in the road or on the sidewalk?

10  A     He was on the sidewalk.

11  Q     And do you remember what portion of the sidewalk?

12  A     He was in the middle of the sidewalk but that particular

13  sidewalk is wide.

14  Q     Okay.  And what happened after Tookie shot -- do you

15  remember how many times he shot?

16  A     I don't.

17  Q     What happened after he shot?

18  A     A lot of people started running.  I seen somebody drop

19  something.  Tookie ran past me.  I seen that what the person

20  dropped was a cell phone, I bent down and I picked up the cell

21  phone and I stood there for a second as if trying to be

22  inconspicuous as if I wasn't with the individual who just

23  fired and while he ran that way I proceeded to go the other

24  way towards the car.

25  Q     Do you remember what you were wearing at that time?

*Meyers - direct - Amatruda*                                    2342

1   A    I had on an Avirex jacket.

2   Q    Do you remember anything about the coloring?

3   A    I thought the sleeves and the torso of the jacket were

4   two different colors.

5   Q    Which direction did you run in then?

6   A    I ran back towards the vehicle.

7   Q    You ran towards where the car was?

8   A    Yes.

9   Q    Keeping the roller rink on your left-hand side?

10  A    Yes.

11  Q    What happened, did you make it back to the car?

12  A    Yes, I did.

13  Q    And who was in the car when you got back there?

14  A    World and his friend.

15  Q    What happened when you got there?

16  A    We got in the car and they didn't want to go back in the

17  direction that we -- I had just came from so the guy did a

18  U-turn in the middle of the street, the corner was directly

19  behind us, so once he made the U-turn he went up Bedford

20  Avenue and as he was going up Bedford Avenue, by this time I

21  had explained to him where I seen Tookie running, so when we

22  got to the next corner he told the guy to stop to see that if

23  he could see Tookie.  So, the guy was complaining to him that

24  he wanted to get off the scene.

25  Q    I'm sorry but do you remember whether you were inside the

*Meyers - direct - Amatruda*                                    2343

1   car or outside the car when that conversation happened?

2   A    The argument about --

3   Q    Did you see him?

4   A    I was inside the car.

5   Q    And was World and the other man in the car as well?

6   A    Yes.

7   Q    Okay.  So, what happened then?

8   A    And we got to the next -- the very next intersection and

9   slowed down and looked up the block and sure enough Tookie was

10  running up the block and he got inside the vehicle.

11  Q    Where did you go?

12  A    To the projects.

13  Q    Do you remember where you went after that night, did you

14  all get out of the car together, did Tookie get out first, did

15  you drop him off anywhere, can you explain that?

16  A    Me and Tookie got out at the projects and he went his way

17  and I went mine.

18  Q    Did you speak with World after that?

19  A    Yes.

20  Q    Do you remember how long after the murder you talked to

21  him?

22  A    It was probably a day or two, I spoke with World and he

23  had some concerns because Tookie had been running around

24  telling people, I mean a lot of people had heard about the

25  shooting at Empire and Tookie had committed this act to boost

1   his self in the Blood organization so it really didn't mean

2   anything to do it and not have anybody know about it so he was

3   bragging about it a lot.

4   Q    Okay.  And what, if anything, did World say about that?

5   A    He was very concerned about it, the fact that the kid was

6   running around bragging about it.  He felt that the kid needed

7   to be dealt with and I asked him at that particular time what

8   did he expect like, you know, me to talk to the kid and he was

9   like do whatever you gotta do.

10  Q    And what did you understand that to mean, do whatever you

11  gotta do?

12  A    That if he wouldn't stop talking about this shooting that

13  I would have to silence him.

14  Q    So, what did you do?

15  A    I went downstairs to the 15th floor where I spoke with

16  Keith and --

17  Q    15th floor of what building?

18  A    456.  And Keith had heard about it as well and Keith was

19  basically saying the best way to do it is just to get rid of

20  him and at that particular time Keith had the firearm at his

21  house.

22  Q    Let me interrupt you.  This is Government Exhibit 6 in

23  evidence.

24       THE COURT:  Mr. Amatruda, might this be a good time,

25  it is 5:00, to complete the testimony today and pick it up

*Meyers - direct - Amatruda*                                    2345

1  tomorrow morning?

2           MR. AMATRUDA:  Yes, I think it is a great time,

3  Judge, I have about two questions and this is the end of this

4  segment.

5           THE COURT:  Two questions and then it will be a

6  logical time to quit.

7           MR. AMATRUDA:  Thank you, Your Honor.

8           THE COURT:  Okay.

9  Q    So, this is Keith, correct?

10 A    Yes.

11 Q    Was he a member of CMB?

12 A    Yes.

13 Q    And he had a gun in his apartment?

14 A    Yes.

15 Q    And what did you do?

16 A    We took the firearm, got in the elevator and went

17 downstairs because they said that Tookie was downstairs and he

18 was about to go to court and there was some speculation that

19 he might go to court talking about what happened, anything

20 like that, so we wanted to see if we were gonna have to talk

21 to him or have to deal with him.

22 Q    Did you get a chance to talk to him or deal with him?

23 A    Well, when we got downstairs he had an entourage with him

24 because he was expecting to be remanded in court so he had

25 like three or four people with him, so when we got downstairs

*Meyers - direct - Amatruda*                                    2346

1   I recall looking at Keith and I shook my head and he was like,

2   what?  I said, no, I ain't F-ing around with that.

3   Q    Because there were too many people there?

4   A    Yeah.

5   Q    And did you ever see Tookie again after he left?

6   A    No, we talked and rather than come at him with physical

7   violence I pulled him to the side and I told him about hearing

8   that he had been bragging about what had been done and told

9   him that wasn't a good look and, you know, he conceded to

10  where I was coming from and said he wasn't gonna talk about it

11  no more and he went to court and I didn't see him again until

12  I seen him in prison.

13          MR. AMATRUDA:  That's all I have, thanks, Judge.

14          THE COURT:  All right, fine.  Ten o'clock tomorrow

15  morning.  We are getting towards the end.

16          THE CLERK:  All rise.

17          (Jury leaves courtroom.)

18          THE COURT:  All right.  Have him back tomorrow at

19  ten o'clock.

20          (Witness steps down.)

21          THE COURT:  Mr. Amatruda, so give me a sense of how

22  much longer you think your direct will take.  You're not under

23  any extraordinary pressure, just I want to get a realistic

24  sense so we can stage things in.

25          MR. AMATRUDA:  I think my direct should probably

*Proceedings*                                                    2347

1    take up a fair amount of the morning.

2              THE COURT:  Okay.

3              MR. AMATRUDA:  But I think I should be -- I

4    definitely don't expect going into the afternoon.

5              THE COURT:  Fine.  And what do you have planned

6    after that?

7              MR. AMATRUDA:  I have our summary telephone witness

8    who I expect to be actually very quick.

9              THE COURT:  Okay.

10             MR. AMATRUDA:  And we have -- I'm sorry.

11             (Pause while counsel confer.)

12             MR. AMATRUDA:  And we have two other very fast

13   witnesses.

14             THE COURT:  Okay.  So, Mr. Ruhnke and group on the

15   other side of the courtroom, I think we can anticipate that

16   tomorrow you'll have an opportunity to put in your case.  I

17   don't know what you're planning to do but I think now is the

18   time you have to give me some sense of that.

19             MR. RUHNKE:  Your Honor, we don't anticipate calling

20   live witnesses.  I've got a series of documents, and I've sort

21   of alerted the government to this, that I want to offer under

22   Rule 806 pursuant to Edward Cooke, also known as Taz.

23             THE COURT:  You have some business records?

24             MR. RUHNKE:  Pardon me?

25             THE COURT:  Some business records?

*Proceedings*                                                2348

1           MR. RUHNKE:  No, impeachment information because

2  he's been a part of the government's entire presentation under

3  801 --

4           THE COURT:  The government knows about it.  I take

5  it we won't have any problems over whether that's admissible.

6           MR. RUHNKE:  One never knows whether there will be

7  any problems.

8           THE COURT:  Anything else?

9           MR. RUHNKE:  No, that will be it.  We certainly do

10 want to have an opportunity to make Rule 29 motions.

11          THE COURT:  Of course.

12          MR. RUHNKE:  And I'm wonder what Your Honor's

13 pleasure is, if we get the defense case in tomorrow afternoon,

14 I'd really like some time to prepare summations.

15          THE COURT:  It's okay.  Here's my sense of it, we

16 just interact with each other, we can all accommodate each

17 other.  I've already told the jurors they're going to be

18 leaving tomorrow at three o'clock.

19          MR. RUHNKE:  Yes.

20          THE COURT:  So we know that.  If you would like to

21 talk about anything dealing with the charge tonight, we can do

22 that, maybe we could come back in about ten minutes or so, I

23 have some questions and we can maybe make some progress in

24 terms of furthering that process along tonight.  We can always

25 continue it tomorrow.  But if time permits, what I'm thinking

*Proceedings*                                                      2349

1   of doing, you're not going to have summations tomorrow, all

2   right, but I think that I will probably before summations

3   start give the jury the first 28 pages of the charge.  I did

4   that on the John trial, I think it works well.  When you have

5   this beastly 78 pages for a jury to absorb, it really creates

6   a practical problem.  So, I think I at least divided it up by

7   giving them the preliminary information and the definitions of

8   conspiracy, etc., before we talk about the substantive charges

9   would be a good way of breaking this up and that may just be

10  all we need to do tomorrow and then on Wednesday we can start

11  with the government's summation.

12          Does that make sense?

13          MR. RUHNKE:  Well, I'm wondering when in this

14  calculation the defense gets any time at all to work on an

15  important summation.

16          THE COURT:  Well, no, we're not going to have

17  summations tomorrow.

18          MR. RUHNKE:  I know that but it sounds as if we are

19  going to be in court all day tomorrow.

20          THE COURT:  Till three o'clock.

21          MR. RUHNKE:  Well, okay.

22          THE COURT:  What is it that you propose?  I'm

23  willing to listen to your suggestions.  It doesn't mean I'll

24  follow them but I'll listen to them.

25          MR. RUHNKE:  One suggestion would be to take

*Proceedings*                                                    2350

1    Wednesday off, let the lawyers get their summations together.

2    We're way ahead of schedule.

3             THE COURT:  No, no, it is not a question of -- I'm

4    not criticizing anybody.  The government's summation is going

5    to take a fair amount of time I assume on Wednesday.  Who is

6    going to be delivering it?

7             MS. DAYANANDA:  I will be, Your Honor.

8             THE COURT:  What do you anticipate?

9             MS. DAYANANDA:  Probably about an hour, an hour and

10   a half.

11            THE COURT:  That's all?

12            MS. DAYANANDA:  But I think we can proceed on

13   Wednesday.

14            MR. RUHNKE:  And I think Mr. Granton is going to sum

15   up first because of the reverse of opening.

16            THE COURT:  What do you prefer, you want to have

17   Mr. Granton sum up first?

18            MR. RUHNKE:  I think that's the way it is.

19            MR. HERMAN:  That's fine.

20            MR. RUHNKE:  One option would be, you know, the

21   government says it is going to be an hour, an hour and a half,

22   you know, I think that's a little underestimated and an option

23   would be to have both defense summations on Thursday.

24            THE COURT:  I don't know how long it is going to

25   take you.  I think, with all due respect, you have to be

*Proceedings*                                               2351

1   prepared and be ready to sum up on Wednesday because the

2   charge is going to probably be on Thursday, we want to give --

3   maybe it can be Wednesday afternoon, it depends on how it all

4   breaks out but probably not and I want to give this case to

5   the jury on Thursday and I think that we have to sort of think

6   in that direction.  If I give it to them on Friday -- well,

7   let me try to go straightforward.  I think it is reasonable,

8   tomorrow we can leave a little earlier perhaps if you'd like

9   to do that than three o'clock.  Let's see how it goes.  And it

10  may well be that depending upon time, maybe I'll wait until

11  the next morning to give the first part of my charge, we'll

12  see how long it takes tomorrow to complete the case, but I

13  think you have to be prepared, all right.

14           Do you want to talk a little about the charge today

15  or do you want to wait until tomorrow.

16           Mr. Beecher?

17           MR. BEECHER:  Yes, Your Honor, as long as we are on

18  the subject of a defense case, you hadn't gotten to

19  Mr. Granton so I'll fill you in now.

20           THE COURT:  I'm sorry, you're so far away.

21           MR. BEECHER:  Yes, I know.

22           THE COURT:  A little louder.

23           MR. BEECHER:  Well, that's better.  Your Honor,

24  we're not going to have any live witnesses.

25           THE COURT:  You're not going to have any dead

*Proceedings*                                                    2352

1    witnesses either.

2              MR. BEECHER:  But we are working on some

3    stipulations which will be very simple and I think

4    Mr. Amatruda and I, we're progressing on that.  So, we may

5    have some defense stipulations but we will not have any live

6    witnesses.

7              THE COURT:  All right.  Everybody is doing just

8    fine.

9              Do you want to talk a little bit about the charge

10   tonight, or you want to wait until tomorrow?

11             Why don't we take ten minutes because I have some

12   questions, I want to get some clarification on a few things.

13   Let's see if we can husband our energies and make this charge

14   a little bit more user friendly to the jurors.

15             So, let's come back in about ten minutes and just

16   spend ten minutes, see what specific requests you may have.

17   You've had an opportunity to review the proposed charge, so

18   we'll reconvene in about ten minutes, okay.

19             (Recess taken.)

20             (Continued on next page.)

21

22

23

24

25

*Proceedings*                                                      2353

1        THE COURT:  Okay.  Everybody here?

2        We don't have to dwell on things tonight to a fault,

3   I just want to make sure that I'm going to be able to deal

4   with some things here that I'm concerned about so let me have

5   your attention for a second.  I'm going to go through this.

6        Is anybody listening to me?  I'm sorry, maybe I

7   didn't speak loud enough, my apologies.

8        MR. RUHNKE:  I didn't hear you, Your Honor.

9        THE COURT:  Is the microphone on?

10       MR. AMATRUDA:  I don't think so, Judge.

11       THE COURT:  I'm sounding like Mr. Beecher now.

12       MR. RUHNKE:  Do you want us to come up?

13       THE COURT:  Make yourself comfortable.  I think it

14  is on now.  Law clerks you know are required to do multi-

15  tasking and next time I interview a law clerk I'll ask them if

16  they know how to handle microphones, all right.

17       So, anyway, as a general cup of tea, I'm going to

18  try to pare this down as best as I can to make it as user

19  friendly as humanly possible which is probably not humanly

20  possible, it is just deadly stuff for a jury to have to deal

21  with this mass of material.

22       So, for example, when we talk about the use of a

23  firearm I'm not going to talk about carrying a firearm, I have

24  a couple of pages here about carrying, because if I read this

25  correctly, all of the charges here deal with the use of a

*Proceedings*                                                              2354

1   firearm, so there's an example how I'll be able to cut out a

2   couple of pages.

3          I'm going to try to see whether I can collapse a few

4   more things here but let me go through a couple of things that

5   we highlighted in the proposed charge.

6          Now, for example, there are some inadvertent errors

7   here on page 29 where we talk about the five year period prior

8   to the filing of the indictment, that has to be August 4, 2004

9   instead of inadvertently January 31, 2014.  There may be some

10  other situations where we maybe have made that type of

11  inadvertent mistake.  If there are, we'll try to pick it up.

12  If not, you can call my attention to it.  That's one that I

13  wanted to refer to.

14         And then I just want to on the record compliment Ty,

15  my outstanding law clerk who has been with me 100 years, in

16  putting this all together, it is not simple stuff and a less

17  experienced and talented person would not have been able to

18  have done this while I was presiding over the trial.

19         Page 42, I understand that we don't have to deal

20  with John Doe Number Two, that the Racketeering Act Eight is

21  going to be withdrawn, am I correct about that?

22         MR. AMATRUDA:  Yes, Judge.  We'll formally do so at

23  this time if you want.

24         THE COURT:  Well, it doesn't matter, you can do it

25  now if you want.

*Proceedings*                                           2355

1          MR. AMATRUDA:  Sure, we're withdrawing Act Eight.

2          THE COURT:  All right, so we don't have to worry

3    about California I guess anymore, right.  So, that will take

4    care of a couple of pages which I'm grateful for.

5          But the New York kidnapping law is still extant,

6    right?

7          MR. AMATRUDA:  Yes, Your Honor.

8          THE COURT:  We've now eliminated a few more pages.

9    The remaining counts on page 50, I'm thinking about how we can

10   maybe collapse them a little bit.  I don't know how I can do

11   that but a lot of this is so repetitious in many respects, so

12   I'm thinking about how I can do that.

13         The jury gets utterly confused I suspect when after

14   we explain all these things in the context of RICO we start to

15   go through it all in respect to substantive additional crimes.

16   So, I don't have any specific thoughts right now other than

17   that general thought that I wanted to try to do something

18   about seeing whether I can make that more user friendly to

19   jurors and we'll see if I can come up with something.

20         On page 53 Ty highlighted that the government's

21   theory of murder on Count Nine addresses this concept of

22   transferred intent and then there's some case law you

23   submitted on that.  I haven't focused more specifically on

24   that.  It seems that probably is correct but I'm willing to

25   listen to counsel on that issue.  Maybe Mr. Ruhnke and group,

*Proceedings*                                                         2356

1    you have something to say about that.

2           MR. RUHNKE:  Your Honor, I submitted to the Court a

3    couple of Second Circuit cases that say, yeah, it's proper in

4    a RICO murder case to adopt the concept of transferred intent,

5    so, and those situations are quite different than what we have

6    here.  But I think it is more of a Rule 29 focused argument as

7    to whether this is a foreseeability issue and also whether

8    intent can be transferred to a completely unintended victim

9    not in the immediate zone of danger, not the situation where

10   somebody means to kill person A and winds up killing person B

11   but here the government's theory is that the intent was to

12   kill person A, person A was in fact killed or shot, the car

13   careens down the street and then wipes out a pedestrian.

14          THE COURT:  So, it was like an accident is what

15   you're saying?

16          MR. RUHNKE:  Well, intervening cause, the idea that

17   the victim takes off in his car and for the jury to find him

18   guilty of this they'd have to find that the defendants

19   intended to kill Mr. Camitz for the purpose of increasing or

20   maintaining their position in the enterprise and that's taking

21   transferred intent far too far.

22          THE COURT:  It is somewhat problematical but we're

23   focusing on something very specific here, we'll have to come

24   to a resolution of it.  Maybe the government wants to say

25   something about this because what Mr. Ruhnke has said has at

*Proceedings*                                                    2357

1    least some superficial appeal to it.

2          MR. AMATRUDA:  Well, Your Honor, I do think

3    transferred --

4          THE COURT:  He's not talking about it conceptually,

5    theoretically, he's talking about it in terms of the facts, it

6    is going to be the basis of a Rule 29 motion.  We can talk

7    about it in that context.

8          MR. AMATRUDA:  Yes, I just think it is a pretty

9    straightforward idea that if you shoot someone who is in the

10   driver's seat of a big car, that that person could --

11         THE COURT:  Lose control of the car.

12         MR. AMATRUDA:  -- lose control of the car and

13   especially when a club was being let out, I think you heard

14   evidence that nightclubs were being let out, we're talking

15   about downtown Manhattan.  It doesn't seem far afield at all

16   that that's something that happened.

17         THE COURT:  The question is whether they can be held

18   accountable for this unfortunate tragic situation --

19         MR. AMATRUDA:  Sure.

20         THE COURT:  -- affecting an innocent bystander.  So,

21   we'll think about that a little bit and, you know, we don't

22   have to come to a firm resolution tonight but I just want to

23   focus issues for you to think about, okay.

24         MR. AMATRUDA:  Thank you, Your Honor.

25         THE COURT:  And then I made some corrections

*Proceedings*                                                    2358

1    throughout the charge in terms of picking up on little typos

2    and stuff like that because for sure I'm going to give the

3    charge to the jury so I'm going to try to make it as pristine

4    as possible.

5            So, when I look at page 60, 61, I'll eliminate any

6    reference to talking about the carrying of a firearm there.

7            And then Ty is concerned and he shares his concern

8    with me about Count 17 dealing with the issue of the use of a

9    firearm causing the death and that's conceptually like felony

10   murder which doesn't require necessarily premeditation, right,

11   and yet, the charge in the indictment speaks specifically

12   about premeditation.  So, the question is do we just want to

13   charge felony murder or do we want to also talk about

14   premeditation.  So, I'm unclear about that.  Anybody wish to

15   comment on that?

16           MR. AMATRUDA:  Judge, I may be -- I'm probably

17   missing something but I don't think that we have furthered any

18   theory of felony murder.

19           THE COURT:  Well, you're talking about using the

20   firearm and causing the death of somebody through use of a

21   firearm.

22           MR. AMATRUDA:  I mean I think --

23           THE COURT:  So, the crime is the use of a firearm --

24   well, all right, so I'm going to charge it as premeditation.

25           MR. AMATRUDA:  I mean my familiarity with felony

*Proceedings*                                                        2359

1   murder is in the course of another crime like a robbery or

2   something, someone gets killed and I don't think we're arguing

3   that.

4           THE COURT:  I think premeditation is what I'll

5   charge.

6           MR. RUHNKE:  I think that's right, Judge, because

7   the statute adopts 1111's definition of first degree murder,

8   1111(a).

9           THE COURT:  So, that's what I'm going to do.

10          I highlighted on page 67:  If a defendant is liable

11  for actual distribution on an aiding and abetting theory, he

12  is liable for the type or quantity of drugs that he helped

13  someone else to distribute or to possess with intent to

14  distribute.  I think I put that in because on a prior case

15  there was a little bit of confusion about that conceptually

16  but I think that conceptually is correct, so I just want to

17  point that out to you folks.

18          Now, that's about it unless you folks have something

19  you want me to consider here.  I think I've got your limiting

20  instructions pretty much carved out but you may want me to say

21  something else I don't know about.  So, I'm all ears right now

22  if there's anything you want to say, Mr. Ruhnke; when I say

23  Mr. Ruhnke, I don't mean to denigrate all the other

24  distinguished lawyers.

25          MR. RUHNKE:  No, I just spent some time with this on

*Proceedings*                                                2360

1    a plane so I was fine with it.

2           Page 15, I'm just unclear on the state of the law.

3    I think juries did not get a second bite at the apple of --

4           THE COURT:  What page?

5           MR. RUHNKE:  Page 15.

6           THE COURT:  15?

7           MR. RUHNKE:  15.

8           THE COURT:  Page 15, let me look at it.  I just went

9    right past the boilerplate, so to speak.  Which line are we

10   talking about?

11          MR. RUHNKE:  It's page 15, I'll pull it right out.

12   You basically tell the jury that they first have to decide

13   whether a conspiracy existed and I thought the state of the

14   law was that once Your Honor let it in, a jury didn't have to

15   do that anymore but I may be wrong about that.

16          THE COURT:  You know, we do that, I think it is

17   something which the jurors, you know, have to make that

18   determination.  Is there anything that's harmful to you in

19   that respect?  I don't think so.

20          MR. RUHNKE:  Okay.  A couple of other comments; on

21   page 14 where you ask some rhetorical questions about a

22   witness who has a cooperation agreement, I would propose

23   adding some language where you're saying:  Does it appear that

24   THE JUROR' interests would be furthered by telling the truth

25   or lying, there's another option which is:  Did the witnesses

*Proceedings*                                                    2361

1   conclude that their long-term interest in getting an agreement

2   with the government would be furthered by telling a plausible

3   lie and not getting caught at it.  That's another option.

4          THE COURT:  What does the government say about that?

5   I'm willing to accommodate people if everybody has no

6   problems.  If there's real tension, then I have to make the

7   judge-like decision.

8          MR. AMATRUDA:  Judge, I think Mr. Ruhnke is going to

9   make an excellent argument on summation that the issue is

10  whether, you know, that these people may or may not believe

11  they won't get caught.

12         THE COURT:  The question is if he wants -- look, the

13  truth of the matter is I didn't even look at the boilerplate

14  but if you want me to consider that language, you can submit

15  it to me in writing and maybe the government will have no

16  objection to it, make you happy.

17         MR. RUHNKE:  I'll submit something tonight, but

18  you're basically making the government's argument as part of

19  the charge and I think the defense argument should get equal

20  time in the charge.

21         THE COURT:  Submit something to me, if we can

22  accommodate you with that without violating the law, we'll try

23  to do that.

24         MR. RUHNKE:  Just in terms of typos on page 62, line

25  one.

*Proceedings*                                                     2362

1          THE COURT:  I picked up a lot of it myself.

2          MR. RUHNKE:  Okay.  There's an "in" which should be

3     an "on" I believe, line one.

4          On page 66, line two, the word should probably be

5     deliberated instead of delivery.

6          THE COURT:  I picked that up.

7          MR. RUHNKE:  On the topic of the death penalty on

8     page 72.

9          THE COURT:  I thought you would want that.

10         MR. RUHNKE:  Yes, well, what the Court said was the

11    issue of death penalty has nothing to do with this case but

12    the fact that Mr. Mosley, for example, had actually been

13    authorized for capital punishment could be a motivating factor

14    for him to have engaged in a deal with the government and the

15    fact that various of these witnesses have acknowledged that

16    the death penalty was on the table and that that may have had

17    an influence on their decision brings it into the case.

18         THE COURT:  You want me to say something about that

19    in assessing the credibility of those people --

20         MR. RUHNKE:  Yes.

21         THE COURT:  -- that are subject to the death

22    penalty?

23         MR. RUHNKE:  That the jury can consider it to the

24    extent that fear of the death penalty may have motivated the

25    cooperators.

*Proceedings*                                                    2363

1          THE COURT:  I'll think about it.

2          Go ahead.

3          MR. RUHNKE:  Page 74, the Court at line 11 says

4    something about they can't be found -- oh, let me just, I'm

5    sorry, let me just jump to it, 74, line 11.

6          THE COURT:  You're talking about the very end of the

7    charge.

8          MR. RUHNKE:  Okay.  In any event, do not tell me or

9    anyone else how the jury stands until, and I would add the

10   word or unless a unanimous jury verdict is reached.

11         THE COURT:  Until or unless, yes.  I mean it's not

12   inevitable that a unanimous verdict -- that's okay.  I've been

13   doing this for 20 years, I don't mind changing it, I think I

14   should be open to making some adjustments.

15         Now, does the government wish to say anything here?

16         MR. AMATRUDA:  Your Honor, I just have one request

17   and that's under the aiding and abetting law, if Your Honor

18   would consider putting the statutory language in here.

19         THE COURT:  Well, we charge it without talking about

20   the statutory language.

21         MR. AMATRUDA:  Well, Your Honor, the statute

22   actually is very specifically on point here because what it

23   says is:  Whoever aids, abets, commands, procures.

24         THE COURT:  So, you want that command, etc., etc.?

25         MR. AMATRUDA:  Yes, I mean because that's what we're

*Proceedings*                                                                2364

1  arguing with respect to Mr. Hardy, he is commanding these

2  murders.

3          THE COURT:  So we can put the language in.  The

4  charge I think is correct as we have it.

5          MR. AMATRUDA:  I'm not saying it is incorrect, I'm

6  just saying that -- yeah.

7          THE COURT:  You think there's such a thing as too

8  much of a good thing, Mr. Amatruda?

9          MR. AMATRUDA:  I only asked for one thing, Judge.

10          THE COURT:  No, no, I'll give you what you want, I

11  want to make you happy, I want to make everybody happy, but in

12  the real world when the jury is going to listen to all the

13  charges, even though I try to do my best to make it user

14  friendly by coming down and talking to them as a professor and

15  not as a stuffy judge, it's just torture for them, you know

16  that, in the real world.  Sometimes these things can

17  boomerang.

18          MR. AMATRUDA:  I think we all agree.  I just don't

19  know how else to do it.  I never heard anybody come up with a

20  better way to do it.

21          THE COURT:  We're not going to be able to do it

22  either but in the real world I remember, because I speak to

23  jurors afterwards, I just share these things with you now, I

24  just try to talk directly to people in the real world, that

25  one of the jurors was really almost on the verge of saying not

Proceedings                                              2365

1    guilty because they were offended by the length of the charge

2    and the degree of difficulty that they had to wade through it.

3    You can do as you choose, I'm not saying you're incorrect, but

4    there's a practical effect to some of these things as well

5    when you have excessive charges, multiple charges and you get

6    some blow-back sometimes but we'll see what happens here.

7            MR. AMATRUDA:  I understand, Your Honor.

8            THE COURT:  You have to make those judgment calls

9    when you prepare the charging document and there's things --

10   you could have added another ten, fifteen pages here if you

11   wanted to, right.

12           MR. AMATRUDA:  We did take out one act.

13           THE COURT:  Now, we're going to have to get the

14   verdict sheet up and I'll have that for you tomorrow because

15   you know that's all important, that's what is really going to

16   drive the jurors' deliberations perhaps more than anything

17   else.  Okay.

18           So, anyway, the last thing I want to share with you,

19   Mr. Ruhnke, I understand your sensibilities about summing up,

20   you did get off Friday, I know you had a lot of other business

21   to do, you had Friday, you had Saturday, I don't feel too

22   guilty about going forward.  I think it is good if we could

23   get the case to the jury on Thursday.

24           MR. RUHNKE:  Feel slightly guilty, Your Honor.

25           THE COURT:  I appreciate all your efforts.  Work on

*Proceedings*                                                2366

1    your stipulations if there are any so we don't have to have

2    any faults like we had to deal with today.

3              MR. BEECHER:  Your Honor, just one moment, just a

4    minute; what is your practice on the exhibits that the jurors

5    get?  I'm certain we don't put them all into the jury room at

6    once.

7              THE COURT:  Here is my practice, we have an exhibit

8    list that we give to the jurors.  Thank you for calling that

9    to my attention.  Make sure that you have all these people who

10   I authorized to help you out and make sure you work with the

11   government to get a collective good exhibit list.  I think

12   there might be one Defendant's Exhibit if I recall, maybe not.

13   Make sure you have your exhibits.

14             MR. BEECHER:  The stipulations will be an exhibit

15   obviously.

16             THE COURT:  We send in the list to the jurors, the

17   exhibit list.

18             Okay.  See you tomorrow.

19             (Time noted:  5:45 p.m.)

20             (Proceedings adjourned as above set forth.)

21

22

23

24

25

2367

1                                I N D E X

2

3    WITNESSES                                              PAGE

4

5

6        DALE SIMON                                         2114

7        DIRECT EXAMINATION BY MS. DAYANANDA                2115

8        CROSS-EXAMINATION BY MR. RUHNKE                    2125

9        CROSS-EXAMINATION BY MR. BEECHER                   2127

10       REDIRECT EXAMINATION BY MS. MS.

11       DAYANANDA                                          2129

12       EDWARD ST. JOHN                                    2131

13       DIRECT EXAMINATION BY MS. PAUL                     2131

14       CROSS-EXAMINATION BY MR. RUHNKE                    2140

15       FRANCIS TEGANO                                     2141

16       DIRECT EXAMINATION BY MR. AMATRUDA                 2142

17       YVONNE MILEWSKI                                    2146

18       DIRECT EXAMINATION BY MS. DAYANANDA                2147

19       PATRICK MURPHY                                     2168

20       DIRECT EXAMINATION BY MR. AMATRUDA                 2168

21       DUANE WHITE                                        2171

22       DIRECT EXAMINATION BY MS. PAUL                     2172

23       ASHABUDEEN SAKOOR                                  2177

24       DIRECT EXAMINATION BY MS. DAYANANDA                2178

25       CROSS-EXAMINATION BY MS. BARRETT                   2196

2368

1   REDIRECT EXAMINATION BY MS.

2   DAYANANDA                                2201

3   **GREGORY DICOSTANZO**                   2207

4   DIRECT EXAMINATION

5   BY MS. PAUL:                             2207

6   CROSS-EXAMINATION

7   BY MR. RUHNKE                            2227

8   **JOSEPH TRAWICKI**                      2230

9   DIRECT EXAMINATION

10  BY MR. AMATRUDA                          2230

11  CROSS-EXAMINATION

12  BY MS. BARRETT                           2233

13  **DEXLENE MAXWELL**                      2236

14  DIRECT EXAMINATION

15  BY MS. DAYANANDA                         2237

16  CROSS-EXAMINATION BY MS. BARRETT         2265

17  **DWAYNE MYERS**                         2266

18  DIRECT EXAMINATION BY MR. AMATRUDA       2266

19

20

21

22

23

24

25

2369

1                              **E X H I B I T S**

2

3

4      Government's Exhibit 302                          2136

5

6      Government's Exhibits 601E and F                  2144

7

8      Government's Exhibit 600A                         2145

9

10     Government's Exhibit 81                           2154

11

12     Government's Exhibit 81                           2154

13

14     Government's Exhibit 401B, D and E                2169

15

16     Government's Exhibit 1006B                        2173

17

18     Government's Exhibit 903A                         2192

19

20     Government's Exhibit 903A                         2192

21

22     Government's Exhibit 904                          2195

23

24     Government's Exhibits 7000-7009                   2212

25

2370

1

2      Government's Exhibits 7007-A and B                    2221

3

4      Government's Exhibit 8000, page 43                    2230

5

6      Government's Exhibit 8000, page 2,                    2231

7

8      Government's Exhibit 135                              2249

9

10     Government's Exhibits 8000-B, 8000-C and

11     8000-D                                                2259

12

13     Government Exhibits 8000B, C and D                    2261

14

15     Government's Exhibit 73                               2272

16

17     Government's Exhibit 73                               2272

18

19     Government's Exhibit 22                               2284

20

21

22

23

24

25

## $

**$10** [2] - 2281:5, 2281:6
**$250,000** [1] - 2187:23
**$600** [1] - 2200:15

## '

**'86** [1] - 2278:20
**'87** [1] - 2278:20
**'91** [2] - 2136:15, 2136:24
**'92** [1] - 2297:8
**'93** [2] - 2142:16, 2292:15
**'94** [1] - 2179:10
**'95** [3] - 2132:4, 2213:12, 2311:5
**'98** [2] - 2179:10, 2309:10

## 0

**0242** [1] - 2234:15
**04CR00706** [1] - 2109:4
**07030** [1] - 2110:7
**07042** [1] - 2109:21
**07052** [1] - 2110:4
**07:50** [1] - 2132:11

## 1

**1** [2] - 2132:17, 2145:23
**1,006A** [1] - 2173:25
**1,006B** [1] - 2173:16
**10** [4] - 2189:6, 2219:3, 2319:12, 2335:6
**100** [1] - 2354:15
**10005** [1] - 2109:25
**1006B** [2] - 2173:23, 2369:16
**101** [6] - 2273:15, 2276:12, 2299:8, 2326:3
**102** [3] - 2326:3, 2326:4, 2326:5
**103** [1] - 2326:3
**10:00** [1] - 2109:7
**10th** [4] - 2116:4, 2118:19, 2142:17, 2157:21
**11** [7] - 2132:13, 2148:2, 2216:11, 2218:21, 2319:20, 2363:3, 2363:5
**1111's** [1] - 2359:7
**1111(a)** [1] - 2359:8
**11201** [2] - 2109:17, 2110:11
**11:15** [1] - 2132:14
**11:30** [2] - 2203:3, 2231:10
**11th** [4] - 2156:6, 2184:2, 2192:7, 2193:23
**12** [4] - 2142:14, 2213:14, 2235:15, 2322:8
**12:00** [1] - 2184:9
**12:30** [7] - 2116:2, 2177:11, 2184:9, 2184:10, 2184:11, 2201:21
**12th** [2] - 2153:10, 2153:11
**13** [1] - 2238:8
**135** [7] - 2245:2, 2245:15, 2245:16, 2249:1, 2249:8, 2249:9, 2370:8
**14** [4] - 2273:10, 2318:7, 2321:22, 2360:21
**15** [12] - 2174:19, 2189:6, 2219:8,

2273:10, 2318:7, 2335:6, 2360:2, 2360:5, 2360:6, 2360:7, 2360:8, 2360:11
**15th** [5] - 2151:19, 2279:24, 2331:4, 2344:15, 2344:17
**16th** [1] - 2235:21
**17** [4] - 2133:3, 2140:15, 2177:14, 2358:8
**174** [1] - 2114:5
**17th** [1] - 2235:21
**18** [1] - 2133:3
**19** [1] - 2281:20
**196** [1] - 2172:15
**1969** [1] - 2267:4
**1987** [2] - 2277:3, 2278:3
**1988** [1] - 2278:24
**1989** [7] - 2279:24, 2281:20, 2283:2, 2288:4, 2288:6, 2292:13, 2294:11
**1990** [2] - 2283:2, 2284:9
**1991** [3] - 2168:24, 2292:19, 2296:9
**1992** [4] - 2296:17, 2297:3, 2298:10, 2310:20
**1995** [1] - 2212:23
**1998** [7] - 2151:19, 2179:19, 2319:2, 2323:4, 2324:13, 2329:13, 2331:4
**1999** [4] - 2131:24, 2165:22, 2215:16, 2237:16
**1:30** [4] - 2201:24, 2203:25, 2204:3, 2205:20
**1:50** [1] - 2132:17
**1st** [1] - 2153:13

## 2

**2** [9] - 2231:21, 2231:22, 2240:25, 2241:13, 2241:19, 2242:12, 2250:9, 2294:7, 2370:6
**20** [6] - 2109:7, 2131:18, 2140:23, 2168:19, 2176:21, 2363:13
**2000** [15] - 2115:19, 2116:4, 2118:19, 2130:11, 2142:18, 2143:3, 2153:10, 2153:13, 2156:6, 2157:21, 2168:25, 2216:11, 2218:21, 2219:3, 2219:24
**2001** [4] - 2162:19, 2168:17, 2168:24, 2182:15
**2002** [6] - 2183:9, 2183:22, 2184:2, 2193:23, 2194:17, 2298:21
**2003** [8] - 2164:16, 2172:7, 2172:11, 2173:19, 2212:23, 2225:22, 2263:25, 2284:7
**2004** [4] - 2142:9, 2142:16, 2208:23, 2264:6, 2354:8
**2006** [1] - 2246:16
**2007** [4] - 2178:19, 2199:21, 2199:25, 2237:16
**2008** [3] - 2131:23, 2208:25, 2238:18
**201** [2] - 2240:12, 2240:15
**2014** [1] - 2354:9
**2015** [1] - 2109:7
**2096** [1] - 2172:25
**2114** [1] - 2367:6

**2115** [1] - 2367:7
**2125** [1] - 2367:8
**2127** [1] - 2367:9
**2129** [1] - 2367:11
**2131** [2] - 2367:12, 2367:13
**2136** [1] - 2369:4
**2140** [1] - 2367:14
**2141** [1] - 2367:15
**2142** [1] - 2367:16
**2144** [1] - 2369:6
**2145** [1] - 2369:8
**2146** [1] - 2367:17
**2147** [1] - 2367:18
**2154** [3] - 2171:18, 2369:10, 2369:12
**2168** [2] - 2367:19, 2367:20
**2169** [1] - 2369:14
**2171** [1] - 2367:21
**2172** [1] - 2367:22
**2173** [1] - 2369:16
**2177** [1] - 2367:23
**2178** [1] - 2367:24
**2192** [2] - 2369:18, 2369:20
**2195** [1] - 2369:22
**2196** [1] - 2367:25
**21st** [2] - 2194:17, 2296:17
**22** [6] - 2217:19, 2217:23, 2284:10, 2284:15, 2284:19, 2370:19
**2201** [1] - 2368:2
**2207** [2] - 2368:3, 2368:5
**2211** [1] - 2109:24
**2212** [1] - 2369:24
**2221** [1] - 2370:2
**2227** [1] - 2368:7
**2230** [3] - 2368:8, 2368:10, 2370:4
**2231** [1] - 2370:6
**2233** [1] - 2368:12
**2236** [1] - 2368:13
**2237** [1] - 2368:15
**2249** [1] - 2370:8
**225** [1] - 2110:10
**2259** [1] - 2370:11
**2261** [1] - 2370:13
**2265** [1] - 2368:16
**2266** [2] - 2368:17, 2368:18
**2272** [2] - 2370:15, 2370:17
**2284** [1] - 2370:19
**22nd** [3] - 2168:25, 2172:11, 2246:15
**23** [1] - 2275:14
**23:15** [1] - 2132:11
**23rd** [2] - 2165:22, 2173:19
**24** [2] - 2128:21, 2295:10
**25** [1] - 2225:22
**250** [1] - 2328:14
**251** [1] - 2110:7
**26th** [1] - 2164:16
**271** [1] - 2109:17
**28** [3] - 2153:6, 2215:16, 2349:3
**29** [4] - 2348:10, 2354:7, 2356:6, 2357:6
**29th** [3] - 2162:19, 2231:10, 2236:4
**2nd** [2] - 2182:15, 2219:24

2

## 3

**30** [3] - 2114:6, 2114:7, 2232:16
**302** [4] - 2136:8, 2136:10, 2136:21, 2369:4
**30th** [1] - 2168:24
**31** [4] - 2207:5, 2207:12, 2328:6, 2354:9
**325** [2] - 2276:11, 2276:13
**33** [1] - 2191:18
**345th** [1] - 2167:13
**3500** [3] - 2252:20, 2254:13, 2260:17
**3500ES4** [1] - 2138:15
**357** [2] - 2215:4, 2215:7
**36** [1] - 2330:23
**37** [1] - 2213:14
**38** [6] - 2115:5, 2181:4, 2191:15, 2215:4, 2215:7, 2217:20
**380** [2] - 2145:5, 2215:19, 2216:1, 2219:17
**3:00** [2] - 2261:23, 2262:7
**3:30** [2] - 2116:7, 2127:23

## 4

**4** [4] - 2145:21, 2145:24, 2211:3, 2354:8
**4,000** [2] - 2242:3, 2251:19
**40** [19] - 2211:2, 2215:19, 2215:20, 2215:25, 2216:2, 2216:3, 2216:4, 2216:14, 2216:21, 2217:17, 2217:18, 2217:22, 2218:5, 2218:12, 2218:13, 2218:18, 2227:24, 2227:25, 2305:6
**400** [1] - 2170:15
**401B** [4] - 2169:11, 2169:20, 2170:7, 2369:14
**401D** [1] - 2169:23
**406** [1] - 2231:16
**406-5776** [1] - 2232:13
**41** [1] - 2178:7
**415** [1] - 2216:11
**42** [1] - 2354:19
**43** [14] - 2230:15, 2230:23, 2232:6, 2233:15, 2234:20, 2234:21, 2240:25, 2241:12, 2241:19, 2241:20, 2241:24, 2242:12, 2250:9, 2291:1
**433** [8] - 2283:16, 2283:19, 2283:21, 2285:4, 2289:10, 2290:6, 2290:13, 2291:1
**443** [2] - 2110:3, 2283:17
**45** [6] - 2211:2, 2224:5, 2224:10, 2224:22, 2225:1
**456** [10] - 2170:11, 2273:20, 2306:11, 2306:13, 2306:15, 2307:2, 2311:10, 2331:7, 2333:24, 2344:18
**457** [1] - 2273:8
**463** [1] - 2169:4
**47** [1] - 2109:21
**49** [2] - 2171:10, 2234:25
**4900** [4] - 2235:7, 2235:20, 2236:3, 2255:19
**4:00** [3] - 2121:25, 2206:23, 2262:2
**4:30** [1] - 2206:22
**4A** [1] - 2110:7

## 5

**5** [4] - 2202:1, 2202:6, 2262:1, 2293:24
**50** [1] - 2355:9
**53** [1] - 2355:20
**534** [1] - 2132:19
**55** [1] - 2146:9
**56** [1] - 2295:19
**5776** [5] - 2231:16, 2235:23, 2235:25, 2236:4, 2255:19
**5:00** [1] - 2344:25
**5:45** [1] - 2366:19

## 6

**6** [2] - 2195:5, 2344:22
**60** [1] - 2358:5
**600A** [6] - 2143:15, 2145:7, 2145:13, 2145:16, 2145:17, 2369:8
**600F** [1] - 2143:15
**601A** [2] - 2143:20, 2143:24
**601E** [3] - 2144:10, 2144:21, 2369:6
**61** [1] - 2358:5
**62** [1] - 2361:24
**621-0242** [1] - 2234:16
**646** [1] - 2234:16
**66** [1] - 2362:4
**67** [2] - 2109:24, 2359:10
**6th** [2] - 2122:17, 2122:25

## 7

**7** [1] - 2167:19
**7000** [4] - 2212:9, 2212:16, 2213:7, 2221:8
**7000-7009** [2] - 2212:17, 2369:24
**70007-B** [1] - 2222:8
**7001** [1] - 2214:12
**7002** [1] - 2215:10
**7003** [1] - 2216:10
**7004** [3] - 2216:23, 2217:3, 2217:14
**7005** [2] - 2216:24, 2217:3
**7006** [1] - 2219:2
**7007** [2] - 2219:23, 2221:10
**7007-A** [4] - 2220:24, 2221:9, 2221:14, 2370:2
**7008** [1] - 2223:25
**7009** [3] - 2212:9, 2212:16, 2225:20
**72** [2] - 2111:11, 2362:8
**723-4900** [2] - 2232:3, 2232:9
**73** [5] - 2141:14, 2272:19, 2272:25, 2370:15, 2370:17
**74** [2] - 2363:3, 2363:5
**78** [1] - 2349:5
**79** [1] - 2131:25
**79th** [2] - 2132:1, 2134:20
**7:50** [1] - 2132:14

## 8

**8** [2] - 2263:19, 2295:8
**8,000** [2] - 2252:19, 2252:22

**8,000C** [2] - 2263:6, 2264:4
**8,000D** [3] - 2263:4, 2263:6, 2263:7
**80** [2] - 2150:18, 2150:25
**8000** [25] - 2230:16, 2230:23, 2231:18, 2231:22, 2232:7, 2232:8, 2240:18, 2240:21, 2240:23, 2241:12, 2241:24, 2242:7, 2242:20, 2249:17, 2249:23, 2249:24, 2250:8, 2251:15, 2251:16, 2251:18, 2254:6, 2254:7, 2258:25, 2370:4, 2370:6
**8000-A** [4] - 2242:17, 2242:18, 2243:10, 2258:19
**8000-B** [2] - 2249:17, 2258:24, 2259:4, 2370:10
**8000-C** [3] - 2258:24, 2259:4, 2370:10
**8000-D** [3] - 2258:24, 2259:4, 2370:11
**8000B** [3] - 2261:17, 2261:20, 2370:13
**801** [1] - 2348:3
**801A** [1] - 2122:13
**801I** [1] - 2118:9
**806** [1] - 2347:22
**808** [1] - 2116:16
**80A** [1] - 2150:24
**81** [7] - 2153:19, 2154:21, 2154:22, 2154:23, 2155:2, 2369:10, 2369:12
**84B** [2] - 2159:4, 2159:11
**85** [1] - 2231:21
**86** [2] - 2150:18, 2150:25
**86-ed** [2] - 2331:10, 2331:12
**8th** [1] - 2132:3

## 9

**9** [1] - 2318:24
**9/8** [1] - 2213:12
**9000** [1] - 2232:5
**900G** [1] - 2191:23
**903A** [6] - 2192:15, 2192:16, 2192:19, 2192:22, 2369:18, 2369:20
**904** [6] - 2194:6, 2194:24, 2194:25, 2195:1, 2196:1, 2369:22
**917** [5] - 2231:16, 2232:3, 2232:9, 2232:13, 2234:21
**917-406-576** [1] - 2264:12
**917-723-4900** [2] - 2263:22, 2263:24
**9mm** [19] - 2213:14, 2214:10, 2215:8, 2217:20, 2217:23, 2218:6, 2219:11, 2219:16, 2220:11, 2224:12, 2224:15, 2225:2, 2225:6, 2225:15, 2225:16, 2226:3, 2226:11
**9mm-s** [1] - 2215:8
**9th** [1] - 2115:19

## A

**a.m** [8] - 2109:7, 2116:2, 2122:1, 2122:2, 2132:14, 2184:10, 2184:11, 2231:10
**A.R** [1] - 2145:23
**Aaron** [1] - 2111:2
**abets** [1] - 2363:23
**abetting** [2] - 2359:11, 2363:17

**abject** [1] - 2112:22
**able** [26] - 2123:2, 2155:7, 2156:19, 2192:8, 2193:6, 2198:4, 2205:13, 2211:13, 2211:19, 2211:23, 2212:5, 2218:13, 2220:3, 2222:11, 2225:9, 2226:9, 2227:12, 2228:21, 2236:1, 2262:9, 2290:10, 2316:16, 2353:3, 2354:1, 2354:17, 2364:21
**Abraham** [2] - 2143:7, 2145:23
**abrasions** [3] - 2159:1, 2160:22, 2332:13
**absolutely** [4] - 2154:4, 2154:6, 2261:2
**absorb** [1] - 2349:5
**academic** [1] - 2148:3
**accident** [3] - 2121:2, 2159:21, 2356:14
**accommodate** [4] - 2176:17, 2348:16, 2361:5, 2361:22
**accompanied** [1] - 2150:9
**accomplish** [2] - 2112:15, 2256:5
**account** [11] - 2231:11, 2231:15, 2231:24, 2232:3, 2233:22, 2233:23, 2234:3, 2243:6, 2243:7, 2263:8
**accountable** [1] - 2357:18
**accountant** [1] - 2320:16
**accounts** [1] - 2244:22
**accurately** [1] - 2145:10
**acknowledged** [1] - 2362:15
**act** [9] - 2141:4, 2170:24, 2170:25, 2199:10, 2326:1, 2327:21, 2327:24, 2343:25, 2365:12
**Act** [2] - 2354:20, 2355:1
**acted** [2] - 2261:2, 2261:10
**acting** [1] - 2261:2
**action** [4] - 2134:8, 2205:14, 2221:24, 2261:7
**activate** [1] - 2237:23
**activated** [2] - 2244:6, 2244:9
**activities** [2] - 2274:3, 2310:7
**activity** [7] - 2276:16, 2276:20, 2286:17, 2322:4, 2322:15, 2323:9, 2331:2
**acts** [2] - 2268:25, 2269:2
**actual** [9] - 2122:18, 2122:25, 2123:1, 2153:12, 2170:3, 2235:22, 2359:11
**Adams** - 2286:12
**add** [2] - 2144:3, 2363:9
**added** [1] - 2365:10
**addicted** [1] - 2278:14
**adding** [1] - 2360:23
**addition** [2] - 2158:22, 2255:15
**additional** [4] - 2135:7, 2158:17, 2219:7, 2355:15
**address** [1] - 2273:11
**addresses** [1] - 2355:21
**adduce** [2] - 2139:2, 2153:24
**adjourn** [1] - 2261:23
**adjourned** [1] - 2366:20
**adjournment** [1] - 2253:1
**adjustments** [1] - 2363:14
**admirably** [1] - 2260:21
**admissible** [1] - 2348:5
**admit** [5] - 2150:18, 2154:20, 2159:11,

2192:19, 2194:24
**admitted** [2] - 2241:18, 2248:23
**adopt** [1] - 2356:4
**adopted** [1] - 2293:22
**adopts** [1] - 2359:7
**adult** [1] - 2277:20
**advance** [1] - 2254:16
**advanced** [2] - 2148:2, 2202:19
**advises** [1] - 2112:11
**affecting** [1] - 2357:20
**affiliated** [4] - 2284:24, 2298:15, 2298:16, 2322:14
**affiliation** [1] - 2301:9
**affirm** [8] - 2114:13, 2130:20, 2141:16, 2146:14, 2167:23, 2171:13, 2177:17, 2266:8
**afield** [1] - 2357:15
**afternoon** [19] - 2113:6, 2113:7, 2175:21, 2175:22, 2175:25, 2177:1, 2177:2, 2177:16, 2207:1, 2207:17, 2207:18, 2227:10, 2227:11, 2237:9, 2237:10, 2266:7, 2347:4, 2348:13, 2351:3
**afterwards** [2] - 2332:8, 2364:23
**age** [11] - 2153:5, 2153:6, 2156:2, 2157:17, 2164:9, 2164:11, 2165:11, 2295:25, 2319:8, 2322:13, 2330:22
**ages** [1] - 2275:19
**aggressive** [1] - 2309:6
**aggressively** [1] - 2331:13
**ago** [7] - 2126:9, 2140:23, 2235:15, 2246:24, 2254:11, 2255:14, 2275:1
**agree** [7] - 2154:8, 2196:3, 2208:9, 2208:11, 2208:13, 2271:17, 2364:18
**agreed** [4] - 2112:18, 2261:16, 2304:15, 2326:9
**agreement** [9] - 2201:10, 2271:6, 2271:9, 2271:10, 2271:18, 2272:12, 2272:20, 2360:22, 2361:1
**ahead** [23] - 2134:16, 2136:11, 2148:16, 2149:10, 2154:24, 2169:19, 2194:22, 2196:4, 2196:11, 2201:15, 2209:16, 2227:7, 2229:24, 2233:7, 2244:5, 2290:3, 2299:17, 2323:16, 2335:16, 2338:14, 2340:15, 2350:2, 2363:2
**aid** [2] - 2212:11, 2269:18
**aiding** [2] - 2359:11, 2363:17
**aids** [1] - 2363:23
**ain't** [2] - 2313:5, 2346:2
**air** [1] - 2161:4
**AK-47** [1] - 2186:25
**Albion** [1] - 2181:2
**alcohol** [1] - 2278:23
**alden** [1] - 2262:24
**Alden** [1] - 2263:8
**Aldene** [4] - 2239:23, 2239:25, 2240:1, 2240:8
**alert** [1] - 2173:10
**alerted** [1] - 2347:21
**alibi** [2] - 2307:14, 2307:15
**alienated** [1] - 2321:6

**alive** [1] - 2124:18
**allegedly** [1] - 2254:2
**allow** [8] - 2153:20, 2153:22, 2167:3, 2167:4, 2209:12, 2248:15, 2248:16, 2249:4
**allowed** [3] - 2257:18, 2259:2, 2321:20
**allowing** [4] - 2134:14, 2248:13, 2249:14, 2323:25
**allows** [1] - 2271:21
**almost** [1] - 2364:25
**alone** [1] - 2132:6
**altercations** [1] - 2298:2
**alternative** [1] - 2318:18
**aluminum** [6] - 2224:14, 2224:15, 2224:22, 2224:17, 2225:3
**AMATRUDA** [102] - 2109:15, 2112:25, 2113:2, 2113:7, 2113:13, 2141:13, 2141:25, 2142:2, 2142:4, 2143:20, 2144:1, 2144:3, 2144:5, 2144:8, 2144:11, 2144:15, 2144:19, 2144:23, 2145:13, 2146:3, 2167:16, 2167:19, 2168:10, 2168:12, 2169:12, 2169:14, 2169:17, 2170:19, 2175:1, 2175:5, 2175:20, 2176:1, 2176:3, 2176:8, 2204:1, 2206:12, 2229:14, 2229:25, 2230:4, 2230:18, 2231:1, 2231:3, 2231:21, 2232:8, 2233:4, 2236:8, 2252:25, 2253:2, 2253:4, 2253:6, 2253:11, 2253:13, 2255:1, 2255:7, 2255:9, 2258:4, 2258:9, 2258:14, 2265:22, 2265:25, 2266:5, 2266:21, 2266:23, 2284:15, 2300:16, 2314:3, 2315:12, 2327:2, 2329:10, 2345:2, 2345:7, 2346:13, 2346:25, 2347:3, 2347:7, 2347:10, 2347:12, 2353:10, 2354:22, 2355:1, 2355:7, 2357:2, 2357:8, 2357:12, 2357:19, 2357:24, 2358:16, 2358:22, 2358:25, 2361:8, 2363:16, 2363:21, 2363:25, 2364:5, 2364:9, 2364:18, 2365:7, 2365:12, 2367:16, 2367:20, 2368:10, 2368:18
**Amatruda** [7] - 2229:13, 2236:14, 2254:22, 2344:24, 2346:21, 2352:4, 2364:8
**America** [1] - 2111:2
**AMERICA** [1] - 2109:3
**ammo** [1] - 2223:15
**ammunition** [9] - 2208:1, 2209:22, 2209:23, 2210:3, 2210:7, 2210:9, 2210:19, 2210:20
**amount** [4] - 2145:25, 2160:8, 2347:1, 2350:5
**ample** [2] - 2112:7, 2257:5
**Analysis** [1] - 2207:23
**anatomic** [1] - 2147:21
**AND** [1] - 2109:7
**Angel** [1] - 2298:9
**angry** [2] - 2188:11, 2189:18
**ankle** [5] - 2159:3, 2159:8, 2159:24, 2160:2, 2160:6
**answer** [13] - 2124:2, 2149:6, 2234:17,

2239:1, 2247:6, 2247:21, 2248:7,
2257:11, 2267:21, 2285:13, 2315:2,
2321:12, 2327:12
**answered** [4] - 2162:15, 2243:3,
2246:19, 2294:23
**anticipate** [3] - 2347:15, 2347:19,
2350:8
**anxious** [1] - 2262:6
**anyway** [4] - 2233:18, 2243:25,
2353:17, 2365:18
**aorta** [1] - 2151:22
**apart** [4] - 2137:16, 2137:24, 2164:5,
2264:25
**apartment** [24] - 2112:2, 2170:8,
2190:8, 2191:2, 2191:6, 2191:25,
2192:5, 2192:9, 2193:8, 2287:6,
2294:21, 2294:22, 2302:2, 2302:7,
2302:17, 2307:13, 2308:10, 2308:13,
2332:7, 2332:9, 2334:21, 2345:13
**apartments** [1] - 2299:6
**apologies** [3] - 2134:3, 2134:15, 2353:7
**appeal** [1] - 2357:17
**appear** [2] - 2226:23, 2360:23
**APPEARANCES** [2] - 2109:13, 2110:1
**apple** [1] - 2360:3
**application** [1] - 2160:18
**apply** [3] - 2148:21, 2201:3, 2267:23
**applying** [1] - 2160:4
**appointment** [1] - 2262:1
**appreciate** [3] - 2167:12, 2202:24,
2365:25
**approach** [2] - 2220:22, 2226:14
**approached** [8] - 2124:21, 2185:7,
2185:23, 2186:7, 2277:10, 2300:1,
2317:24, 2318:8
**April** [4] - 2151:19, 2208:23, 2263:25,
2331:4
**APRIL** [1] - 2109:7
**AR1** [1] - 2145:20
**area** [14] - 2147:25, 2148:5, 2149:12,
2161:21, 2172:24, 2187:25, 2280:15,
2303:10, 2322:18, 2323:22, 2323:24,
2337:9, 2338:9
**areas** [1] - 2332:2
**argued** [1] - 2258:11
**arguing** [2] - 2359:2, 2364:1
**argument** [6] - 2294:12, 2343:2, 2356:6,
2361:9, 2361:18, 2361:19
**arm** [3] - 2153:16, 2154:15, 2155:11
**armed** [3] - 2277:15, 2277:18, 2279:1
**armpit** [1] - 2191:5
**array** [19] - 2194:7, 2195:4, 2196:6,
2196:20, 2244:24, 2245:11, 2245:13,
2245:21, 2246:2, 2246:6, 2246:11,
2246:16, 2247:1, 2247:18, 2248:2,
2249:9, 2249:10, 2249:12, 2264:18
**arrays** [3] - 2194:3, 2194:16, 2194:19
**arrest** [2] - 2138:6, 2199:25, 2281:11,
2297:16
**arrested** [27] - 2139:16, 2182:4,
2274:13, 2274:16, 2277:3, 2277:11,

2277:14, 2277:15, 2277:18, 2278:24,
2279:24, 2280:5, 2280:23, 2280:24,
2281:8, 2287:13, 2287:18, 2287:19,
2287:21, 2288:7, 2288:22, 2291:7,
2291:21, 2292:6, 2296:17, 2307:19,
2309:1
**arresting** [2] - 2137:20, 2137:25
**arrive** [1] - 2111:10
**arrived** [1] - 2193:14
**ARRON** [1] - 2109:7
**Ashabudeen** [2] - 2177:14, 2177:21
**ASHABUDEEN** [3] - 2177:22, 2177:23,
2367:23
**Ashby** [2] - 2128:2, 2128:17
**aside** [1] - 2278:21
**aspect** [1] - 2130:4
**assault** [10] - 2178:17, 2180:4, 2180:13,
2197:16, 2223:3, 2282:8, 2310:4,
2327:22, 2336:15, 2337:14
**assaulted** [3] - 2199:13, 2321:25,
2322:2
**assaulting** [1] - 2329:20
**assess** [1] - 2171:1
**assessing** [1] - 2362:19
**assigned** [2] - 2132:9, 2168:20
**assist** [2] - 2143:7, 2316:20
**Assistant** [1] - 2109:16
**Assisted** [1] - 2110:13
**assisting** [1] - 2143:10
**associate** [1] - 2191:11
**associated** [8] - 2213:15, 2228:18,
2229:1, 2231:14, 2232:2, 2241:9,
2293:15, 2323:18
**assume** [3] - 2111:22, 2272:21, 2350:5
**assumed** [4] - 2117:3, 2127:10, 2135:4,
2291:2
**assuming** [1] - 2304:10
**attached** [2] - 2166:9, 2325:1
**attempt** [1] - 2289:22
**attempted** [5] - 2178:18, 2179:18,
2269:21, 2269:24, 2291:10, 2291:15,
2291:17
**attempting** [1] - 2257:13
**attended** [1] - 2147:17
**attention** [12] - 2115:10, 2115:19,
2126:13, 2132:3, 2134:5, 2134:15,
2172:10, 2184:2, 2246:15, 2353:5,
2354:12, 2366:9
**attorney** [1] - 2271:3
**Attorney** [1] - 2109:14
**Attorneys** [1] - 2109:16
**attracted** [1] - 2126:13
**August** [14] - 2115:19, 2116:4, 2118:19,
2130:11, 2153:10, 2153:11, 2153:13,
2157:21, 2172:7, 2172:11, 2173:19,
2219:24, 2235:21, 2354:8
**authenticity** [4] - 2257:7, 2257:19,
2257:20, 2259:1
**authorized** [2] - 2362:13, 2366:10
**auto** [1] - 2224:5
**automatic** [9] - 2209:20, 2209:22,

2210:6, 2210:16, 2222:15, 2223:14,
2226:22, 2228:1
**automatically** [1] - 2123:16
**autopsies** [5] - 2149:7, 2149:8,
2149:18, 2150:1, 2154:1
**autopsy** [17] - 2149:14, 2150:19,
2151:17, 2151:18, 2153:7, 2153:9,
2153:11, 2155:25, 2156:4, 2156:5,
2156:23, 2157:19, 2157:20, 2160:12,
2162:18, 2164:15, 2165:21
**available** [1] - 2274:4
**Avenue** [17] - 2110:3, 2122:17, 2132:19,
2135:14, 2135:18, 2135:19, 2142:21,
2169:4, 2170:11, 2273:8, 2273:20,
2274:20, 2284:23, 2302:3, 2303:8,
2342:20
**Avirex** [1] - 2342:1
**avoid** [1] - 2281:17
**avoidance** [1] - 2309:21
**avoided** [1] - 2309:16
**award** [1] - 2111:20
**aware** [1] - 2176:9
**awhile** [1] - 2189:20


**B**

**Bachelor's** [1] - 2147:18
**background** [3] - 2147:15, 2148:17,
2201:1
**backseat** [2] - 2186:3, 2193:1
**bad** [2] - 2260:23, 2271:25
**badge** [1] - 2171:23
**Badge** [1] - 2172:25
**bag** [2] - 2304:19, 2308:9, 2318:5
**bagging** [1] - 2322:6
**bags** [2] - 2198:9, 2198:10
**bail** [5] - 2281:9, 2281:10, 2288:2,
2297:11, 2310:24
**ball** [1] - 2261:1
**ballistic** [5] - 2144:9, 2157:12, 2208:3,
2228:18, 2229:3
**ballistics** [8] - 2138:8, 2139:9, 2144:24,
2175:21, 2206:7, 2211:4, 2212:20,
2213:8
**Ballistics** [1] - 2166:8
**bar** [4] - 2184:6, 2184:8, 2200:5, 2200:9
**barrel** [2] - 2164:7, 2165:9, 2210:3,
2210:11
**barrett** [2] - 2195:23, 2265:3
**BARRETT** [63] - 2109:19, 2109:20,
2143:23, 2144:13, 2144:16, 2145:15,
2146:4, 2159:14, 2159:17, 2174:16,
2175:17, 2179:7, 2195:24, 2196:5,
2196:7, 2196:12, 2196:14, 2200:20,
2201:13, 2216:25, 2217:4, 2233:6,
2233:9, 2233:16, 2236:5, 2239:17,
2240:24, 2241:10, 2241:21, 2242:5,
2243:14, 2245:3, 2245:7, 2246:18,
2247:9, 2249:6, 2249:19, 2250:2,
2252:1, 2252:5, 2253:25, 2254:6,
2256:7, 2256:10, 2256:13, 2256:16,
2256:19, 2256:22, 2257:12, 2257:16,

5

2257:20, 2257:25, 2258:3, 2258:20,
2258:24, 2259:9, 2260:4, 2265:4,
2265:7, 2265:17, 2367:25, 2368:12,
2368:16
**Barrett** [12] - 2251:13, 2252:11,
2252:16, 2253:9, 2253:20, 2254:23,
2255:21, 2256:6, 2258:11, 2258:16,
2260:2, 2261:7
**base** [4] - 2164:24, 2165:16, 2210:21,
2227:1
**based** [11] - 2143:13, 2196:2, 2211:1,
2247:19, 2253:22, 2310:5, 2310:18,
2314:11, 2331:14, 2331:24, 2340:7
**basic** [1] - 2209:21
**basics** [1] - 2209:18
**basis** [6] - 2116:14, 2159:18, 2245:5,
2245:10, 2321:13, 2357:6
**basketball** [1] - 2300:25
**bathroom** [1] - 2189:22
**Baum** [8] - 2149:22, 2156:4, 2164:14,
2225:21, 2269:8, 2284:4, 2284:6
**bear** [1] - 2260:15
**beastly** [1] - 2349:5
**beat** [4] - 2318:20, 2318:21, 2333:6,
2339:22
**beating** [1] - 2318:19
**became** [5] - 2169:8, 2181:15, 2278:14,
2280:18, 2281:24
**become** [8] - 2171:3, 2286:17, 2324:13,
2324:16, 2327:10, 2327:14, 2327:24,
2329:18
**becomes** [2] - 2153:21, 2157:6
**becoming** [1] - 2148:2
**bed** [3] - 2190:8, 2190:16, 2192:1
**Bedford** [3] - 2302:2, 2342:19, 2342:20
**bedroom** [1] - 2191:12
**Beecher** [6] - 2111:7, 2127:6, 2166:20,
2208:12, 2351:16, 2353:11
**BEECHER** [16] - 2109:23, 2109:24,
2111:8, 2111:11, 2111:14, 2124:1,
2124:5, 2127:3, 2166:21, 2351:17,
2351:21, 2351:23, 2352:2, 2366:3,
2366:14, 2367:9
**beef** [1] - 2304:17
**BEFORE** [1] - 2109:11
**begin** [2] - 2211:10, 2237:19
**beginning** [5] - 2113:6, 2176:16,
2179:7, 2232:25, 2315:22
**behalf** [3] - 2168:5, 2199:13, 2271:19
**behind** [6] - 2187:16, 2192:10, 2202:6,
2335:24, 2335:25, 2342:19
**belong** [1] - 2256:13
**below** [5] - 2160:23, 2163:4, 2163:21,
2271:21
**bent** [1] - 2341:20
**best** [8] - 2111:20, 2163:16, 2204:2,
2318:12, 2333:14, 2344:19, 2353:18,
2364:13
**better** [9] - 2121:13, 2161:4, 2225:11,
2225:12, 2309:19, 2317:6, 2339:19,
2351:23, 2364:20

**between** [15] - 2163:9, 2167:9, 2209:21,
2212:23, 2218:18, 2227:2, 2235:2,
2254:24, 2284:20, 2297:7, 2309:17,
2314:25, 2319:17, 2319:22, 2338:16
**bewildered** [1] - 2312:12
**biding** [1] - 2290:9
**Big** [1] - 2330:14
**big** [8] - 2126:10, 2185:22, 2186:22,
2187:3, 2325:12, 2326:2, 2326:5,
2357:10
**Biggie** [1] - 2130:5
**bike** [1] - 2290:18
**bill** [8] - 2231:4, 2231:7, 2232:20,
2232:24, 2233:10, 2234:1, 2234:6,
2235:6
**billing** [7] - 2232:12, 2232:15, 2232:19,
2232:23, 2234:23, 2234:25, 2235:20
**bills** [1] - 2244:17
**bit** [21] - 2112:16, 2127:8, 2148:10,
2159:23, 2167:2, 2183:24, 2187:5,
2202:3, 2202:19, 2206:22, 2208:20,
2209:17, 2251:5, 2251:8, 2260:6,
2352:9, 2352:14, 2355:10, 2357:21,
2359:15
**bite** [1] - 2360:3
**black** [4] - 2126:18, 2133:3, 2185:20,
2186:22
**Black** [3] - 2284:2, 2284:14, 2284:20
**Black-O** [3] - 2284:2, 2284:14, 2284:20
**blacks** [1] - 2135:15
**blade** [1] - 2158:12
**blindfolded** [1] - 2190:5
**blindly** [1] - 2326:7
**BLOCK** [1] - 2109:11
**block** [10] - 2118:6, 2118:12, 2121:1,
2122:23, 2126:8, 2289:20, 2302:21,
2303:7, 2343:9, 2343:10
**Block** [2] - 2176:17
**Block's** [1] - 2167:10
**blocks** [1] - 2135:17
**blood** [4] - 2145:25, 2153:16, 2155:24,
2170:5
**Blood** [13] - 2324:13, 2324:16, 2325:15,
2327:4, 2327:25, 2329:19, 2330:2,
2330:7, 2330:14, 2330:15, 2331:2,
2334:8, 2344:1
**Bloods** [4] - 2325:12, 2327:10, 2327:20,
2328:5
**blow** [1] - 2365:6
**blow-back** [1] - 2365:6
**blowing** [1] - 2191:3
**blown** [1] - 2220:13
**blows** [1] - 2220:18
**blue** [1] - 2268:14
**blunt** [4] - 2160:8, 2160:16, 2160:18,
2161:12
**board** [1] - 2256:2
**Board** [1] - 2149:9
**body** [27] - 2150:21, 2151:15, 2152:19,
2153:19, 2154:12, 2154:16, 2155:2,
2156:1, 2157:2, 2158:24, 2160:17,

2161:3, 2161:6, 2161:23, 2162:1,
2162:3, 2162:6, 2163:19, 2164:5,
2164:6, 2164:23, 2164:24, 2187:13,
2216:5, 2227:15
**boilerplate** [2] - 2360:9, 2361:13
**bolt** [2] - 2222:3, 2223:7
**bomb** [1] - 2323:12
**Boo** [4] - 2293:16, 2294:3, 2294:6,
2313:20
**Boo's** [1] - 2294:4
**book** [4] - 2139:11, 2139:12, 2140:18,
2140:21
**boomerang** [1] - 2364:17
**boost** [3] - 2292:1, 2296:21, 2343:25
**boosting** [1] - 2291:24
**booth** [8] - 2169:24, 2170:1, 2303:8,
2303:15, 2303:19, 2306:7, 2306:8,
2307:10
**bored** [1] - 2281:24
**born** [2] - 2267:3, 2273:1
**borrowed** [1] - 2185:6
**bottom** [3] - 2160:3, 2196:8, 2196:9,
2220:15, 2220:18
**bought** [2] - 2183:12, 2198:10
**bouncer's** [1] - 2185:6
**bouncing** [1] - 2261:1
**bout** [1] - 2281:5
**box** [1] - 2328:15
**boy** [4] - 2169:14, 2170:7, 2249:17,
2312:15
**boyfriend** [1] - 2117:2
**bragging** [3] - 2344:3, 2344:6, 2346:8
**brain** [3] - 2156:13, 2162:21, 2164:19
**brake** [1] - 2160:4
**brand** [2] - 2123:23, 2124:8
**brand-new** [2] - 2123:23, 2124:8
**brass** [2] - 2217:17, 2223:13
**break** [8] - 2160:6, 2174:19, 2175:10,
2176:24, 2201:20, 2262:14, 2274:22,
2317:5
**breaking** [2] - 2262:7, 2349:9
**breaks** [1] - 2351:4
**breastplate** [1] - 2152:20
**breech** [1] - 2228:8
**bridged** [1] - 2209:12
**brief** [2] - 2208:14, 2334:18
**briefly** [12] - 2111:19, 2127:1, 2143:9,
2169:23, 2178:22, 2179:11, 2180:5,
2182:1, 2195:24, 2207:25, 2265:4,
2337:23
**bring** [8] - 2112:23, 2138:25, 2174:24,
2175:2, 2198:14, 2260:6, 2265:14,
2317:17
**bringing** [1] - 2111:22
**brings** [1] - 2362:17
**broken** [2] - 2174:11, 2175:9
**Bronx** [1] - 2148:3
**Brooklyn** [14] - 2109:6, 2109:17,
2110:11, 2130:3, 2131:25, 2142:21,
2147:14, 2169:4, 2188:12, 2188:13,
2194:1, 2237:12, 2273:2, 2291:12

**brother** [4] - 2270:4, 2282:25, 2320:1, 2333:15
**brothers** [1] - 2282:24
**Brothers** [1] - 2293:20
**brought** [10] - 2137:13, 2153:2, 2153:4, 2162:8, 2162:10, 2162:11, 2164:11, 2201:13, 2211:7, 2325:10
**Brownsville** [3] - 2273:2, 2273:3, 2273:5
**bruises** [1] - 2160:23
**Buddha** [2] - 2329:22, 2330:4
**bugged** [1] - 2304:11
**Buick** [1] - 2335:10
**building** [16] - 2170:8, 2189:24, 2190:6, 2273:18, 2275:23, 2276:10, 2283:19, 2297:19, 2300:19, 2306:16, 2325:1, 2333:23, 2333:24, 2334:4, 2335:9, 2344:17
**buildings** [2] - 2275:24, 2297:18
**bullet** [42] - 2152:19, 2152:22, 2157:1, 2157:2, 2157:3, 2157:5, 2158:22, 2164:6, 2166:4, 2166:5, 2166:6, 2166:10, 2166:15, 2210:11, 2210:24, 2211:1, 2211:2, 2211:17, 2216:8, 2217:18, 2217:19, 2217:20, 2218:6, 2218:7, 2219:6, 2219:12, 2219:13, 2219:15, 2219:16, 2219:21, 2220:4, 2223:12, 2224:14, 2225:3, 2225:4, 2226:4, 2226:9, 2226:10, 2226:11, 2228:10
**bullets** [40] - 2155:25, 2156:1, 2156:22, 2158:15, 2158:16, 2158:17, 2158:19, 2165:9, 2166:3, 2166:14, 2209:4, 2209:7, 2211:13, 2211:20, 2211:24, 2211:25, 2213:14, 2214:8, 2214:17, 2214:20, 2214:23, 2215:2, 2215:6, 2215:20, 2216:2, 2216:3, 2216:4, 2217:14, 2217:17, 2217:23, 2218:13, 2218:15, 2218:19, 2218:25, 2219:7, 2223:15, 2224:16, 2225:6, 2225:17
**bumped** [1] - 2191:3
**bunch** [2] - 2167:7, 2283:24
**burden** [1] - 2167:6
**burglaries** [2] - 2267:13, 2313:13
**Bush** [9] - 2282:16, 2283:1, 2284:1, 2284:21, 2285:20, 2286:8, 2286:24
**business** [8] - 2181:24, 2182:2, 2298:17, 2303:16, 2317:4, 2347:23, 2347:25, 2365:20
**buttock** [2] - 2163:21
**buttoned** [1] - 2268:4
**buys** [1] - 2313:20
**BY** [49] - 2109:15, 2109:15, 2109:16, 2109:20, 2109:20, 2109:24, 2110:3, 2110:6, 2115:2, 2125:14, 2127:3, 2129:24, 2131:7, 2140:2, 2142:4, 2147:3, 2168:12, 2172:2, 2178:4, 2196:14, 2201:6, 2207:16, 2227:9, 2230:4, 2233:9, 2237:8, 2265:7, 2266:23, 2327:2, 2367:7, 2367:8, 2367:9, 2367:10, 2367:13, 2367:14,

2367:16, 2367:18, 2367:20, 2367:22, 2367:24, 2367:25, 2368:1, 2368:5, 2368:7, 2368:10, 2368:12, 2368:15, 2368:16, 2368:18
**bye** [1] - 2306:4
**bystander** [1] - 2357:20

# C

**C"** [1] - 2322:16
**c-h-r-i-s-t-i-e** [1] - 2128:11
**cab** [2] - 2185:7, 2316:5
**Cadman** [2] - 2109:17, 2110:10
**calculation** [1] - 2349:14
**calendar** [1] - 2216:1
**caliber** [31] - 2145:4, 2210:25, 2211:1, 2211:2, 2214:10, 2215:19, 2215:20, 2215:25, 2216:2, 2216:3, 2216:4, 2216:14, 2216:21, 2217:15, 2217:16, 2217:17, 2217:19, 2217:20, 2217:22, 2218:5, 2218:12, 2218:13, 2218:19, 2219:16, 2224:10, 2224:10, 2225:1, 2226:11, 2227:24, 2227:25
**calibers** [1] - 2217:15
**California** [2] - 2147:22, 2355:3
**Camitz** [6] - 2149:22, 2160:13, 2161:15, 2162:8, 2164:12, 2356:19
**Campbell** [3] - 2197:11, 2198:19, 2199:10
**CANALES** [1] - 2110:10
**capital** [2] - 2207:11, 2362:13
**Caprice** [2] - 2136:16, 2136:24
**car** [79] - 2117:15, 2117:20, 2117:24, 2118:6, 2118:18, 2118:20, 2118:21, 2118:22, 2118:24, 2119:18, 2120:12, 2120:19, 2121:1, 2121:7, 2121:11, 2122:8, 2122:11, 2123:8, 2123:17, 2123:20, 2124:23, 2125:25, 2126:7, 2126:8, 2126:14, 2128:24, 2132:9, 2135:20, 2135:22, 2136:3, 2136:6, 2136:7, 2144:9, 2159:20, 2161:8, 2172:15, 2173:10, 2173:12, 2175:8, 2180:10, 2188:4, 2188:9, 2195:16, 2195:18, 2197:20, 2218:21, 2290:18, 2290:19, 2290:21, 2290:23, 2335:13, 2335:14, 2338:22, 2338:24, 2339:3, 2339:4, 2340:5, 2340:10, 2340:20, 2341:24, 2342:7, 2342:11, 2342:13, 2342:16, 2343:1, 2343:4, 2343:5, 2343:14, 2356:12, 2356:17, 2357:10, 2357:11, 2357:12
**care** [3] - 2201:19, 2253:15, 2355:4
**careens** [1] - 2356:13
**carl** [1] - 2322:10
**CAROL** [2] - 2110:2, 2110:3
**Carolina** [1] - 2131:13
**carried** [1] - 2189:23
**carrying** [4] - 2320:11, 2353:23, 2353:24, 2356:14
**cars** [5] - 2119:2, 2123:21, 2124:7, 2126:10, 2189:22
**cartridge** [40] - 2209:5, 2209:6,

2209:23, 2210:2, 2210:9, 2210:13, 2210:18, 2210:20, 2210:21, 2210:22, 2211:25, 2213:14, 2214:7, 2215:19, 2215:20, 2215:25, 2216:1, 2216:14, 2216:19, 2218:5, 2218:24, 2219:9, 2220:3, 2220:11, 2220:15, 2220:17, 2221:16, 2222:12, 2222:16, 2224:5, 2224:10, 2224:12, 2225:2, 2225:16, 2226:3, 2226:7, 2227:17
**cartridges** [9] - 2209:7, 2219:9, 2220:4, 2220:20, 2221:17, 2221:18, 2222:5, 2222:13
**carved** [1] - 2359:20
**case** [49] - 2112:9, 2112:12, 2113:17, 2137:20, 2138:24, 2139:17, 2140:8, 2140:11, 2143:8, 2149:19, 2154:3, 2160:16, 2167:2, 2174:20, 2176:6, 2196:24, 2197:16, 2206:21, 2211:8, 2212:19, 2214:4, 2221:3, 2222:19, 2228:17, 2235:11, 2260:12, 2260:15, 2261:13, 2271:3, 2279:18, 2288:3, 2296:23, 2297:12, 2308:2, 2308:4, 2308:5, 2335:1, 2347:16, 2348:13, 2351:4, 2351:12, 2351:18, 2355:22, 2356:4, 2359:14, 2362:11, 2362:17, 2365:23
**cases** [2] - 2291:12, 2356:3
**Cash** [1] - 2293:20
**casing** [8] - 2210:13, 2210:22, 2210:23, 2211:18, 2222:16, 2227:24, 2228:11
**casings** [43] - 2145:3, 2145:4, 2145:22, 2146:1, 2209:5, 2209:6, 2209:23, 2210:18, 2210:21, 2211:13, 2211:19, 2211:24, 2211:25, 2213:14, 2214:7, 2215:19, 2215:20, 2215:25, 2216:1, 2216:14, 2216:19, 2218:5, 2218:12, 2218:15, 2218:19, 2218:24, 2219:9, 2220:3, 2220:11, 2221:16, 2222:12, 2224:5, 2224:11, 2224:12, 2225:1, 2225:2, 2225:16, 2226:3, 2226:7, 2227:23, 2228:5
**casual** [1] - 2312:3
**cat** [1] - 2249:18
**catch** [2] - 2290:10, 2316:5
**catching** [1] - 2143:8
**caught** [8] - 2274:17, 2274:24, 2287:25, 2288:13, 2289:5, 2292:2, 2361:3, 2361:11
**CAUSE** [1] - 2109:10
**caused** [6] - 2133:14, 2133:24, 2134:17, 2135:7, 2163:22, 2281:16
**causing** [2] - 2358:9, 2358:20
**cell** [4] - 2178:11, 2244:22, 2341:20
**cellular** [1] - 2231:8
**center** [1] - 2336:25
**certain** [7] - 2160:8, 2205:14, 2211:24, 2213:20, 2227:18, 2268:25, 2366:5
**certainly** [3] - 2171:6, 2213:18, 2348:9
**Certified** [1] - 2149:9
**cervical** [2] - 2160:20, 2161:13
**chain** [6] - 2180:7, 2277:11, 2277:14,

2277:16, 2277:19, 2277:22
**chain-snatching** [5] - 2277:11, 2277:14, 2277:16, 2277:19, 2277:22
**chains** [1] - 2277:24
**challenged** [1] - 2259:2
**chance** [3] - 2111:10, 2254:9, 2345:22
**chances** [1] - 2335:2
**change** [6] - 2232:19, 2235:22, 2244:14, 2264:2, 2314:22
**changed** [6] - 2234:24, 2235:23, 2236:3, 2255:18, 2264:10
**changing** [1] - 2363:13
**characteristics** [1] - 2212:1
**charge** [34] - 2112:9, 2112:16, 2147:10, 2148:2, 2171:2, 2201:2, 2270:15, 2274:17, 2281:8, 2291:15, 2296:9, 2310:24, 2315:6, 2348:21, 2349:3, 2351:2, 2351:11, 2351:14, 2352:9, 2352:13, 2352:17, 2354:5, 2358:1, 2358:3, 2358:11, 2358:13, 2358:24, 2359:5, 2361:19, 2361:20, 2363:7, 2363:19, 2364:4, 2365:1
**charged** [6] - 2141:4, 2170:23, 2197:20, 2200:23, 2200:25, 2291:10
**charges** [6] - 2310:23, 2349:8, 2353:25, 2364:13, 2365:5
**charging** [1] - 2365:9
**Charles** [1] - 2197:4
**Charlie** [1] - 2285:15
**chart** [1] - 2176:4
**chasing** [1] - 2291:3
**chat** [1] - 2202:3
**check** [1] - 2317:10
**chest** [3] - 2152:17, 2152:20, 2336:25
**Chevy** [3] - 2135:21, 2136:15, 2136:24
**Chief** [1] - 2147:8
**chief** [3] - 2147:10, 2148:2, 2148:6
**children** [2] - 2255:23, 2274:4
**chilling** [1] - 2300:3
**choose** [1] - 2365:3
**Christie** [2] - 2128:7, 2128:9
**chunky** [1] - 2223:3
**circles** [1] - 2155:7
**Circuit** [1] - 2356:3
**City** [6] - 2131:15, 2142:5, 2147:8, 2148:1, 2168:13, 2207:22
**claim** [1] - 2257:9
**clarification** [3] - 2236:6, 2248:20, 2352:12
**clarify** [6] - 2124:11, 2161:15, 2191:14, 2246:23, 2253:2, 2256:14
**class** [4] - 2217:18, 2219:16, 2226:4, 2226:11
**Clausen** [6] - 2274:19, 2289:21, 2289:24, 2290:1, 2324:25, 2325:3
**clear** [15] - 2119:25, 2155:12, 2171:3, 2205:3, 2221:24, 2222:4, 2232:15, 2241:11, 2241:23, 2242:16, 2257:4, 2257:23, 2258:17, 2261:15, 2266:17
**clearer** [1] - 2261:4
**CLERK** [42] - 2111:1, 2111:23, 2114:10,

2114:13, 2114:15, 2115:12, 2115:18, 2130:17, 2130:19, 2130:22, 2141:15, 2141:18, 2146:10, 2146:13, 2146:16, 2146:18, 2146:21, 2167:20, 2167:22, 2168:1, 2171:11, 2171:15, 2174:21, 2177:16, 2177:20, 2201:22, 2202:4, 2203:22, 2207:5, 2207:9, 2229:18, 2229:22, 2237:1, 2238:23, 2240:22, 2253:16, 2260:2, 2260:9, 2266:6, 2266:10, 2266:16, 2346:16
**clerk** [7] - 2111:25, 2204:9, 2207:6, 2229:17, 2236:23, 2353:15, 2354:15
**clerks** [1] - 2353:14
**Clifton** [2] - 2296:12, 2296:14
**close** [14] - 2122:22, 2153:1, 2156:21, 2158:11, 2210:1, 2266:18, 2276:2, 2294:6, 2295:25, 2298:17, 2314:14, 2319:18, 2322:13, 2341:5
**close-range** [2] - 2153:1, 2156:21
**closely** [1] - 2322:14
**closer** [11] - 2122:19, 2122:20, 2122:23, 2122:24, 2122:25, 2151:10, 2297:6, 2319:6, 2319:7, 2340:14
**closing** [1] - 2306:18
**clothes** [2] - 2290:24, 2312:5
**clothing** [2] - 2291:20
**club** [30] - 2115:23, 2115:25, 2116:6, 2117:8, 2117:12, 2117:13, 2118:4, 2118:12, 2119:1, 2119:6, 2120:24, 2121:24, 2124:10, 2125:2, 2125:3, 2127:23, 2128:12, 2180:6, 2184:12, 2184:16, 2184:18, 2185:3, 2185:10, 2188:25, 2190:15, 2331:13, 2332:20, 2332:22, 2357:13
**clubgoers** [2] - 2122:6, 2122:7
**clubs** [1] - 2116:12
**CMB** [18] - 2293:12, 2293:14, 2293:15, 2293:18, 2310:6, 2320:5, 2320:9, 2320:13, 2320:15, 2321:4, 2321:13, 2322:5, 2322:11, 2322:24, 2324:10, 2333:10, 2333:14, 2345:11
**cnlsnic@aol.com** [1] - 2110:11
**coating** [1] - 2223:13
**Cobray** [3] - 2223:1, 2226:16, 2227:2
**cocaine** [12] - 2179:1, 2180:2, 2183:23, 2278:7, 2281:3, 2287:23, 2293:7, 2293:8, 2305:3, 2305:18, 2305:20, 2316:4, 2317:20
**Cock** [1] - 2293:12
**collapse** [2] - 2354:3, 2355:10
**collect** [2] - 2138:6
**collective** [1] - 2366:11
**college** [2] - 2274:19, 2274:21
**College** [4] - 2182:25, 2183:19, 2184:7, 2184:14
**Colon** [12] - 2149:21, 2151:17, 2152:15, 2153:2, 2214:13, 2269:10, 2270:9, 2315:16, 2319:2, 2329:11, 2329:15, 2331:5
**color** [2] - 2124:8, 2126:20
**coloring** [1] - 2342:2

**colors** [1] - 2342:4
**Columbia** [1] - 2148:4
**column** [1] - 2161:13
**comfortable** [1] - 2353:13
**coming** [24] - 2111:12, 2112:4, 2113:5, 2120:4, 2130:5, 2175:22, 2182:19, 2193:10, 2203:4, 2280:11, 2283:3, 2283:4, 2294:18, 2296:11, 2296:15, 2303:7, 2312:20, 2313:21, 2333:1, 2334:4, 2334:5, 2340:3, 2346:10, 2364:14
**command** [2] - 2326:4, 2363:24
**commanding** [1] - 2364:1
**commands** [2] - 2326:7, 2363:23
**comment** [1] - 2358:15
**comments** [1] - 2360:20
**commit** [3] - 2181:17, 2267:11, 2327:21
**committed** [2] - 2267:13, 2343:25
**committing** [7] - 2275:3, 2275:6, 2286:2, 2286:3, 2286:5, 2286:8, 2297:12
**communication** [1] - 2254:23
**community** [2] - 2285:7, 2286:1
**companies** [1] - 2251:1
**company** [6] - 2131:13, 2240:7, 2243:25, 2249:21, 2251:3, 2259:1
**compare** [9] - 2209:4, 2211:12, 2211:13, 2211:17, 2211:19, 2212:3, 2218:14, 2222:18, 2225:17, 2227:13, 2227:19, 2228:5, 2228:14, 2229:2, 2254:9, 2264:11, 2275:19
**compared** [1] - 2218:7
**comparing** [1] - 2222:11
**comparison** [4] - 2209:11, 2216:4, 2218:11, 2225:8
**comparisons** [1] - 2218:18
**complaining** [1] - 2342:23
**complete** [3] - 2161:14, 2166:23, 2344:25, 2351:12
**completed** [3] - 2147:18, 2147:19, 2147:24
**completely** [1] - 2356:8
**completing** [1] - 2112:8
**complicated** [1] - 2255:20
**complications** [1] - 2153:17
**compliment** [1] - 2354:14
**comply** [1] - 2271:18
**compound** [1] - 2199:8
**compressions** [1] - 2222:25
**Computer** [1] - 2110:13
**computer** [1] - 2174:8
**Computer-Assisted** [1] - 2110:13
**computers** [1] - 2270:8
**conceded** [1] - 2346:9
**concept** [2] - 2355:21, 2356:4
**conceptually** [4] - 2357:4, 2358:9, 2359:15, 2359:16
**concern** [2] - 2202:3, 2358:7
**concerned** [4] - 2256:10, 2344:5, 2353:4, 2358:7
**concerning** [5] - 2182:2, 2201:10,

2238:21, 2244:22, 2317:21
**concerns** [3] - 2154:10, 2203:12, 2343:23
**conclude** [2] - 2219:20, 2361:1
**concluded** [1] - 2213:24
**conclusion** [2] - 2213:20, 2216:18
**conclusions** [4] - 2213:5, 2213:20, 2214:2, 2214:16
**concurrent** [1] - 2279:19
**confer** [1] - 2347:11
**confident** [1] - 2333:20
**conflict** [1] - 2306:24
**confrontation** [1] - 2316:18
**confused** [3] - 2243:19, 2258:13, 2355:13
**confusion** [5] - 2251:14, 2251:17, 2251:19, 2261:6, 2359:15
**congratulate** [1] - 2113:20
**connect** [1] - 2316:3
**connected** [1] - 2280:11
**Connecticut** [4] - 2286:18, 2286:22, 2288:12, 2289:6
**connection** [26] - 2135:10, 2138:24, 2196:23, 2197:2, 2197:16, 2212:19, 2214:3, 2214:12, 2215:13, 2216:11, 2220:16, 2225:21, 2230:18, 2231:2, 2231:18, 2240:13, 2240:24, 2241:18, 2242:11, 2244:3, 2248:24, 2270:21, 2271:7, 2281:11, 2286:25, 2313:14
**consent** [1] - 2112:4
**consented** [1] - 2112:3
**consequence** [2] - 2331:17, 2331:20
**consider** [6] - 2175:13, 2177:6, 2359:19, 2361:14, 2362:23, 2363:18
**considered** [2] - 2171:1, 2321:5
**consistent** [2] - 2161:7, 2222:2
**consists** [2] - 2210:21, 2251:19
**conspiracy** [4] - 2315:15, 2315:21, 2349:8, 2360:13
**conspiring** [1] - 2284:7
**constellation** [1] - 2160:24
**construction** [1] - 2279:6
**consume** [1] - 2175:24
**CONT'D** [1] - 2327:1
**contact** [1] - 2203:18
**contacted** [1] - 2182:20
**context** [3] - 2293:2, 2355:14, 2357:7
**continually** [1] - 2221:23
**continue** [5] - 2151:10, 2199:25, 2262:11, 2299:11, 2348:25
**continued** [4] - 2205:22, 2243:12, 2259:11, 2326:10
**CONTINUED** [1] - 2110:1
**Continued** [1] - 2352:20
**contract** [1] - 2131:13
**control** [6] - 2211:7, 2301:20, 2302:11, 2311:24, 2357:11, 2357:12
**controlled** [4] - 2178:17, 2178:18, 2178:20, 2179:19
**controlling** [3] - 2311:23, 2312:3, 2322:17

**controls** [2] - 2331:22, 2331:23
**convene** [1] - 2262:7
**conversation** [20] - 2117:11, 2117:24, 2133:11, 2303:6, 2304:14, 2309:11, 2309:15, 2312:4, 2318:1, 2324:19, 2325:8, 2325:9, 2333:18, 2334:19, 2335:18, 2336:18, 2339:7, 2339:13, 2339:15, 2343:1
**conversations** [3] - 2299:19, 2299:22, 2321:18
**convicted** [1] - 2178:14
**conviction** [4] - 2178:19, 2180:2, 2180:4, 2180:5
**Cooke** [1] - 2347:22
**cool** [2] - 2301:18, 2304:15
**cooperation** [5] - 2271:10, 2271:24, 2272:12, 2272:20, 2360:22
**cooperator** [3] - 2113:4, 2176:2, 2176:22
**cooperators** [1] - 2362:25
**coordinating** [1] - 2177:11
**copper** [2] - 2216:14, 2223:13
**cops** [2] - 2191:8, 2191:13
**copy** [6] - 2137:1, 2137:3, 2223:1, 2256:13, 2256:19
**cord** [2] - 2160:21, 2161:14
**core** [10] - 2223:12, 2223:14, 2223:16, 2223:19, 2224:18
**corner** [29] - 2119:25, 2120:9, 2121:12, 2121:13, 2122:3, 2122:8, 2122:17, 2122:25, 2123:15, 2124:15, 2124:16, 2125:9, 2128:18, 2128:19, 2128:20, 2128:23, 2145:8, 2179:14, 2274:19, 2280:17, 2289:23, 2302:25, 2303:7, 2303:11, 2303:12, 2303:17, 2324:25, 2342:18, 2342:22
**corners** [1] - 2120:11
**corny** [1] - 2325:24
**correct** [89] - 2123:3, 2124:12, 2125:17, 2128:14, 2140:9, 2140:10, 2140:12, 2142:18, 2143:19, 2146:2, 2150:14, 2151:2, 2155:13, 2162:12, 2163:6, 2165:18, 2165:19, 2168:14, 2168:21, 2168:22, 2169:1, 2169:2, 2169:9, 2169:10, 2169:25, 2172:9, 2172:13, 2172:19, 2173:7, 2173:11, 2196:21, 2202:15, 2212:7, 2218:17, 2225:19, 2227:15, 2227:21, 2227:22, 2228:3, 2228:13, 2228:15, 2228:16, 2228:19, 2228:24, 2229:3, 2229:4, 2231:5, 2231:6, 2231:13, 2231:25, 2232:1, 2232:3, 2232:4, 2232:10, 2232:13, 2232:16, 2233:3, 2238:14, 2238:23, 2240:2, 2241:4, 2242:8, 2242:22, 2244:4, 2244:10, 2247:8, 2250:14, 2262:21, 2263:4, 2263:5, 2268:18, 2269:14, 2269:22, 2291:8, 2292:13, 2295:5, 2297:11, 2297:13, 2310:21, 2315:16, 2318:14, 2328:17, 2329:11, 2341:7, 2345:9, 2354:21, 2355:24, 2359:16, 2364:4

**Correctional** [1] - 2180:25
**corrections** [1] - 2357:25
**correctly** [4] - 2228:17, 2261:2, 2275:1, 2353:25
**correlation** [1] - 2161:24
**corresponds** [1] - 2113:25
**corroborate** [1] - 2152:13
**counsel** [15] - 2111:3, 2144:15, 2167:10, 2176:9, 2196:3, 2212:12, 2230:20, 2248:12, 2254:24, 2255:12, 2255:15, 2256:2, 2260:25, 2347:11, 2355:25
**Counsel** [1] - 2152:1
**counsel's** [1] - 2208:7
**Count** [2] - 2355:21, 2358:8
**counts** [1] - 2355:9
**County** [2] - 2147:7, 2147:11
**couple** [23] - 2116:13, 2125:21, 2127:7, 2176:4, 2181:18, 2184:20, 2198:1, 2204:5, 2206:21, 2233:12, 2261:24, 2262:15, 2281:24, 2299:18, 2303:23, 2312:14, 2340:15, 2353:24, 2354:2, 2354:4, 2355:4, 2356:3, 2360:20
**courage** [1] - 2332:2
**course** [5] - 2123:22, 2250:24, 2284:1, 2348:11, 2359:1
**Court** [5] - 2148:22, 2204:4, 2356:2, 2362:10, 2363:3
**COURT** [419] - 2109:1, 2110:10, 2111:4, 2111:9, 2111:13, 2111:15, 2111:19, 2112:6, 2112:14, 2112:19, 2113:1, 2113:4, 2113:10, 2113:14, 2113:22, 2113:25, 2114:3, 2114:7, 2114:12, 2124:3, 2124:6, 2125:2, 2125:4, 2125:6, 2125:9, 2125:11, 2126:25, 2127:19, 2129:21, 2130:15, 2131:4, 2133:17, 2133:20, 2133:22, 2133:25, 2134:3, 2134:14, 2136:11, 2136:18, 2136:20, 2138:14, 2138:17, 2139:2, 2139:4, 2139:6, 2139:8, 2139:23, 2141:2, 2141:5, 2141:7, 2142:1, 2143:22, 2143:24, 2144:2, 2144:4, 2144:6, 2144:10, 2144:12, 2144:18, 2144:20, 2145:14, 2145:16, 2146:5, 2146:25, 2148:8, 2148:14, 2148:19, 2148:23, 2149:10, 2149:14, 2150:10, 2150:16, 2150:19, 2150:22, 2150:24, 2151:1, 2151:3, 2151:6, 2151:9, 2151:13, 2151:16, 2152:2, 2152:9, 2152:14, 2153:20, 2154:8, 2154:22, 2154:24, 2158:4, 2159:12, 2159:15, 2159:18, 2159:22, 2161:7, 2161:10, 2162:1, 2162:7, 2162:13, 2162:15, 2163:22, 2163:24, 2164:1, 2164:3, 2166:18, 2166:20, 2166:22, 2167:15, 2167:18, 2168:7, 2169:13, 2169:16, 2169:18, 2170:18, 2170:21, 2170:25, 2171:7, 2171:22, 2171:25, 2173:22, 2174:15, 2174:18, 2174:24, 2175:2, 2175:11, 2175:13, 2175:18, 2175:24, 2176:2, 2176:6, 2176:9, 2176:13,

2178:1, 2179:8, 2186:24, 2192:21, 2193:12, 2194:19, 2194:22, 2194:25, 2195:10, 2195:13, 2195:23, 2196:3, 2196:6, 2196:9, 2198:22, 2200:21, 2200:24, 2201:3, 2201:15, 2201:18, 2201:23, 2202:6, 2202:8, 2202:12, 2202:17, 2202:20, 2202:23, 2203:4, 2203:6, 2203:15, 2203:17, 2203:24, 2204:2, 2204:6, 2204:13, 2204:20, 2205:4, 2205:11, 2205:16, 2205:20, 2206:4, 2206:8, 2206:11, 2206:15, 2206:19, 2207:13, 2208:7, 2208:12, 2208:14, 2208:17, 2209:15, 2212:13, 2212:15, 2213:17, 2213:23, 2214:15, 2215:11, 2221:8, 2221:10, 2221:13, 2227:5, 2227:7, 2229:7, 2229:9, 2229:12, 2229:23, 2230:17, 2230:20, 2230:22, 2230:25, 2231:20, 2233:5, 2233:7, 2233:15, 2233:17, 2234:6, 2236:7, 2236:9, 2236:13, 2236:17, 2236:19, 2237:5, 2238:25, 2239:3, 2239:5, 2239:7, 2239:10, 2239:18, 2240:15, 2240:17, 2240:20, 2240:23, 2240:25, 2241:11, 2241:16, 2241:19, 2241:22, 2242:6, 2242:9, 2242:12, 2242:15, 2242:18, 2242:21, 2242:23, 2242:25, 2243:4, 2243:7, 2243:9, 2243:16, 2243:22, 2244:5, 2245:5, 2245:10, 2245:16, 2245:19, 2246:1, 2246:5, 2246:9, 2246:14, 2246:20, 2246:22, 2247:3, 2247:6, 2247:11, 2247:13, 2247:23, 2247:25, 2248:2, 2248:4, 2248:7, 2248:9, 2248:12, 2248:25, 2249:4, 2249:7, 2249:9, 2249:14, 2249:20, 2249:23, 2250:4, 2250:7, 2250:13, 2250:15, 2250:19, 2250:23, 2251:8, 2251:12, 2251:18, 2251:24, 2252:4, 2252:9, 2252:13, 2252:17, 2252:19, 2252:22, 2253:1, 2253:3, 2253:5, 2253:8, 2253:12, 2253:14, 2253:18, 2254:4, 2254:20, 2255:4, 2255:6, 2255:21, 2256:9, 2256:12, 2256:15, 2256:17, 2256:21, 2257:2, 2257:14, 2257:17, 2257:21, 2258:1, 2258:8, 2258:10, 2258:16, 2258:21, 2258:23, 2258:25, 2259:6, 2260:5, 2260:10, 2261:22, 2263:2, 2263:4, 2263:6, 2265:3, 2265:18, 2265:20, 2265:23, 2266:3, 2266:17, 2268:6, 2268:16, 2272:20, 2272:24, 2284:18, 2300:17, 2309:24, 2314:2, 2315:10, 2321:10, 2327:7, 2327:12, 2327:17, 2329:5, 2329:8, 2344:24, 2345:5, 2345:8, 2346:14, 2346:18, 2346:21, 2347:2, 2347:5, 2347:9, 2347:14, 2347:23, 2347:25, 2348:4, 2348:8, 2348:11, 2348:15, 2348:20, 2349:16, 2349:20, 2349:22, 2350:3, 2350:8, 2350:11, 2350:16, 2350:24, 2351:20, 2351:22, 2351:25, 2352:7, 2353:1, 2353:9, 2353:11, 2353:13, 2354:24, 2355:2, 2355:8, 2356:14,

2356:22, 2357:4, 2357:11, 2357:17, 2357:20, 2357:25, 2358:19, 2358:23, 2359:4, 2359:9, 2360:4, 2360:6, 2360:8, 2360:16, 2361:4, 2361:12, 2361:21, 2362:1, 2362:6, 2362:9, 2362:18, 2362:21, 2363:1, 2363:6, 2363:11, 2363:19, 2363:24, 2364:3, 2364:7, 2364:10, 2364:21, 2365:8, 2365:13, 2365:25, 2366:7, 2366:16

court [10] - 2149:2, 2174:25, 2267:25, 2268:7, 2291:12, 2345:18, 2345:19, 2345:24, 2346:11, 2349:19

Courthouse [1] - 2109:5

courtroom [5] - 2206:17, 2206:18, 2253:17, 2346:17, 2347:15

crack [15] - 2182:6, 2278:7, 2278:15, 2278:19, 2278:21, 2279:10, 2281:3, 2287:23, 2293:8, 2305:3, 2305:17, 2305:20, 2318:2, 2318:5

Craig [1] - 2172:24

crash [1] - 2122:21

crashed [1] - 2122:9

Crazy [5] - 2298:4, 2298:21, 2303:2, 2309:12, 2310:12

creates [1] - 2349:5

creating [1] - 2254:25

credibility [2] - 2153:25, 2362:19

crevice [1] - 2120:10

crevices [1] - 2120:10

crews [2] - 2293:9, 2293:10

Crime [6] - 2142:12, 2142:14, 2142:17, 2168:20, 2168:23, 2169:1

crime [33] - 2142:20, 2142:24, 2143:2, 2143:6, 2143:14, 2143:16, 2144:24, 2145:11, 2169:3, 2169:6, 2169:16, 2170:13, 2170:16, 2178:14, 2178:16, 2212:14, 2212:15, 2214:19, 2220:1, 2227:14, 2228:19, 2228:23, 2268:25, 2277:7, 2280:5, 2280:8, 2283:10, 2287:18, 2288:9, 2358:23, 2359:1

crimes [15] - 2181:17, 2267:11, 2268:20, 2268:22, 2271:15, 2275:3, 2275:5, 2286:2, 2286:3, 2286:5, 2286:8, 2286:10, 2297:12, 2355:15

CRIMINAL [1] - 2109:10

criminal [12] - 2111:1, 2178:17, 2178:20, 2179:18, 2271:12, 2271:13, 2276:16, 2276:20, 2283:12, 2286:17, 2322:4, 2322:15

critical [2] - 2166:23, 2254:20

criticizing [1] - 2350:4

crock [1] - 2317:20

crop [1] - 2177:8

cross [14] - 2139:23, 2152:6, 2153:21, 2154:10, 2166:18, 2167:6, 2170:21, 2195:23, 2201:13, 2213:25, 2227:5, 2257:2, 2257:23, 2265:3

CROSS [14] - 2125:13, 2127:2, 2140:1, 2196:13, 2227:8, 2233:8, 2265:6, 2367:8, 2367:9, 2367:14, 2367:25, 2368:6, 2368:11, 2368:16

cross-examination [11] - 2139:23, 2152:6, 2153:21, 2154:10, 2166:18, 2167:6, 2170:21, 2195:23, 2213:25, 2227:5, 2265:3

CROSS-EXAMINATION [14] - 2125:13, 2127:2, 2140:1, 2196:13, 2227:8, 2233:8, 2265:6, 2367:8, 2367:9, 2367:14, 2367:25, 2368:6, 2368:11, 2368:16

cross-examine [2] - 2257:2, 2257:23

crowded [4] - 2122:3, 2122:9, 2122:10, 2122:12

crush [1] - 2278:12

CSR [1] - 2110:10

Cummings [1] - 2197:4

cup [1] - 2353:17

cupronickel [1] - 2223:13

curb [1] - 2135:15

cure [1] - 2204:23

curiosity [1] - 2233:6

custodian [1] - 2230:9

custodians [1] - 2230:9

custody [2] - 2137:23, 2286:16

customer [1] - 2232:18

cut [7] - 2112:20, 2180:9, 2191:1, 2193:15, 2197:21, 2197:22, 2354:1

cutting [1] - 2327:22

cycle [6] - 2223:7, 2232:12, 2232:15, 2232:19, 2232:23, 2235:21

cylinder [4] - 2209:25, 2210:1, 2210:4

**D**

D.A.'s [1] - 2139:20

dabbling [1] - 2301:1

DALE [3] - 2114:19, 2114:21, 2367:6

Dale [3] - 2113:3, 2113:24, 2114:19

damage [2] - 2144:9, 2156:13

Damion [8] - 2111:2, 2133:8, 2135:1, 2135:4, 2136:1, 2137:7, 2140:9, 2255:18

DAMION [1] - 2109:7

danger [2] - 2302:8, 2356:9

Darryl [2] - 2149:22, 2156:4

Dash [1] - 2171:18

databases [1] - 2173:6

date [5] - 2153:11, 2172:23, 2213:11, 2237:19, 2324:17

dating [1] - 2116:25

David [3] - 2169:14, 2169:23, 2263:3

DAVID [1] - 2109:20

Davis [17] - 2125:22, 2128:14, 2128:16, 2128:23, 2129:3, 2149:22, 2157:19, 2157:25, 2158:23, 2160:7, 2160:10, 2161:15, 2162:11, 2169:8, 2217:7, 2218:20, 2269:4

dawning [1] - 2340:23

dayananda [1] - 2262:11

DAYANANDA [109] - 2109:15, 2113:24, 2114:2, 2114:6, 2114:8, 2114:25, 2115:2, 2125:1, 2127:18, 2129:22,

2129:24, 2130:14, 2146:8, 2147:1, 2147:3, 2148:20, 2150:17, 2150:20, 2150:23, 2150:25, 2151:2, 2151:4, 2151:8, 2151:11, 2151:25, 2152:8, 2152:11, 2153:18, 2154:6, 2154:20, 2159:10, 2166:16, 2175:4, 2175:12, 2175:15, 2177:14, 2178:2, 2178:4, 2192:19, 2194:23, 2195:22, 2198:21, 2201:2, 2201:6, 2201:17, 2204:24, 2236:15, 2236:18, 2236:21, 2237:6, 2237:8, 2238:24, 2240:13, 2240:16, 2240:18, 2240:21, 2241:2, 2241:15, 2241:17, 2241:20, 2242:2, 2242:8, 2242:10, 2242:14, 2242:17, 2242:19, 2242:22, 2242:24, 2243:2, 2243:20, 2244:4, 2245:15, 2245:18, 2248:8, 2248:11, 2248:23, 2249:2, 2249:5, 2249:16, 2249:22, 2250:1, 2250:3, 2250:6, 2250:11, 2250:14, 2250:17, 2251:6, 2251:11, 2251:22, 2252:11, 2252:16, 2252:18, 2252:20, 2258:22, 2262:13, 2263:3, 2263:5, 2263:18, 2265:2, 2265:19, 2350:7, 2350:9, 2350:12, 2367:7, 2367:11, 2367:18, 2367:24, 2368:2, 2368:15
**Dayananda** [3] - 2152:2, 2159:5, 2166:23
**days** [2] - 2166:25, 2280:6
**daytime** [1] - 2203:2
**dead** [1] - 2351:25
**deadly** [1] - 2353:20
**deal** [10] - 2177:7, 2254:21, 2345:21, 2345:22, 2353:3, 2353:20, 2353:25, 2354:19, 2362:14, 2366:2
**dealers** [1] - 2314:5
**dealing** [23] - 2199:18, 2199:25, 2254:17, 2261:13, 2267:14, 2269:12, 2285:23, 2296:7, 2297:15, 2300:22, 2300:24, 2305:1, 2310:6, 2313:23, 2314:11, 2314:13, 2315:6, 2316:1, 2316:13, 2316:18, 2316:22, 2348:21, 2358:8
**dealings** [1] - 2298:17
**deals** [2] - 2149:12, 2311:25
**dealt** [1] - 2344:7
**death** [27] - 2151:20, 2152:3, 2152:12, 2153:14, 2153:15, 2153:23, 2155:3, 2156:7, 2156:8, 2157:22, 2157:23, 2161:11, 2161:12, 2162:20, 2164:17, 2165:23, 2167:5, 2270:22, 2271:2, 2271:4, 2358:9, 2358:20, 2362:7, 2362:11, 2362:16, 2362:21, 2362:24
**December** [4] - 2168:25, 2182:15, 2264:5, 2310:20
**decide** [3] - 2327:3, 2327:23, 2360:12
**decided** [9] - 2188:8, 2271:4, 2281:25, 2289:15, 2306:21, 2316:9, 2324:15, 2328:20, 2330:9
**decides** [1] - 2272:6
**deciding** [1] - 2339:18
**decision** [5] - 2271:1, 2324:20, 2333:11,

2361:7, 2362:17
**deep** [1] - 2339:7
**defendant** [3] - 2141:9, 2255:17, 2359:10
**DEFENDANT** [2] - 2109:19, 2109:23
**Defendant's** [1] - 2366:12
**defendants** [3] - 2141:8, 2206:17, 2356:18
**Defendants** [1] - 2109:8
**defending** [1] - 2180:9
**defense** [14] - 2176:9, 2208:7, 2230:20, 2254:24, 2255:12, 2256:2, 2258:5, 2260:25, 2348:13, 2349:14, 2350:23, 2351:18, 2352:5, 2361:19
**deferred** [2] - 2139:18, 2139:19
**definitely** [2] - 2310:9, 2347:4
**definition** [1] - 2359:7
**definitions** [1] - 2349:7
**deformed** [1] - 2224:13
**degree** [4] - 2147:18, 2180:13, 2359:7, 2365:2
**degrees** [1] - 2160:18
**DeKalb** [6] - 2169:4, 2170:11, 2273:8, 2273:20, 2274:19, 2303:8
**delegated** [1] - 2305:17
**deliberated** [1] - 2362:5
**deliberations** [1] - 2365:16
**delivered** [2] - 2182:6, 2182:8
**delivering** [1] - 2350:6
**delivery** [1] - 2362:5
**demonstrate** [2] - 2119:22, 2154:16
**demonstrated** [1] - 2160:16
**denigrate** [1] - 2359:23
**dense** [1] - 2254:14
**deny** [1] - 2325:16
**Department** [7] - 2131:15, 2142:6, 2168:14, 2172:8, 2205:8, 2207:22, 2244:22
**department** [3] - 2142:10, 2168:18, 2189:15
**depended** [1] - 2320:20
**depict** [1] - 2159:8
**depicts** [1] - 2159:20
**depleted** [1] - 2289:6
**deputy** [3] - 2147:10, 2148:2, 2148:6
**descent** [1] - 2161:5
**describe** [23] - 2117:11, 2147:15, 2150:8, 2156:25, 2158:2, 2158:6, 2159:23, 2160:5, 2160:15, 2163:14, 2179:11, 2180:5, 2185:19, 2186:21, 2199:1, 2222:1, 2223:6, 2226:24, 2268:3, 2268:12, 2296:6, 2303:4, 2337:23
**described** [6] - 2125:21, 2159:8, 2275:25, 2338:12, 2338:17, 2339:21
**describing** [3] - 2148:17, 2310:3, 2339:16
**description** [4] - 2135:9, 2271:12, 2336:14, 2337:16
**detain** [1] - 2292:2
**Detective** [6] - 2143:7, 2145:9, 2206:6,

2207:3, 2208:5, 2227:10
**detective** [7] - 2131:17, 2131:19, 2133:24, 2143:8, 2143:10, 2174:7, 2207:10
**determination** [1] - 2360:18
**determine** [2] - 2152:24, 2227:20
**Deuces** [1] - 2293:13
**devastating** [1] - 2112:17
**development** [1] - 2273:11
**device** [1] - 2210:7
**Dexlene** [2] - 2236:22, 2237:3
**DEXLENE** [1] - 2368:13
**Dezo** [1] - 2295:15
**diagram** [9] - 2153:19, 2154:19, 2155:3, 2155:12, 2158:2, 2158:8, 2163:16, 2170:13, 2170:16
**diagrams** [3] - 2150:21, 2167:7, 2175:14
**dialed** [1] - 2235:13
**dialing** [1] - 2312:12
**dialling** [2] - 2235:16, 2235:19
**diameter** [1] - 2211:1
**diaphragm** [2] - 2157:24
**DiCostanzo** [4] - 2206:6, 2207:4, 2207:10, 2208:5
**DICOSTANZO** [1] - 2368:3
**die** [2] - 2163:22, 2310:19
**died** [2] - 2155:21, 2303:4
**dies** [1] - 2161:20
**difference** [5] - 2209:21, 2215:5, 2227:1, 2256:23, 2319:17
**different** [27] - 2145:11, 2212:2, 2213:19, 2217:15, 2225:6, 2226:24, 2228:19, 2231:24, 2233:23, 2234:25, 2257:7, 2274:5, 2285:8, 2285:10, 2286:12, 2286:13, 2293:5, 2296:10, 2297:18, 2298:1, 2316:18, 2324:7, 2330:7, 2332:2, 2337:8, 2342:4, 2356:5
**difficult** [1] - 2255:21
**difficulty** [1] - 2365:2
**digging** [1] - 2276:22
**Dillon** [1] - 2132:7
**dime** [1] - 2281:5
**DIRECT** [23] - 2115:1, 2131:6, 2142:3, 2147:2, 2168:11, 2172:1, 2178:3, 2207:15, 2230:3, 2237:7, 2266:22, 2327:1, 2367:7, 2367:13, 2367:16, 2367:18, 2367:20, 2367:22, 2367:24, 2368:4, 2368:9, 2368:14, 2368:18
**direct** [13] - 2132:3, 2149:15, 2172:10, 2184:2, 2189:11, 2196:19, 2197:10, 2199:18, 2205:7, 2234:12, 2247:15, 2346:22, 2346:25
**directing** [2] - 2115:19, 2246:15
**direction** [7] - 2193:8, 2340:6, 2340:17, 2340:20, 2342:5, 2342:17, 2351:6
**directly** [4] - 2154:2, 2303:17, 2342:18, 2364:24
**disarray** [1] - 2332:14
**discharged** [4] - 2145:3, 2145:22,

**discussed** [1] - 2252:6
**disease** [1] - 2149:13
**dismissal** [1] - 2308:4
**dismissed** [2] - 2291:18, 2308:3
**disregard** [2] - 2239:18, 2247:17
**distal** [1] - 2160:1
**distinguish** [1] - 2338:17
**distinguished** [2] - 2206:4, 2359:24
**distinguishes** [1] - 2217:21
**distribute** [3] - 2198:24, 2359:13, 2359:14
**distributed** [1] - 2198:1
**distribution** [1] - 2359:11
**DISTRICT** [3] - 2109:1, 2109:1, 2109:11
**District** [1] - 2109:14
**divided** [1] - 2349:6
**Division** [1] - 2207:23
**DJ** [8] - 2318:1, 2318:2, 2318:8, 2318:9, 2318:12, 2318:17, 2321:24, 2322:4
**Doctor** [1] - 2146:10
**doctor** [1] - 2150:10
**document** [14] - 2157:2, 2200:9, 2204:9, 2242:1, 2242:2, 2242:3, 2244:1, 2244:2, 2246:25, 2251:15, 2257:6, 2257:18, 2257:21, 2365:9
**documents** [15] - 2112:3, 2143:5, 2143:13, 2150:14, 2217:2, 2243:22, 2254:1, 2254:14, 2254:15, 2256:11, 2256:24, 2258:1, 2258:18, 2264:13, 2347:20
**Doe** [1] - 2354:20
**dog** [1] - 2249:18
**dollars** [1] - 2312:14
**done** [17] - 2113:10, 2148:12, 2148:15, 2155:3, 2156:5, 2166:5, 2195:25, 2210:15, 2252:13, 2253:19, 2271:24, 2306:22, 2310:16, 2321:7, 2331:18, 2346:8, 2354:18
**door** [24] - 2119:1, 2119:2, 2119:3, 2119:4, 2119:5, 2119:10, 2186:1, 2191:7, 2191:13, 2193:8, 2193:10, 2294:23, 2306:25, 2307:1, 2307:2, 2332:10, 2332:12, 2338:8, 2338:11, 2338:12, 2338:16, 2340:16
**doors** [2] - 2306:18, 2338:3
**doorway** [5] - 2190:24, 2192:11, 2338:5, 2338:7, 2340:25, 2341:3
**dot** [2] - 2235:4, 2235:5
**dots** [1] - 2145:20
**doubt** [1] - 2153:24
**down** [40] - 2112:20, 2118:6, 2118:14, 2119:24, 2126:8, 2141:11, 2146:6, 2171:4, 2172:24, 2174:18, 2191:11, 2201:18, 2202:17, 2206:19, 2210:11, 2211:7, 2212:1, 2229:10, 2233:12, 2235:23, 2236:9, 2236:12, 2241:23, 2253:19, 2254:19, 2255:4, 2255:5, 2265:20, 2276:1, 2286:7, 2328:25, 2335:1, 2335:7, 2337:12, 2341:20, 2343:9, 2346:20, 2353:18, 2356:13,

2364:14
**downstairs** [10] - 2333:21, 2333:25, 2334:3, 2334:6, 2335:5, 2344:15, 2345:17, 2345:23, 2345:25
**downtown** [1] - 2357:15
**Dr** [10] - 2146:8, 2147:4, 2148:21, 2149:2, 2149:18, 2152:15, 2154:18, 2158:9, 2159:23, 2162:17
**draft** [1] - 2112:9
**dragged** [1] - 2191:7
**draw** [1] - 2115:10
**drawn** [2] - 2145:9, 2285:5
**drew** [1] - 2213:20
**drill** [1] - 2215:12
**drive** [2] - 2336:9, 2365:16
**driver** [4] - 2136:1, 2137:6, 2186:10, 2339:1
**driver's** [4] - 2117:25, 2119:16, 2123:19, 2357:10
**driving** [8] - 2117:15, 2123:21, 2126:9, 2126:10, 2126:21, 2135:12, 2335:24, 2337:3
**drop** [2] - 2341:18, 2343:15
**dropped** [4] - 2200:4, 2200:9, 2200:12, 2341:20
**drops** [2] - 2210:3, 2210:5
**drove** [3] - 2122:11, 2188:10, 2189:20
**drug** [33] - 2181:24, 2182:2, 2183:1, 2183:7, 2267:14, 2269:12, 2278:11, 2279:24, 2280:5, 2280:7, 2280:24, 2285:23, 2288:3, 2291:15, 2296:7, 2296:9, 2297:15, 2300:22, 2300:24, 2305:1, 2310:6, 2311:25, 2313:23, 2314:4, 2314:11, 2314:13, 2315:6, 2316:1, 2316:13, 2316:22, 2323:8, 2331:24, 2331:25
**drug-dealing** [16] - 2267:14, 2269:12, 2285:23, 2296:7, 2297:15, 2300:22, 2300:24, 2305:1, 2310:6, 2313:23, 2314:11, 2314:13, 2315:6, 2316:1, 2316:13, 2316:22
**drugs** [52] - 2178:23, 2178:25, 2179:2, 2179:4, 2179:12, 2183:12, 2193:20, 2198:14, 2199:8, 2199:18, 2199:25, 2204:15, 2269:3, 2278:4, 2278:6, 2278:22, 2279:12, 2280:15, 2280:19, 2280:21, 2280:22, 2283:10, 2286:21, 2287:1, 2287:7, 2287:22, 2288:13, 2288:16, 2288:25, 2292:14, 2292:17, 2292:24, 2296:11, 2299:24, 2301:1, 2301:2, 2304:19, 2308:9, 2313:15, 2313:21, 2316:5, 2318:3, 2318:10, 2319:3, 2320:11, 2322:18, 2323:14, 2323:19, 2323:23, 2324:7, 2359:12
**DUANE** [2] - 2171:19, 2367:21
**Duane** [2] - 2171:9, 2171:17
**ducked** [2] - 2118:4, 2123:16
**duct** [12] - 2186:4, 2187:10, 2187:11, 2187:13, 2187:14, 2187:18, 2187:19, 2187:21, 2190:19, 2190:22, 2192:3
**duct-taped** [7] - 2186:4, 2187:10,

2187:11, 2187:14, 2187:18, 2187:21, 2190:19
**dude** [8] - 2300:9, 2301:11, 2301:13, 2310:3, 2333:6, 2337:13, 2339:8
**dude's** [1] - 2304:11
**dudes** [5] - 2285:23, 2297:18, 2313:19, 2325:19, 2326:6
**due** [3] - 2117:3, 2160:2, 2350:25
**duly** [5] - 2114:22, 2131:2, 2141:23, 2146:23, 2168:6, 2171:20, 2177:24, 2207:8, 2230:1, 2236:24, 2266:14
**duped** [2] - 2290:5, 2290:7
**duration** [1] - 2306:17
**during** [23] - 2133:13, 2159:20, 2181:13, 2181:23, 2223:16, 2234:23, 2235:20, 2250:24, 2280:13, 2291:23, 2292:25, 2294:5, 2308:4, 2314:4, 2314:9, 2315:20, 2315:25, 2316:12, 2316:22, 2319:1, 2323:4, 2325:13, 2336:9
**Dust** [1] - 2298:9
**duty** [1] - 2173:12
**DWAYNE** [3] - 2266:12, 2266:13, 2368:17
**Dwayne** [2] - 2175:7, 2266:12
**dwell** [1] - 2353:2
**dynamic** [1] - 2323:11

# E

**e-mail** [1] - 2255:15
**e-mails** [1] - 2111:12
**early** [9] - 2175:10, 2176:24, 2183:9, 2183:22, 2201:20, 2206:22, 2276:21, 2335:10, 2335:12
**Earnest** [1] - 2169:15
**ears** [1] - 2359:21
**ease** [1] - 2262:6
**easier** [1] - 2139:12
**East** [2] - 2109:17, 2110:10
**east** [1] - 2124:12
**EASTERN** [1] - 2109:1
**Eastern** [1] - 2109:14
**Ebay** [11] - 2268:11, 2293:16, 2294:9, 2294:10, 2294:23, 2295:2, 2307:5, 2309:2, 2309:7, 2309:17, 2313:19
**Ebay's** [1] - 2310:11
**educate** [1] - 2209:18
**educational** [1] - 2147:15
**Edward** [3] - 2130:16, 2130:24, 2347:22
**EDWARD** [2] - 2131:1, 2367:12
**effect** [6] - 2198:19, 2271:20, 2278:13, 2309:2, 2310:7, 2365:4
**effective** [1] - 2254:23
**efficiently** [1] - 2204:9
**effort** [2] - 2112:20, 2113:9
**efforts** [2] - 2176:19, 2365:25
**eight** [6] - 2140:18, 2140:19, 2149:18, 2150:23, 2164:13, 2279:21
**Eight** [2] - 2354:20, 2355:1
**eighty** [2] - 2151:1
**eighty-six** [1] - 2151:1

**either** [5] - 2116:17, 2185:19, 2221:20, 2352:1, 2364:22
**eject** [2] - 2210:17, 2221:22
**ejected** [2] - 2209:24, 2331:13
**ejector** [4] - 2222:14, 2222:17, 2222:18, 2228:15
**ejects** [2] - 2210:13, 2222:17
**elapsed** [1] - 2123:15
**elected** [2] - 2318:20, 2329:21
**elevator** [8] - 2306:17, 2306:18, 2306:25, 2307:13, 2333:17, 2333:22, 2334:19, 2345:16
**elicit** [1] - 2205:9
**elicited** [1] - 2154:9
**eliminate** [2] - 2112:20, 2358:5
**eliminated** [1] - 2355:8
**Elmhurst** [1] - 2137:8
**emergency** [1] - 2137:19
**Empire** [4] - 2270:11, 2331:10, 2336:8, 2343:25
**employed** [2] - 2131:10, 2207:19
**end** [27] - 2112:15, 2113:5, 2113:14, 2116:3, 2121:24, 2164:6, 2165:8, 2167:1, 2167:10, 2176:14, 2179:7, 2189:9, 2272:6, 2278:20, 2285:25, 2287:15, 2289:2, 2292:19, 2296:23, 2297:6, 2298:10, 2298:21, 2304:2, 2328:19, 2345:3, 2346:15, 2363:6
**ended** [2] - 2232:23, 2291:16
**ending** [5] - 2235:7, 2235:23, 2236:3, 2255:19
**energies** [1] - 2352:13
**enforcement** [3] - 2157:7, 2157:8, 2166:7
**engaged** [2] - 2318:1, 2362:14
**engrave** [1] - 2157:4
**enjoyed** [1] - 2111:5
**enter** [5] - 2156:12, 2164:6, 2165:14, 2206:17, 2251:1
**entered** [15] - 2116:15, 2118:8, 2152:19, 2165:18, 2181:3, 2183:1, 2186:16, 2188:14, 2191:19, 2191:22, 2192:14, 2192:15, 2194:5, 2204:9, 2238:7
**enterprise** [4] - 2170:24, 2170:25, 2171:2, 2356:20
**enters** [1] - 2206:18
**entire** [2] - 2260:21, 2348:2
**entitled** [1] - 2213:19
**entourage** [1] - 2345:23
**entrance** [7] - 2119:6, 2119:7, 2152:17, 2152:18, 2158:13, 2165:13, 2340:16
**entrusted** [1] - 2320:17
**entry** [9] - 2152:23, 2155:10, 2155:11, 2155:13, 2156:16, 2158:1, 2158:11, 2158:14, 2158:20
**envelope** [1] - 2157:6
**envelopes** [1] - 2221:2
**envy** [1] - 2125:19
**equal** [1] - 2361:19
**equipment** [1] - 2143:11
**Eric** [7] - 2300:1, 2300:8, 2300:13,

2300:15, 2300:18, 2301:11, 2301:16
**errors** [1] - 2354:6
**esophagus** [1] - 2165:25
**especially** [2] - 2113:17, 2357:13
**ESQ** [5] - 2109:20, 2109:20, 2109:24, 2110:3, 2110:6
**essentially** [1] - 2287:8
**establish** [3] - 2307:14, 2307:15, 2321:13
**established** [1] - 2293:5
**establishment** [4] - 2303:16, 2337:22, 2340:14, 2340:25
**estate** [2] - 2203:16, 2203:17
**estimate** [1] - 2121:22
**etc** [3] - 2349:8, 2363:24
**evening** [7] - 2115:20, 2116:1, 2117:5, 2184:8, 2331:5, 2331:7, 2332:6
**event** [2] - 2126:21, 2199:1, 2363:8
**events** [1] - 2322:24
**eventually** [7] - 2157:6, 2162:6, 2275:3, 2275:7, 2276:18, 2277:17, 2283:7, 2291:7, 2307:19, 2308:20, 2309:7, 2310:21
**everyday** [1] - 2199:1
**evidence** [135] - 2112:2, 2112:4, 2116:16, 2118:9, 2136:9, 2136:20, 2136:22, 2138:14, 2138:17, 2139:6, 2141:7, 2143:12, 2143:21, 2143:22, 2143:25, 2144:22, 2144:24, 2145:13, 2145:16, 2145:18, 2152:7, 2153:1, 2153:19, 2154:23, 2156:21, 2157:5, 2166:6, 2167:3, 2167:4, 2169:19, 2169:21, 2170:18, 2173:16, 2173:22, 2173:24, 2177:6, 2181:3, 2191:19, 2191:23, 2192:20, 2192:21, 2192:23, 2194:25, 2195:2, 2204:10, 2204:21, 2208:3, 2209:7, 2209:13, 2211:4, 2211:7, 2212:13, 2212:18, 2212:20, 2212:25, 2213:3, 2213:15, 2214:3, 2214:12, 2215:22, 2216:16, 2217:14, 2218:2, 2219:2, 2219:18, 2220:8, 2221:2, 2221:4, 2221:13, 2221:15, 2222:3, 2224:1, 2224:2, 2224:7, 2224:19, 2225:14, 2225:21, 2225:24, 2226:1, 2226:6, 2227:14, 2228:18, 2230:16, 2230:17, 2230:22, 2230:24, 2231:23, 2238:7, 2240:22, 2241:1, 2241:12, 2241:25, 2242:9, 2242:10, 2243:17, 2243:23, 2244:2, 2245:20, 2248:9, 2249:1, 2249:4, 2249:8, 2249:15, 2249:18, 2249:24, 2250:5, 2250:9, 2257:18, 2257:22, 2257:24, 2259:2, 2259:5, 2260:15, 2261:9, 2261:19, 2261:21, 2272:22, 2272:24, 2272:25, 2273:16, 2275:14, 2276:12, 2284:10, 2284:16, 2284:18, 2284:19, 2293:25, 2295:8, 2305:6, 2318:24, 2321:22, 2322:9, 2344:23, 2357:14
**exact** [1] - 2255:10
**exactly** [17] - 2140:20, 2161:5, 2241:11, 2241:16, 2253:10, 2257:9, 2258:13,

2258:15, 2260:25, 2261:8, 2282:15, 2315:14, 2319:4, 2336:12, 2336:19, 2338:5, 2339:8
**EXAMINATION** [41] - 2115:1, 2125:13, 2127:2, 2129:23, 2131:6, 2140:1, 2142:3, 2147:2, 2168:11, 2172:1, 2178:3, 2196:13, 2201:5, 2207:15, 2227:8, 2230:3, 2233:8, 2237:7, 2265:6, 2266:22, 2327:1, 2367:7, 2367:8, 2367:9, 2367:10, 2367:13, 2367:14, 2367:16, 2367:18, 2367:20, 2367:22, 2367:24, 2367:25, 2368:1, 2368:4, 2368:6, 2368:9, 2368:11, 2368:14, 2368:16, 2368:18
**examination** [18] - 2139:23, 2152:6, 2153:21, 2154:10, 2166:18, 2167:6, 2170:21, 2195:23, 2196:19, 2197:10, 2199:19, 2213:25, 2223:17, 2225:9, 2227:5, 2234:13, 2247:16, 2265:3
**examinations** [1] - 2208:2
**examine** [4] - 2161:22, 2233:5, 2257:2, 2257:23
**examined** [11] - 2114:23, 2131:3, 2141:24, 2146:24, 2168:6, 2171:21, 2177:25, 2207:8, 2230:2, 2236:25, 2266:15
**Examiner** [2] - 2147:8, 2217:22, 2217:25
**examiner** [4] - 2147:10, 2148:6, 2208:22, 2211:9
**examiner's** [1] - 2150:3
**Examiner's** [4] - 2147:14, 2148:1, 2157:1, 2161:17
**example** [10] - 2134:9, 2141:7, 2205:18, 2211:14, 2225:15, 2233:23, 2353:22, 2354:1, 2354:6, 2362:12
**excellent** [2] - 2203:20, 2361:9
**exception** [1] - 2148:8
**exceptions** [2] - 2247:16, 2247:17
**excerpt** [1] - 2242:20
**excerpts** [2] - 2252:6, 2258:25
**excessive** [1] - 2365:5
**exchanged** [1] - 2339:17
**excited** [1] - 2312:19
**excuse** [11] - 2128:16, 2183:17, 2187:12, 2216:2, 2216:25, 2242:6, 2291:17, 2301:18, 2312:7, 2316:23, 2333:6
**exhibit** [15] - 2151:5, 2154:17, 2155:5, 2173:15, 2223:10, 2225:20, 2232:6, 2242:4, 2245:6, 2245:14, 2258:19, 2366:7, 2366:11, 2366:14, 2366:17
**Exhibit** [89] - 2116:16, 2122:13, 2136:8, 2136:21, 2143:15, 2145:7, 2145:17, 2150:18, 2153:19, 2154:21, 2154:23, 2155:2, 2159:4, 2169:20, 2169:23, 2173:23, 2181:4, 2191:15, 2191:18, 2191:23, 2192:15, 2192:16, 2192:22, 2194:6, 2194:24, 2195:1, 2196:1, 2212:9, 2213:7, 2214:12, 2215:10, 2216:23, 2219:23, 2223:25, 2230:16,

2230:23, 2231:18, 2231:22, 2232:5, 2238:8, 2240:12, 2241:24, 2242:6, 2242:20, 2243:10, 2245:2, 2249:8, 2251:15, 2251:16, 2251:18, 2261:17, 2262:25, 2263:1, 2264:4, 2272:19, 2272:25, 2273:15, 2275:14, 2284:10, 2284:15, 2284:19, 2293:18, 2293:24, 2294:7, 2295:8, 2295:10, 2305:6, 2318:24, 2319:12, 2319:20, 2321:22, 2322:8, 2344:22, 2366:12, 2369:4, 2369:8, 2369:10, 2369:12, 2369:14, 2369:16, 2369:18, 2369:20, 2369:22, 2370:4, 2370:6, 2370:8, 2370:15, 2370:17, 2370:19

**exhibits** [10] - 2151:11, 2151:13, 2154:3, 2166:25, 2217:6, 2217:9, 2255:14, 2258:22, 2366:4, 2366:13

**Exhibits** [11] - 2144:21, 2169:11, 2212:17, 2221:14, 2259:4, 2261:20, 2369:6, 2369:24, 2370:2, 2370:10, 2370:13

**existed** [1] - 2360:13

**existing** [1] - 2304:17

**exited** [2] - 2152:22, 2156:1

**expect** [5] - 2175:24, 2312:9, 2344:8, 2347:4, 2347:8

**expecting** [1] - 2345:24

**expensive** [1] - 2121:20

**experience** [1] - 2331:24

**experienced** [3] - 2242:24, 2328:17, 2354:17

**expert** [5] - 2148:21, 2154:1, 2167:5, 2208:5, 2208:19

**expertise** [1] - 2228:22

**explain** [25] - 2123:9, 2145:21, 2169:22, 2171:2, 2199:5, 2203:19, 2205:16, 2208:15, 2208:16, 2208:19, 2279:3, 2280:7, 2280:10, 2285:23, 2293:2, 2298:25, 2299:4, 2309:24, 2312:2, 2315:25, 2323:8, 2328:12, 2343:15, 2355:14

**explained** [16] - 2255:22, 2278:11, 2280:12, 2285:8, 2288:14, 2288:15, 2294:24, 2300:13, 2301:8, 2304:8, 2308:16, 2318:2, 2322:19, 2325:22, 2334:21, 2342:21

**explaining** [4] - 2255:16, 2310:2, 2336:19

**explanation** [1] - 2205:13

**express** [1] - 2325:21

**expressed** [2] - 2261:25, 2262:2

**expressing** [1] - 2325:19

**extant** [1] - 2355:5

**extend** [1] - 2167:7

**extensively** [1] - 2208:18

**extent** [2] - 2258:10, 2362:24

**exterior** [1] - 2174:6

**extra** [2] - 2217:4, 2301:1

**extract** [2] - 2210:17, 2222:16

**extractor** [3] - 2222:14, 2222:18, 2228:14

**extracts** [1] - 2210:13

**extraordinary** [1] - 2346:23

**extremely** [2] - 2122:11, 2258:6

**extremities** [4] - 2161:2, 2163:2, 2163:3, 2163:10

**extremity** [1] - 2165:24

**eye** [1] - 2209:14

**eyes** [4] - 2187:15, 2187:19, 2187:21, 2190:24

## F

**F-ing** [1] - 2346:2

**face** [4] - 2158:25, 2159:1, 2228:8, 2332:13

**facility** [3] - 2147:7, 2162:5, 2277:20

**Facility** [1] - 2180:25

**facing** [8] - 2119:20, 2119:23, 2124:12, 2164:7, 2165:8, 2270:14, 2270:22, 2270:24

**fact** [19] - 2112:3, 2117:4, 2124:22, 2134:11, 2204:16, 2226:25, 2265:13, 2287:20, 2297:11, 2304:16, 2310:11, 2312:19, 2321:19, 2325:10, 2333:13, 2344:5, 2356:12, 2362:12, 2362:15

**factions** [2] - 2293:5, 2330:7

**factor** [1] - 2362:13

**facts** [1] - 2357:5

**faintly** [1] - 2314:23

**fair** [4] - 2252:24, 2253:22, 2347:1, 2350:5

**fairly** [3] - 2145:10, 2252:24, 2253:21

**faith** [2] - 2261:3, 2261:10

**fake** [1] - 2281:14

**fall** [1] - 2326:6

**familiar** [6] - 2134:21, 2191:20, 2197:4, 2226:18, 2230:12, 2233:11

**familiarity** [1] - 2358:25

**familiarize** [1] - 2259:6

**family** [3] - 2273:1, 2309:6, 2309:18

**fan** [1] - 2191:2

**fancy** [1] - 2126:10

**far** [22] - 2119:7, 2165:7, 2208:18, 2233:19, 2253:19, 2268:24, 2271:24, 2274:7, 2275:8, 2276:5, 2296:12, 2298:16, 2304:25, 2311:25, 2313:12, 2322:4, 2329:18, 2341:3, 2351:20, 2356:21, 2357:15

**fashion** [3] - 2160:4, 2176:18, 2324:8

**fashioned** [1] - 2170:1

**fast** [4] - 2120:17, 2123:10, 2347:12

**faster** [1] - 2162:5

**fatal** [1] - 2163:17

**father** [2] - 2273:23, 2275:2

**fault** [1] - 2353:2

**faults** [1] - 2366:2

**FB** [1] - 2109:4

**fear** [1] - 2362:24

**featured** [2] - 2130:8, 2130:10

**February** [3] - 2296:17, 2297:2, 2297:7

**federal** [1] - 2255:10

**feet** [5] - 2186:5, 2186:24, 2187:1, 2187:14, 2340:15

**fellowship** [2] - 2147:24, 2148:5

**felonies** [2] - 2179:23, 2180:21

**felony** [5] - 2180:15, 2358:9, 2358:13, 2358:18, 2358:25

**felt** [1] - 2344:6

**female** [2] - 2195:18, 2294:13

**females** [2] - 2195:17, 2291:24

**few** [13] - 2126:9, 2177:2, 2180:9, 2253:15, 2258:8, 2260:11, 2261:14, 2293:12, 2306:2, 2318:23, 2352:12, 2354:3, 2355:8

**field** [1] - 2228:21

**fifteen** [1] - 2365:10

**fight** [7] - 2186:3, 2292:4, 2294:13, 2294:14, 2328:4, 2328:8, 2335:3

**fighter** [1] - 2328:17

**fighting** [2] - 2187:4, 2276:5

**figured** [2] - 2302:12, 2340:4

**file** [1] - 2277:10

**filed** [1] - 2112:1

**filing** [1] - 2354:8

**fill** [2] - 2137:24, 2351:19

**film** [1] - 2115:9

**final** [2] - 2225:20, 2232:22

**finally** [4] - 2135:18, 2299:23, 2309:21, 2310:1

**fine** [14] - 2205:6, 2243:20, 2252:8, 2252:13, 2253:19, 2257:16, 2261:24, 2324:19, 2329:10, 2346:14, 2347:5, 2350:19, 2352:8, 2360:1

**finish** [1] - 2280:19

**finished** [2] - 2152:9, 2280:20

**fire** [5] - 2153:1, 2156:21, 2227:13, 2227:18, 2228:2, 2229:2

**firearm** [44] - 2197:17, 2209:23, 2209:24, 2210:8, 2210:10, 2210:11, 2210:12, 2210:17, 2214:10, 2215:2, 2215:3, 2215:7, 2216:20, 2219:6, 2219:7, 2219:21, 2220:18, 2221:24, 2222:1, 2222:2, 2222:5, 2222:15, 2222:16, 2222:17, 2223:20, 2226:8, 2227:13, 2270:12, 2279:5, 2279:7, 2287:22, 2334:22, 2335:1, 2340:25, 2344:20, 2345:16, 2353:23, 2354:1, 2358:6, 2358:9, 2358:20, 2358:21, 2358:23

**Firearms** [1] - 2207:23

**firearms** [6] - 2208:1, 2208:21, 2209:7, 2212:2, 2227:14, 2320:12

**fired** [31] - 2123:2, 2124:14, 2124:15, 2124:16, 2209:6, 2211:24, 2214:7, 2214:8, 2215:2, 2215:6, 2215:7, 2216:3, 2216:19, 2218:6, 2218:25, 2219:1, 2223:21, 2224:11, 2224:13, 2224:16, 2225:2, 2225:5, 2225:6, 2225:7, 2226:7, 2228:10, 2308:18, 2341:2, 2341:23

**fires** [3] - 2210:4, 2210:5, 2210:10

**firing** [6] - 2220:16, 2222:25, 2228:5,

2291:4, 2307:5, 2307:7
**firm** [1] - 2357:22
**first** [47] - 2113:3, 2114:22, 2122:10, 2130:5, 2131:2, 2141:23, 2146:19, 2146:23, 2161:1, 2168:6, 2171:20, 2177:24, 2184:5, 2186:6, 2193:7, 2207:7, 2209:17, 2214:2, 2214:18, 2225:7, 2230:1, 2232:25, 2234:18, 2236:24, 2260:11, 2264:11, 2264:22, 2266:14, 2274:1, 2274:13, 2274:14, 2274:17, 2275:22, 2293:18, 2293:24, 2295:7, 2298:8, 2311:18, 2318:23, 2320:3, 2343:14, 2349:3, 2350:15, 2350:17, 2351:11, 2359:7, 2360:12
**fit** [1] - 2206:23
**five** [18] - 2178:13, 2179:5, 2179:8, 2180:1, 2180:20, 2217:14, 2220:3, 2220:4, 2220:11, 2220:20, 2224:12, 2257:16, 2257:24, 2259:8, 2267:6, 2277:17, 2295:14, 2354:7
**Five** [1] - 2206:20
**flagged** [1] - 2172:24
**flip** [2] - 2121:7, 2234:17
**flipped** [3] - 2118:6, 2123:8, 2129:2
**flips** [1] - 2121:11
**floor** [9] - 2132:21, 2133:1, 2140:6, 2187:10, 2190:25, 2300:19, 2307:5, 2344:15, 2344:17
**fluctuating** [2] - 2325:16, 2337:21
**Flushing** [2] - 2189:7, 2189:13
**flushing** [2] - 2179:17, 2189:4
**fly** [1] - 2254:9
**focus** [4] - 2233:18, 2321:11, 2323:4, 2357:23
**focused** [3] - 2123:17, 2355:23, 2356:6
**focusing** [1] - 2356:23
**folks** [10] - 2111:9, 2112:21, 2113:19, 2152:3, 2153:24, 2176:13, 2206:19, 2206:22, 2359:17, 2359:18
**follow** [5] - 2206:11, 2213:25, 2248:20, 2262:4, 2349:24
**follow-up** [2] - 2213:25, 2248:20
**followed** [2] - 2135:17, 2289:20
**following** [5] - 2205:22, 2206:2, 2260:25, 2274:5, 2326:10
**follows** [12] - 2114:23, 2131:3, 2141:24, 2146:24, 2168:6, 2171:21, 2177:25, 2207:8, 2230:2, 2236:25, 2264:5, 2266:15
**food's** [1] - 2201:21
**foot** [2] - 2160:3, 2160:9
**Footman** [2] - 2140:12, 2294:22
**FOR** [4] - 2109:10, 2109:13, 2109:19, 2109:23
**force** [5] - 2160:8, 2160:16, 2160:18, 2161:2, 2161:12
**forensic** [1] - 2147:25
**Forensics** [1] - 2207:23
**Foreplay** [3] - 2200:5, 2200:7, 2200:13
**foreplay** [1] - 2200:6
**foreseeability** [1] - 2356:7

**forget** [1] - 2200:8
**form** [2] - 2159:1, 2276:23
**formally** [1] - 2334:22
**forth** [3] - 2111:12, 2340:4, 2366:20
**forthcoming** [1] - 2205:4
**fortunately** [1] - 2234:8
**forty** [2] - 2165:12, 2267:6
**forty-five** [1] - 2267:6
**forty-one** [1] - 2165:12
**forward** [6] - 2126:6, 2126:8, 2210:8, 2227:3, 2329:19, 2365:22
**foundation** [4] - 2148:22, 2243:17, 2243:24, 2300:14
**four** [21] - 2145:3, 2145:20, 2145:22, 2157:18, 2163:1, 2163:9, 2163:18, 2179:5, 2186:13, 2190:10, 2215:20, 2216:3, 2218:5, 2220:3, 2220:11, 2224:15, 2292:12, 2297:1, 2311:2, 2312:23, 2345:25
**fracture** [4] - 2160:1, 2160:20, 2160:22, 2161:13
**fractured** [2] - 2159:2, 2162:22
**fragments** [1] - 2224:17
**frame** [5] - 2168:23, 2179:9, 2283:2, 2329:4, 2329:8
**Francis** [2] - 2141:14, 2141:20
**FRANCIS** [2] - 2141:22, 2367:15
**Francisco** [1] - 2147:23
**Frank** [1] - 2143:15
**Franklin** [1] - 2289:20
**FREDERIC** [1] - 2109:11
**free** [4] - 2190:23, 2191:1, 2193:2, 2193:15
**frequent** [2] - 2117:4, 2303:18
**frequenting** [1] - 2287:6
**Friday** [5] - 2202:16, 2313:5, 2351:6, 2365:20, 2365:21
**friend** [11] - 2116:9, 2183:6, 2184:17, 2200:9, 2200:12, 2275:18, 2297:20, 2333:14, 2335:24, 2342:14
**friend's** [1] - 2333:15
**friendly** [5] - 2181:15, 2352:14, 2353:19, 2355:18, 2364:14
**friends** [9] - 2117:13, 2120:23, 2127:25, 2239:11, 2280:13, 2294:6, 2298:17, 2300:8, 2314:14
**friendship** [1] - 2316:15
**front** [29] - 2117:17, 2117:19, 2117:20, 2117:23, 2118:22, 2119:2, 2119:20, 2124:19, 2125:25, 2152:17, 2152:20, 2169:3, 2173:1, 2173:14, 2187:16, 2187:17, 2190:15, 2212:8, 2252:2, 2253:3, 2257:12, 2303:18, 2307:2, 2312:22, 2325:1, 2331:7, 2335:21, 2338:16, 2340:14
**fuck** [2] - 2301:12, 2312:7
**full** [1] - 2172:15
**fully** [1] - 2226:22
**function** [1] - 2213:19
**funds** [2] - 2288:18, 2289:6
**funny** [3] - 2175:15, 2332:18, 2333:5

**furthered** [3] - 2358:17, 2360:24, 2361:2
**furthering** [1] - 2348:24
**fussing** [1] - 2251:10
**future** [1] - 2157:5

# G

**G044950** [1] - 2139:15
**Galveston** [1] - 2148:7
**game** [1] - 2282:1
**games** [1] - 2320:19
**gang** [8] - 2267:9, 2267:12, 2267:15, 2267:19, 2268:7, 2325:24, 2325:25, 2327:15
**gangsters** [1] - 2285:3
**Gardens** [23] - 2135:5, 2135:12, 2267:7, 2273:14, 2273:16, 2274:15, 2276:8, 2282:19, 2282:20, 2283:1, 2283:17, 2289:11, 2293:11, 2296:7, 2311:7, 2311:21, 2313:7, 2313:10, 2313:15, 2314:5, 2314:12, 2316:6, 2325:1
**gate** [2] - 2175:8, 2175:9
**general** [4] - 2271:4, 2314:2, 2327:13, 2337:16, 2353:17, 2355:17
**generally** [10] - 2115:8, 2121:9, 2150:8, 2178:10, 2211:5, 2231:7, 2232:16, 2286:23, 2314:10, 2327:8
**generated** [1] - 2142:24
**generation** [1] - 2313:20
**gentleman** [5] - 2180:6, 2186:2, 2195:6, 2202:14, 2206:4
**gentlemen** [2] - 2185:7, 2185:12
**George** [1] - 2213:16
**Gerald** [3] - 2128:4, 2128:12, 2128:17
**Gerald's** [1] - 2128:6
**gesturing** [1] - 2336:25
**giggling** [1] - 2333:19
**Gill** [1] - 2197:1
**girl** [7] - 2280:21, 2280:22, 2294:11, 2294:14, 2294:15, 2294:24, 2295:1
**girls** [1] - 2185:1
**given** [8] - 2149:18, 2153:6, 2211:8, 2228:25, 2257:9, 2258:7, 2258:12, 2317:4
**glass** [2] - 2307:2, 2307:3
**glitch** [2] - 2176:23, 2251:4
**gonna** [4] - 2337:10, 2337:14, 2345:20, 2346:10
**gotta** [2] - 2344:9, 2344:11
**govern** [1] - 2297:18
**government** [49] - 2112:11, 2114:22, 2129:21, 2131:2, 2141:13, 2141:23, 2146:8, 2146:23, 2150:17, 2154:20, 2159:10, 2167:16, 2168:5, 2171:9, 2171:20, 2177:4, 2177:24, 2192:19, 2194:23, 2196:10, 2201:10, 2204:22, 2213:18, 2236:22, 2252:23, 2253:21, 2253:22, 2255:25, 2256:14, 2257:6, 2257:10, 2260:14, 2260:20, 2261:2, 2261:8, 2261:10, 2266:14, 2271:6, 2271:17, 2347:21, 2348:4, 2350:21, 2356:24, 2361:2, 2361:4, 2361:15,

**GOVERNMENT** [1] - 2109:13

**Government** [58] - 2116:16, 2122:13, 2136:8, 2143:15, 2153:19, 2154:21, 2155:2, 2159:4, 2169:11, 2169:23, 2181:4, 2191:14, 2191:18, 2191:23, 2192:14, 2192:16, 2194:6, 2194:24, 2212:9, 2213:7, 2214:12, 2215:10, 2216:23, 2219:23, 2223:25, 2230:16, 2231:18, 2232:5, 2238:8, 2240:11, 2242:20, 2243:10, 2245:2, 2251:15, 2251:16, 2251:18, 2261:20, 2262:25, 2263:1, 2264:4, 2272:18, 2273:15, 2275:14, 2284:10, 2284:15, 2293:17, 2293:24, 2294:7, 2295:8, 2295:10, 2305:6, 2318:24, 2319:12, 2319:20, 2321:22, 2322:8, 2344:22, 2370:13

**Government's** [35] - 2136:21, 2145:17, 2150:18, 2154:23, 2169:20, 2173:23, 2192:22, 2195:1, 2212:17, 2221:14, 2230:23, 2231:22, 2249:8, 2259:4, 2261:17, 2272:25, 2284:19, 2369:4, 2369:8, 2369:10, 2369:12, 2369:14, 2369:16, 2369:18, 2369:20, 2369:22, 2369:24, 2370:2, 2370:4, 2370:6, 2370:8, 2370:10, 2370:15, 2370:17, 2370:19

**government's** [12] - 2112:8, 2144:21, 2152:13, 2255:14, 2256:19, 2348:2, 2349:11, 2350:4, 2355:20, 2356:11, 2361:18, 2369:6

**grabbed** [1] - 2186:4

**grade** [3] - 2131:19, 2131:21, 2274:8

**grainy** [1] - 2137:1

**grams** [2] - 2183:6, 2183:14

**Grand** [2] - 2296:12, 2296:13

**grand** [1] - 2114:9

**grandfather** [3] - 2240:4, 2244:12, 2263:8

**grandfather's** [3] - 2240:5, 2262:20, 2262:23

**granton** [1] - 2200:23

**GRANTON** [2] - 2109:7, 2109:23

**Granton** [9] - 2111:2, 2127:6, 2141:5, 2141:10, 2201:2, 2201:3, 2350:14, 2350:17, 2351:19

**grasp** [1] - 2339:14

**grateful** [2] - 2176:18, 2355:4

**great** [1] - 2345:2

**green** [6] - 2117:16, 2126:16, 2126:19, 2126:21, 2235:4, 2235:5

**Gregory** [2] - 2207:4, 2207:10

**GREGORY** [1] - 2368:3

**grew** [5] - 2237:11, 2273:18, 2273:22, 2319:7, 2322:12

**grey** [3] - 2135:10, 2135:14, 2135:21

**grip** [1] - 2186:23

**groove** [1] - 2227:20

**group** [5] - 2310:8, 2328:2, 2328:4, 2347:14, 2355:25

**grow** [1] - 2273:3

**gruesome** [1] - 2159:20

**guard** [3] - 2292:2, 2292:3, 2292:4

**guess** [16] - 2116:3, 2124:12, 2162:2, 2176:22, 2177:10, 2188:21, 2199:6, 2203:14, 2205:20, 2240:6, 2243:24, 2244:2, 2245:25, 2285:11, 2310:23, 2355:3

**guilty** [25] - 2180:13, 2268:20, 2268:24, 2269:4, 2269:14, 2269:19, 2269:21, 2270:12, 2277:7, 2277:9, 2279:14, 2280:7, 2284:7, 2291:18, 2292:9, 2292:14, 2292:15, 2292:16, 2296:23, 2297:5, 2329:11, 2356:18, 2365:1, 2365:22, 2365:24

**gun** [54] - 2164:7, 2165:9, 2185:15, 2186:2, 2186:9, 2186:18, 2186:21, 2190:24, 2191:4, 2191:5, 2192:12, 2192:18, 2193:1, 2210:3, 2210:5, 2210:23, 2211:19, 2211:20, 2211:23, 2211:24, 2212:4, 2212:5, 2214:7, 2214:8, 2214:9, 2216:1, 2216:2, 2216:3, 2218:6, 2218:25, 2219:1, 2219:10, 2221:21, 2222:21, 2222:22, 2222:23, 2223:2, 2223:3, 2223:5, 2224:11, 2224:13, 2224:22, 2225:1, 2225:2, 2225:5, 2225:6, 2228:11, 2307:7, 2334:24, 2345:13

**gunfire** [2] - 2306:19, 2306:20

**guns** [6] - 2185:8, 2185:17, 2185:21, 2209:18, 2225:9, 2285:5

**gunshot** [33] - 2133:4, 2151:21, 2151:23, 2151:24, 2152:13, 2152:21, 2153:15, 2154:11, 2154:12, 2154:13, 2155:6, 2155:17, 2156:8, 2156:10, 2156:15, 2157:14, 2157:23, 2157:25, 2158:9, 2158:17, 2162:21, 2162:23, 2163:1, 2163:11, 2163:15, 2164:4, 2164:18, 2164:20, 2164:21, 2165:24, 2166:1, 2166:2

**gunshots** [4] - 2120:3, 2120:8, 2123:10, 2123:11

**guy** [28] - 2116:18, 2140:11, 2183:12, 2186:13, 2186:14, 2186:18, 2190:24, 2193:1, 2269:17, 2280:13, 2283:5, 2296:5, 2296:13, 2298:7, 2301:17, 2306:23, 2316:19, 2319:24, 2319:25, 2328:20, 2333:4, 2336:14, 2337:3, 2337:6, 2337:7, 2342:17, 2342:22, 2342:23

**guys** [37] - 2204:3, 2275:22, 2275:24, 2276:21, 2277:2, 2281:24, 2284:22, 2284:23, 2288:14, 2289:8, 2291:3, 2293:7, 2293:13, 2296:2, 2296:4, 2296:11, 2296:15, 2302:11, 2303:23, 2313:18, 2313:20, 2314:23, 2314:24, 2315:2, 2317:6, 2322:12, 2322:14, 2323:10, 2323:12, 2323:22, 2325:11, 2325:13, 2328:9, 2330:19, 2330:20, 2332:2

**H**

**half** [10] - 2175:12, 2180:1, 2180:20, 2191:6, 2210:8, 2210:12, 2254:11, 2308:1, 2350:10, 2350:21

**halfway** [3] - 2118:6, 2121:20, 2232:19

**hallway** [1] - 2132:21

**Hamilton** [9] - 2149:22, 2153:7, 2154:11, 2155:3, 2219:24, 2221:5, 2226:15, 2282:23, 2298:20

**hammer** [2] - 2210:5, 2334:22

**hand** [19] - 2114:11, 2118:13, 2130:20, 2141:16, 2146:14, 2167:23, 2171:13, 2177:17, 2209:25, 2211:21, 2221:25, 2226:21, 2233:19, 2251:15, 2266:8, 2335:2, 2340:9, 2340:12, 2342:9

**hand-held** [1] - 2226:21

**handed** [3] - 2254:6, 2254:7, 2254:10

**handguns** [1] - 2185:22

**handle** [2] - 2227:3, 2353:16

**hands** [6] - 2186:5, 2187:14, 2187:16, 2190:22, 2190:23, 2306:5

**handset** [1] - 2235:19

**hang** [3] - 2179:13, 2179:14, 2295:21

**hanging** [4] - 2121:16, 2182:21, 2182:22, 2322:13

**happy** [4] - 2261:25, 2361:16, 2364:11

**hard** [4] - 2200:8, 2220:16, 2253:9, 2260:25

**harder** [1] - 2223:13

**Hardy** [13] - 2111:2, 2133:8, 2135:1, 2136:1, 2137:4, 2137:7, 2138:2, 2139:16, 2140:9, 2141:9, 2255:18, 2255:25, 2364:1

**HARDY** [2] - 2109:7, 2109:19

**Hardy's** [1] - 2112:2

**harmful** [1] - 2360:18

**Hastings** [1] - 2293:16

**hatch** [1] - 2289:4

**head** [24] - 2156:9, 2156:11, 2156:12, 2157:14, 2158:25, 2159:2, 2160:19, 2161:5, 2162:21, 2163:4, 2163:5, 2163:13, 2163:15, 2163:17, 2163:23, 2163:24, 2164:5, 2164:18, 2164:23, 2165:5, 2165:15, 2191:20, 2333:13, 2346:1

**heads** [1] - 2176:13

**heads-up** [1] - 2176:13

**healthcare** [1] - 2161:21

**hear** [9] - 2113:23, 2124:1, 2124:5, 2124:6, 2188:17, 2208:8, 2329:5, 2336:16, 2353:9

**heard** [31] - 2118:3, 2120:3, 2120:8, 2120:25, 2123:14, 2123:16, 2175:8, 2189:21, 2190:10, 2248:17, 2260:18, 2283:7, 2285:21, 2285:23, 2304:9, 2306:18, 2306:20, 2308:16, 2308:18, 2321:6, 2321:10, 2323:23, 2331:7, 2331:10, 2332:8, 2332:19, 2343:24, 2344:18, 2357:13, 2364:19

**hearing** [4] - 2143:22, 2275:7, 2293:4,

2346:7
**hearsay** [1] - 2134:2
**heart** [5] - 2150:11, 2151:22, 2157:24, 2165:25, 2209:15
**heavier** [1] - 2215:8
**heightens** [1] - 2278:13
**held** [5] - 2193:22, 2226:21, 2281:8, 2304:13, 2357:17
**hell** [1] - 2326:9
**help** [12] - 2143:12, 2154:17, 2154:25, 2158:3, 2163:16, 2183:5, 2202:13, 2202:23, 2203:12, 2222:16, 2239:7, 2366:10
**helped** [1] - 2359:12
**helping** [1] - 2308:5
**hemorrhage** [2] - 2155:22
**Herculean** [1] - 2112:19
**Herman** [2] - 2151:11, 2208:12
**HERMAN** [17] - 2110:2, 2110:3, 2127:1, 2129:20, 2141:3, 2141:6, 2149:1, 2151:15, 2170:23, 2174:17, 2200:22, 2201:4, 2208:13, 2232:7, 2268:15, 2309:23, 2350:19
**heroin** [8] - 2182:11, 2183:5, 2183:6, 2183:14, 2183:23, 2298:14, 2299:16
**hide** [1] - 2305:20
**high** [6] - 2279:4, 2279:10, 2279:11, 2325:15, 2330:1
**high-ranking** [1] - 2325:15
**higher** [1] - 2122:22
**highest** [1] - 2326:3
**highlighted** [3] - 2354:5, 2355:20, 2359:10
**highway** [2] - 2189:21, 2313:2
**himself** [5] - 2119:19, 2193:5, 2285:9, 2320:23, 2323:13
**hire** [1] - 2203:10
**hired** [1] - 2203:20
**history** [2] - 2271:12, 2271:13
**hit** [2] - 2161:8, 2300:5
**Hoboken** [1] - 2110:7
**hogtied** [1] - 2191:12
**hold** [2] - 2312:11, 2335:1
**holding** [2] - 2186:18, 2251:17
**hole** [1] - 2220:18
**holler** [1] - 2303:24
**home** [28] - 2173:13, 2184:13, 2184:14, 2185:7, 2234:2, 2277:17, 2280:11, 2283:3, 2283:4, 2283:5, 2283:7, 2283:8, 2292:21, 2293:4, 2293:9, 2296:9, 2296:10, 2309:19, 2311:16, 2311:17, 2311:18, 2312:1, 2312:20, 2320:1, 2320:3, 2322:17, 2322:25, 2330:15
**homes** [1] - 2161:22
**homicide** [9] - 2159:21, 2169:9, 2170:23, 2173:4, 2173:10, 2214:13, 2215:13, 2217:7, 2219:3
**homie** [3] - 2325:12, 2326:2, 2326:5
**honestly** [1] - 2246:7
**Honor** [130] - 2111:24, 2112:18, 2113:2,

2113:13, 2114:25, 2127:1, 2127:18, 2129:22, 2133:15, 2133:24, 2136:9, 2136:10, 2139:3, 2139:9, 2139:24, 2141:13, 2141:25, 2143:23, 2144:1, 2144:5, 2144:8, 2144:13, 2144:17, 2145:15, 2146:9, 2147:1, 2148:20, 2150:21, 2151:4, 2152:8, 2152:11, 2153:18, 2154:6, 2159:5, 2159:10, 2167:16, 2167:19, 2168:10, 2169:12, 2170:19, 2170:22, 2174:16, 2174:17, 2178:2, 2194:23, 2195:24, 2195:25, 2196:5, 2196:7, 2196:12, 2204:1, 2204:4, 2204:8, 2205:6, 2205:8, 2205:15, 2205:19, 2207:3, 2207:12, 2208:4, 2212:10, 2221:7, 2227:6, 2229:8, 2229:11, 2229:25, 2230:19, 2230:21, 2236:16, 2237:6, 2239:17, 2240:14, 2240:19, 2241:10, 2241:15, 2242:2, 2243:14, 2243:20, 2245:3, 2245:7, 2245:15, 2246:18, 2247:9, 2248:11, 2249:5, 2249:6, 2249:16, 2249:22, 2250:2, 2250:6, 2250:11, 2250:18, 2250:22, 2251:6, 2251:22, 2252:2, 2252:11, 2252:25, 2253:25, 2256:7, 2256:22, 2257:25, 2258:14, 2259:9, 2262:13, 2265:19, 2265:22, 2265:25, 2266:21, 2300:14, 2313:25, 2321:8, 2329:10, 2345:7, 2347:19, 2350:7, 2351:17, 2351:23, 2353:8, 2355:7, 2356:2, 2357:2, 2357:24, 2360:14, 2363:16, 2363:17, 2363:21, 2365:7, 2365:24, 2366:3
**Honor's** [1] - 2348:12
**HONORABLE** [1] - 2109:11
**hope** [3] - 2111:5, 2233:12, 2262:5
**hopefully** [4] - 2112:8, 2176:25, 2201:24, 2250:8
**hoping** [2] - 2111:25, 2281:17
**hopped** [2] - 2118:5, 2120:25
**horses** [2] - 2338:1, 2338:3
**Hospital** [2] - 2137:8, 2147:20
**hospital** [8] - 2137:14, 2137:17, 2153:3, 2153:4, 2161:20, 2162:9, 2162:10
**hot** [1] - 2192:5
**hour** [8] - 2175:12, 2191:6, 2254:11, 2350:9, 2350:21
**hours** [6] - 2111:11, 2128:21, 2132:11, 2148:14, 2190:14, 2312:23
**house** [14] - 2162:8, 2182:23, 2182:24, 2183:19, 2183:20, 2188:8, 2188:10, 2287:4, 2287:16, 2303:18, 2308:8, 2308:19, 2344:21
**household** [1] - 2273:22
**Housing** [1] - 2132:23
**housing** [2] - 2138:21, 2273:11
**how'd** [1] - 2275:21
**Hudson** [6] - 2119:9, 2119:10, 2119:24, 2120:6, 2122:3
**human** [1] - 2261:12
**humanly** [2] - 2353:19
**hundreds** [4] - 2149:5, 2154:1

**hung** [4] - 2129:3, 2295:23, 2296:2, 2296:4
**hurt** [1] - 2318:19
**husband** [1] - 2352:13
**hustle** [1] - 2313:3
**hustling** [4] - 2287:3, 2311:18, 2311:21, 2313:14

---

**I**

**ID** [1] - 2137:15
**idea** [4] - 2248:13, 2274:22, 2356:16, 2357:9
**identical** [2] - 2215:6, 2257:1
**identification** [6] - 2145:7, 2170:15, 2208:2, 2230:15, 2245:2, 2272:19
**identified** [18] - 2195:4, 2196:20, 2196:23, 2197:2, 2197:7, 2243:5, 2247:12, 2247:24, 2248:4, 2249:2, 2249:10, 2249:11, 2254:7, 2264:18, 2268:5, 2268:15, 2294:8, 2306:12
**identify** [11] - 2194:20, 2194:22, 2195:10, 2243:4, 2246:6, 2246:10, 2247:19, 2247:23, 2250:15, 2251:3
**immediate** [3] - 2156:7, 2156:8, 2356:9
**immediately** [9] - 2124:23, 2155:17, 2156:14, 2163:11, 2165:2, 2297:2, 2306:21, 2312:25, 2323:24
**impact** [8] - 2159:1, 2160:3, 2160:5, 2160:9, 2160:19, 2160:21, 2161:1, 2161:3
**impacted** [1] - 2161:1
**impatient** [1] - 2280:18
**impeachment** [1] - 2348:1
**important** [6] - 2202:19, 2248:18, 2255:24, 2261:15, 2349:15, 2365:15
**impress** [1] - 2148:10
**impression** [5] - 2228:8, 2286:6, 2302:16, 2325:11, 2325:14
**impressions** [2] - 2227:20, 2228:6
**impressive** [1] - 2148:19
**improper** [1] - 2198:22
**inadvertent** [2] - 2354:6, 2354:11
**inadvertently** [1] - 2354:9
**inbound** [1] - 2235:11
**incapacitating** [4] - 2155:18, 2156:14, 2163:12, 2165:2
**incarcerated** [2] - 2181:10
**inch** [2] - 2211:2, 2211:3
**incident** [7] - 2121:23, 2153:12, 2195:20, 2200:23, 2213:11, 2331:7, 2331:9
**including** [1] - 2198:8
**incoming** [1] - 2235:11
**inconclusive** [1] - 2219:21
**inconspicuous** [1] - 2341:22
**incorrect** [2] - 2364:5, 2365:3
**increasing** [1] - 2356:19
**independent** [2] - 2143:1, 2265:10
**indicate** [3] - 2136:25, 2164:5, 2165:6, 2202:18

**indicated** [1] - 2174:11
**indicating** [3] - 2118:23, 2119:4, 2336:24
**indicating)** [7] - 2118:21, 2185:22, 2273:19, 2276:14, 2283:20, 2299:10, 2303:10
**indicted** [2] - 2308:22, 2308:24
**indictment** [2] - 2354:8, 2358:11
**individual** [46] - 2155:21, 2155:23, 2159:25, 2161:2, 2161:20, 2164:8, 2181:5, 2184:21, 2196:20, 2218:10, 2222:20, 2223:18, 2233:21, 2245:8, 2269:25, 2277:10, 2279:8, 2280:11, 2280:17, 2282:19, 2284:3, 2284:6, 2300:1, 2304:18, 2310:15, 2316:4, 2316:15, 2317:8, 2317:11, 2319:7, 2319:11, 2320:18, 2320:20, 2320:23, 2321:25, 2328:24, 2329:20, 2331:21, 2331:22, 2332:17, 2333:3, 2334:20, 2335:9, 2336:20, 2338:17, 2341:22
**individual's** [1] - 2310:9
**individuals** [28] - 2185:13, 2186:6, 2267:21, 2277:1, 2278:9, 2283:9, 2284:22, 2285:13, 2285:22, 2286:13, 2287:5, 2291:2, 2295:25, 2296:1, 2296:10, 2300:21, 2305:17, 2309:6, 2311:22, 2316:3, 2316:19, 2321:2, 2323:14, 2324:6, 2328:2, 2334:3, 2338:23, 2339:14
**industry** [6] - 2115:9, 2115:13, 2116:19, 2117:3, 2127:11, 2127:13
**inevitable** [1] - 2363:12
**influence** [1] - 2362:17
**information** [17] - 2134:8, 2134:11, 2135:7, 2138:6, 2161:23, 2173:3, 2174:7, 2174:9, 2201:1, 2203:17, 2213:21, 2250:12, 2250:13, 2255:10, 2333:3, 2348:1, 2349:7
**informed** [3] - 2180:10, 2287:5, 2332:10
**informing** [1] - 2324:2
**ing** [1] - 2346:2
**initialled** [1] - 2145:23
**initiated** [2] - 2327:20, 2336:14
**injure** [1] - 2165:9
**injured** [6] - 2153:16, 2157:24, 2162:21, 2164:18, 2165:24, 2180:11
**injures** [1] - 2156:12
**injuries** [3] - 2158:24, 2160:17, 2161:24
**injury** [9] - 2158:22, 2158:23, 2159:8, 2159:20, 2159:24, 2160:15, 2160:18, 2160:20, 2160:24
**Innelli** [4] - 2177:10, 2203:7, 2203:18, 2206:21
**inner** [1] - 2338:12
**innocent** [1] - 2357:20
**inquire** [1] - 2142:1
**inscribe** [1] - 2157:3
**inside** [18] - 2117:13, 2119:18, 2173:8, 2174:8, 2184:19, 2184:20, 2184:25, 2186:13, 2186:14, 2187:9, 2223:19, 2285:4, 2285:5, 2290:20, 2340:4,

2342:25, 2343:4, 2343:10
**instance** [2] - 2211:2, 2231:9
**instances** [1] - 2323:22
**instant** [1] - 2123:13
**instead** [4] - 2288:25, 2316:8, 2354:9, 2362:5
**instruct** [1] - 2258:5
**instruction** [3] - 2141:4, 2200:22, 2200:24
**instructions** [1] - 2359:20
**intended** [1] - 2356:19
**intent** [7] - 2339:20, 2355:22, 2356:4, 2356:8, 2356:11, 2356:21, 2359:13
**intention** [2] - 2279:7, 2334:6
**interact** [1] - 2348:16
**interaction** [1] - 2314:25
**interest** [2] - 2262:2, 2361:1
**interested** [1] - 2270:7
**interests** [1] - 2360:24
**internal** [1] - 2155:21
**internship** [1] - 2147:20
**interrupt** [5] - 2224:6, 2224:23, 2289:9, 2315:8, 2344:22
**intersection** [1] - 2343:8
**intervening** [1] - 2356:16
**interview** [3] - 2202:14, 2203:8, 2353:15
**interviewed** [1] - 2244:21
**intestine** [1] - 2153:16
**intestines** [1] - 2164:19
**introduce** [1] - 2198:14
**introduced** [1] - 2278:10
**introducing** [1] - 2175:13
**investigate** [1] - 2173:2
**investigated** [1] - 2174:3
**Investigation** [1] - 2207:23
**investigator** [3] - 2161:16, 2161:22, 2162:4
**invoice** [1] - 2204:21
**invoices** [3] - 2204:17, 2204:18
**involved** [25] - 2169:6, 2179:11, 2181:21, 2182:11, 2183:7, 2183:22, 2193:19, 2270:3, 2276:16, 2276:20, 2276:24, 2286:17, 2286:20, 2297:20, 2304:16, 2306:24, 2314:11, 2314:13, 2315:15, 2315:21, 2317:1, 2317:21, 2322:15, 2324:2, 2334:6
**involves** [1] - 2260:12
**involving** [1] - 2288:9
**Irish** [1] - 2168:7
**Island** [3] - 2279:23, 2325:13
**issue** [10] - 2152:12, 2202:2, 2205:2, 2250:16, 2257:7, 2355:25, 2356:7, 2358:8, 2361:9, 2362:11
**issues** [3] - 2176:15, 2177:7, 2357:23
**items** [3] - 2145:11, 2204:25, 2205:3
**itself** [3] - 2210:21, 2210:23, 2220:17
**Ivery** [5] - 2149:22, 2157:19, 2217:7, 2218:20, 2269:4

**J**

**jacket** [3] - 2224:14, 2342:1, 2342:3
**jacketed** [1] - 2225:3
**jacketing** [7] - 2216:15, 2223:17, 2224:15, 2224:16, 2224:17, 2225:4, 2225:5
**jail** [13] - 2179:21, 2179:25, 2180:21, 2181:17, 2181:23, 2268:17, 2281:9, 2292:17, 2297:2, 2297:8, 2307:21, 2307:25
**jam** [1] - 2223:5
**Jamel** [1] - 2128:12
**James** [9] - 2136:1, 2137:7, 2149:21, 2153:7, 2154:11, 2155:3, 2219:23, 2221:4, 2226:15
**jammed** [2] - 2222:5, 2222:6
**January** [3] - 2264:5, 2279:24, 2354:9
**JEAN** [1] - 2109:20
**Jersey** [3] - 2109:21, 2110:4, 2110:7
**jewelry** [8] - 2121:19, 2121:21, 2129:13, 2275:9, 2275:10, 2279:9, 2289:15, 2312:5
**Jim** [1] - 2330:14
**Jimbo** [5] - 2319:13, 2319:14, 2319:16, 2319:18, 2320:13
**job** [10] - 2113:10, 2132:8, 2202:14, 2202:23, 2203:15, 2262:5, 2292:1, 2310:16, 2316:2
**jog** [1] - 2246:25
**jogs** [1] - 2138:19
**Johan** [2] - 2149:22, 2160:12
**John** [5] - 2130:16, 2130:24, 2205:7, 2349:4, 2354:20
**JOHN** [2] - 2131:1, 2367:12
**joined** [2] - 2330:13, 2330:18
**joints** [3] - 2181:18, 2198:9, 2198:11
**Jones** [2] - 2172:25, 2173:12
**JORDAN** [2] - 2110:2, 2110:3
**Joseph** [2] - 2229:15, 2229:20
**JOSEPH** [1] - 2368:8
**jostling** [1] - 2276:23
**JR** [3] - 2298:18, 2298:19, 2301:9
**judge** [13] - 2111:17, 2111:18, 2141:3, 2213:19, 2255:9, 2258:4, 2262:3, 2271:21, 2272:10, 2358:16, 2361:7, 2361:8, 2364:15
**Judge** [24] - 2113:8, 2141:6, 2150:23, 2167:10, 2175:15, 2176:1, 2176:3, 2176:8, 2176:17, 2200:22, 2201:4, 2229:14, 2236:8, 2248:8, 2253:2, 2254:19, 2255:2, 2255:7, 2345:3, 2346:13, 2353:10, 2354:22, 2359:6, 2364:9
**JUDGE** [1] - 2109:11
**judge-like** [1] - 2361:7
**judgment** [1] - 2365:8
**July** [9] - 2164:16, 2184:2, 2192:7, 2193:23, 2194:17, 2225:22, 2231:10, 2235:21, 2236:4
**jump** [2] - 2328:10, 2363:5

**jumped** [5] - 2188:5, 2191:3, 2312:25, 2328:2
**June** [5] - 2131:23, 2142:17, 2156:6, 2219:3, 2288:6
**junior** [1] - 2279:4
**juries** [1] - 2360:3
**Juror** [3] - 2202:1, 2206:20, 2262:1
**juror** [3] - 2203:10, 2203:20, 2203:23
**JUROR** [52] - 2202:7, 2202:10, 2202:15, 2202:18, 2202:21, 2202:24, 2203:5, 2203:14, 2203:16, 2203:21, 2206:10, 2207:10, 2213:22, 2229:11, 2229:15, 2229:20, 2234:8, 2236:11, 2237:3, 2238:23, 2239:2, 2239:4, 2239:6, 2239:9, 2242:19, 2243:5, 2243:8, 2243:10, 2246:4, 2246:7, 2246:13, 2247:2, 2247:5, 2247:22, 2247:24, 2248:1, 2248:3, 2248:6, 2249:13, 2251:20, 2252:7, 2254:1, 2254:7, 2255:1, 2256:11, 2260:6, 2263:18, 2266:9, 2266:12, 2310:1, 2327:16, 2327:19
**JUROR'** [2] - 2258:14, 2360:24
**jurors** [19] - 2111:19, 2111:21, 2112:17, 2112:23, 2113:18, 2148:10, 2174:24, 2213:24, 2260:5, 2261:24, 2348:17, 2352:14, 2355:19, 2360:17, 2364:23, 2364:25, 2366:4, 2366:8, 2366:16
**jurors'** [1] - 2365:16
**JURY** [1] - 2109:10
**jury** [63] - 2113:21, 2115:3, 2137:11, 2145:21, 2147:6, 2147:16, 2149:11, 2150:8, 2152:16, 2155:5, 2156:25, 2158:9, 2160:15, 2165:20, 2166:22, 2174:23, 2176:12, 2178:5, 2178:22, 2180:5, 2182:18, 2183:4, 2184:5, 2185:5, 2192:24, 2195:3, 2202:5, 2205:12, 2206:3, 2206:18, 2209:18, 2223:11, 2227:11, 2247:14, 2250:23, 2253:3, 2253:14, 2253:17, 2253:18, 2253:22, 2254:21, 2258:5, 2258:8, 2260:8, 2260:10, 2299:8, 2346:17, 2349:3, 2349:5, 2351:5, 2353:20, 2355:13, 2356:17, 2358:3, 2360:12, 2360:14, 2362:23, 2363:9, 2363:10, 2364:12, 2365:23, 2366:5
**jury's** [1] - 2290:1
**jury.)** [1] - 2260:1
**juvenile** [2] - 2277:20, 2277:21

# K

**K2M2599** [1] - 2137:2
**K994883** [1] - 2166:13
**Katrice** [1] - 2294:11
**keep** [3] - 2222:4, 2305:21, 2340:3
**keeping** [1] - 2342:9
**Keith** [6] - 2344:16, 2344:18, 2344:20, 2345:9, 2346:1
**KENDRA** [2] - 2110:6, 2110:6
**Kennedy** [9] - 2133:8, 2133:23, 2135:2, 2137:14, 2138:5, 2140:14, 2140:15,

2205:9, 2213:9
**Kennedy's** [1] - 2137:16
**Kenny** [13] - 2237:17, 2238:11, 2239:20, 2239:25, 2244:6, 2245:9, 2262:16, 2263:11, 2263:14, 2263:22, 2264:2, 2264:16, 2264:21
**Kenny's** [1] - 2239:11
**Kent** [3] - 2303:8, 2303:12, 2303:13
**kicked** [3] - 2191:13, 2332:20, 2332:22
**kid** [16] - 2274:2, 2287:2, 2290:17, 2300:25, 2305:2, 2317:24, 2317:25, 2318:2, 2318:3, 2318:6, 2318:10, 2329:21, 2334:8, 2344:5, 2344:6, 2344:8
**kidnapped** [2] - 2184:4, 2191:16
**kidnapping** [1] - 2355:5
**kids** [6] - 2234:2, 2234:6, 2234:8, 2274:20, 2275:7, 2328:11
**kill** [9] - 2284:7, 2315:15, 2336:23, 2337:7, 2337:10, 2356:10, 2356:12, 2356:19
**killed** [7] - 2164:1, 2318:15, 2319:2, 2323:2, 2331:5, 2356:12, 2359:2
**killing** [2] - 2310:7, 2356:10
**Kim** [6] - 2116:25, 2127:8, 2127:10, 2127:13, 2127:21, 2130:1
**Kimmy** [1] - 2290:17
**kind** [19] - 2117:3, 2117:19, 2117:20, 2118:3, 2120:11, 2120:22, 2120:23, 2135:20, 2154:9, 2160:1, 2189:7, 2203:15, 2223:5, 2254:18, 2286:16, 2297:17, 2297:25, 2302:13, 2303:16
**Kings** [2] - 2147:7, 2147:10
**knee** [2] - 2159:2, 2160:24
**knife** [1] - 2197:19
**knock** [2] - 2282:10, 2328:21
**knocked** [2] - 2294:22, 2329:3
**knockout** [1] - 2282:1
**knowing** [1] - 2202:25
**knowledge** [3] - 2204:16, 2293:23, 2327:17
**known** [15] - 2169:8, 2209:7, 2275:23, 2281:25, 2291:20, 2294:12, 2305:16, 2307:18, 2312:8, 2321:3, 2327:5, 2327:6, 2327:19, 2331:22, 2347:22
**knows** [4] - 2158:7, 2167:10, 2348:4, 2348:6
**Kojack** [3] - 2269:17, 2270:19, 2270:21

# L

**lab** [10] - 2206:7, 2211:4, 2211:10, 2213:13, 2214:18, 2215:18, 2216:13, 2220:1, 2224:4, 2225:24
**labeled** [1] - 2145:20
**laboratory** [3] - 2157:12, 2217:12, 2219:5
**laceration** [1] - 2159:2
**lack** [1] - 2161:4
**lady** [3] - 2280:18, 2287:4, 2308:8
**Lafayette** [30] - 2135:5, 2135:12, 2216:11, 2267:7, 2273:14, 2273:16,

2274:14, 2276:8, 2282:19, 2282:20, 2283:1, 2283:17, 2289:11, 2289:20, 2289:21, 2289:23, 2290:1, 2293:10, 2296:7, 2311:7, 2311:20, 2313:7, 2313:10, 2313:15, 2314:5, 2314:12, 2316:6, 2324:25, 2325:1, 2325:2
**Lamale** [2] - 2215:13, 2218:20
**Lamel** [2] - 2149:23, 2165:20
**land** [1] - 2227:19
**language** [7] - 2312:7, 2333:7, 2360:23, 2361:14, 2363:18, 2363:20, 2364:3
**LANKENAU** [1] - 2147:20
**Lankenau** [1] - 2147:20
**lap** [4] - 2190:25, 2192:12, 2193:2
**large** [3] - 2185:21, 2198:24, 2227:1
**last** [16] - 2111:11, 2112:1, 2113:4, 2114:19, 2128:6, 2146:20, 2173:1, 2175:8, 2176:2, 2176:22, 2177:22, 2202:16, 2236:20, 2265:23, 2282:22, 2365:18
**lastly** [2] - 2145:6, 2145:25
**Latoya** [7] - 2238:6, 2238:12, 2241:5, 2241:21, 2243:2, 2243:13, 2244:10
**laugh** [1] - 2325:17
**laughed** [2] - 2312:6, 2328:20
**laughing** [2] - 2333:4, 2333:19
**law** [14] - 2111:25, 2157:6, 2157:8, 2166:7, 2260:15, 2353:14, 2353:15, 2354:15, 2355:5, 2355:22, 2360:2, 2360:14, 2361:22, 2363:17
**LAW** [3] - 2109:23, 2110:2, 2110:6
**Lawson** [4] - 2149:23, 2165:20, 2215:14, 2218:21
**lawyers** [4] - 2167:1, 2251:1, 2350:1, 2359:24
**lay** [2] - 2243:24, 2260:15
**lead** [10] - 2215:21, 2216:8, 2223:12, 2223:13, 2223:14, 2224:16, 2224:17, 2224:18, 2227:17, 2227:19
**leader** [2] - 2267:20, 2327:25
**leaders** [1] - 2267:15
**leadership** [1] - 2314:22
**leading** [6] - 2239:19, 2247:9, 2247:11, 2247:15, 2248:13, 2248:19
**leaned** [1] - 2339:5
**learn** [3] - 2133:5, 2135:23, 2193:22
**learned** [2] - 2173:9, 2331:9
**least** [6] - 2112:10, 2134:6, 2199:23, 2225:13, 2349:6, 2357:1
**leave** [15] - 2116:6, 2117:12, 2119:2, 2191:1, 2191:2, 2202:2, 2204:7, 2206:22, 2206:24, 2243:20, 2255:1, 2261:25, 2302:18, 2324:11, 2351:8
**leaves** [3] - 2228:11, 2253:17, 2346:17
**leaving** [5] - 2116:3, 2129:17, 2129:18, 2173:3, 2348:18
**led** [4] - 2178:22, 2180:5, 2182:18, 2183:4
**left** [29] - 2116:8, 2118:4, 2118:13, 2118:20, 2119:8, 2120:12, 2127:23, 2127:25, 2128:12, 2128:22, 2152:22,

2154:14, 2155:8, 2158:1, 2158:11, 2159:2, 2163:20, 2163:21, 2185:3, 2192:8, 2233:19, 2302:19, 2302:20, 2335:9, 2336:1, 2340:9, 2340:12, 2342:9, 2346:5

**left-hand** [5] - 2118:13, 2233:19, 2340:9, 2340:12, 2342:9

**leg** [2] - 2160:2, 2160:4

**legitimate** [1] - 2251:2

**legs** [5] - 2158:25, 2160:21, 2160:23, 2163:4

**length** [2] - 2187:2, 2365:1

**lengthy** [1] - 2171:3

**less** [3] - 2123:12, 2151:14, 2354:16

**letter** [7] - 2204:11, 2271:19, 2271:20, 2271:21, 2271:23, 2272:15, 2285:14

**letters** [1] - 2125:17

**letting** [1] - 2283:7

**level** [2] - 2160:24, 2163:4

**LG** [2] - 2323:9, 2323:19

**liable** [2] - 2359:10, 2359:12

**license** [1] - 2136:25

**lie** [2] - 2272:11, 2361:3

**life** [4] - 2270:18, 2270:20, 2272:13, 2299:23

**lift** [1] - 2310:9

**lifted** [1] - 2190:23

**likelihood** [1] - 2176:7

**likely** [2] - 2160:2, 2215:4

**Lil'** [6] - 2116:25, 2127:8, 2127:10, 2127:13, 2127:21, 2130:1

**limine** [2] - 2141:3, 2200:22

**limit** [1] - 2205:13

**limiting** [1] - 2359:19

**line** [10] - 2210:3, 2263:19, 2304:3, 2326:7, 2360:9, 2361:24, 2362:3, 2362:4, 2363:3, 2363:5

**lined** [2] - 2175:19, 2175:21

**lines** [3] - 2263:9, 2263:10, 2263:11

**lineup** [1] - 2307:23

**lingo** [1] - 2331:3

**link** [1] - 2255:25

**list** [13] - 2114:4, 2114:8, 2136:10, 2146:9, 2151:3, 2151:5, 2177:15, 2235:9, 2235:24, 2366:8, 2366:11, 2366:16, 2366:17

**listen** [10] - 2152:5, 2188:7, 2188:19, 2257:3, 2301:20, 2325:23, 2349:23, 2349:24, 2355:25, 2364:12

**listening** [1] - 2353:6

**live** [7] - 2137:13, 2267:7, 2276:8, 2304:11, 2347:20, 2351:24, 2352:5

**lived** [2] - 2300:19, 2311:8

**lives** [1] - 2294:22

**living** [1] - 2273:1

**load** [3] - 2209:25, 2210:15, 2210:17

**loaded** [4] - 2209:24, 2219:8, 2221:21, 2221:22

**lobby** [4] - 2283:15, 2285:5, 2307:2, 2333:25

**locate** [1] - 2144:13

**located** [2] - 2125:6, 2279:5

**location** [8] - 2121:15, 2132:22, 2132:23, 2135:5, 2135:6, 2152:12, 2228:2, 2234:4

**locked** [4] - 2314:15, 2314:16, 2314:18, 2315:5

**lockers** [1] - 2274:23

**logged** [2] - 2211:8, 2211:9

**logical** [1] - 2345:6

**London** [3] - 2286:18, 2286:21, 2288:12, 2289:6

**long-term** [1] - 2361:1

**look** [29] - 2135:7, 2206:8, 2209:13, 2214:11, 2215:9, 2220:19, 2221:22, 2228:5, 2228:8, 2230:12, 2232:12, 2235:6, 2238:22, 2239:7, 2245:19, 2254:16, 2257:13, 2259:6, 2261:8, 2283:19, 2337:4, 2337:13, 2339:19, 2346:9, 2358:5, 2360:8, 2361:12, 2361:13

**looked** [10] - 2142:23, 2143:5, 2174:6, 2222:3, 2247:5, 2331:21, 2332:16, 2337:3, 2337:24, 2343:9

**looking** [30] - 2111:9, 2118:14, 2123:22, 2150:13, 2155:12, 2169:11, 2213:21, 2222:9, 2231:4, 2231:17, 2245:13, 2245:16, 2246:16, 2246:24, 2256:20, 2263:24, 2279:11, 2281:17, 2281:18, 2290:19, 2290:20, 2300:25, 2324:7, 2325:2, 2332:3, 2332:16, 2337:4, 2337:15, 2340:4, 2346:1

**looks** [3] - 2137:2, 2191:20, 2258:20

**LORETTA** [1] - 2109:13

**lose** [2] - 2357:11, 2357:12

**losing** [1] - 2318:9

**lost** [1] - 2155:24

**loud** [3] - 2266:17, 2266:19, 2353:7

**louder** [1] - 2351:22

**lower** [5] - 2160:21, 2161:1, 2163:2, 2163:3, 2163:9

**Luger** [5] - 2213:14, 2214:10, 2224:12, 2225:2, 2226:3

**lunch** [4] - 2111:22, 2175:10, 2177:9, 2177:11

**lung** [1] - 2157:24

**lungs** [1] - 2165:25

**lying** [2] - 2254:24, 2360:25

**LYNCH** [1] - 2109:13

**lynch** [1] - 2176:24

## M

**M-11** [2] - 2226:16, 2227:2

**M-i-l-e-w-s-k-i** [1] - 2146:20

**M-u-r-p-h-y** [1] - 2168:3

**M-y-e-r-s** [1] - 2266:12

**M.D** [1] - 2147:18

**M11** [1] - 2223:1

**ma'am** [4] - 2132:2, 2138:10, 2234:19, 2234:22

**machine** [4] - 2186:2, 2186:18, 2192:18, 2226:21

**Mack** [3] - 2284:2, 2284:14, 2284:21

**Mack-O** [3] - 2284:2, 2284:14, 2284:21

**magazine** [4] - 2210:6, 2219:8, 2222:6, 2227:2

**magazines** [1] - 2227:1

**magnifications** [1] - 2209:13

**magnometer** [1] - 2338:16

**magnometers** [1] - 2338:9

**Magnum** [1] - 2215:4

**mail** [1] - 2255:15

**mails** [1] - 2111:12

**maintain** [1] - 2288:2

**maintaining** [1] - 2356:20

**male** [2] - 2133:3, 2135:15

**malfunction** [1] - 2221:23

**malice** [1] - 2312:10

**man** [7] - 2270:5, 2285:9, 2313:5, 2320:25, 2323:13, 2327:20, 2343:5

**mandatory** [3] - 2270:18, 2270:20, 2271:22

**Manhattan** [3] - 2115:20, 2125:7, 2357:15

**manner** [2] - 2159:24, 2160:6

**Manny** [1] - 2278:18

**manually** [2] - 2210:14, 2210:16

**map** [5] - 2273:16, 2283:19, 2289:25, 2303:9, 2325:2

**Marcel** [6] - 2133:8, 2133:23, 2138:5, 2140:14, 2205:9, 2213:8

**March** [3] - 2208:25, 2277:3, 2278:24

**march** [2] - 2168:7, 2171:4

**Marcy** [5] - 2132:19, 2132:23, 2142:20, 2145:8, 2219:3

**marijuana** [5] - 2181:18, 2198:1, 2198:10, 2278:9, 2278:13, 2278:21

**mark** [3] - 2119:3, 2228:12, 2273:17

**Mark** [2] - 2286:12, 2286:24

**marked** [18] - 2132:9, 2143:14, 2145:6, 2170:6, 2172:16, 2172:17, 2212:17, 2221:14, 2220:23, 2231:22, 2240:11, 2245:1, 2249:8, 2259:5, 2272:18, 2293:17, 2295:7, 2305:5

**marking** [1] - 2217:21

**markings** [5] - 2218:11, 2222:20, 2223:18, 2227:18, 2227:19

**marks** [3] - 2222:14, 2222:18, 2228:15

**Mary** [1] - 2112:2

**mass** [1] - 2353:21

**match** [3] - 2220:12, 2276:2, 2276:4

**matched** [5] - 2217:19, 2220:4, 2220:12, 2225:16, 2225:17

**material** [5] - 2254:5, 2254:13, 2260:17, 2260:18, 2353:21

**matter** [5] - 2162:13, 2205:6, 2258:16, 2354:24, 2361:13

**MATTHEW** [1] - 2109:15

**Maxwell** [16] - 2236:22, 2237:3, 2237:9, 2238:22, 2239:23, 2239:25, 2240:1, 2240:9, 2241:3, 2243:12, 2244:6, 2246:15, 2262:14, 2262:24, 2263:8, 2264:6

**MAXWELL** [1] - 2368:13
**MDC** [2] - 2175:9, 2176:21
**MDT** [1] - 2173:7
**mean** [53] - 2114:8, 2120:16, 2128:16, 2129:9, 2137:22, 2139:19, 2147:12, 2152:18, 2155:20, 2160:17, 2160:23, 2163:3, 2179:23, 2182:7, 2199:5, 2218:9, 2225:12, 2247:17, 2258:12, 2267:19, 2285:17, 2286:14, 2290:7, 2298:1, 2300:23, 2301:18, 2305:19, 2307:16, 2310:15, 2310:18, 2311:24, 2312:8, 2315:8, 2315:23, 2316:14, 2317:16, 2318:4, 2319:19, 2321:6, 2324:5, 2331:1, 2331:12, 2331:21, 2335:12, 2343:24, 2344:1, 2344:10, 2349:23, 2358:22, 2358:25, 2359:23, 2363:11, 2363:25
**meaning** [4] - 2121:5, 2123:24, 2165:18, 2323:2
**means** [6] - 2147:13, 2155:21, 2172:17, 2211:1, 2221:20, 2356:10
**meantime** [2] - 2175:3, 2177:9
**mechanical** [1] - 2110:12
**Medical** [7] - 2147:8, 2147:14, 2147:25, 2157:1, 2161:16, 2217:22, 2217:25
**medical** [4] - 2147:10, 2147:20, 2148:6, 2150:3
**medicine** [1] - 2149:12
**meet** [5] - 2183:11, 2237:17, 2239:11, 2275:21, 2294:10
**meeting** [1] - 2283:15
**member** [6] - 2267:19, 2325:15, 2327:14, 2328:5, 2334:8, 2345:11
**members** [6] - 2166:22, 2247:14, 2250:23, 2253:14, 2260:10, 2321:13
**memo** [3] - 2139:11, 2139:12, 2140:18
**memory** [5] - 2138:16, 2138:18, 2138:23, 2139:12, 2265:15
**mentally** [1] - 2310:3
**mention** [3] - 2183:25, 2261:22, 2309:19
**mentioned** [12] - 2129:2, 2179:18, 2180:4, 2195:16, 2197:10, 2204:24, 2244:10, 2250:9, 2262:20, 2295:5, 2295:16, 2295:24
**merchandises** [1] - 2270:7
**messing** [2] - 2317:13, 2317:22
**met** [12] - 2197:11, 2202:15, 2262:15, 2264:22, 2276:15, 2276:17, 2282:19, 2283:3, 2295:2, 2298:7, 2299:18, 2320:2
**method** [1] - 2152:12
**meticulous** [1] - 2213:18
**Michael** [11] - 2149:21, 2151:17, 2152:15, 2214:13, 2269:10, 2270:9, 2315:15, 2319:2, 2329:11, 2329:15, 2331:5
**microphone** [1] - 2353:9
**microphones** [2] - 2115:14, 2353:16
**microscope** [2] - 2209:8, 2209:11
**microscopes** [1] - 2209:12

**microscopic** [1] - 2208:2
**microscopist** [1] - 2208:24
**microscopy** [1] - 2209:12
**mid** [1] - 2174:19
**mid-morning** [1] - 2174:19
**middle** [7] - 2122:23, 2122:24, 2203:1, 2306:3, 2339:15, 2341:12, 2342:18
**midnight** [1] - 2132:11
**midtown** [1] - 2276:22
**might** [13] - 2112:12, 2127:20, 2133:12, 2135:9, 2157:3, 2181:19, 2189:12, 2198:1, 2236:20, 2331:24, 2344:24, 2345:19, 2366:12
**migrate** [1] - 2332:3
**mike** [2] - 2115:11, 2266:18
**Mike** [2] - 2129:9, 2201:21
**Milewski** [11] - 2146:9, 2146:20, 2147:4, 2148:21, 2149:2, 2149:18, 2152:15, 2154:18, 2158:9, 2159:23, 2162:17
**MILEWSKI** [2] - 2146:22, 2367:17
**military** [1] - 2132:15
**millimeter** [1] - 2226:22
**MIN** [1] - 2235:22
**mind** [4] - 2265:10, 2265:15, 2337:5, 2363:13
**mine** [3] - 2116:9, 2275:18, 2343:17
**mine's** [1] - 2184:17
**minimum** [3] - 2270:18, 2270:20, 2271:22
**minivan** [1] - 2174:2
**minks** [1] - 2270:8
**minute** [5] - 2123:12, 2133:12, 2133:13, 2255:2, 2366:4
**minutes** [23] - 2126:9, 2174:19, 2175:12, 2176:21, 2189:6, 2191:12, 2231:8, 2231:11, 2236:18, 2251:23, 2253:15, 2257:16, 2257:24, 2259:8, 2261:14, 2303:5, 2306:2, 2335:6, 2348:22, 2352:11, 2352:15, 2352:16, 2352:18
**missing** [1] - 2358:17
**mistake** [1] - 2354:11
**mistaken** [2] - 2127:15, 2127:20
**mixed** [1] - 2301:21
**model** [2] - 2335:10, 2335:12
**moment** [4] - 2220:22, 2224:6, 2226:14, 2366:3
**MONDAY** [1] - 2109:7
**Monday** [2] - 2202:16, 2313:5
**money** [33] - 2182:3, 2187:24, 2188:7, 2188:8, 2188:20, 2188:21, 2188:22, 2189:10, 2200:10, 2200:16, 2200:18, 2244:19, 2275:8, 2279:12, 2288:13, 2288:16, 2289:2, 2289:5, 2293:7, 2299:25, 2301:1, 2301:17, 2301:18, 2305:2, 2312:6, 2313:10, 2317:13, 2317:17, 2317:22, 2317:23, 2318:10, 2320:17, 2320:19
**Money** [6] - 2130:7, 2284:1, 2293:20, 2330:12, 2330:16, 2334:14
**moneys** [1] - 2317:8

**Montclair** [1] - 2109:21
**month** [2] - 2231:24, 2232:25
**months** [2] - 2277:16, 2279:21
**morgue** [17] - 2214:21, 2216:6, 2216:9, 2217:10, 2217:12, 2217:14, 2218:3, 2218:13, 2218:20, 2220:6, 2224:7, 2224:15, 2224:18, 2225:5, 2225:6, 2225:25, 2227:15
**morning** [45] - 2111:4, 2113:5, 2113:22, 2114:10, 2115:3, 2116:4, 2118:19, 2122:2, 2125:15, 2125:16, 2127:4, 2127:5, 2127:23, 2130:17, 2130:18, 2131:8, 2131:9, 2132:12, 2132:17, 2140:3, 2140:4, 2141:15, 2144:16, 2146:10, 2146:12, 2147:4, 2147:5, 2167:20, 2167:21, 2171:11, 2174:19, 2176:5, 2176:7, 2177:3, 2177:6, 2178:5, 2196:15, 2204:9, 2204:25, 2205:1, 2255:15, 2345:1, 2346:15, 2347:1, 2351:11
**morning's** [1] - 2201:19
**Mosley** [1] - 2362:12
**most** [5] - 2160:2, 2177:1, 2215:4, 2244:20, 2295:25
**mostly** [1] - 2211:1
**mother** [1] - 2273:23
**motion** [7] - 2112:1, 2204:10, 2204:12, 2221:25, 2258:4, 2338:4, 2357:6
**motions** [1] - 2348:10
**motivated** [1] - 2362:24
**motivating** [1] - 2362:13
**motor** [2] - 2159:25, 2161:1
**mouth** [1] - 2248:14
**move** [18] - 2143:20, 2145:13, 2148:21, 2153:18, 2155:23, 2167:2, 2176:17, 2205:14, 2216:23, 2219:2, 2223:25, 2273:5, 2273:7, 2284:15, 2306:22, 2311:11, 2311:13, 2332:5
**moved** [9] - 2120:9, 2120:11, 2204:18, 2273:9, 2274:1, 2274:3, 2274:14, 2275:22, 2298:8
**moves** [5] - 2150:17, 2154:20, 2159:10, 2192:19, 2194:23
**movie** [1] - 2293:23
**moving** [6] - 2117:2, 2156:4, 2158:5, 2162:17, 2164:14, 2165:20
**MR** [213] - 2111:8, 2111:11, 2111:14, 2111:18, 2111:24, 2112:11, 2112:18, 2112:25, 2113:2, 2113:7, 2113:13, 2124:1, 2124:5, 2125:12, 2125:14, 2126:24, 2127:1, 2127:3, 2129:20, 2133:15, 2133:19, 2134:1, 2136:19, 2139:24, 2140:2, 2140:25, 2141:3, 2141:6, 2141:13, 2141:25, 2142:2, 2142:4, 2143:20, 2144:1, 2144:3, 2144:5, 2144:8, 2144:11, 2144:15, 2144:19, 2144:23, 2145:13, 2146:3, 2148:25, 2149:1, 2151:15, 2159:13, 2159:16, 2159:19, 2166:19, 2166:21, 2167:16, 2167:19, 2168:10, 2168:12, 2169:12, 2169:14, 2169:17, 2170:19,

2170:22, 2170:23, 2174:17, 2175:1,
2175:5, 2175:20, 2176:1, 2176:3,
2176:8, 2200:22, 2201:4, 2204:1,
2204:4, 2204:8, 2204:14, 2204:22,
2205:6, 2205:12, 2205:19, 2206:12,
2208:10, 2208:13, 2227:6, 2227:9,
2229:5, 2229:14, 2229:25, 2230:4,
2230:18, 2230:21, 2231:1, 2231:2,
2231:3, 2231:21, 2232:7, 2232:8,
2233:4, 2236:8, 2250:21, 2251:14,
2252:25, 2253:2, 2253:4, 2253:6,
2253:11, 2253:13, 2255:1, 2255:7,
2255:9, 2258:4, 2258:9, 2258:14,
2265:22, 2265:25, 2266:5, 2266:21,
2266:23, 2268:5, 2268:15, 2272:23,
2284:15, 2284:17, 2300:14, 2300:16,
2309:23, 2313:25, 2314:3, 2315:8,
2315:12, 2321:8, 2327:2, 2327:6,
2327:11, 2329:4, 2329:7, 2329:10,
2345:2, 2345:7, 2346:13, 2346:25,
2347:3, 2347:7, 2347:10, 2347:12,
2347:19, 2347:24, 2348:1, 2348:6,
2348:9, 2348:12, 2348:19, 2349:13,
2349:18, 2349:21, 2349:25, 2350:14,
2350:18, 2350:19, 2350:20, 2351:17,
2351:21, 2351:23, 2352:2, 2353:8,
2353:10, 2353:12, 2354:22, 2355:1,
2355:7, 2356:2, 2356:16, 2357:2,
2357:8, 2357:12, 2357:19, 2357:24,
2358:16, 2358:22, 2358:25, 2359:6,
2359:25, 2360:5, 2360:7, 2360:11,
2360:20, 2361:8, 2361:17, 2361:24,
2362:2, 2362:7, 2362:10, 2362:20,
2362:23, 2363:3, 2363:8, 2363:16,
2363:21, 2363:25, 2364:5, 2364:9,
2364:18, 2365:7, 2365:12, 2365:24,
2366:3, 2366:14, 2367:8, 2367:9,
2367:14, 2367:16, 2367:20, 2368:7,
2368:10, 2368:18
**MS** [209] - 2113:24, 2114:2, 2114:6,
2114:8, 2114:25, 2115:2, 2125:1,
2127:18, 2129:22, 2129:24, 2130:14,
2130:16, 2131:5, 2131:7, 2133:21,
2133:23, 2136:9, 2136:17, 2136:23,
2138:13, 2138:15, 2139:3, 2139:5,
2139:7, 2139:9, 2139:22, 2143:23,
2144:13, 2144:16, 2145:15, 2146:4,
2146:8, 2147:1, 2147:3, 2148:20,
2150:17, 2150:20, 2150:23, 2150:25,
2151:2, 2151:4, 2151:8, 2151:11,
2151:25, 2152:8, 2152:11, 2153:18,
2154:6, 2154:20, 2159:5, 2159:10,
2159:14, 2159:17, 2166:16, 2171:9,
2172:2, 2173:21, 2174:14, 2174:16,
2175:4, 2175:12, 2175:15, 2175:17,
2177:14, 2178:2, 2178:4, 2179:7,
2192:19, 2194:23, 2195:22, 2195:24,
2196:5, 2196:7, 2196:12, 2196:14,
2198:21, 2200:20, 2201:2, 2201:6,
2201:13, 2201:17, 2204:24, 2206:6,
2207:3, 2207:12, 2207:14, 2207:16,
2208:4, 2212:10, 2212:14, 2216:25,

2217:3, 2217:4, 2220:22, 2221:7,
2221:9, 2221:12, 2226:14, 2227:4,
2229:8, 2233:6, 2233:9, 2233:16,
2236:5, 2236:15, 2236:18, 2236:21,
2237:6, 2237:8, 2238:24, 2239:17,
2240:13, 2240:16, 2240:18, 2240:21,
2240:24, 2241:2, 2241:10, 2241:15,
2241:17, 2241:20, 2241:21, 2242:2,
2242:5, 2242:8, 2242:10, 2242:14,
2242:17, 2242:19, 2242:22, 2242:24,
2243:2, 2243:14, 2243:20, 2244:4,
2245:3, 2245:7, 2245:15, 2245:18,
2246:18, 2247:9, 2248:8, 2248:11,
2248:23, 2249:2, 2249:5, 2249:6,
2249:16, 2249:19, 2249:22, 2250:1,
2250:2, 2250:3, 2250:6, 2250:11,
2250:14, 2250:17, 2251:6, 2251:11,
2251:22, 2252:1, 2252:5, 2252:11,
2252:16, 2252:18, 2252:20, 2253:25,
2254:6, 2256:7, 2256:10, 2256:13,
2256:16, 2256:19, 2256:22, 2257:12,
2257:16, 2257:20, 2257:25, 2258:3,
2258:20, 2258:22, 2258:24, 2259:9,
2260:4, 2262:13, 2263:3, 2263:5,
2263:18, 2265:2, 2265:4, 2265:7,
2265:17, 2265:19, 2350:7, 2350:9,
2350:12, 2367:7, 2367:10, 2367:13,
2367:18, 2367:22, 2367:24, 2367:25,
2368:1, 2368:5, 2368:12, 2368:15,
2368:16
**multi** [1] - 2353:14
**multiple** [3] - 2197:7, 2261:18, 2365:5
**murder** [33] - 2218:20, 2218:21, 2224:2,
2225:21, 2267:13, 2268:23, 2269:3,
2269:7, 2269:14, 2269:16, 2269:18,
2270:9, 2270:10, 2270:19, 2270:21,
2291:10, 2291:15, 2291:17, 2291:18,
2309:1, 2309:12, 2310:12, 2323:5,
2329:11, 2329:15, 2343:20, 2355:21,
2356:4, 2358:10, 2358:13, 2358:18,
2359:1, 2359:7
**Murder** [3] - 2330:12, 2330:16, 2334:14
**murdered** [4] - 2298:24, 2298:25,
2299:2, 2321:1
**murdering** [1] - 2307:19
**murders** [1] - 2364:2
**Murphy** [3] - 2167:17, 2168:3, 2169:25
**murphy** [2] - 2167:20, 2168:13
**MURPHY** [2] - 2161:4, 2367:19
**muscle** [2] - 2199:10, 2287:8
**muscles** [1] - 2165:25
**music** [10] - 2115:9, 2115:13, 2116:13,
2116:19, 2117:3, 2127:11, 2127:13,
2130:9, 2130:10
**Myers** [20] - 2175:7, 2175:19, 2175:24,
2176:22, 2176:25, 2201:25, 2203:24,
2206:8, 2206:9, 2206:11, 2206:13,
2229:12, 2229:15, 2236:14, 2236:20,
2251:20, 2266:7, 2266:12, 2266:24
**myers** [2] - 2265:21, 2266:6
**MYERS** [2] - 2266:13, 2368:17
**Myree** [1] - 2276:1

**Myrtle** [1] - 2135:13

# N

**name** [76] - 2114:1, 2114:18, 2114:19,
2116:10, 2116:14, 2127:6, 2128:6,
2129:9, 2130:23, 2133:5, 2133:7,
2134:21, 2134:23, 2134:25, 2141:19,
2141:20, 2146:18, 2146:19, 2146:20,
2168:2, 2169:6, 2171:7, 2171:16,
2171:17, 2177:20, 2177:22, 2183:13,
2197:1, 2197:4, 2200:5, 2200:8,
2203:7, 2207:9, 2229:19, 2237:2,
2237:17, 2238:3, 2238:4, 2238:5,
2238:12, 2239:15, 2240:5, 2240:6,
2240:7, 2243:5, 2243:7, 2243:15,
2243:16, 2243:21, 2244:1, 2244:10,
2244:12, 2262:15, 2262:20, 2262:23,
2264:19, 2266:11, 2269:17, 2269:25,
2281:12, 2281:14, 2282:22, 2287:2,
2290:17, 2293:21, 2293:22, 2294:11,
2300:1, 2301:21, 2302:12, 2304:12,
2304:18, 2309:19, 2329:21, 2334:12
**name-to-name** [1] - 2116:14
**named** [12] - 2140:11, 2172:24, 2213:8,
2269:10, 2275:11, 2277:1, 2282:14,
2282:16, 2282:25, 2284:3, 2296:5,
2298:4
**names** [5] - 2137:6, 2149:21, 2239:13,
2294:18, 2302:9
**narcotics** [2] - 2198:24, 2199:3
**narrow** [1] - 2212:1
**nature** [7] - 2126:14, 2133:25, 2134:1,
2247:10, 2251:12, 2251:25, 2252:1
**NCIC** [2] - 2173:2, 2173:5
**near** [4] - 2124:23, 2169:3, 2170:2,
2303:15
**nearby** [2] - 2189:5, 2298:25
**necessarily** [4] - 2134:7, 2286:3,
2309:12, 2358:10
**necessary** [6] - 2154:4, 2154:5, 2154:7,
2158:5, 2159:5, 2167:3
**neck** [3] - 2161:12, 2164:25, 2165:16
**need** [26] - 2139:4, 2139:8, 2139:13,
2144:18, 2150:22, 2151:7, 2152:7,
2154:3, 2167:2, 2167:6, 2203:19,
2206:22, 2212:13, 2213:24, 2243:18,
2251:5, 2251:8, 2253:1, 2254:15,
2257:14, 2259:7, 2261:25, 2300:4,
2329:7, 2337:5, 2349:10
**needed** [6] - 2134:11, 2306:4, 2316:16,
2316:17, 2327:14, 2344:6
**needs** [2] - 2196:2, 2305:25
**neighbor** [2] - 2191:8
**neighborhood** [11] - 2179:13, 2179:16,
2189:1, 2189:7, 2189:8, 2275:8,
2278:10, 2280:16, 2281:24, 2287:6,
2298:7
**neighborhoods** [1] - 2324:7
**neighbors** [1] - 2193:10
**nephew** [1] - 2330:22
**nephews** [1] - 2273:23

**nervous** [1] - 2202:17
**neuropathology** [1] - 2148:5
**never** [9] - 2113:17, 2195:18, 2199:13, 2223:19, 2228:25, 2324:4, 2328:24, 2348:6, 2364:19
**new** [7] - 2123:23, 2124:8, 2217:23, 2264:13, 2278:11, 2316:14, 2335:12
**NEW** [1] - 2109:1
**New** [29] - 2109:6, 2109:14, 2109:17, 2109:21, 2109:25, 2110:4, 2110:7, 2110:11, 2131:15, 2142:5, 2142:21, 2147:8, 2148:1, 2168:13, 2173:4, 2173:10, 2181:2, 2205:7, 2207:22, 2237:12, 2244:21, 2286:17, 2286:21, 2288:12, 2289:6, 2311:19, 2312:22, 2355:5
**next** [61] - 2112:23, 2113:1, 2113:23, 2130:15, 2130:16, 2135:3, 2135:11, 2135:16, 2136:4, 2136:6, 2137:5, 2141:12, 2146:7, 2147:18, 2147:21, 2147:24, 2148:5, 2151:16, 2152:7, 2152:10, 2154:5, 2154:8, 2158:8, 2159:22, 2160:20, 2161:10, 2162:7, 2162:13, 2162:15, 2164:3, 2167:15, 2171:5, 2175:6, 2190:20, 2198:23, 2203:11, 2207:2, 2234:11, 2239:10, 2243:9, 2244:5, 2246:14, 2247:7, 2251:23, 2252:10, 2259:11, 2262:8, 2294:7, 2297:8, 2307:10, 2313:1, 2313:20, 2317:8, 2333:16, 2341:1, 2342:22, 2343:8, 2351:11, 2352:20, 2353:15
**nice** [3] - 2176:17, 2189:8, 2312:5
**nickname** [4] - 2116:14, 2266:24, 2281:21, 2281:23
**NICOLE** [1] - 2110:10
**night** [10] - 2112:1, 2116:2, 2121:20, 2121:24, 2190:21, 2191:15, 2195:11, 2281:25, 2343:13
**nightclub** [1] - 2115:23
**nightclubs** [1] - 2357:14
**nine** [3] - 2216:14, 2216:19, 2226:22
**Nine** [1] - 2355:21
**nobody** [2] - 2124:19, 2124:21
**normal** [2] - 2274:1, 2292:24
**North** [1] - 2131:13
**Northfield** [1] - 2110:3
**Northwestern** [1] - 2147:17
**nose** [2] - 2117:22, 2125:22
**nosed** [1] - 2126:5
**Nostrand** [2] - 2135:18, 2284:23
**nosy** [1] - 2334:7
**noted** [3] - 2249:7, 2249:15, 2366:19
**notes** [2] - 2143:11, 2150:3
**nothing** [19] - 2126:24, 2140:25, 2141:5, 2141:10, 2146:3, 2158:18, 2159:21, 2166:16, 2174:14, 2195:22, 2201:13, 2206:21, 2229:6, 2233:4, 2251:10, 2252:2, 2265:2, 2265:17, 2362:11
**notice** [1] - 2187:25
**noticed** [3] - 2117:15, 2118:6, 2290:18

**notified** [1] - 2174:7
**nuances** [1] - 2112:16
**Number** [13] - 2110:7, 2114:4, 2116:16, 2141:14, 2171:10, 2171:18, 2172:25, 2177:14, 2181:4, 2202:1, 2206:20, 2262:1, 2354:20
**number** [80] - 2113:8, 2113:25, 2136:25, 2138:11, 2138:23, 2139:3, 2139:4, 2139:8, 2139:13, 2150:25, 2152:9, 2166:9, 2167:18, 2167:19, 2171:23, 2172:18, 2195:4, 2195:5, 2202:6, 2207:5, 2207:12, 2211:8, 2213:15, 2231:11, 2231:14, 2231:16, 2232:9, 2232:12, 2232:19, 2232:20, 2232:22, 2232:25, 2233:1, 2233:22, 2234:13, 2234:18, 2234:21, 2234:24, 2235:2, 2235:6, 2235:8, 2235:10, 2235:13, 2235:17, 2235:22, 2235:23, 2235:25, 2236:2, 2236:3, 2236:4, 2238:12, 2238:15, 2238:18, 2238:21, 2239:3, 2239:4, 2240:20, 2241:8, 2244:15, 2248:2, 2255:18, 2255:19, 2258:23, 2260:12, 2262:18, 2263:7, 2263:21, 2263:22, 2264:2, 2264:9, 2264:10, 2264:13, 2312:12
**numbers** [19] - 2232:2, 2233:14, 2233:19, 2233:20, 2234:3, 2234:14, 2235:8, 2235:9, 2249:19, 2250:7, 2250:9, 2256:24, 2255:25, 2258:19, 2264:8, 2265:11, 2265:14, 2265:15
**numeric** [1] - 2145:24
**numerous** [2] - 2133:4, 2137:12
**NV** [7] - 2115:23, 2125:3, 2125:4, 2125:5, 2125:17, 2127:23
**NYPD** [1] - 2131:16
**NYU** [1] - 2147:23

## O

**o'clock** [8] - 2132:17, 2262:2, 2262:7, 2346:14, 2346:19, 2348:18, 2349:20, 2351:9
**obeying** [1] - 2326:7
**object** [8] - 2133:15, 2159:21, 2243:14, 2245:3, 2247:9, 2249:6, 2313:25, 2327:6
**objection** [45] - 2124:4, 2127:18, 2133:19, 2133:25, 2134:1, 2136:18, 2136:19, 2145:14, 2145:15, 2148:25, 2149:1, 2151:16, 2159:12, 2159:15, 2159:18, 2159:19, 2159:22, 2169:18, 2175:17, 2192:21, 2198:21, 2203:8, 2204:18, 2204:20, 2205:8, 2239:17, 2241:10, 2243:23, 2245:10, 2246:18, 2249:7, 2249:15, 2251:12, 2251:24, 2251:25, 2252:1, 2252:9, 2262:25, 2272:21, 2284:17, 2309:23, 2315:10, 2327:7, 2329:6, 2361:16
**objections** [2] - 2143:22, 2148:24, 2230:20, 2254:18
**obligations** [1] - 2260:20
**observe** [3] - 2158:22, 2174:4, 2310:11

**observed** [3] - 2133:3, 2135:14, 2204:25
**obvious** [3] - 2134:2, 2309:16, 2314:18
**obviously** [6] - 2148:20, 2199:17, 2246:8, 2255:24, 2255:25, 2366:15
**occasion** [3] - 2248:16, 2291:23, 2292:6
**occasions** [1] - 2198:1
**occupied** [1] - 2135:15
**occur** [2] - 2159:24, 2302:13
**occurred** [6] - 2121:23, 2140:5, 2159:20, 2184:5, 2184:6, 2215:16
**October** [3] - 2162:19, 2165:22, 2215:16
**OF** [6] - 2109:1, 2109:3, 2109:10, 2109:23, 2110:2, 2110:6
**off-duty** [1] - 2173:12
**offended** [1] - 2365:1
**offense** [2] - 2270:22, 2279:25
**offer** [11] - 2123:12, 2136:17, 2152:6, 2173:21, 2221:7, 2230:18, 2231:18, 2249:25, 2250:5, 2262:3, 2347:21
**offered** [5] - 2138:16, 2141:8, 2141:9, 2200:25, 2252:5
**offering** [2] - 2249:1, 2253:11
**office** [4] - 2143:18, 2147:14, 2162:8, 2254:24
**OFFICE** [3] - 2109:23, 2110:2, 2110:6
**Office** [6] - 2139:20, 2147:7, 2147:14, 2148:1, 2157:1, 2161:17
**officer** [15] - 2131:16, 2131:17, 2137:20, 2137:25, 2138:21, 2171:22, 2172:24, 2204:15, 2204:19, 2204:25, 2205:9, 2211:6, 2280:23, 2280:23, 2288:9
**Officer** [3] - 2132:7, 2171:17, 2173:12
**officers** [5] - 2193:14, 2290:20, 2290:23, 2291:5, 2291:10
**official** [3] - 2250:20, 2251:9, 2330:1
**often** [1] - 2277:22
**old** [23] - 2115:3, 2115:5, 2133:3, 2140:15, 2148:12, 2160:10, 2160:11, 2170:1, 2178:5, 2178:7, 2217:23, 2234:8, 2235:15, 2267:5, 2273:9, 2273:10, 2281:20, 2313:19, 2318:7, 2330:20, 2335:12, 2335:13, 2335:14
**older** [5] - 2158:17, 2158:21, 2278:10, 2296:4, 2319:9
**once** [22] - 2113:16, 2120:18, 2121:15, 2134:9, 2187:4, 2187:18, 2190:4, 2190:6, 2195:25, 2197:22, 2199:17, 2210:17, 2211:8, 2223:18, 2308:11, 2314:18, 2316:4, 2320:24, 2333:20, 2342:19, 2360:14, 2366:6
**one** [169] - 2111:24, 2113:17, 2114:12, 2116:9, 2116:18, 2124:23, 2141:8, 2144:9, 2147:23, 2150:10, 2151:6, 2151:24, 2152:9, 2152:10, 2154:14, 2156:11, 2156:12, 2157:25, 2160:25, 2163:5, 2163:19, 2163:20, 2163:21, 2163:22, 2163:23, 2164:23, 2164:24, 2165:4, 2165:5, 2165:12, 2165:13, 2165:15, 2165:16, 2166:4, 2166:15, 2168:20, 2173:15, 2175:4, 2179:22,

2179:23, 2180:9, 2180:21, 2186:10,
2190:23, 2192:9, 2193:10, 2194:6,
2194:16, 2195:10, 2195:13, 2195:21,
2196:23, 2202:8, 2205:6, 2206:13,
2209:14, 2210:2, 2210:9, 2212:1,
2212:12, 2212:14, 2212:15, 2214:2,
2214:7, 2216:1, 2216:5, 2217:1,
2217:9, 2217:10, 2217:15, 2217:18,
2217:19, 2217:20, 2218:7, 2219:6,
2220:12, 2224:11, 2224:13, 2224:17,
2224:22, 2225:1, 2225:2, 2225:4,
2225:5, 2225:6, 2225:7, 2226:3,
2226:14, 2229:14, 2230:8, 2232:2,
2233:11, 2233:22, 2234:1, 2234:13,
2236:15, 2241:22, 2242:3, 2244:15,
2244:9, 2244:10, 2244:12, 2246:22,
2247:13, 2247:17, 2247:25, 2248:3,
2248:11, 2249:20, 2250:4, 2252:13,
2252:14, 2254:12, 2256:13, 2257:3,
2260:12, 2261:12, 2262:20, 2263:10,
2263:11, 2263:13, 2264:12, 2265:25,
2267:7, 2267:15, 2270:21, 2273:13,
2274:22, 2276:14, 2279:4, 2281:25,
2284:25, 2292:6, 2295:19, 2298:3,
2300:21, 2309:4, 2311:23, 2314:19,
2317:24, 2322:17, 2322:19, 2323:15,
2328:1, 2328:3, 2338:8, 2339:18,
2348:6, 2349:25, 2350:20, 2354:12,
2361:25, 2362:3, 2363:16, 2364:9,
2364:25, 2365:12, 2366:3, 2366:12
**one's** [1] - 2276:12
**ones** [8] - 2156:11, 2165:6, 2176:5,
2217:16, 2217:22, 2223:23, 2225:13,
2269:2
**onsite** [1] - 2147:13
**open** [9] - 2191:7, 2209:25, 2210:15,
2239:20, 2262:18, 2263:10, 2306:25,
2363:14
**opened** [6] - 2186:2, 2193:10, 2238:12,
2263:13, 2263:22, 2264:9
**opening** [2] - 2244:22, 2350:15
**operability** [1] - 2208:1
**operating** [1] - 2159:25
**operations** [1] - 2147:11
**Operations** [1] - 2148:3
**opinion** [2] - 2214:1, 2222:23
**opportunity** [8] - 2208:15, 2239:1,
2254:16, 2257:5, 2261:7, 2347:16,
2348:10, 2352:17
**opposed** [3] - 2223:23, 2295:24, 2337:6
**option** [4] - 2350:20, 2350:22, 2360:25,
2361:3
**options** [1] - 2202:21
**Orange** [1] - 2110:4
**order** [3] - 2145:24, 2222:4, 2318:11
**ordering** [1] - 2177:9
**orderly** [1] - 2257:4
**orders** [1] - 2267:22
**ordinarily** [1] - 2176:18
**organization** [10] - 2310:10, 2323:25,
2324:10, 2325:15, 2325:20, 2327:20,

2330:1, 2330:7, 2334:9, 2344:1
**organizing** [1] - 2113:10
**origin** [1] - 2149:13
**original** [3] - 2149:25, 2150:3, 2151:6
**originally** [2] - 2200:7, 2212:25
**Orleans** [4] - 2180:25, 2181:11,
2181:12, 2197:11
**ought** [1] - 2248:16
**outbound** [1] - 2235:13
**outcome** [1] - 2272:16
**outer** [2] - 2223:13, 2338:11
**outside** [23] - 2117:8, 2117:10, 2124:10,
2161:20, 2174:5, 2174:10, 2174:23,
2175:19, 2185:6, 2185:10, 2198:15,
2198:17, 2202:5, 2203:23, 2212:2,
2223:17, 2254:21, 2255:6, 2260:1,
2299:5, 2324:9, 2338:8, 2343:1
**outstanding** [2] - 2203:9, 2354:15
**overruled** [3] - 2127:19, 2246:22,
2315:11
**owe** [1] - 2200:18
**owed** [2] - 2200:10, 2200:16
**own** [7] - 2210:18, 2219:21, 2233:10,
2235:16, 2235:19, 2313:12, 2327:17

## P

**p.m** [2] - 2132:14, 2366:19
**package** [2] - 2305:11, 2305:17
**packaging** [1] - 2218:1
**PAGE** [1] - 2367:3
**page** [58] - 2205:22, 2212:12, 2212:14,
2212:15, 2217:1, 2230:15, 2230:23,
2231:17, 2231:20, 2231:21, 2231:22,
2232:6, 2233:15, 2233:16, 2233:17,
2234:12, 2234:14, 2234:20, 2234:21,
2235:1, 2240:25, 2241:13, 2241:19,
2241:20, 2241:24, 2242:3, 2242:6,
2242:12, 2242:15, 2249:19, 2250:7,
2250:8, 2250:9, 2259:11, 2326:10,
2352:20, 2354:7, 2354:19, 2355:9,
2355:20, 2358:5, 2359:10, 2360:2,
2360:4, 2360:5, 2360:8, 2360:11,
2360:21, 2361:24, 2362:4, 2362:8,
2363:3, 2370:4, 2370:6
**paged** [1] - 2182:8
**pages** [23] - 2217:5, 2241:12, 2242:3,
2250:5, 2251:19, 2252:3, 2252:4,
2252:12, 2254:3, 2254:4, 2254:7,
2256:8, 2257:8, 2257:9, 2257:12,
2261:18, 2349:3, 2349:5, 2353:24,
2354:2, 2355:4, 2355:8, 2365:10
**paid** [3] - 2183:14, 2244:17, 2244:20
**PANNITTI** [2] - 2110:6, 2110:6
**paper** [6] - 2252:19, 2252:22, 2253:9,
2260:23, 2261:8, 2265:14
**papers** [8] - 2256:3, 2256:4, 2256:15,
2256:18, 2258:12, 2260:12, 2261:6,
2261:14
**paperwork** [3] - 2137:24, 2142:23,
2254:10
**parade** [2] - 2168:7, 2171:5

**pardon** [1] - 2347:24
**pare** [1] - 2353:18
**parents** [1] - 2275:2
**Park** [1] - 2109:21
**park** [6] - 2117:22, 2299:6, 2299:7,
2299:10, 2299:15, 2317:25
**parked** [6] - 2117:13, 2118:18, 2118:20,
2118:22, 2118:24, 2340:12
**parking** [2] - 2125:22, 2125:23
**parole** [4] - 2195:21, 2199:17, 2313:4
**part** [42] - 2112:1, 2138:5, 2138:6,
2142:12, 2149:25, 2155:25, 2160:1,
2180:20, 2187:13, 2194:2, 2209:2,
2241:12, 2242:21, 2244:24, 2249:16,
2249:23, 2267:9, 2267:12, 2268:7,
2268:25, 2269:12, 2271:11, 2271:18,
2286:7, 2300:22, 2300:23, 2314:1,
2320:4, 2320:13, 2320:15, 2322:11,
2325:20, 2325:24, 2325:25, 2327:10,
2330:9, 2330:16, 2334:13, 2334:14,
2348:2, 2351:11, 2361:18
**participation** [1] - 2310:6
**particular** [28] - 2135:8, 2150:13,
2156:22, 2166:9, 2170:16, 2196:20,
2231:10, 2254:14, 2260:24, 2274:21,
2279:4, 2280:12, 2285:12, 2287:4,
2289:7, 2294:13, 2302:14, 2322:9,
2322:16, 2322:20, 2323:15, 2325:17,
2330:8, 2332:25, 2334:25, 2341:12,
2344:7, 2344:20
**particularly** [4] - 2159:19, 2254:14,
2285:21, 2317:23
**parties** [1] - 2111:3
**partner** [2] - 2132:7, 2132:21
**parts** [1] - 2249:24
**passenger** [4] - 2136:1, 2137:7,
2335:20, 2335:21
**passes** [1] - 2312:16
**past** [12] - 2256:24, 2289:8, 2289:14,
2328:21, 2337:20, 2338:7, 2338:15,
2340:1, 2340:2, 2341:19, 2360:9
**pathology** [4] - 2147:22, 2147:25,
2149:11, 2149:12
**patient** [1] - 2177:7
**Patrick** [2] - 2167:17, 2168:3
**PATRICK** [2] - 2168:4, 2367:19
**patrol** [2] - 2132:9, 2172:15
**patrolling** [1] - 2172:23
**pattern** [1] - 2314:22
**Paul** [4] - 2205:8, 2216:25, 2229:7,
2285:14
**PAUL** [39] - 2109:16, 2130:16, 2131:5,
2131:7, 2133:21, 2133:23, 2136:9,
2136:17, 2136:23, 2138:13, 2138:15,
2139:3, 2139:5, 2139:7, 2139:9,
2139:22, 2171:9, 2172:2, 2173:21,
2174:14, 2206:6, 2207:3, 2207:12,
2207:14, 2207:16, 2208:4, 2212:10,
2212:14, 2217:3, 2220:22, 2221:7,
2221:9, 2221:12, 2226:14, 2227:4,
2229:8, 2367:13, 2367:22, 2368:5

**pause** [7] - 2151:12, 2206:16, 2220:23, 2226:13, 2248:10, 2255:8, 2347:11
**pavement** [1] - 2145:25
**pay** [6] - 2285:22, 2286:16, 2291:25, 2316:2, 2316:10, 2318:5
**paying** [4] - 2134:4, 2134:15, 2285:18, 2316:8
**pays** [1] - 2285:19
**PC** [3] - 2285:14, 2285:22, 2286:16
**PCIC** [2] - 2173:3, 2173:5
**PD** [1] - 2172:4
**Peanut** [12] - 2116:9, 2116:18, 2117:5, 2117:15, 2118:18, 2119:15, 2120:13, 2121:6, 2123:3, 2124:11, 2125:21, 2127:8
**Peanut's** [1] - 2129:25
**pedal** [1] - 2160:4
**pedaling** [1] - 2280:15
**pedestrian** [2] - 2160:25, 2356:13
**peer** [1] - 2319:9
**peers** [2] - 2314:24, 2319:8
**penalty** [8] - 2270:22, 2271:2, 2271:5, 2362:7, 2362:11, 2362:16, 2362:22, 2362:24
**pending** [1] - 2291:12
**people** [63] - 2116:17, 2121:16, 2121:21, 2123:20, 2123:22, 2126:13, 2129:2, 2135:22, 2136:7, 2137:13, 2186:12, 2190:2, 2190:9, 2190:11, 2195:10, 2195:13, 2197:7, 2198:5, 2198:6, 2198:7, 2198:9, 2203:7, 2276:24, 2283:24, 2286:1, 2286:5, 2286:15, 2289:17, 2293:14, 2294:18, 2295:4, 2295:16, 2295:23, 2295:24, 2296:2, 2298:2, 2299:20, 2302:25, 2313:15, 2317:22, 2319:5, 2319:6, 2321:16, 2325:6, 2328:4, 2330:13, 2330:17, 2330:18, 2330:25, 2337:21, 2338:8, 2338:15, 2338:24, 2341:18, 2343:24, 2345:25, 2346:3, 2361:5, 2361:10, 2362:19, 2364:24, 2366:9
**people's** [1] - 2271:15
**per** [2] - 2212:14, 2212:15
**perception** [1] - 2319:24
**perfect** [2] - 2115:17, 2252:14
**perfectly** [1] - 2261:9
**perforated** [1] - 2151:21
**performed** [10] - 2149:7, 2151:18, 2153:9, 2157:20, 2160:12, 2162:18, 2162:19, 2164:15, 2165:21, 2211:10
**performing** [1] - 2305:3
**perhaps** [6] - 2176:15, 2177:1, 2238:20, 2262:9, 2351:8, 2365:16
**period** [9] - 2232:16, 2234:24, 2235:1, 2235:6, 2263:25, 2264:5, 2315:20, 2319:1, 2354:7
**permission** [1] - 2203:7
**permits** [1] - 2348:25
**permitted** [2] - 2205:8, 2248:19
**person** [50] - 2113:23, 2116:18, 2130:8, 2132:19, 2134:21, 2175:2, 2175:21,

2181:9, 2184:22, 2186:9, 2188:5, 2188:14, 2188:17, 2188:21, 2191:19, 2192:9, 2196:23, 2197:21, 2203:18, 2213:8, 2221:20, 2228:1, 2237:19, 2238:5, 2238:8, 2239:15, 2247:12, 2247:24, 2248:1, 2248:4, 2249:11, 2254:17, 2262:15, 2264:18, 2282:4, 2282:6, 2293:25, 2304:2, 2328:3, 2334:10, 2338:21, 2339:16, 2339:20, 2341:19, 2354:17, 2356:10, 2356:12, 2357:10
**personal** [1] - 2204:16
**personally** [1] - 2203:19
**pertaining** [2] - 2331:2, 2331:8
**ph** [1] - 2235:22
**Phil** [10] - 2304:18, 2304:20, 2304:23, 2304:25, 2305:10, 2305:11, 2305:13, 2305:24, 2306:2, 2308:8
**PHIL** [1] - 2304:20
**Philadelphia** [2] - 2172:4, 2172:8
**phone** [41] - 2169:24, 2170:1, 2170:2, 2176:4, 2178:11, 2185:6, 2188:6, 2188:15, 2188:18, 2188:19, 2231:8, 2231:11, 2233:10, 2234:3, 2235:17, 2240:7, 2242:21, 2244:6, 2244:9, 2244:14, 2244:15, 2244:17, 2244:22, 2249:21, 2250:5, 2250:25, 2251:3, 2255:18, 2262:18, 2263:7, 2303:8, 2303:15, 2303:19, 2306:7, 2306:8, 2307:10, 2312:11, 2312:15, 2312:16, 2341:20, 2341:21
**phones** [1] - 2239:20
**phonetic** [1] - 2276:1
**phonetic)** [1] - 2295:15
**photo** [30] - 2118:9, 2118:11, 2121:9, 2122:14, 2122:16, 2122:17, 2159:6, 2191:24, 2192:17, 2194:3, 2194:7, 2194:16, 2195:4, 2196:6, 2196:9, 2196:20, 2244:24, 2245:11, 2245:13, 2245:21, 2246:2, 2246:16, 2247:1, 2247:8, 2247:18, 2248:2, 2249:9, 2249:10, 2249:12, 2264:18
**photographs** [4] - 2150:6, 2150:9, 2150:21, 2151:15
**photos** [4] - 2143:14, 2143:16, 2169:16, 2240:17
**phrase** [2] - 2317:13, 2326:2
**physical** [1] - 2346:6
**physically** [1] - 2328:12
**pick** [7] - 2194:19, 2262:8, 2276:23, 2312:21, 2331:3, 2344:25, 2354:11
**pick-pocketing** [1] - 2276:23
**picked** [5] - 2179:14, 2190:25, 2200:12, 2275:2, 2312:25, 2337:7, 2341:20, 2362:1, 2362:6
**picking** [1] - 2358:1
**picks** [1] - 2223:18
**picture** [2] - 2122:19, 2174:2
**pictures** [1] - 2318:23
**piece** [8] - 2216:8, 2216:14, 2217:18, 2218:6, 2223:10, 2227:19, 2265:14,

2279:8
**pieces** [17] - 2206:23, 2209:4, 2209:14, 2215:21, 2220:4, 2222:15, 2224:15, 2224:16, 2224:17, 2225:3, 2225:4, 2225:7, 2252:19, 2252:22, 2253:9, 2260:23, 2261:8
**pin** [2] - 2222:25, 2228:6
**pink** [2] - 2288:14, 2288:20
**pistol** [5] - 2223:3, 2226:21, 2227:13, 2227:25, 2228:1
**pit** [1] - 2328:3
**place** [16] - 2117:7, 2117:11, 2161:23, 2189:9, 2189:11, 2200:13, 2206:2, 2221:18, 2222:19, 2270:10, 2333:21, 2337:8, 2337:9, 2337:20, 2337:23, 2340:4
**placed** [3] - 2137:23, 2145:11, 2209:22
**placement** [1] - 2145:10
**places** [3] - 2210:2, 2286:12, 2298:2
**plain** [1] - 2290:24
**Plaintiff** [1] - 2109:4
**plan** [6] - 2176:10, 2280:16, 2289:5, 2325:22, 2326:9, 2329:18
**plane** [1] - 2360:1
**planned** [1] - 2347:5
**planning** [1] - 2347:17
**plate** [1] - 2136:25
**plausible** [1] - 2361:2
**Play** [1] - 2270:8
**play** [3] - 2115:16, 2320:9, 2320:19
**player** [1] - 2300:25
**Plaza** [2] - 2109:17, 2110:10
**plea** [1] - 2271:7
**plead** [5] - 2269:4, 2270:12, 2277:7, 2279:14, 2292:9
**pleading** [1] - 2296:23
**pleasure** [1] - 2348:13
**pled** [14] - 2180:13, 2268:20, 2268:24, 2269:14, 2269:19, 2269:21, 2270:15, 2284:7, 2291:18, 2292:14, 2292:15, 2292:16, 2297:5, 2329:11
**plus** [1] - 2130:3
**PO** [1] - 2171:17
**pocketbooks** [1] - 2275:8
**pocketing** [1] - 2276:23
**pockets** [1] - 2276:22
**point** [68] - 2112:12, 2121:7, 2142:13, 2145:19, 2155:7, 2168:20, 2170:2, 2183:7, 2185:3, 2188:23, 2189:25, 2190:2, 2190:9, 2190:18, 2192:3, 2192:8, 2193:5, 2234:23, 2236:1, 2237:13, 2237:23, 2238:17, 2244:14, 2244:21, 2246:2, 2252:14, 2253:13, 2254:12, 2255:23, 2256:22, 2257:17, 2264:2, 2267:7, 2268:2, 2268:12, 2270:21, 2273:5, 2280:11, 2282:5, 2285:11, 2291:13, 2294:19, 2298:10, 2309:11, 2311:1, 2311:11, 2311:13, 2315:5, 2316:7, 2322:20, 2329:21, 2331:14, 2331:16, 2332:15, 2332:25, 2333:8, 2334:23, 2335:2, 2336:4,

2336:17, 2337:6, 2337:11, 2337:19, 2338:19, 2340:24, 2359:17, 2363:22
**Point** [4] - 2182:25, 2183:19, 2184:7, 2184:14
**pointing** [4] - 2221:21, 2231:9, 2231:12, 2338:5
**police** [25] - 2129:7, 2130:11, 2131:16, 2131:17, 2132:9, 2142:10, 2168:18, 2171:22, 2174:8, 2188:11, 2189:15, 2193:14, 2193:16, 2193:19, 2194:2, 2281:12, 2281:18, 2287:15, 2287:21, 2288:9, 2290:23, 2291:5, 2291:10, 2338:1, 2338:3
**Police** [8] - 2131:15, 2132:7, 2142:5, 2168:13, 2172:8, 2205:7, 2207:22, 2244:21
**poor** [1] - 2112:21
**pop** [2] - 2222:7, 2337:14
**Popsie** [5] - 2293:16, 2295:5, 2295:13, 2313:19, 2330:14
**popular** [1] - 2124:7
**portion** [1] - 2341:11
**Porto** [1] - 2295:20
**position** [4] - 2164:4, 2165:7, 2326:1, 2356:20
**possess** [1] - 2359:13
**possessing** [1] - 2270:12
**possession** [2] - 2287:20, 2287:22
**possible** [6] - 2162:2, 2223:4, 2261:6, 2353:19, 2353:20, 2358:4
**possibly** [2] - 2212:2, 2236:21
**potentially** [1] - 2157:4
**powder** [1] - 2210:23
**powerful** [1] - 2220:17
**practical** [2] - 2349:6, 2365:4
**practice** [3] - 2162:2, 2366:4, 2366:7
**precinct** [2] - 2131:24, 2193:15
**Precinct** [3] - 2131:25, 2132:1, 2134:20
**preclude** [1] - 2158:5
**prefer** [1] - 2350:16
**preference** [1] - 2208:7
**prejudicial** [1] - 2258:6
**preliminary** [1] - 2349:7
**premeditation** [5] - 2358:10, 2358:12, 2358:14, 2358:24, 2359:4
**preparation** [1] - 2213:2
**prepare** [2] - 2348:14, 2365:9
**prepared** [4] - 2150:11, 2260:2, 2351:1, 2351:13
**preparing** [1] - 2134:4
**presence** [8] - 2113:21, 2174:23, 2176:12, 2202:5, 2203:23, 2206:2, 2260:1, 2260:8
**present** [6] - 2111:3, 2244:1, 2270:4, 2294:18, 2307:18, 2331:2
**presentation** [1] - 2348:2
**presented** [1] - 2177:5
**presiding** [1] - 2354:18
**press** [1] - 2266:18
**pressed** [1] - 2306:25
**pressing** [2] - 2288:24, 2318:9

**pressure** [3] - 2262:10, 2286:13, 2346:23
**pretty** [2] - 2112:10, 2148:12, 2177:10, 2182:9, 2357:8, 2359:20
**prevalent** [1] - 2176:15
**previous** [2] - 2234:14, 2235:6
**previously** [3] - 2212:12, 2258:15, 2321:3
**primarily** [1] - 2320:16
**primary** [2] - 2130:4, 2130:8
**primer** [4] - 2210:22, 2220:12, 2220:14, 2220:15
**prison** [26] - 2182:13, 2182:14, 2197:25, 2198:4, 2198:15, 2198:24, 2199:3, 2199:11, 2199:15, 2274:10, 2274:11, 2283:3, 2283:6, 2293:6, 2293:22, 2309:14, 2310:21, 2312:1, 2320:2, 2320:3, 2320:25, 2322:17, 2323:1, 2330:15, 2346:12
**prisoners** [1] - 2198:11
**pristine** [1] - 2358:3
**probation** [3] - 2277:17, 2279:17, 2279:18
**problem** [7] - 2196:10, 2202:9, 2253:24, 2253:25, 2254:25, 2300:10, 2349:6
**problematical** [1] - 2356:22
**problems** [5] - 2257:7, 2316:22, 2348:5, 2348:7, 2361:6
**procedures** [1] - 2157:13
**proceed** [4] - 2259:8, 2260:2, 2261:16, 2350:12
**proceeded** [5] - 2135:5, 2189:22, 2306:4, 2306:11, 2341:23
**proceeding** [4] - 2135:6, 2150:13, 2176:14, 2177:4
**Proceedings** [1] - 2110:12
**proceedings** [6] - 2174:22, 2205:21, 2205:22, 2206:16, 2326:10, 2366:20
**process** [4] - 2142:20, 2169:3, 2248:21, 2348:24
**procures** [1] - 2363:23
**produced** [2] - 2110:13, 2156:11
**professor** [1] - 2364:14
**profit** [1] - 2198:11
**progress** [2] - 2250:21, 2348:23
**progressing** [1] - 2352:4
**project** [1] - 2297:16
**projectile** [1] - 2210:24
**projects** [34] - 2140:6, 2274:1, 2274:3, 2274:4, 2274:20, 2275:22, 2283:6, 2283:8, 2284:23, 2284:24, 2285:13, 2286:5, 2293:6, 2294:12, 2296:16, 2300:21, 2302:2, 2302:22, 2305:2, 2306:3, 2312:3, 2312:23, 2313:18, 2316:7, 2320:24, 2321:2, 2321:21, 2322:12, 2324:8, 2331:23, 2332:3, 2332:5, 2343:12, 2343:16
**Projects** [1] - 2132:24
**promised** [1] - 2272:4
**propellant** [1] - 2210:23
**proper** [2] - 2248:15, 2356:3

**properly** [1] - 2256:2
**property** [3] - 2173:1, 2173:13, 2173:14
**propose** [2] - 2175:9, 2349:22, 2360:22
**proposed** [2] - 2352:17, 2354:5
**prosecute** [1] - 2139:20
**prosecuted** [3] - 2140:8, 2140:11, 2281:17
**protection** [1] - 2285:18
**protective** [1] - 2286:16
**provide** [1] - 2262:4
**provided** [5] - 2151:25, 2166:7, 2183:16, 2201:7, 2255:14
**public** [2] - 2161:21, 2273:11
**Puerto** [1] - 2129:9
**puff** [1] - 2270:2
**pull** [8] - 2120:18, 2135:14, 2210:1, 2210:4, 2210:7, 2210:10, 2222:6, 2360:11
**pulled** [16] - 2117:17, 2117:19, 2117:23, 2118:5, 2118:22, 2120:14, 2120:17, 2123:12, 2123:14, 2126:2, 2188:4, 2191:4, 2336:8, 2336:11, 2346:7
**pulling** [2] - 2123:18, 2222:4
**punch** [1] - 2282:3
**punishment** [1] - 2362:13
**purchase** [1] - 2293:7
**purpose** [6] - 2134:14, 2161:19, 2249:14, 2288:21, 2308:11, 2356:19
**purposes** [3] - 2144:7, 2244:1, 2248:20
**pursuant** [1] - 2347:22
**pursue** [1] - 2271:4
**push** [1] - 2167:1
**pushed** [3] - 2186:3, 2228:10, 2228:11
**pushes** [1] - 2210:11
**put** [28] - 2117:22, 2138:17, 2158:8, 2179:22, 2185:8, 2187:10, 2187:19, 2187:20, 2188:11, 2191:5, 2210:6, 2223:4, 2233:12, 2235:4, 2235:5, 2238:3, 2248:14, 2251:20, 2278:12, 2286:4, 2286:13, 2289:25, 2306:23, 2326:1, 2347:16, 2359:14, 2364:3, 2366:5
**puts** [1] - 2210:9
**putting** [6] - 2302:12, 2304:12, 2305:3, 2318:5, 2354:16, 2363:18

## Q

**qualifications** [3] - 2148:9, 2208:8, 2208:19
**qualified** [2] - 2208:9, 2208:13
**qualify** [2] - 2148:21, 2208:7
**quantity** [1] - 2359:12
**Queens** [7] - 2179:3, 2182:25, 2189:4, 2280:14, 2280:15, 2311:11, 2311:13
**quell** [1] - 2302:13
**questioned** [3] - 2208:18, 2252:7, 2254:1
**questioning** [5] - 2124:4, 2167:7, 2257:10, 2257:19, 2257:20
**questions** [31] - 2125:21, 2126:25,

2127:7, 2129:20, 2139:22, 2146:4, 2146:5, 2149:15, 2151:10, 2152:14, 2154:9, 2170:20, 2174:15, 2187:21, 2187:22, 2200:21, 2208:6, 2213:25, 2215:11, 2227:4, 2233:12, 2248:13, 2248:20, 2262:12, 2300:17, 2302:8, 2345:3, 2345:5, 2348:23, 2352:12, 2360:21

**quick** [8] - 2113:8, 2175:22, 2176:5, 2206:12, 2206:13, 2229:14, 2324:8, 2347:8

**quicker** [1] - 2212:11

**quickly** [1] - 2227:6

**quiet** [2] - 2190:21, 2320:20

**Quincy** [3] - 2142:21, 2145:8, 2219:3

**quit** [1] - 2345:6

**quite** [3] - 2113:8, 2125:22, 2356:5

# R

**Rab** [1] - 2296:15

**Racketeering** [1] - 2354:20

**racketeering** [7] - 2141:4, 2268:23, 2268:24, 2268:25, 2269:12, 2269:18, 2270:15

**radio** [1] - 2174:8

**radioed** [1] - 2173:7

**raining** [1] - 2204:2

**rainy** [3] - 2112:7, 2148:11, 2177:10

**raise** [10] - 2114:11, 2130:20, 2141:16, 2146:14, 2167:23, 2171:13, 2175:5, 2177:17, 2196:1, 2266:7

**rampant** [1] - 2317:4

**ramped** [1] - 2285:23

**ran** [7] - 2180:9, 2279:19, 2290:25, 2341:19, 2341:23, 2342:6, 2342:7

**random** [2] - 2282:5

**Range** [14] - 2117:16, 2123:23, 2123:25, 2124:2, 2124:8, 2124:23, 2125:22, 2126:2, 2126:10, 2126:21, 2129:1

**range** [4] - 2152:25, 2153:1, 2156:19, 2156:21

**ranging** [1] - 2326:4

**ranking** [2] - 2325:15, 2330:1

**rapid** [1] - 2160:4

**rapport** [1] - 2309:4

**rather** [1] - 2346:6

**razor** [1] - 2197:24

**reached** [1] - 2363:10

**reaction** [2] - 2312:9, 2337:2

**read** [6] - 2124:2, 2137:1, 2139:13, 2200:8, 2263:19, 2353:24

**ready** [8] - 2112:23, 2174:25, 2229:12, 2236:14, 2261:16, 2265:21, 2333:9, 2351:1

**real** [16] - 2112:19, 2116:10, 2117:21, 2134:23, 2134:25, 2203:10, 2203:17, 2248:17, 2281:12, 2294:6, 2319:18, 2361:6, 2364:12, 2364:16, 2364:22, 2364:24

**realistic** [1] - 2346:23

**realize** [7] - 2123:7, 2261:3, 2290:22,

2312:21, 2323:24, 2324:9, 2340:24

**realized** [10] - 2112:3, 2123:8, 2261:4, 2274:3, 2289:22, 2290:4, 2290:8, 2290:20, 2318:11, 2335:2

**realizing** [1] - 2280:18

**really** [30] - 2116:13, 2117:22, 2123:11, 2126:1, 2137:2, 2151:7, 2162:13, 2175:15, 2194:13, 2197:6, 2200:6, 2239:8, 2239:9, 2239:14, 2252:4, 2255:19, 2265:1, 2284:25, 2302:9, 2309:5, 2318:7, 2322:13, 2331:3, 2336:7, 2339:14, 2344:1, 2348:14, 2349:5, 2364:25, 2365:15

**rear** [3] - 2210:8, 2210:12, 2222:4

**rearward** [1] - 2210:13

**reason** [2] - 2118:24, 2251:25

**reasonable** [2] - 2329:8, 2351:7

**reasons** [2] - 2218:16, 2309:16

**receive** [12] - 2211:4, 2211:5, 2213:13, 2214:18, 2215:18, 2216:13, 2217:12, 2219:5, 2220:1, 2224:4, 2225:24, 2226:2

**received** [18] - 2132:19, 2136:21, 2144:21, 2145:17, 2147:17, 2154:23, 2169:20, 2173:23, 2174:7, 2174:9, 2192:22, 2195:1, 2218:2, 2224:15, 2226:3, 2261:20, 2272:25, 2284:19

**recess** [4] - 2174:22, 2205:21, 2259:10, 2352:19

**recognition** [1] - 2340:23

**recognize** [21] - 2116:8, 2116:16, 2118:9, 2122:14, 2136:13, 2157:4, 2159:6, 2173:16, 2181:4, 2191:18, 2191:23, 2192:16, 2194:12, 2194:14, 2194:15, 2245:21, 2245:24, 2247:8, 2284:11, 2293:25, 2304:2

**recognized** [2] - 2243:15, 2243:21

**recognizes** [2] - 2243:16, 2244:1

**recoil** [1] - 2210:10

**recollection** [9] - 2138:19, 2143:2, 2238:21, 2247:1, 2255:13, 2256:25, 2263:17, 2263:21, 2265:10

**recommendations** [1] - 2262:4

**reconcile** [1] - 2309:7

**reconsider** [2] - 2152:6, 2154:10

**reconvene** [4] - 2201:24, 2205:20, 2258:2, 2352:18

**record** [20] - 2113:16, 2167:6, 2187:1, 2205:16, 2232:15, 2240:19, 2241:3, 2241:5, 2241:9, 2241:17, 2250:5, 2253:20, 2257:4, 2261:5, 2261:15, 2263:24, 2268:6, 2268:15, 2268:16, 2354:14

**recorded** [1] - 2110:12

**records** [32] - 2230:8, 2230:9, 2230:10, 2230:12, 2230:25, 2241:25, 2242:21, 2243:2, 2243:4, 2243:12, 2243:15, 2243:17, 2243:25, 2249:21, 2250:16, 2250:18, 2250:19, 2250:20, 2250:25, 2251:2, 2251:9, 2251:16, 2252:3, 2254:15, 2255:11, 2258:23, 2259:1,

2260:14, 2260:24, 2261:18, 2347:23, 2347:25

**recovered** [23] - 2112:2, 2138:8, 2144:25, 2155:25, 2156:22, 2157:1, 2157:2, 2157:3, 2158:15, 2158:16, 2158:19, 2166:3, 2166:4, 2166:10, 2216:5, 2216:8, 2218:19, 2225:14, 2227:14, 2227:24, 2228:1, 2228:2, 2229:3

**red** [1] - 2170:4

**redact** [1] - 2205:2

**redacted** [4] - 2196:2, 2196:4, 2196:6, 2196:11

**redacting** [1] - 2196:10

**REDIRECT** [4] - 2129:23, 2201:5, 2367:10, 2368:1

**redirect** [3] - 2153:22, 2158:4, 2158:8

**refer** [1] - 2354:13

**reference** [5] - 2172:25, 2174:9, 2241:13, 2290:1, 2358:6

**references** [1] - 2260:18

**referring** [5] - 2233:15, 2255:12, 2256:4, 2257:6, 2258:18

**reflect** [4] - 2113:16, 2230:13, 2268:6, 2268:16

**reflected** [1] - 2232:20

**reflects** [1] - 2160:8

**refresh** [8] - 2138:16, 2138:18, 2139:12, 2238:21, 2255:13, 2256:25, 2263:16, 2263:21

**refreshed** [2] - 2138:23, 2140:21

**regarding** [2] - 2126:7, 2139:9

**regards** [2] - 2138:21, 2221:2

**regimen** [1] - 2313:19

**regular** [2] - 2114:3

**regularly** [3] - 2230:9, 2232:9, 2232:13

**relate** [2] - 2263:7, 2322:24

**related** [9] - 2138:2, 2155:3, 2173:10, 2213:8, 2217:6, 2219:23, 2255:3, 2269:4, 2309:20

**relation** [1] - 2149:19

**relationship** [11] - 2130:1, 2235:2, 2275:17, 2284:20, 2294:4, 2300:20, 2309:2, 2309:3, 2309:17, 2319:16, 2319:19

**relative** [1] - 2174:7

**relax** [2] - 2177:12, 2201:23

**released** [7] - 2280:2, 2280:4, 2281:9, 2281:10, 2308:20, 2309:14, 2311:9

**relevant** [3] - 2150:13, 2153:21, 2167:8

**remain** [6] - 2130:19, 2141:15, 2146:13, 2167:22, 2171:12, 2266:7

**remained** [1] - 2148:1

**remaining** [1] - 2355:9

**remanded** [1] - 2345:24

**remarkable** [1] - 2113:19

**remember** [70] - 2115:25, 2121:12, 2126:19, 2135:13, 2138:11, 2171:23, 2183:12, 2183:16, 2183:18, 2184:16, 2184:24, 2192:6, 2197:1, 2238:5, 2238:15, 2239:13, 2245:8, 2263:13,

2264:8, 2279:16, 2281:4, 2289:7,
2292:23, 2294:17, 2296:14, 2296:15,
2297:5, 2297:15, 2297:17, 2309:9,
2309:22, 2310:2, 2311:3, 2311:8,
2312:1, 2315:13, 2316:23, 2320:11,
2321:16, 2321:18, 2322:23, 2324:15,
2324:17, 2324:18, 2325:6, 2325:9,
2325:18, 2332:16, 2333:17, 2334:7,
2335:17, 2335:19, 2336:9, 2336:22,
2336:23, 2337:20, 2339:8, 2339:18,
2340:7, 2341:11, 2341:15, 2341:25,
2342:2, 2342:25, 2343:13, 2343:20,
2364:22
**remembered** [1] - 2256:24
**reminiscing** [1] - 2313:1
**removed** [1] - 2136:7
**RENA** [1] - 2109:16
**render** [1] - 2282:4
**rent** [1] - 2325:1
**repair** [1] - 2178:11
**repeat** [2] - 2239:2, 2316:23
**repetitious** [1] - 2255:11
**rephrase** [1] - 2133:17
**replace** [1] - 2288:18
**report** [4] - 2150:4, 2172:11, 2313:4,
2313:5
**REPORTER** [1] - 2110:10
**reporting** [1] - 2331:1
**reports** [4] - 2150:1, 2150:19, 2150:20,
2212:22
**represent** [3] - 2127:6, 2145:21,
2145:22
**representation** [1] - 2253:23
**reprint** [3] - 2231:4, 2231:7, 2232:24
**reputation** [11] - 2283:4, 2285:1,
2285:2, 2298:9, 2299:20, 2320:24,
2321:5, 2331:15, 2331:17, 2331:18,
2331:25
**request** [3] - 2262:18, 2329:9, 2363:16
**requests** [1] - 2352:16
**require** [1] - 2358:10
**required** [1] - 2353:14
**rescued** [1] - 2191:13
**research** [2] - 2147:19, 2148:4
**reserved** [1] - 2320:20
**resided** [2] - 2135:4
**resolution** [2] - 2356:24, 2357:22
**respect** [8] - 2213:23, 2270:9, 2285:20,
2296:6, 2350:25, 2355:15, 2360:19,
2364:1
**respects** [1] - 2355:11
**respond** [2] - 2162:5, 2172:11
**responded** [1] - 2132:21
**response** [1] - 2326:8
**responsibility** [3] - 2260:14, 2260:16,
2261:5
**responsible** [1] - 2304:13
**rest** [4] - 2112:11, 2164:4, 2177:4,
2225:8
**result** [4] - 2134:8, 2135:2, 2149:17,
2176:11

**resulted** [1] - 2161:13
**results** [7] - 2214:6, 2215:1, 2215:24,
2218:23, 2220:10, 2224:21, 2226:5
**resume** [1] - 2208:10
**retaliation** [1] - 2331:19
**retire** [4] - 2131:22, 2142:8, 2168:16,
2253:14
**retired** [6] - 2131:20, 2142:5, 2142:9,
2142:16, 2168:13, 2205:7
**return** [1] - 2174:20
**revered** [1] - 2310:15
**reverse** [1] - 2350:15
**review** [11] - 2143:13, 2149:18, 2149:25,
2150:3, 2150:6, 2153:7, 2212:20,
2257:14, 2258:1, 2352:17
**reviewed** [1] - 2143:18
**revolver** [5] - 2209:20, 2209:21,
2209:24, 2210:2, 2210:14
**revolves** [2] - 2210:1, 2210:4
**rhetorical** [1] - 2360:21
**Rican** [1] - 2129:9
**RICO** [2] - 2355:14, 2356:4
**rid** [2] - 2324:7, 2344:19
**ride** [1] - 2184:17
**Riker's** [3] - 2279:23, 2325:12, 2325:13
**rink** [5] - 2315:18, 2323:5, 2340:7,
2341:7, 2342:9
**Rink** [2] - 2270:11, 2331:11
**rise** [5] - 2174:21, 2202:4, 2203:22,
2253:16, 2346:16
**rivalry** [1] - 2275:23
**road** [3] - 2313:1, 2341:7, 2341:9
**rob** [10] - 2121:17, 2121:18, 2180:6,
2269:24, 2270:5, 2289:16, 2289:19,
2289:22, 2290:8, 2291:3
**robbed** [1] - 2279:9
**robberies** [5] - 2267:13, 2283:10,
2285:24, 2297:10, 2313:12
**robbery** [19] - 2268:23, 2269:21,
2274:12, 2277:6, 2277:9, 2277:15,
2277:18, 2279:1, 2279:10, 2279:14,
2291:18, 2291:19, 2292:10, 2292:15,
2296:19, 2297:12, 2310:24, 2327:21,
2359:1
**robbing** [3] - 2129:3, 2279:8, 2285:7
**ROBERT** [2] - 2109:23, 2109:24
**Robert** [3] - 2127:6, 2140:12, 2294:22
**Rochester** [3] - 2143:7, 2145:9, 2145:23
**Rock** [6] - 2284:1, 2284:3, 2284:6,
2284:20, 2286:11, 2286:24
**role** [13] - 2143:6, 2143:7, 2283:1,
2304:25, 2313:22, 2314:16, 2316:1,
2316:12, 2316:14, 2320:9, 2320:15,
2320:16, 2333:10
**roller** [5] - 2315:18, 2323:5, 2340:7,
2341:7, 2342:9
**roller-skating** [1] - 2315:18
**room** [5] - 2137:19, 2190:8, 2199:6,
2211:7, 2211:9, 2253:15, 2324:9,
2366:5
**round** [3] - 2210:19, 2210:20, 2221:22

**rounds** [2] - 2222:7, 2223:4
**route** [2] - 2176:21, 2275:9
**routine** [1] - 2172:23
**Rover** [10] - 2117:16, 2123:25, 2124:24,
2125:22, 2126:2, 2126:10, 2126:21,
2129:1
**Rovers** [4] - 2123:23, 2123:25, 2124:2,
2124:8
**RPR** [1] - 2110:10
**Ruger** [1] - 2219:11
**Ruhnke** [10] - 2111:16, 2204:24, 2227:7,
2347:14, 2355:25, 2356:25, 2359:22,
2359:23, 2361:8, 2365:19
**RUHNKE** [85] - 2109:19, 2109:20,
2111:18, 2111:24, 2112:11, 2112:18,
2125:12, 2125:14, 2126:24, 2133:15,
2133:19, 2134:1, 2136:19, 2139:24,
2140:2, 2140:25, 2148:25, 2159:13,
2159:16, 2159:19, 2166:19, 2170:22,
2204:4, 2204:8, 2204:14, 2204:22,
2205:6, 2205:12, 2205:19, 2208:10,
2227:6, 2227:9, 2229:5, 2230:21,
2231:2, 2250:21, 2251:14, 2268:5,
2272:23, 2284:17, 2300:14, 2313:25,
2315:8, 2321:8, 2327:6, 2327:11,
2329:4, 2329:7, 2347:19, 2347:24,
2348:1, 2348:6, 2348:9, 2348:12,
2348:19, 2349:13, 2349:18, 2349:21,
2349:25, 2350:14, 2350:18, 2350:20,
2353:8, 2353:12, 2356:2, 2356:16,
2359:6, 2359:25, 2360:5, 2360:7,
2360:11, 2360:20, 2361:17, 2361:24,
2362:2, 2362:7, 2362:10, 2362:20,
2362:23, 2363:3, 2363:8, 2365:24,
2367:8, 2367:14, 2368:7
**ruining** [1] - 2220:18
**Rule** [4] - 2347:22, 2348:10, 2356:6,
2357:6
**run** [4] - 2129:15, 2257:4, 2274:21,
2342:5
**running** [14] - 2173:2, 2289:24, 2290:4,
2290:10, 2290:21, 2290:25, 2291:1,
2291:2, 2341:18, 2342:21, 2343:10,
2343:23, 2344:6

# S

**S-a-k-o-o-r** [1] - 2177:22
**S-i-m-o-n** [1] - 2114:20
**sabbatical** [1] - 2148:3
**safe** [2] - 2143:1, 2302:15
**sakoor** [2] - 2195:8, 2201:7
**Sakoor** [7] - 2177:14, 2177:16, 2177:21,
2178:5, 2184:3, 2191:14, 2194:7
**SAKOOR** [2] - 2177:23, 2367:23
**sale** [5] - 2178:17, 2178:18, 2178:20,
2179:18, 2280:23, 2280:24, 2317:20
**Sambo** [13] - 2277:1, 2318:25, 2319:1,
2319:2, 2319:5, 2319:7, 2319:8,
2320:22, 2320:23, 2321:1, 2321:14,
2321:17
**San** [1] - 2147:23

**Sang** [6] - 2238:6, 2241:5, 2241:21, 2243:3, 2243:13, 2244:10
**Sang's** [1] - 2238:12
**satisfied** [2] - 2111:13, 2261:10
**Saturday** [1] - 2365:21
**save** [1] - 2158:4
**saw** [29] - 2116:12, 2118:18, 2120:18, 2122:8, 2122:21, 2127:8, 2127:10, 2129:5, 2129:12, 2160:7, 2173:12, 2174:4, 2182:16, 2195:11, 2205:18, 2247:1, 2247:4, 2248:18, 2248:20, 2279:8, 2291:2, 2293:3, 2293:10, 2307:11, 2310:1, 2328:24, 2338:1, 2338:3, 2339:20
**scale** [1] - 2198:24
**scattering** [1] - 2129:19
**Scene** [6] - 2142:12, 2142:14, 2142:17, 2168:20, 2168:23, 2169:1
**scene** [64] - 2122:11, 2136:16, 2138:9, 2142:20, 2142:24, 2143:2, 2143:6, 2143:14, 2143:16, 2144:24, 2145:11, 2153:2, 2161:16, 2161:22, 2161:23, 2162:5, 2162:8, 2162:11, 2162:14, 2169:3, 2169:7, 2169:16, 2170:10, 2170:13, 2170:16, 2173:4, 2211:13, 2212:14, 2212:15, 2214:21, 2214:22, 2214:25, 2216:6, 2216:7, 2216:9, 2217:10, 2217:13, 2218:4, 2218:13, 2220:2, 2220:5, 2220:7, 2221:5, 2222:12, 2224:7, 2224:9, 2224:10, 2224:14, 2224:23, 2224:24, 2225:1, 2225:4, 2225:10, 2225:11, 2225:24, 2226:1, 2226:7, 2226:15, 2227:14, 2227:25, 2307:18, 2342:24
**scenes** [5] - 2218:20, 2218:24, 2218:25, 2228:19, 2228:23
**schedule** [3] - 2112:10, 2176:14, 2350:2
**scheduled** [3] - 2202:14, 2202:20, 2203:11
**scheduling** [4] - 2176:15, 2202:2, 2202:8, 2206:20
**scheme** [1] - 2114:9
**school** [5] - 2274:7, 2274:9, 2279:4, 2279:7, 2300:25
**Science** [1] - 2147:18
**scientific** [1] - 2211:17
**scissors** [2] - 2190:25, 2191:1
**scrapes** [1] - 2160:23
**screeched** [2] - 2120:15, 2120:16
**screen** [7] - 2118:15, 2155:9, 2174:1, 2194:10, 2235:3, 2238:22, 2273:17
**scurry** [1] - 2120:22
**search** [1] - 2143:12
**seat** [12] - 2114:18, 2130:22, 2141:18, 2146:16, 2168:1, 2171:15, 2229:18, 2237:1, 2266:10, 2335:20, 2335:21, 2357:10
**seated** [2] - 2202:13, 2260:9
**Second** [1] - 2356:3
**second** [23] - 2114:12, 2150:10, 2151:12, 2164:13, 2175:4, 2180:13,

2233:1, 2241:22, 2246:22, 2247:13, 2248:11, 2249:20, 2250:4, 2252:13, 2264:9, 2264:12, 2312:11, 2315:10, 2326:4, 2340:1, 2341:21, 2353:5, 2360:3
**seconds** [1] - 2328:6
**Section** [1] - 2207:24
**section** [1] - 2207:25
**secure** [1] - 2157:5
**security** [4] - 2131:13, 2292:2, 2292:3, 2292:4
**see** [111] - 2112:14, 2113:14, 2116:8, 2120:1, 2120:13, 2120:21, 2121:7, 2123:5, 2126:6, 2129:15, 2133:2, 2134:7, 2136:14, 2136:15, 2137:2, 2138:18, 2139:1, 2139:11, 2151:9, 2154:4, 2154:9, 2161:5, 2161:24, 2162:1, 2162:3, 2175:18, 2177:13, 2185:17, 2191:15, 2192:8, 2192:10, 2192:24, 2194:9, 2195:3, 2195:17, 2195:19, 2195:20, 2203:10, 2203:12, 2204:2, 2205:5, 2207:1, 2211:20, 2232:5, 2235:11, 2235:19, 2235:20, 2235:24, 2241:3, 2245:22, 2245:23, 2246:5, 2246:23, 2246:25, 2248:13, 2248:15, 2254:10, 2257:5, 2264:14, 2264:21, 2265:8, 2267:25, 2268:7, 2290:15, 2292:21, 2292:25, 2299:2, 2302:4, 2302:6, 2302:15, 2302:23, 2303:9, 2303:20, 2303:21, 2307:3, 2307:4, 2307:5, 2313:15, 2314:7, 2316:3, 2317:10, 2322:13, 2332:6, 2334:17, 2337:13, 2337:24, 2338:21, 2339:8, 2339:16, 2340:13, 2340:15, 2340:24, 2341:1, 2342:22, 2342:23, 2343:3, 2345:20, 2346:5, 2346:11, 2351:9, 2351:12, 2352:13, 2352:16, 2354:3, 2355:19, 2365:6, 2366:18
**seeing** [4] - 2119:12, 2312:1, 2313:2, 2355:18
**seek** [1] - 2200:22
**seeking** [2] - 2141:3, 2208:5
**seem** [4] - 2227:21, 2255:20, 2325:14, 2357:15
**sees** [1] - 2160:25
**segment** [1] - 2345:4
**seized** [1] - 2229:1
**self** [1] - 2344:1
**sell** [4] - 2179:4, 2318:6, 2323:19, 2324:3
**selling** [25] - 2178:23, 2179:2, 2179:12, 2180:2, 2182:11, 2183:7, 2183:23, 2193:19, 2280:19, 2281:2, 2287:6, 2292:24, 2293:8, 2296:11, 2298:14, 2299:15, 2301:1, 2301:2, 2301:4, 2311:20, 2313:15, 2313:21, 2320:11, 2322:7, 2323:14
**semi** [8] - 2209:20, 2209:22, 2210:6, 2210:16, 2222:15, 2223:14, 2226:22, 2228:1
**semi-automatic** [8] - 2209:20, 2209:22,

2210:6, 2210:16, 2222:15, 2223:14, 2226:22, 2228:1
**send** [3] - 2161:22, 2162:4, 2366:16
**SENIOR** [2] - 2109:11
**sense** [9] - 2176:6, 2266:3, 2323:13, 2332:4, 2346:21, 2346:24, 2347:18, 2348:15, 2349:12
**sensibilities** [1] - 2365:19
**sent** [2] - 2161:16, 2255:15
**sentence** [11] - 2270:14, 2271:21, 2272:1, 2272:4, 2272:6, 2277:19, 2279:16, 2279:17, 2279:19, 2292:11, 2296:25
**sentenced** [1] - 2311:1
**separate** [2] - 2119:6, 2222:15
**separates** [1] - 2223:19
**September** [3] - 2131:24, 2132:3, 2246:15
**series** [2] - 2249:17, 2347:20
**serious** [5] - 2203:8, 2275:3, 2275:5, 2298:9, 2333:18
**seriously** [2] - 2318:19
**serve** [8] - 2168:18, 2179:21, 2179:25, 2180:17, 2180:24, 2277:19, 2279:20, 2279:22
**served** [1] - 2148:6
**service** [3] - 2182:6, 2182:7, 2286:1
**serving** [2] - 2197:13, 2280:14
**Sessoms** [5] - 2136:2, 2137:5, 2137:7, 2138:3, 2139:16
**set** [10] - 2209:14, 2234:5, 2330:6, 2330:8, 2330:11, 2330:13, 2334:10, 2334:13, 2334:15, 2366:20
**sets** [2] - 2264:13, 2330:3
**setting** [1] - 2161:21
**seven** [7] - 2156:3, 2160:11, 2163:1, 2163:8, 2224:5, 2224:10, 2295:12
**seventeen** [1] - 2172:6
**several** [2] - 2135:17, 2228:18
**severe** [1] - 2160:18
**Sex** [3] - 2330:12, 2330:16, 2334:14
**shall** [1] - 2111:12
**shape** [1] - 2206:15
**share** [2] - 2364:23, 2365:18
**shares** [1] - 2358:7
**Shawn** [14] - 2181:8, 2181:21, 2182:2, 2182:16, 2183:1, 2183:11, 2183:18, 2183:25, 2191:15, 2195:20, 2197:1, 2199:10, 2287:2, 2287:16
**sheet** [1] - 2365:14
**shell** [9] - 2145:3, 2145:4, 2145:22, 2146:1, 2227:23, 2227:24, 2228:5, 2228:10
**shift** [5] - 2132:11, 2317:7, 2317:8, 2317:12, 2323:11
**shifts** [2] - 2317:5, 2317:6
**shirt** [3] - 2268:4, 2268:14, 2332:14
**shit** [1] - 2333:6
**shocked** [1] - 2312:8
**shoes** [1] - 2185:2
**shook** [2] - 2306:5, 2346:1

**shoot** [4] - 2336:20, 2336:24, 2337:9, 2357:9
**shooting** [12] - 2138:5, 2138:9, 2138:22, 2140:5, 2158:18, 2160:1, 2216:11, 2218:21, 2221:19, 2320:12, 2343:25, 2344:12
**short** [5] - 2236:15, 2236:17, 2262:14, 2266:2, 2306:16
**shot** [22] - 2117:9, 2123:5, 2123:7, 2123:8, 2124:18, 2124:20, 2126:5, 2132:19, 2137:12, 2137:17, 2140:15, 2140:17, 2152:16, 2152:25, 2156:20, 2163:24, 2337:8, 2341:4, 2341:14, 2341:15, 2341:17, 2356:12
**shots** [12] - 2118:3, 2120:23, 2120:25, 2123:1, 2123:14, 2123:16, 2124:14, 2124:21, 2308:16, 2308:18
**shoulder** [1] - 2158:12
**show** [63] - 2116:15, 2118:8, 2118:17, 2118:18, 2122:13, 2136:8, 2136:13, 2137:10, 2137:11, 2143:14, 2144:15, 2145:6, 2145:10, 2154:16, 2154:19, 2155:5, 2159:4, 2169:22, 2170:6, 2173:15, 2173:25, 2191:22, 2192:14, 2192:16, 2194:5, 2194:9, 2221:20, 2221:22, 2222:8, 2223:9, 2223:10, 2230:15, 2231:9, 2231:10, 2232:24, 2233:1, 2234:3, 2238:7, 2238:17, 2238:20, 2240:8, 2240:11, 2240:14, 2245:1, 2255:13, 2262:25, 2263:16, 2272:18, 2273:15, 2275:14, 2284:9, 2288:24, 2293:17, 2293:24, 2294:7, 2295:7, 2295:19, 2299:8, 2305:5, 2318:23, 2322:8
**show-up** [2] - 2137:10, 2137:11
**showed** [3] - 2235:7, 2288:14, 2288:20
**showing** [21] - 2138:15, 2138:25, 2155:2, 2169:24, 2170:15, 2181:3, 2191:18, 2212:8, 2212:10, 2241:14, 2241:16, 2241:25, 2243:10, 2245:6, 2245:11, 2248:22, 2252:11, 2252:16, 2264:4, 2264:8, 2276:12
**shown** [8] - 2194:16, 2220:24, 2242:11, 2242:19, 2242:23, 2246:2, 2256:11, 2265:13
**shows** [5] - 2144:9, 2170:7, 2170:8, 2231:7, 2235:8
**shut** [1] - 2260:11
**Shy** [1] - 2296:5
**sic** [5] - 2264:12, 2270:7, 2316:5, 2338:9, 2338:16
**side** [29] - 2117:25, 2118:4, 2118:13, 2119:7, 2119:16, 2119:20, 2119:23, 2123:19, 2135:15, 2156:14, 2157:15, 2160:22, 2163:18, 2209:13, 2233:19, 2284:23, 2289:10, 2290:17, 2313:14, 2318:6, 2334:18, 2340:5, 2340:7, 2340:9, 2340:12, 2342:9, 2346:7, 2347:15
**side-by-side** [1] - 2209:13
**sides** [1] - 2185:8

**sidewalk** [8] - 2118:1, 2120:15, 2341:7, 2341:9, 2341:10, 2341:11, 2341:12, 2341:13
**sign** [1] - 2211:9
**signature** [8] - 2194:14, 2194:15, 2245:22, 2245:23, 2246:7, 2246:9, 2247:2, 2249:10
**signed** [1] - 2247:5
**significant** [3] - 2152:5, 2155:24, 2260:16
**silence** [1] - 2344:13
**silently** [1] - 2263:19
**similar** [3] - 2149:6, 2226:24, 2226:25
**simon** [1] - 2114:10
**Simon** [10] - 2113:3, 2113:24, 2114:19, 2115:3, 2115:10, 2118:8, 2123:2, 2125:15, 2127:4, 2129:25
**SIMON** [2] - 2114:21, 2367:6
**simple** [4] - 2254:12, 2257:3, 2352:3, 2354:16
**single** [3] - 2113:18, 2156:8, 2162:21
**singleton** [1] - 2162:20
**Singleton** [4] - 2149:23, 2162:17, 2164:9, 2224:2
**sister** [4] - 2182:19, 2188:10, 2189:14, 2332:9
**sister's** [6] - 2188:8, 2188:10, 2188:25, 2189:9, 2189:11, 2273:23
**sit** [6] - 2138:11, 2202:17, 2206:19, 2253:18, 2265:13, 2307:23
**site** [2] - 2159:1, 2279:6
**sites** [1] - 2160:21
**sitting** [8] - 2117:24, 2143:2, 2173:1, 2173:13, 2190:24, 2206:5, 2268:14, 2335:19
**situation** [17] - 2134:5, 2134:10, 2141:9, 2167:4, 2261:1, 2287:9, 2296:6, 2297:15, 2297:17, 2301:20, 2302:11, 2316:17, 2318:11, 2320:25, 2332:18, 2356:9, 2357:18
**situations** [4] - 2213:23, 2317:21, 2354:10, 2356:5
**six** [2] - 2151:1, 2277:16
**sixteen** [1] - 2113:17
**sixth** [4] - 2132:21, 2133:1, 2140:5, 2300:19
**sixty** [1] - 2202:7
**size** [3] - 2215:6, 2217:20, 2328:13
**Skating** [2] - 2270:11, 2331:10
**skating** [2] - 2274:2, 2315:18
**sketch** [2] - 2145:8, 2145:10
**skull** [1] - 2162:22
**sleeves** [1] - 2342:3
**slew** [1] - 2311:22
**slide** [1] - 2210:12
**slightly** [1] - 2365:24
**Slink** [1] - 2296:15
**slip** [2] - 2288:14, 2288:20
**slips** [1] - 2331:25
**slot** [2] - 2117:21, 2203:1
**slow** [1] - 2254:19

**slowed** [1] - 2343:9
**small** [4] - 2226:25, 2299:5, 2299:15, 2303:13
**smaller** [1] - 2185:21
**Smalls** [1] - 2130:5
**smart** [1] - 2203:20
**smiling** [1] - 2332:16
**snatched** [1] - 2277:24
**snatching** [8] - 2275:8, 2275:9, 2275:10, 2277:11, 2277:14, 2277:16, 2277:19, 2277:22
**snitch** [1] - 2321:5
**snitched** [2] - 2321:1, 2321:19
**soft** [3] - 2158:24, 2223:14, 2266:19
**sold** [8] - 2181:18, 2198:5, 2198:6, 2198:7, 2198:9, 2198:11, 2323:23
**solid** [1] - 2321:2
**solo** [1] - 2172:21
**someone** [25] - 2188:6, 2193:5, 2197:1, 2237:17, 2238:4, 2247:19, 2248:4, 2269:10, 2275:11, 2282:16, 2282:20, 2285:18, 2294:14, 2298:4, 2309:18, 2310:4, 2317:17, 2320:20, 2321:5, 2327:9, 2328:4, 2337:9, 2357:9, 2359:2, 2359:13
**sometime** [4] - 2177:6, 2203:11, 2235:20, 2236:4
**sometimes** [10] - 2222:6, 2222:17, 2228:14, 2244:20, 2248:15, 2260:22, 2260:25, 2305:18, 2364:16, 2365:6
**somewhat** [1] - 2356:22
**somewhere** [3] - 2188:4, 2189:21, 2189:23
**son** [1] - 2333:6
**soon** [2] - 2162:1, 2280:4
**sooner** [1] - 2162:3
**sorry** [29] - 2132:16, 2133:8, 2136:5, 2136:24, 2143:23, 2156:17, 2157:15, 2160:11, 2164:11, 2165:13, 2166:14, 2216:6, 2221:17, 2224:6, 2224:23, 2232:8, 2239:24, 2240:18, 2251:6, 2255:7, 2289:9, 2305:6, 2306:6, 2342:25, 2347:10, 2351:20, 2353:6, 2363:5
**sort** [6] - 2126:5, 2206:23, 2221:23, 2243:24, 2347:20, 2351:5
**sorts** [1] - 2166:24
**sought** [1] - 2271:2
**SOUMYA** [1] - 2109:15
**sound** [1] - 2252:23
**sounded** [1] - 2254:21
**sounding** [1] - 2353:11
**sounds** [3] - 2197:4, 2236:19, 2349:18
**source** [3] - 2198:17, 2323:15
**space** [5] - 2117:19, 2117:21, 2118:22, 2125:23, 2126:3
**span** [1] - 2212:23
**speaking** [10] - 2124:19, 2128:23, 2186:15, 2231:7, 2280:17, 2280:21, 2280:22, 2319:25, 2325:7, 2327:8
**speaks** [2] - 2113:19, 2358:11

**specific** [5] - 2212:4, 2321:11, 2352:16, 2355:16, 2356:23
**specifically** [11] - 2145:2, 2152:16, 2163:14, 2254:2, 2255:3, 2255:16, 2283:25, 2321:4, 2355:23, 2358:11, 2363:22
**specifics** [2] - 2206:25, 2321:16
**speculation** [1] - 2345:18
**spell** [12] - 2114:18, 2128:10, 2130:23, 2141:19, 2146:18, 2168:2, 2171:16, 2177:20, 2207:9, 2229:19, 2237:2, 2266:11
**spend** [3] - 2142:10, 2314:4, 2352:16
**spending** [1] - 2295:16
**spent** [3] - 2111:11, 2209:23, 2359:25
**spill** [1] - 2112:12
**spinal** [2] - 2160:21, 2161:14
**spine** [1] - 2160:20
**spoken** [1] - 2270:6
**sports** [1] - 2274:2
**spot** [1] - 2220:15
**spotted** [1] - 2340:23
**Spring** [12] - 2115:23, 2117:14, 2118:13, 2119:12, 2119:24, 2122:3, 2122:18, 2122:24, 2124:12, 2125:7, 2125:9, 2210:9
**Sprint** [10] - 2229:16, 2230:6, 2230:7, 2230:10, 2230:12, 2232:18, 2237:13, 2237:15, 2262:16, 2264:23
**square** [1] - 2250:24
**Squeeze** [1] - 2293:12
**St** [3] - 2130:16, 2130:24, 2205:7
**ST** [2] - 2131:1, 2367:12
**stack** [1] - 2295:11
**staff** [1] - 2148:1
**stage** [4] - 2147:21, 2185:2, 2202:19, 2346:24
**stairs** [1] - 2190:7
**stairwell** [1] - 2133:1
**stand** [12] - 2112:4, 2114:11, 2120:11, 2146:11, 2170:1, 2170:2, 2171:12, 2177:17, 2229:17, 2236:23, 2251:20, 2266:6
**standard** [1] - 2290:6
**standing** [28] - 2111:16, 2123:19, 2130:19, 2141:15, 2146:13, 2161:2, 2167:22, 2171:12, 2185:10, 2266:7, 2289:4, 2289:8, 2289:9, 2299:25, 2302:25, 2303:23, 2312:12, 2312:22, 2317:24, 2321:2, 2324:25, 2325:3, 2325:18, 2333:2, 2333:4, 2334:3, 2338:8, 2338:15
**stands** [2] - 2293:19, 2363:9
**start** [14] - 2178:19, 2213:7, 2224:9, 2275:3, 2275:5, 2278:4, 2278:6, 2278:8, 2286:8, 2289:15, 2292:16, 2349:3, 2349:10, 2355:14
**started** [21] - 2182:21, 2187:4, 2193:3, 2274:5, 2275:7, 2287:6, 2289:24, 2290:4, 2290:5, 2290:10, 2290:21, 2290:25, 2291:1, 2291:3, 2302:21,

2307:1, 2312:12, 2325:16, 2336:11, 2336:19, 2341:18
**starting** [3] - 2217:16, 2235:24, 2263:19
**starts** [1] - 2260:17
**stash** [2] - 2305:18, 2305:19
**state** [16] - 2114:18, 2130:23, 2141:19, 2146:18, 2168:2, 2171:16, 2177:20, 2207:9, 2229:18, 2237:2, 2266:11, 2291:12, 2310:21, 2320:3, 2360:2, 2360:13
**STATES** [3] - 2109:1, 2109:3, 2109:11
**States** [4] - 2109:5, 2109:14, 2109:16, 2111:1
**station** [4] - 2135:10, 2135:14, 2135:21, 2136:16
**Stations** [1] - 2270:8
**stature** [1] - 2276:3
**status** [4] - 2288:2, 2310:8, 2310:9, 2310:11
**statute** [2] - 2359:7, 2363:21
**statutory** [2] - 2363:18, 2363:20
**stay** [6] - 2202:6, 2202:12, 2300:4, 2302:17, 2307:25, 2312:20
**steal** [1] - 2305:22
**stealing** [4] - 2288:25, 2318:2, 2318:4, 2318:13
**steed** [1] - 2314:19
**stenography** [1] - 2110:12
**step** [9] - 2141:11, 2146:5, 2171:4, 2174:18, 2201:18, 2229:9, 2236:9, 2255:4, 2265:20
**steps** [5] - 2236:12, 2255:5, 2303:18, 2346:20
**sternum** [1] - 2337:8
**stick** [1] - 2227:1
**sticking** [2] - 2190:22, 2192:4
**still** [14] - 2117:13, 2117:24, 2120:24, 2121:11, 2123:2, 2124:18, 2171:22, 2188:23, 2190:5, 2190:18, 2199:17, 2205:2, 2337:21, 2355:5
**stint** [1] - 2325:12
**stipulated** [1] - 2250:18
**stipulation** [4] - 2250:19, 2250:21, 2251:4, 2251:9
**stipulations** [5] - 2251:1, 2352:3, 2352:5, 2366:1, 2366:14
**stitches** [1] - 2180:12
**stolen** [1] - 2200:15
**stood** [2] - 2294:25, 2341:21
**stop** [15] - 2124:9, 2138:2, 2188:14, 2247:13, 2253:12, 2256:17, 2261:4, 2286:2, 2286:3, 2292:3, 2302:17, 2342:22, 2344:12
**stopped** [12] - 2121:3, 2135:18, 2135:20, 2136:3, 2136:6, 2137:4, 2188:4, 2189:20, 2190:22, 2261:7, 2274:9
**stopping** [1] - 2294:14
**store** [11] - 2128:18, 2128:20, 2128:23, 2237:13, 2237:15, 2262:16, 2264:23, 2291:20, 2303:17

**stores** [1] - 2291:25
**straight** [2] - 2262:15, 2301:22
**straightforward** [3] - 2320:18, 2351:7, 2357:9
**strained** [2] - 2309:3, 2309:18
**street** [17] - 2121:12, 2135:13, 2170:8, 2179:14, 2185:9, 2185:24, 2186:1, 2279:5, 2290:19, 2303:13, 2306:11, 2307:3, 2307:4, 2307:9, 2328:25, 2342:18, 2356:13
**Street** [12] - 2109:21, 2109:24, 2110:7, 2115:23, 2117:14, 2118:14, 2119:12, 2122:3, 2125:10, 2128:20, 2142:21, 2145:9
**streets** [1] - 2182:3
**stress** [1] - 2262:10
**stretch** [1] - 2111:16
**stretcher** [1] - 2137:19
**strike** [7] - 2112:2, 2161:5, 2204:10, 2204:14, 2204:16, 2204:18, 2205:14
**strikes** [1] - 2220:16
**strong** [1] - 2309:4
**struck** [1] - 2299:18
**stuck** [1] - 2175:8
**stuff** [5] - 2254:18, 2270:8, 2353:20, 2354:16, 2358:2
**stuffy** [1] - 2364:15
**style** [2] - 2167:10, 2291:20
**subject** [12] - 2112:21, 2230:18, 2231:2, 2231:18, 2240:13, 2240:24, 2241:18, 2242:10, 2244:2, 2248:23, 2351:18, 2362:21
**subjected** [1] - 2112:17
**subjects** [1] - 2137:23
**submit** [4] - 2271:19, 2361:14, 2361:17, 2361:21
**submitted** [4] - 2166:6, 2219:22, 2355:23, 2356:2
**subpoena** [2] - 2149:17, 2201:7
**subscriber** [2] - 2250:11, 2250:13
**subscription** [1] - 2233:22
**subscriptions** [2] - 2233:21, 2233:24
**subspecialty** [2] - 2147:25, 2149:12
**substance** [5] - 2178:17, 2178:18, 2178:20, 2179:19, 2339:12
**substantial** [1] - 2260:16
**substantive** [2] - 2349:8, 2355:15
**successful** [1] - 2182:9
**succinctly** [1] - 2205:17
**suffice** [1] - 2243:25
**sufficient** [1] - 2144:6
**suggestion** [1] - 2349:25
**suggestions** [1] - 2349:23
**suit** [1] - 2274:6
**Suite** [1] - 2109:24
**sum** [3] - 2350:14, 2350:17, 2351:1
**summary** [1] - 2347:7
**summation** [4] - 2349:11, 2349:15, 2350:4, 2361:9
**summations** [7] - 2262:8, 2348:14, 2349:1, 2349:2, 2349:17, 2350:1,

2350:23

**summertime** [1] - 2321:18
**summing** [1] - 2365:19
**summoned** [1] - 2283:12
**superficial** [2] - 2156:12, 2357:1
**supervisor** [1] - 2147:13
**supine** [1] - 2187:20
**supplement** [2] - 2114:2, 2114:4
**supplemental** [1] - 2151:5
**supplier** [1] - 2316:4
**supposed** [6] - 2286:7, 2297:12, 2307:13, 2317:9, 2317:12, 2317:18
**suspect** [6] - 2111:5, 2148:23, 2169:18, 2196:4, 2243:24, 2355:13
**suspicious** [1] - 2172:12
**sustained** [12] - 2133:17, 2151:16, 2159:22, 2160:3, 2160:17, 2161:25, 2198:22, 2204:18, 2204:20, 2239:18, 2252:9, 2327:7
**switch** [1] - 2233:1
**switched** [1] - 2330:3
**sworn** [15] - 2114:23, 2131:3, 2141:24, 2146:24, 2168:6, 2171:21, 2177:25, 2207:2, 2207:6, 2207:8, 2229:17, 2230:2, 2236:23, 2236:25, 2266:15
**symbol** [1] - 2157:4
**system** [2] - 2235:15, 2288:15

**T**

**T-e-g-a-n-o** [1] - 2141:21
**T-Rock** [6] - 2284:1, 2284:3, 2284:6, 2284:20, 2286:11, 2286:24
**table** [1] - 2362:16
**tag** [3] - 2173:17, 2173:18, 2174:3
**tags** [1] - 2173:2
**talented** [2] - 2354:17
**tape** [5] - 2187:11, 2187:13, 2187:19, 2190:22, 2192:3
**taped** [7] - 2186:4, 2187:10, 2187:11, 2187:14, 2187:18, 2187:21, 2190:19
**targeted** [1] - 2301:8
**task** [1] - 2305:3
**tasking** [1] - 2353:15
**tax** [2] - 2285:18, 2286:16
**taxi** [1] - 2200:12
**Taz** [1] - 2347:22
**tea** [1] - 2353:17
**team** [1] - 2310:4
**Tec-9** [4] - 2226:18, 2226:20, 2226:21, 2227:3
**technician** [1] - 2178:11
**tedious** [1] - 2305:3
**teenage** [1] - 2275:6
**Tegano** [2] - 2141:14, 2141:20
**TEGANO** [2] - 2141:22, 2367:15
**tegano** [1] - 2142:5
**telephone** [19] - 2170:3, 2231:14, 2231:16, 2232:9, 2232:19, 2233:19, 2235:22, 2237:23, 2241:25, 2252:3, 2254:15, 2259:1, 2260:14, 2260:24,

2261:18, 2265:11, 2265:14, 2304:1, 2347:7
**Temple** [1] - 2147:19
**temple** [1] - 2156:16
**ten** [15] - 2131:17, 2140:18, 2140:19, 2183:6, 2183:14, 2191:12, 2346:14, 2346:19, 2348:22, 2352:11, 2352:15, 2352:16, 2352:18, 2365:10
**tension** [2] - 2210:9, 2361:6
**tenth** [1] - 2274:8
**Tenth** [1] - 2110:7
**term** [2] - 2285:14, 2361:1
**terms** [15] - 2152:24, 2154:16, 2154:17, 2157:14, 2160:5, 2176:23, 2212:4, 2226:23, 2308:5, 2309:1, 2323:8, 2348:24, 2357:5, 2358:1, 2361:24
**terrible** [1] - 2177:12
**territory** [1] - 2331:25
**test** [17] - 2208:1, 2209:6, 2212:25, 2213:3, 2213:8, 2214:3, 2214:23, 2214:25, 2215:22, 2216:16, 2219:18, 2220:8, 2224:19, 2227:13, 2227:18, 2228:2, 2229:2
**tested** [1] - 2221:4
**testified** [24] - 2114:23, 2131:3, 2140:14, 2141:24, 2146:24, 2149:2, 2150:12, 2167:5, 2168:6, 2171:21, 2177:25, 2196:19, 2197:15, 2197:25, 2198:19, 2199:18, 2200:4, 2207:8, 2227:12, 2230:2, 2236:25, 2255:9, 2256:23, 2266:15
**testify** [11] - 2134:10, 2148:9, 2150:12, 2152:2, 2154:25, 2201:7, 2208:19, 2213:5, 2230:9, 2255:17, 2271:14
**testifying** [4] - 2167:12, 2177:1, 2195:25, 2205:1
**testimony** [20] - 2153:23, 2154:2, 2196:2, 2201:11, 2204:14, 2204:17, 2205:3, 2205:4, 2209:16, 2212:11, 2226:10, 2228:17, 2234:23, 2255:11, 2255:16, 2255:24, 2257:1, 2258:14, 2271:13, 2344:25
**testing** [1] - 2226:6
**tests** [1] - 2211:10
**Texas** [1] - 2148:6
**THE** [564] - 2109:11, 2109:13, 2110:10, 2111:1, 2111:4, 2111:9, 2111:13, 2111:15, 2111:19, 2111:23, 2112:6, 2112:14, 2112:19, 2113:1, 2113:4, 2113:10, 2113:14, 2113:22, 2113:25, 2114:3, 2114:7, 2114:10, 2114:12, 2114:13, 2114:14, 2114:15, 2114:16, 2114:17, 2114:19, 2114:24, 2115:12, 2115:13, 2115:15, 2115:16, 2115:18, 2124:3, 2124:6, 2125:2, 2125:3, 2125:4, 2125:5, 2125:6, 2125:7, 2125:9, 2125:10, 2125:11, 2126:25, 2127:19, 2129:21, 2130:15, 2130:17, 2130:18, 2130:19, 2130:21, 2130:22, 2130:24, 2131:4, 2133:17, 2133:20, 2133:22, 2133:25, 2134:3, 2134:13,

2134:14, 2136:11, 2136:18, 2136:20, 2138:14, 2138:17, 2138:20, 2139:2, 2139:4, 2139:6, 2139:8, 2139:10, 2139:23, 2141:1, 2141:2, 2141:5, 2141:7, 2141:15, 2141:17, 2141:18, 2141:20, 2142:1, 2143:22, 2143:24, 2144:2, 2144:4, 2144:6, 2144:10, 2144:12, 2144:18, 2144:20, 2145:14, 2145:16, 2146:5, 2146:10, 2146:12, 2146:13, 2146:15, 2146:16, 2146:17, 2146:18, 2146:19, 2146:21, 2146:25, 2148:8, 2148:12, 2148:14, 2148:17, 2148:19, 2148:23, 2149:10, 2149:14, 2150:10, 2150:15, 2150:16, 2150:19, 2150:22, 2150:24, 2151:1, 2151:3, 2151:6, 2151:9, 2151:13, 2151:16, 2152:2, 2152:9, 2152:14, 2153:20, 2154:8, 2154:22, 2154:24, 2155:1, 2158:4, 2159:12, 2159:15, 2159:18, 2159:22, 2161:7, 2161:9, 2161:10, 2162:1, 2162:3, 2162:7, 2162:13, 2162:14, 2162:15, 2163:22, 2163:23, 2163:24, 2163:25, 2164:1, 2164:2, 2164:3, 2166:17, 2166:18, 2166:20, 2166:22, 2167:14, 2167:15, 2167:18, 2167:20, 2167:21, 2167:22, 2167:25, 2168:1, 2168:3, 2168:7, 2168:9, 2169:13, 2169:16, 2169:18, 2170:18, 2170:21, 2170:25, 2171:6, 2171:7, 2171:8, 2171:11, 2171:14, 2171:15, 2171:17, 2171:22, 2171:24, 2171:25, 2173:22, 2174:15, 2174:18, 2174:21, 2174:24, 2175:2, 2175:11, 2175:13, 2175:18, 2175:24, 2176:2, 2176:6, 2176:9, 2176:13, 2177:16, 2177:19, 2177:20, 2177:21, 2178:1, 2179:8, 2179:10, 2186:24, 2186:25, 2192:21, 2193:12, 2194:19, 2194:21, 2194:22, 2194:25, 2195:10, 2195:12, 2195:13, 2195:15, 2195:23, 2196:3, 2196:9, 2198:22, 2200:21, 2200:24, 2201:3, 2201:15, 2201:18, 2201:22, 2201:23, 2202:4, 2202:6, 2202:7, 2202:8, 2202:10, 2202:12, 2202:15, 2202:17, 2202:18, 2202:20, 2202:21, 2202:23, 2202:24, 2203:4, 2203:5, 2203:6, 2203:14, 2203:15, 2203:16, 2203:17, 2203:21, 2203:22, 2203:24, 2204:2, 2204:6, 2204:13, 2204:20, 2205:4, 2205:11, 2205:16, 2205:20, 2206:4, 2206:8, 2206:10, 2206:11, 2206:15, 2206:19, 2207:5, 2207:9, 2207:10, 2207:13, 2208:7, 2208:12, 2208:14, 2208:17, 2209:15, 2212:13, 2212:15, 2213:17, 2213:22, 2213:23, 2214:15, 2215:11, 2221:8, 2221:10, 2221:13, 2227:5, 2227:7, 2229:7, 2229:9, 2229:11, 2229:12, 2229:15, 2229:18, 2229:20, 2229:22, 2229:23, 2230:17, 2230:20, 2230:22, 2230:25, 2231:20, 2233:5, 2233:7, 2233:15, 2233:17, 2234:6, 2234:8, 2236:7, 2236:9,

2236:11, 2236:13, 2236:17, 2236:19,
2237:1, 2237:3, 2237:5, 2238:23,
2238:25, 2239:2, 2239:3, 2239:4,
2239:5, 2239:6, 2239:7, 2239:9,
2239:10, 2239:18, 2240:15, 2240:17,
2240:20, 2240:22, 2240:23, 2240:25,
2241:11, 2241:16, 2241:19, 2241:22,
2242:6, 2242:9, 2242:12, 2242:15,
2242:18, 2242:19, 2242:21, 2242:23,
2242:25, 2243:4, 2243:5, 2243:7,
2243:8, 2243:9, 2243:10, 2243:16,
2243:22, 2244:5, 2245:5, 2245:10,
2245:16, 2245:19, 2246:1, 2246:4,
2246:5, 2246:7, 2246:9, 2246:13,
2246:14, 2246:20, 2246:22, 2247:2,
2247:3, 2247:5, 2247:6, 2247:11,
2247:13, 2247:22, 2247:23, 2247:24,
2247:25, 2248:1, 2248:2, 2248:3,
2248:4, 2248:6, 2248:7, 2248:9,
2248:12, 2248:25, 2249:4, 2249:7,
2249:9, 2249:13, 2249:14, 2249:20,
2249:23, 2250:4, 2250:7, 2250:13,
2250:15, 2250:19, 2250:23, 2251:8,
2251:12, 2251:18, 2251:20, 2251:24,
2252:4, 2252:7, 2252:9, 2252:13,
2252:17, 2252:19, 2252:22, 2253:1,
2253:3, 2253:5, 2253:8, 2253:12,
2253:14, 2253:16, 2253:18, 2254:1,
2254:4, 2254:7, 2254:20, 2255:1,
2255:4, 2255:6, 2255:21, 2256:9,
2256:11, 2256:12, 2256:15, 2256:17,
2256:21, 2257:2, 2257:14, 2257:17,
2257:21, 2258:1, 2258:8, 2258:10,
2258:14, 2258:16, 2258:21, 2258:23,
2258:25, 2259:6, 2260:2, 2260:5,
2260:6, 2260:9, 2260:10, 2261:22,
2263:2, 2263:4, 2263:6, 2263:18,
2265:3, 2265:18, 2265:20, 2265:23,
2266:3, 2266:6, 2266:9, 2266:10,
2266:12, 2266:16, 2266:17, 2268:6,
2268:16, 2272:20, 2272:24, 2284:18,
2300:17, 2309:24, 2310:1, 2314:2,
2315:10, 2321:10, 2327:7, 2327:12,
2327:16, 2327:17, 2327:19, 2329:5,
2329:8, 2344:24, 2345:5, 2345:8,
2346:14, 2346:16, 2346:18, 2346:21,
2347:2, 2347:5, 2347:9, 2347:14,
2347:23, 2347:25, 2348:4, 2348:8,
2348:11, 2348:15, 2348:20, 2349:16,
2349:20, 2349:22, 2350:3, 2350:8,
2350:11, 2350:16, 2350:24, 2351:20,
2351:22, 2351:25, 2352:7, 2353:1,
2353:9, 2353:11, 2353:13, 2354:24,
2355:2, 2355:8, 2356:14, 2356:22,
2357:4, 2357:11, 2357:17, 2357:20,
2357:25, 2358:19, 2358:23, 2359:4,
2359:9, 2360:4, 2360:6, 2360:8,
2360:16, 2360:24, 2361:4, 2361:12,
2361:21, 2362:1, 2362:6, 2362:9,
2362:18, 2362:21, 2363:1, 2363:6,
2363:11, 2363:19, 2363:24, 2364:3,
2364:7, 2364:10, 2364:21, 2365:8,

2365:13, 2365:25, 2366:7, 2366:16
**themselves** [3] - 2293:13, 2305:21,
2323:14
**theoretically** [1] - 2357:5
**theory** [4] - 2355:21, 2356:11, 2358:18,
2359:11
**they've** [1] - 2113:18
**thinking** [6] - 2248:12, 2301:19,
2306:22, 2348:25, 2355:9, 2355:12
**third** [3] - 2131:21, 2248:3, 2308:12
**thirty** [5] - 2156:3, 2157:18, 2164:10,
2164:13, 2295:14
**thirty-eight** [1] - 2164:13
**thirty-five** [1] - 2295:14
**thirty-four** [1] - 2157:18
**thirty-seven** [1] - 2156:3
**thirty-three** [1] - 2164:10
**Thor** [3] - 2267:2, 2281:21, 2282:14
**thoughts** [1] - 2355:16
**thousands** [12] - 2149:8, 2150:12,
2252:3, 2254:3, 2254:4, 2256:7,
2256:8, 2257:8, 2258:12, 2260:23
**three** [64] - 2113:19, 2117:1, 2118:3,
2120:3, 2128:22, 2147:21, 2148:14,
2154:12, 2155:7, 2155:10, 2155:15,
2158:1, 2158:11, 2158:14, 2158:16,
2158:20, 2163:2, 2163:9, 2164:10,
2164:21, 2164:23, 2165:15, 2166:2,
2169:12, 2173:1, 2190:10, 2190:14,
2202:21, 2202:25, 2215:19, 2215:25,
2216:2, 2217:15, 2217:17, 2217:18,
2218:24, 2218:25, 2224:12, 2225:7,
2226:3, 2226:7, 2228:19, 2228:20,
2228:21, 2228:22, 2228:23, 2233:19,
2252:12, 2261:18, 2263:9, 2263:10,
2266:1, 2289:14, 2298:8, 2312:23,
2338:24, 2339:13, 2345:25, 2348:18,
2349:20, 2351:9
**threw** [6] - 2186:5, 2189:18, 2190:8,
2190:16, 2191:6, 2192:1
**throughout** [3] - 2260:21, 2316:15,
2358:1
**throw** [1] - 2295:1
**thrown** [2] - 2204:15, 2204:25
**Thursday** [5] - 2203:2, 2350:23, 2351:2,
2351:5, 2365:23
**tied** [1] - 2190:18
**timing** [1] - 2261:23
**Tion** [4] - 2319:21, 2320:2, 2330:14
**tissue** [1] - 2158:24
**title** [1] - 2147:9
**today** [13] - 2112:7, 2112:15, 2177:9,
2177:13, 2201:8, 2213:2, 2265:13,
2267:25, 2272:11, 2281:25, 2344:25,
2351:14, 2366:2
**together** [17] - 2128:12, 2128:22,
2130:2, 2130:3, 2173:25, 2179:22,
2199:11, 2199:15, 2206:24, 2209:12,
2283:12, 2299:23, 2302:19, 2302:20,
2343:14, 2350:1, 2354:16
**tomorrow** [30] - 2112:12, 2176:7,

2177:3, 2177:6, 2204:23, 2205:1,
2205:5, 2206:25, 2251:21, 2261:23,
2262:2, 2262:7, 2266:1, 2345:1,
2346:14, 2346:18, 2347:16, 2348:13,
2348:18, 2348:25, 2349:1, 2349:10,
2349:17, 2349:19, 2351:8, 2351:12,
2351:15, 2352:10, 2365:14, 2366:18
**tonight** [6] - 2348:21, 2348:24, 2352:10,
2353:2, 2357:22, 2361:17
**took** [17] - 2117:11, 2134:8, 2151:11,
2188:12, 2189:23, 2193:7, 2193:15,
2205:14, 2261:14, 2279:6, 2312:11,
2313:6, 2315:6, 2315:11, 2316:1,
2316:14, 2345:16
**Tookie** [25] - 2334:12, 2334:13,
2334:17, 2334:19, 2334:21, 2335:4,
2335:24, 2336:18, 2336:19, 2339:1,
2340:15, 2340:17, 2341:3, 2341:6,
2341:14, 2341:19, 2342:21, 2342:23,
2343:9, 2343:14, 2343:16, 2343:23,
2343:25, 2345:17, 2346:5
**Top** [4] - 2284:1, 2284:20, 2286:11,
2286:24
**top** [13] - 2174:2, 2174:3, 2191:20,
2210:7, 2210:12, 2222:3, 2223:7,
2232:20, 2232:25, 2234:12, 2234:13,
2234:21, 2235:3
**topic** [1] - 2362:7
**topless** [1] - 2184:6
**topped** [1] - 2210:24
**torso** [7] - 2151:21, 2153:15, 2157:23,
2163:1, 2163:9, 2164:18, 2342:3
**torture** [2] - 2112:22, 2364:15
**total** [12] - 2131:18, 2154:12, 2155:15,
2156:10, 2156:11, 2156:17, 2163:18,
2164:20, 2166:1, 2166:2, 2186:12,
2224:12
**totally** [1] - 2302:9
**touch** [4] - 2118:15, 2155:9, 2235:3,
2273:17
**touched** [1] - 2223:19
**tour** [1] - 2132:10
**tow** [1] - 2224:12
**towards** [26] - 2112:8, 2135:5, 2135:12,
2167:1, 2176:14, 2290:13, 2291:1,
2292:19, 2297:6, 2298:10, 2302:21,
2307:1, 2309:6, 2334:19, 2338:5,
2340:5, 2340:6, 2340:10, 2340:18,
2340:19, 2340:25, 2341:24, 2342:6,
2342:7, 2346:15
**town** [1] - 2206:14
**trade** [1] - 2331:24
**tragic** [1] - 2357:18
**trailing** [1] - 2290:19
**training** [3] - 2147:21, 2147:22, 2148:18
**transaction** [1] - 2183:2
**transcript** [1] - 2110:12
**TRANSCRIPT** [1] - 2109:10
**Transcript** [1] - 2110:13
**transection** [1] - 2161:14
**transferred** [8] - 2157:8, 2160:8,

2166:8, 2355:22, 2356:4, 2356:8, 2356:21, 2357:3
**transmitted** [1] - 2161:3
**transpired** [1] - 2320:25
**transport** [2] - 2157:6, 2316:5
**transported** [2] - 2137:8, 2176:23
**trauma** [2] - 2160:16, 2161:12
**travel** [1] - 2316:3
**traveling** [1] - 2210:11
**Trawicki** [3] - 2229:15, 2229:20, 2230:5
**TRAWICKI** [1] - 2368:8
**treated** [1] - 2258:6
**treating** [2] - 2252:23, 2253:21
**trespass** [2] - 2274:18, 2274:22
**trespassing** [2] - 2274:17, 2287:19
**TRIAL** [1] - 2109:10
**trial** [16] - 2111:1, 2134:4, 2167:1, 2167:10, 2176:14, 2176:16, 2176:17, 2213:2, 2250:24, 2255:24, 2257:4, 2260:17, 2260:21, 2272:16, 2349:4, 2354:18
**trials** [1] - 2255:10
**tried** [6] - 2121:1, 2180:6, 2186:3, 2191:1, 2191:2, 2278:14
**trigger** [5] - 2210:1, 2210:3, 2210:4, 2210:10, 2227:3
**trouble** [1] - 2233:10
**Troy** [23] - 2149:23, 2162:17, 2169:8, 2224:2, 2298:4, 2298:21, 2299:12, 2301:20, 2301:23, 2302:20, 2303:2, 2303:4, 2303:7, 2304:6, 2304:16, 2306:21, 2307:5, 2307:9, 2307:19, 2309:12, 2310:2, 2310:12, 2310:17
**truck** [1] - 2118:5
**true** [1] - 2162:4
**Trugg** [3] - 2293:16, 2294:23, 2295:9
**trunk** [1] - 2165:24
**trusted** [1] - 2321:20
**truth** [11] - 2114:13, 2130:20, 2134:7, 2141:16, 2146:14, 2167:24, 2171:13, 2177:18, 2266:8, 2360:24, 2361:13
**truthful** [1] - 2271:12
**try** [21] - 2202:13, 2203:12, 2204:23, 2241:22, 2289:16, 2292:2, 2300:11, 2301:22, 2310:4, 2323:21, 2323:24, 2328:11, 2351:7, 2353:18, 2354:3, 2354:11, 2355:17, 2358:3, 2361:22, 2364:13, 2364:24
**trying** [21] - 2121:17, 2121:21, 2136:11, 2139:2, 2144:13, 2166:24, 2202:18, 2255:13, 2256:1, 2256:5, 2257:4, 2270:5, 2289:2, 2289:4, 2299:24, 2300:22, 2300:23, 2304:16, 2306:24, 2336:11, 2341:21
**Tuesday** [1] - 2203:1
**turn** [6] - 2234:11, 2282:4, 2293:7, 2316:16, 2342:18, 2342:19
**turned** [6] - 2212:12, 2255:11, 2260:17, 2290:5, 2290:12, 2307:12
**turning** [3] - 2151:17, 2152:15, 2157:19
**twenty** [4] - 2113:17, 2142:11, 2160:11,

2175:12
**twenty-seven** [1] - 2160:11
**two** [86] - 2117:1, 2117:12, 2123:22, 2123:25, 2124:1, 2124:8, 2127:25, 2129:22, 2135:15, 2135:22, 2141:8, 2147:22, 2148:4, 2148:14, 2154:14, 2155:10, 2156:11, 2156:18, 2158:17, 2158:21, 2163:18, 2165:6, 2175:22, 2180:1, 2180:20, 2180:21, 2185:7, 2185:12, 2186:6, 2186:24, 2187:1, 2190:14, 2204:8, 2209:12, 2212:2, 2214:17, 2214:20, 2214:23, 2215:19, 2215:20, 2217:9, 2217:15, 2217:17, 2220:4, 2221:2, 2222:15, 2224:15, 2224:16, 2224:17, 2225:3, 2225:4, 2225:6, 2225:11, 2225:12, 2225:13, 2225:14, 2225:17, 2227:2, 2228:18, 2233:16, 2233:17, 2233:23, 2235:1, 2236:18, 2251:23, 2254:13, 2255:10, 2264:13, 2266:1, 2273:23, 2275:20, 2277:1, 2291:12, 2292:12, 2297:1, 2298:8, 2311:2, 2318:16, 2342:4, 2343:22, 2345:3, 2345:5, 2347:12, 2362:4
**Two** [1] - 2354:20
**Ty** [3] - 2354:14, 2355:20, 2358:7
**type** [23] - 2115:8, 2123:21, 2134:9, 2178:10, 2178:16, 2200:24, 2214:9, 2215:3, 2219:10, 2219:15, 2222:2, 2222:22, 2222:23, 2223:2, 2261:1, 2271:9, 2276:20, 2286:10, 2312:10, 2316:18, 2332:4, 2354:10, 2359:12
**types** [6] - 2177:7, 2178:25, 2187:22, 2212:4, 2228:18, 2261:12
**typical** [1] - 2160:25
**typically** [1] - 2221:20
**typos** [2] - 2358:1, 2361:24
**Tyrone** [6] - 2149:22, 2164:14, 2225:21, 2269:8, 2284:4, 2284:6

# U

**U-turn** [2] - 2342:18, 2342:19
**ultimately** [3] - 2122:8, 2274:24, 2318:8
**Ulysses** [1] - 2282:25
**unanimous** [2] - 2363:10, 2363:12
**unclear** [2] - 2358:14, 2360:2
**uncomfortable** [1] - 2254:17
**unconscious** [1] - 2282:4
**under** [17] - 2170:3, 2191:5, 2235:15, 2239:23, 2239:25, 2260:14, 2262:10, 2270:14, 2301:20, 2302:11, 2325:11, 2325:14, 2330:18, 2346:22, 2347:21, 2348:2, 2363:17
**undercover** [2] - 2280:23, 2280:25
**underestimated** [1] - 2350:22
**understood** [2] - 2285:11, 2327:18
**unfair** [2] - 2253:6, 2258:7
**unfairly** [1] - 2258:6
**unfired** [10] - 2209:5, 2219:9, 2220:4, 2220:20, 2221:16, 2221:17, 2221:18, 2222:5, 2222:9, 2222:12

**unfolded** [1] - 2248:21
**unfortunate** [2] - 2253:5, 2357:18
**unfortunately** [2] - 2171:8, 2253:8
**uniform** [1] - 2172:16
**uniformed** [1] - 2290:23
**unintended** [1] - 2356:8
**unique** [3] - 2212:1, 2223:18, 2228:12
**Unit** [7] - 2142:13, 2142:14, 2142:17, 2166:8, 2168:20, 2168:23, 2169:1
**UNITED** [3] - 2109:1, 2109:3, 2109:11
**United** [3] - 2109:5, 2109:14, 2109:16, 2111:1
**University** [4] - 2147:17, 2147:19, 2147:22, 2148:4
**unjacketed** [1] - 2223:15
**unless** [7] - 2154:3, 2203:8, 2212:5, 2254:23, 2359:18, 2363:10, 2363:11
**unload** [1] - 2210:16
**unnecessary** [1] - 2112:1
**unorthodox** [1] - 2124:3
**unsuitable** [5] - 2215:21, 2218:8, 2218:9, 2218:10, 2225:8
**up** [150] - 2116:3, 2117:17, 2117:19, 2117:23, 2118:22, 2126:6, 2129:15, 2132:9, 2133:12, 2136:14, 2137:10, 2137:11, 2137:17, 2138:25, 2142:16, 2161:3, 2175:14, 2175:19, 2175:21, 2176:7, 2176:13, 2177:8, 2178:22, 2179:15, 2182:18, 2187:1, 2187:15, 2188:4, 2189:9, 2190:18, 2190:23, 2191:1, 2191:3, 2191:4, 2192:3, 2193:11, 2199:21, 2200:2, 2200:3, 2200:12, 2201:13, 2202:2, 2210:3, 2210:15, 2210:16, 2213:25, 2220:13, 2222:7, 2223:18, 2234:3, 2234:5, 2235:4, 2235:5, 2235:7, 2235:8, 2237:11, 2241:23, 2246:1, 2248:20, 2251:23, 2252:13, 2255:22, 2261:13, 2262:3, 2262:5, 2262:8, 2262:18, 2263:11, 2263:13, 2263:22, 2264:9, 2268:4, 2273:3, 2273:18, 2273:22, 2275:2, 2276:2, 2276:4, 2285:20, 2286:12, 2287:8, 2287:15, 2289:2, 2289:5, 2289:20, 2290:10, 2291:16, 2294:25, 2296:23, 2299:18, 2300:4, 2301:21, 2302:21, 2303:7, 2303:24, 2304:19, 2307:13, 2308:9, 2310:10, 2312:21, 2312:25, 2313:11, 2313:21, 2314:15, 2314:17, 2314:18, 2315:5, 2317:5, 2317:13, 2317:22, 2317:25, 2318:5, 2318:9, 2318:19, 2318:20, 2318:21, 2319:7, 2322:12, 2325:10, 2328:19, 2331:3, 2332:23, 2336:8, 2336:11, 2339:13, 2339:22, 2341:20, 2342:19, 2342:20, 2343:9, 2343:10, 2344:25, 2347:1, 2349:6, 2349:9, 2350:15, 2350:17, 2351:1, 2353:12, 2354:11, 2355:19, 2356:10, 2358:1, 2362:1, 2362:6, 2364:19, 2365:14, 2365:19
**upper** [3] - 2163:19, 2163:20

**upstairs** [3] - 2190:7, 2332:7, 2332:8
**upstate** [3] - 2311:18, 2312:21, 2313:6
**usage** [2] - 2231:8, 2231:11
**useful** [1] - 2223:16
**user** [4] - 2352:14, 2353:18, 2355:18, 2364:13
**utterly** [1] - 2355:13

## V

**vague** [1] - 2321:8
**valuable** [1] - 2274:23
**value** [1] - 2223:20
**van** [21] - 2186:1, 2186:3, 2186:5, 2186:12, 2186:16, 2187:4, 2187:6, 2187:8, 2187:9, 2187:18, 2188:5, 2188:6, 2188:9, 2188:12, 2188:15, 2188:23, 2189:18, 2195:12, 2195:13, 2195:14, 2195:16
**Varick** [3] - 2115:24, 2121:14, 2125:8, 2125:9, 2128:20
**varick** [1] - 2125:10
**various** [2] - 2209:13, 2362:15
**vehicle** [31] - 2135:9, 2135:17, 2136:15, 2159:25, 2161:1, 2172:12, 2172:15, 2172:16, 2172:17, 2172:18, 2172:25, 2173:8, 2173:18, 2174:2, 2174:3, 2174:4, 2174:5, 2174:6, 2174:9, 2174:10, 2335:10, 2335:7, 2337:13, 2337:12, 2337:20, 2338:20, 2338:22, 2339:5, 2340:6, 2342:6, 2343:10
**vehicles** [1] - 2187:25
**verbatim** [1] - 2312:2
**verdict** [3] - 2363:10, 2363:12, 2365:14
**verge** [1] - 2364:25
**versa** [1] - 2315:4
**version** [1] - 2231:19
**versus** [1] - 2111:2
**vessels** [1] - 2153:16
**vestibule** [2] - 2337:21, 2338:11
**vials** [1] - 2305:4
**Vibrations** [3] - 2184:6, 2200:6, 2200:7
**vice** [1] - 2315:4
**victim** [12] - 2137:10, 2153:5, 2156:2, 2157:17, 2164:9, 2165:7, 2165:8, 2165:10, 2165:11, 2169:6, 2356:8, 2356:17
**victims** [1] - 2150:23
**video** [4] - 2130:5, 2130:6, 2130:9, 2130:10
**videos** [4] - 2116:13, 2116:22, 2117:1, 2130:4
**view** [5] - 2194:2, 2194:6, 2244:24, 2245:18, 2246:16
**violating** [1] - 2361:22
**violence** [4] - 2302:13, 2327:21, 2327:24, 2346:7
**violent** [3] - 2160:2, 2331:22, 2333:1
**VIP** [1] - 2119:4
**VIPs** [1] - 2119:1
**visiting** [1] - 2199:6

**visits** [1] - 2199:7
**vital** [1] - 2337:9
**voice** [3] - 2115:16, 2195:18, 2266:17
**voicemail** [2] - 2235:16, 2235:20, 2235:24
**volume** [1] - 2155:24
**voucher** [12] - 2136:15, 2136:20, 2137:1, 2138:8, 2138:11, 2138:24, 2139:3, 2139:4, 2139:6, 2139:13, 2166:10, 2213:15
**vouchered** [3] - 2136:16, 2138:21, 2211:6
**vouchering** [1] - 2211:6
**vouchers** [1] - 2205:2

## W

**wade** [1] - 2365:2
**wagon** [4] - 2135:10, 2135:14, 2135:21, 2136:16
**waistline** [2] - 2164:25, 2165:16
**wait** [9] - 2124:3, 2234:10, 2255:6, 2280:19, 2280:20, 2315:10, 2351:10, 2351:15, 2352:10
**waited** [1] - 2306:2
**waiting** [5] - 2117:12, 2117:14, 2120:24, 2306:17, 2334:5
**walk** [4] - 2136:14, 2290:12, 2340:2, 2340:5
**walked** [16] - 2185:24, 2186:1, 2285:5, 2289:8, 2289:14, 2301:19, 2302:2, 2303:23, 2306:11, 2306:25, 2307:12, 2317:25, 2328:21, 2338:7, 2338:15, 2339:13
**walking** [17] - 2290:5, 2290:16, 2302:21, 2306:3, 2321:20, 2328:25, 2337:20, 2337:24, 2337:25, 2338:11, 2340:3, 2340:6, 2340:8, 2340:10, 2340:13, 2340:17, 2340:19
**wall** [2] - 2118:4, 2258:11
**Wall** [1] - 2109:24
**Walters** [1] - 2300:1
**wants** [5] - 2255:25, 2261:8, 2328:5, 2356:24, 2361:12
**wasting** [1] - 2252:14
**watch** [6] - 2121:21, 2129:12, 2180:7, 2305:13, 2333:5, 2333:6
**watched** [1] - 2305:25
**watches** [1] - 2121:19
**weakness** [1] - 2332:4
**weapon** [14] - 2197:19, 2197:20, 2197:23, 2227:13, 2227:19, 2227:21, 2228:2, 2228:12, 2228:22, 2228:25, 2229:2, 2307:6, 2341:2
**wearing** [5] - 2129:12, 2268:3, 2268:4, 2268:13, 2341:25
**weather** [1] - 2177:12
**Wednesday** [9] - 2112:13, 2203:2, 2203:4, 2349:10, 2350:1, 2350:5, 2350:13, 2351:1, 2351:3
**weed** [3] - 2198:2, 2198:4, 2200:19
**week** [6] - 2202:10, 2202:14, 2202:16,

2203:11, 2299:5, 2308:1
**weekends** [4] - 2199:4, 2199:7, 2199:8, 2199:9
**weeks** [2] - 2113:19, 2173:2
**weight** [1] - 2219:16
**West** [1] - 2110:4
**Wheel** [1] - 2284:2
**whereas** [2] - 2223:18, 2227:3
**White** [2] - 2171:9, 2171:17
**white** [1] - 2171:11
**WHITE** [2] - 2171:19, 2367:21
**whole** [5] - 2126:2, 2167:7, 2175:25, 2233:1, 2332:17
**wide** [1] - 2341:13
**widespread** [1] - 2160:16
**wife** [1] - 2233:23
**wild** [1] - 2320:24
**willing** [6] - 2208:8, 2208:10, 2325:19, 2349:23, 2355:24, 2361:5
**Willoughby** [1] - 2135:19
**window** [12] - 2117:25, 2119:16, 2119:23, 2121:16, 2121:21, 2123:3, 2123:19, 2129:3, 2204:15, 2205:1, 2339:5, 2339:7
**winds** [1] - 2356:10
**wipes** [1] - 2356:13
**wire** [2] - 2191:3, 2304:11
**Wise** [55] - 2267:18, 2267:23, 2275:11, 2275:16, 2275:17, 2275:25, 2276:6, 2276:15, 2278:18, 2292:21, 2293:16, 2294:17, 2294:18, 2295:23, 2296:1, 2296:4, 2297:20, 2300:6, 2300:8, 2300:20, 2301:5, 2311:17, 2311:18, 2312:17, 2312:18, 2313:11, 2313:14, 2314:14, 2314:19, 2314:24, 2315:2, 2315:3, 2315:7, 2316:2, 2316:10, 2316:15, 2316:21, 2316:25, 2317:4, 2317:23, 2317:25, 2318:2, 2318:3, 2318:12, 2318:15, 2318:18, 2319:6, 2319:9, 2319:17, 2319:19, 2319:23, 2319:25, 2320:16, 2322:2, 2323:2
**wise** [1] - 2261:24
**Wise's** [2] - 2317:9, 2319:8
**wish** [5] - 2141:2, 2233:5, 2249:25, 2358:14, 2363:15
**wishes** [1] - 2177:6
**withdrawing** [2] - 2112:5, 2355:1
**withdrawn** [4] - 2204:10, 2204:11, 2354:21
**Witness** [3] - 2114:4, 2114:6, 2236:12
**witness** [69] - 2112:24, 2113:1, 2113:23, 2114:7, 2114:22, 2114:24, 2125:11, 2130:15, 2130:16, 2131:2, 2131:4, 2134:7, 2138:13, 2141:12, 2141:23, 2146:7, 2146:10, 2146:23, 2146:25, 2167:15, 2168:5, 2170:21, 2171:12, 2171:20, 2171:25, 2174:15, 2174:25, 2175:6, 2175:10, 2175:11, 2176:4, 2176:11, 2176:20, 2176:25, 2177:24, 2178:1, 2195:25, 2206:11, 2206:12, 2207:2, 2207:6, 2207:13, 2229:14,

2229:17, 2229:23, 2236:15, 2236:17,
2236:20, 2236:23, 2237:5, 2242:11,
2243:17, 2251:21, 2252:21, 2253:7,
2254:13, 2255:5, 2255:9, 2256:23,
2257:10, 2265:23, 2266:14, 2266:20,
2323:21, 2330:24, 2346:20, 2347:7,
2360:22

**WITNESS** [49] - 2114:14, 2114:16,
2114:19, 2115:15, 2125:3, 2125:5,
2125:7, 2125:10, 2130:18, 2130:21,
2130:24, 2134:13, 2138:20, 2139:10,
2141:1, 2141:17, 2141:20, 2146:12,
2146:15, 2146:17, 2146:19, 2148:12,
2148:17, 2150:15, 2155:1, 2161:9,
2162:3, 2162:14, 2163:23, 2163:25,
2164:2, 2166:17, 2167:14, 2167:21,
2167:25, 2168:3, 2168:9, 2171:6,
2171:8, 2171:14, 2171:17, 2171:24,
2177:19, 2177:21, 2179:10, 2186:25,
2194:21, 2195:12, 2195:15

**witness'** [2] - 2248:14, 2255:16
**witnessed** [1] - 2334:4
**WITNESSES** [1] - 2367:3
**witnesses** [13] - 2113:8, 2152:13,
2174:20, 2175:22, 2177:2, 2201:20,
2347:13, 2347:20, 2351:24, 2352:1,
2352:6, 2360:25, 2362:15

**wolves** [1] - 2295:1
**woman** [2] - 2308:10, 2308:14
**wonder** [1] - 2348:12
**wondering** [2] - 2312:13, 2349:13
**wood** [2] - 2186:22, 2186:23
**word** [6] - 2125:19, 2306:23, 2321:1,
2325:16, 2362:4, 2363:10
**words** [3] - 2177:5, 2248:14, 2339:17
**workers** [3] - 2298:3, 2316:21, 2316:25
**workout** [2] - 2299:7, 2299:9
**works** [2] - 2189:14, 2349:4
**world** [5] - 2248:17, 2364:12, 2364:16,
2364:22, 2364:24
**World** [88] - 2134:19, 2134:21, 2205:9,
2239:15, 2247:8, 2247:24, 2248:1,
2264:19, 2264:21, 2264:25, 2267:18,
2267:20, 2267:25, 2292:25, 2293:3,
2293:16, 2294:4, 2294:6, 2295:17,
2295:22, 2295:24, 2296:1, 2296:2,
2297:21, 2300:6, 2301:17, 2303:1,
2303:20, 2303:24, 2304:4, 2305:1,
2305:11, 2305:13, 2309:12, 2310:1,
2310:17, 2311:22, 2313:22, 2314:9,
2314:15, 2314:16, 2314:18, 2314:25,
2315:5, 2319:6, 2319:9, 2319:10,
2319:17, 2319:18, 2319:19, 2319:22,
2320:17, 2322:18, 2322:25, 2323:17,
2323:18, 2324:23, 2324:24, 2325:5,
2325:21, 2327:3, 2327:23, 2328:20,
2329:23, 2330:8, 2330:24, 2331:8,
2332:6, 2332:10, 2332:15, 2332:18,
2334:18, 2334:20, 2334:23, 2335:9,
2335:20, 2336:13, 2336:16, 2337:18,
2339:1, 2339:11, 2339:21, 2342:14,
2343:5, 2343:18, 2343:22, 2344:4

**World's** [3] - 2314:24, 2331:15, 2333:10
**worry** [2] - 2320:18, 2355:2
**worth** [2] - 2281:5, 2281:6
**wound** [16] - 2151:21, 2151:24,
2152:17, 2152:18, 2155:11, 2156:8,
2156:15, 2156:16, 2157:14, 2157:25,
2162:21, 2163:13, 2163:17, 2164:25,
2165:13, 2318:9
**wounds** [39] - 2133:4, 2151:23,
2152:13, 2152:21, 2152:23, 2153:15,
2154:11, 2154:12, 2154:13, 2154:19,
2155:6, 2155:10, 2155:13, 2155:17,
2155:22, 2156:10, 2157:23, 2158:1,
2158:6, 2158:10, 2158:11, 2158:13,
2158:14, 2158:16, 2158:17, 2158:20,
2158:21, 2162:23, 2163:1, 2163:11,
2163:15, 2163:18, 2164:4, 2164:18,
2164:20, 2164:21, 2165:24, 2166:1,
2166:2
**wrap** [2] - 2176:7, 2251:22
**wrestled** [3] - 2187:8, 2191:5, 2191:11
**wrestling** [1] - 2193:3
**writing** [3] - 2196:7, 2196:9, 2361:15
**wrote** [1] - 2140:18

## Y

**Y-v-o-n-n-e** [1] - 2146:19
**year** [29] - 2124:9, 2142:8, 2147:19,
2147:23, 2147:24, 2153:10, 2156:6,
2157:21, 2168:8, 2168:9, 2168:16,
2171:5, 2237:21, 2237:22, 2267:3,
2274:14, 2275:20, 2279:18, 2280:2,
2280:12, 2288:6, 2297:6, 2309:9,
2311:3, 2311:16, 2315:9, 2318:16,
2354:7
**years** [38] - 2113:17, 2115:5, 2131:17,
2133:3, 2140:15, 2140:23, 2142:10,
2142:11, 2142:14, 2142:15, 2147:21,
2147:22, 2148:2, 2148:4, 2153:6,
2156:3, 2157:18, 2160:11, 2164:10,
2164:13, 2165:12, 2168:19, 2172:6,
2178:7, 2178:13, 2179:5, 2179:8,
2235:15, 2237:15, 2273:10, 2275:6,
2277:17, 2281:20, 2298:8, 2318:7,
2354:15, 2363:13
**yesterday** [1] - 2143:18
**yo** [5] - 2303:24, 2332:18, 2332:23,
2336:23, 2339:16
**YORK** [1] - 2109:1
**York** [22] - 2109:6, 2109:14, 2109:17,
2109:25, 2110:11, 2131:15, 2142:5,
2142:21, 2147:8, 2148:1, 2168:13,
2173:4, 2173:10, 2181:2, 2205:7,
2207:22, 2237:12, 2244:21, 2311:19,
2312:22, 2355:5
**young** [11] - 2280:18, 2287:4, 2290:16,
2305:2, 2308:8, 2317:24, 2320:25,
2325:11, 2325:19, 2330:24, 2334:8
**younger** [15] - 2273:25, 2275:20,
2276:21, 2313:18, 2314:24, 2319:24,
2319:25, 2320:1, 2323:10, 2328:9,

2328:11, 2329:21, 2330:17, 2330:19,
2330:20
**yourself** [6] - 2150:11, 2172:20, 2199:2,
2259:7, 2327:23, 2353:13
**Yvonne** [2] - 2146:8, 2146:19
**YVONNE** [2] - 2146:22, 2367:17

## Z

**zero** [1] - 2270:18
**zone** [1] - 2356:9