6-28-17   CR-04-706
                DEF

To whom it may concern,

My name is Damion Hardy / 'Iesa Al-Massiyah / Khalid. F.B.I. numbers 968638PAO and 968638502-B. In this document I am filing the Au Bell (Bare) Composition Process as to the Legality Temptrol Process as to the Legality Formula Process. My case number is 04-cr-00706. The Federal statutes as to my release from prison are 18 U.S.C.S. § 1514, 21 U.S.C. § 841 and 21 U.S.C. § 846. The statement as to my release from prison, which is below inserted in brackets is from the case United States v. Tomasetta, 429 F.2d. 978, 979 n.1., 980-981. I have authorized in May of 2009 for $3,500,000 (Three Million Five Hundred Thousand Dollars) to be paid as to my release from prison from the New York City Comptrollers Executives office.

" The only information provided other than the language of the statute, was the approximate date and city in which the conduct was to have occured "

I declare (certify, verify, or state), under the penalty of perjury, that the foregoing is true and correct. Executed on 28 day of June, 2017.

Notarized June 28th 2017

Damion Hardy
Damion Hardy
'Iesa al-Massiyah
'Iesa Al-Massiyah


OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Keylee Tacy
Federal Correctional Complex-Hazelton
PO Box 450
Bruceton Mills, WV 26525
My Commission Expires Jan. 22, 2021

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 05 2017 ★
.4:51 PM · RV·

BROOKLYN OFFICE

63258-053

Damion Hardy
United States Penitentiary Hazelton
P.O. BOX 2000
Bruceton Mills, WV 26525
United States

PITTSBURGH PA 150

30 JUN 2017 PM 7 L

USA FOREVER

Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attention: Judge Frederick Block

Legal Mail

11201-183299