UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

DAMION HARDY,

         Defendant.

--------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 04-CR-706-FB-2

**BLOCK, Senior District Judge:**

Damion Hardy is currently serving a sentence of life imprisonment for

multiple murders in aid of racketeering, in addition to a consecutive 85-year

sentence for other crimes.    His convictions and sentence were affirmed on appeal,

*see United States v. Granton*, 704 F. App'x 1 (2d Cir. 2017), *cert. denied*, 583 U.S.

1207 (2018), and the Court previously denied relief under 28 U.S.C. § 2255, *see*

*United States v. Hardy*, 2021 WL 4463371 (E.D.N.Y. Sept. 29, 2021).

On October 6, 2022, Hardy filed a petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241.    The Court transferred the petition to the Second

Circuit as a successive § 2255 motion.    In an unpublished opinion, the Second

Circuit denied leave to file the motion.    *See Hardy v. United States*, Case No. 22-

6521 (2d Cir. Jan. 23, 2023).

Shortly before the Second Circuit's decision, Hardy filed two cryptic letter

motions demanding his immediate release.    He described the letter motions as

"supplements" to his October 6 petition.

Because the Second Circuit denied leave, there is nothing to supplement.

Although the Court could construe the letter motions in various ways to avoid that

obstacle, no construction can cure the fact that they do not raise any legally

cognizable grounds for Hardy's immediate release.    Accordingly, the letter

motions are denied.

**SO ORDERED.**

_/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
May 23, 2025